CO 226
Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Abraham Ron Fraenkel

_____
Plaintiff(s)

vs.                                                          Civil Action No.: 15-01080 (RMC)

The Islamic Republic of Iran

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

The Syrian Arab Republic, c/o Foreign Minister Waled al-Mualem, Ministry of Foreign Affairs, Shora, Muajireen, Damascus, Syria

by: (check one)
- ☐ UPS
- ☐ FedEx
- ☐ registered mail, return receipt requested
- ☑ DHL

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): See attached Addendum, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Robert J. Tolchin, Esq.
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, NY 11201

(Name and Address)

## ADDENDUM TO AFFIDAVIT REQUESTING FOREIGN MAILING

The Overseas Citizens Services Division of the U.S. Department of State has advised Plaintiffs' counsel that the Department of State has no information as to whether the Syrian Arab Republic ("Syria") allows service by mail or courier pursuant to 28 U.S.C. § 1608(a)(3). The Overseas Citizens Services Division has further advised counsel that the Department of State is unable to effect service via diplomatic channels pursuant to 28 U.S.C. § 1608(a)(4). DHL has advised Plaintiffs' counsel that it can provide service to Syria.

THE BERKMAN LAW OFFICE, LLC
*Counsel for Plaintiffs*

By: /s/
Robert J. Tolchin
(D.C. Bar #NY0088)

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
(718) 855-3627
Fax: (718) 504-4943