# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627                                                                                              Fax: (718) 855-4696

September 10, 2015

Greg Hughes
Clerk's Office
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

**Re:   Fraenkel, et al. v. Islamic Republic of Iran, et al. (15-01080)**

Dear Mr. Hughes:

    We represent the plaintiffs in the above-captioned matter. I write to request that the Clerk effect service pursuant to 28 U.S.C. § 1608(a)(3) on Defendants The Islamic Republic of Iran, The Iranian Ministry of Information and Security and The Syrian Arab Republic. Each of the listed defendants is a "foreign state" or a political subdivision of a foreign state for the purposes of 28 U.S.C. § 1608(a)(3).

    Accordingly, please find enclosed two sets of documents collated separately and ready for service on Defendants The Islamic Republic of Iran and The Iranian Ministry of Information and Security. Each set of documents contains:

    1)    A copy of the summons in this action addressed to a particular defendant with a translation thereof into Farsi.

    2)    A copy of the Complaint in this action together with a translation thereof into Farsi.

    3)    A Notice of Suit together with a translation thereof into Farsi.

    4)    A copy of the FSIA.

THE BERKMAN LAW OFFICE, LLC

September 10, 2015

Page 2 of 3

Please also find enclosed one set of documents ready for service on Defendant The Syrian Arab Republic containing:

5) A copy of the summons in this action addressed to a particular defendant with a translation thereof into Arabic.

6) A copy of the Complaint in this action together with a translation thereof into Arabic.

7) A Notice of Suit together with a translation thereof into Arabic.

8) A copy of the FSIA.

We would like to effect service through DHL. Please use our DHL account number, which is 846-466-763 and appears on the DHL envelopes that we enclosed with this mailing. Our firm has been approved by DHL for shipments to Iran and Syria, but the waybill must reflect the Court's address as sender.

Pursuant to § 1608(a)(3), which requires that the envelope be addressed and dispatched by the Clerk of the Court to the head of the ministry of foreign affairs of the foreign state concerned, I respectfully request that you place the documents meant for defendant The Islamic Republic of Iran into a DHL envelope requiring a signed receipt, and address that envelope as follows:

**The Islamic Republic of Iran**
c/o Foreign Minister Ali Akbar Salehi
Ministry of Foreign Affairs Khomeini Ave.
United Nations St.
Teheran, Iran

Likewise, I respectfully request that you place the set of documents meant for defendant The Iranian Ministry of Information and Security into a second DHL envelope and address it as follows:

**The Iranian Ministry of Information and Security**
Pasdaran Avenue
Golestan Yekon
Teheran, Iran

Likewise, I respectfully request that you place the set of documents meant for defendant The Syrian Arab Republic into a third DHL envelope and address it as follows:

THE BERKMAN LAW OFFICE, LLC

September 10, 2015

Page 3 of 3

**The Syrian Arab Republic**
c/o Foreign Minister Walid al-Mualem
Ministry of Foreign Affairs
Shora, Muajireen
Damascus, Syria

Please make the appropriate docket entries reflecting both the receipt of this request and the sending of the DHL packages. Please do not hesitate to contact me as necessary.

Very truly yours,

Robert J. Tolchin