

| SENDER: | I also wish to receive the following services (for an extra fee): |
|---|---|
| ☐ Complete items 1 and/or 2 for additional services.<br>Complete items 3, 4a, and 4b.<br>☐ Print your name and address on the reverse of this form so that we can return this card to you.<br>☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>☐ Write *"Return Receipt Requested"* on the mailpiece below the article number.<br>☐ The Return Receipt will show to whom the article was delivered and the date delivered. | 1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery |

3. Article Addressed to:

Director
Special Consular Services
U.S. Department of State
CA/OCS/L, SA-17
10th Floor
Washington, DC 20522-1710

4a. Article Number: 7006 2760 0001 4390 0627

4b. Service Type
☐ Registered    ☒ Certified
☐ Express Mail    ☐ Insured
☐ Return Receipt for Merchandise    ☐ COD

RECEIVED U.S. Department of State

7. Date of Delivery: NOV 24 2015

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)
Washington, DC 20520

6. Signature (Addressee or Agent)

PS Form 3811, December 1994    102595-99-B-0223    Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Print your name, address, and ZIP Code in this box •

U.S. District Court for the
District of Columbia.
333 Constitution Avenue, NW
Washington, DC 20001
Clerk's Office

(USPS #9488...  15-cv-1080)
Fraenkel, et al v. Islamic Republic of Iran