# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel (718) 855-3627                                                                                          Fax (718) 855-4696

12/15/2015

Greg Hughes
Clerk's Office
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

**Re:  Fraenkel, et al. v. Islamic Republic of Iran, et al. (15-01080)**

Dear Mr. Hughes:

    We represent the plaintiffs in the above-captioned matter. As a follow up to our request to the Clerk to effect service of the Summons, Complaint, Notice of Suit (along with translations) and copy of the Foreign Sovereign Immunities Act on defendant the Syrian Arab Republic via DHL [DE 14 and 17], enclosed please find the proof of delivery on Syria from DHL.

    Please make the appropriate docket entry reflecting this proof of delivery. Please do not hesitate to contact me as necessary.

Very truly yours,

Robert J. Tolchin

RECEIVED
Mail Room

DEC 1 6 2015

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia



EXCELLENCE. SIMPLY DELIVERED.

30 November 2015

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 6329795824.

Thank you for choosing DHL Express.

www.dhl.com

## Your shipment 6329795824 was delivered on 29 November 2015 at 14:45

| | | | |
|---|---|---|---|
| **Signed** | WAEL | **Destination Service Area** | DAMASCUS SYRIA |
| | | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600002558714466 |

### Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | WASHINGTON - RONALD REAGAN NATIONAL UNITED STATES OF AMERICA |
| **Picked Up** | 18 November 2015 at 13:32 | | |
| | | **Shipper Reference** | BRAUN V. ISLAMIC (15CV01136) |