

United States Department of State

*Washington, D.C. 20520*

February 23, 2015

Angela D. Caesar
Clerk of Court
United States District Court
For the District of Columbia

Re: Fraenkel, et al. v. The Republic of Iran, et al., Case No. 1:15-cv-01080 (RCL)

Dear Ms. Caesar:

    I am writing regarding the Court's request for service of Amended Summons, Complaint, Standing Order, and Notice of Suit pursuant to 28 U.S.C. 1608(a)(4) upon the Islamic Republic of Iran and the Iranian Ministry of Information and Security in the above mentioned lawsuit.

    Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note number 1105-IE and 1106-IE, dated and delivered on January 13, 2016. Certified copies of the diplomatic notes are enclosed.

    Should you have any questions regarding this matter, please do not hesitate to contact Daniel Klimow at (202) 485-6224.

Sincerely,

Jared Hess
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs



Cc: Robert J. Tolchin, Esq.
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, New York 11201

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland           )
Bern, Canton of Bern                   ) SS:
Embassy of the United States of America )

I, Timothy P Buckley, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 25150 dated December , 2015, which was transmitted to the Swiss Ministry of Foreign Affairs on December 30, 2015 for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.

_(Signature of Consular Officer)_

Timothy P BUCKLEY
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

January 28, 2016
(Date)



*Embassy of the United States of America*

December 29, 2015

CONS NO.   25150

Federal Department of Foreign
 Affairs
Foreign Interests Service
Bundeshaus Nord
3003 Bern


Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities Act (FSIA) - Fraenkel, et al. v. Islamci Republic of Iran, et al., Case No. 1:15-cv-01080 (RCL)


REF:     ----


The Department of State has requested the delivery of the enclosed Summons, Complaint, and Notice of Suit to the Ministry of Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities Act in the matter of Fraenkel, et al. v. Islamci Republic of Iran, et al., Case No. 1:15-cv-01080 (RCL).

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the documents to the American Interests Section of the Swiss Embassy in Tehran.  There are two defendants to be served in this case: the Islamic Republic of Iran and the Iranian Ministry of Information and Securty.  The American Interests Section should transmit the Summons, Complaint, and Notice of Suit to the Iranian Ministry of Foreign Affairs under cover of two diplomatic notes utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery.  The American Interests Section should execute certifications of the diplomatic notes, which will be forwarded by the Department of State to the requesting court in the United States.

closed are two appropriate parts of a message the Embassy received from the Department of State as well two sets of documents for the Islamic Republic of Iran and the Iranian Ministry of Information and Security.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.



SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
City, Canton of Bern ) SS:
Embassy of the United States of America )

I certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
(Signature of Consular Officer)

Timothy P BUCKLEY
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

January 28, 2016
(Date)

derazione Svizzera

**Federal Department of Foreign Affairs FDFA**

23762

K.252.22-USA/IRAN 02 – 4

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 25150 dated December 29, 2015 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance: Lawsuit Fraenkel, et al. v. the Islamic Republic of Iran, et al.,
Case No. 1:15-cv-01080
- Note No. 1105-IE addressed to The Islamic Republic of Iran,
- Note No. 1106-IE addressed to the Iranian Ministry of Information and Security

dated January 13, 2016 and proof of service, dated January 13, 2016, as well as the certification by the Swiss Federal Chancellery dated January 19, 2016.

The section has received the above mentioned documents on January 12, 2016. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on January 13, 2016. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, January 19, 2016

_Enclosure mentioned_



To the
Embassy of the
United States of America

Berne



SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland            )
rn, Canton of Bern                    ) SS:
bassy of the United States of America )

ertify that the annexed document is executed by the
uine signature and seal of the following named official
, in an official capacity, is empowered by the laws of
tzerland to execute that document.

ertify under penalty of perjury under the laws of the
ted States that the foregoing is true and correct.

Yvonne AGOSTI
(ped name of Official who executed the annexed document)


(Signature of Consular Officer)


Timothy P BUCKLEY
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


January 28, 2016
(Date)

Confederaziun svizra
Embassy of Switzerland in Iran
Foreign Interests Section

No. 1005-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Fraenkel et al. v. Islamic Republic of Iran, et al. 1:15-cv-01080 (RCL), which is pending in the U.S. Federal District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days of the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the complaint, the Embassy is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1. Summons, Complaint, and Notice of Suit
2. Translations



Tehran, January 13, 2016

Ministry of Foreign Affairs
Islamic Republic of Iran
Tehran

I, Marc Jenoure, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of the diplomatic note number 1005-IE dated January 13, 2016. The delivery of this note and its enclosures was attempted on January 13, 2016, but the Iranian Ministry of Foreign Affairs refused its acceptance.

Marc Jenoure
Deputy Head of Foreign Interests Section

Tehran, January 13, 2016





Tax CHF 20.–

### APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by    Marc Jenoure

3. acting in the capacity of head of Foreign Interests Section

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne          6.    the 19 January 2016

7. by Yvonne Agosti
   functionary of the Swiss federal Chancellery

8. No  001027

9. Seal/stamp:                    10. Signature:

   Swiss federal Chancellery

سفارت سوئیس
قسمت حافظ منافع خارجی

شماره IE- ۱۰۰۵

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به دعوا ی حقوقی تحت عنوان فرانکل و سایرین در مقابل جمهوری اسلامی ایران و سایرین، تحت پرونده شماره (RCL) 1:15-cv-01080 که در دادگاه منطقه ای ایالات متحده آمریکا برای ناحیه کلمبیا مفتوح میباشد جلب می نماید. جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه منطقه ای ایالات متحده یک فقره احضاریه، شکایت و دستور جاری را ایفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قابل اجرا ایالات متحده، خوانده یک پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ شکایت، در این مورد تاریخ یادداشت، پاسخی به شکایت یا دیگر پاسخی دفاعی در پرونده بگذارد. درغیر اینصورت، ممکن است حکمی بر ضد خوانده صادر گردد بدون آنکه خوانده فرصت ارائه شواهد و دفائیه از طرف خود را داشته باشد. لذا، سفارت در خواست می نماید که شکایت ضمیمه شده، با این دید که اقدامات لازم جهت جلوگیری از حکم قصور انجام شود، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت علاوه بر شکایت، اخطاریه دادگاه که توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی تهیه شده است ، را به پیوست ایفاد می دارد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی واداری و یا دفاع دیگری از جمله عنوان نمودن مصونیت دولت ها مبنی بر مصونیت باید در مقابل دادگاهی صورت گیرد که موضوع در آن مفتوح می باشد. از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. در غیر این صورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ بیست و سوم دی ماه ۱۳۹۴ (۱۳ ژانویه ۲۰۱۶)



پیوست: ۱- احضاریه، شکایت، و اخطاریه دادگاه
۲- ترجمه ها

وزارت امور خارجه
جمهوری اسلامی ایران
تهران

SPECIFIC AUTHENTICATION CERTIFICATE

```
          federation of Switzerland             )
         n, Canton of Bern                      ) SS:
         assy of the United States of America   )
```

I  rtify that the annexed document is executed by the g  ine signature and seal of the following named official w    in an official capacity, is empowered by the laws of S  zerland to execute that document.

I  rtify under penalty of perjury under the laws of the U  ed States that the foregoing is true and correct.

Yvonne AGOSTI
( ed name of Official who executed the annexed document)

*(signature)* Timothy P. Buckley
(Signature of Consular Officer)

Timothy P BUCKLEY
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

January 28, 2016
(Date)

Confederaziun svizra
Embassy of Switzerland in Iran
Foreign Interests Section

No. 1006-IE

    The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Fraenkel et al. v. Islamic Republic of Iran, et al. 1:15-cv-01080 (RCL), which is pending in the U.S. Federal District Court for the District of Columbia. The Iranian Ministry of Information and Security is a defendant in this case. The Embassy transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of this document to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

    Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days of the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

    In addition to the complaint, the Embassy is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

    The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

    The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1. Summons, Complaint, and Notice of Suit
2. Translations



Tehran, January 13, 2016

Ministry of Foreign Affairs
Islamic Republic of Iran
Tehran

I, Marc Jenoure, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of the diplomatic note number 1006-IE dated January 13, 2016. The delivery of this note and its enclosures was attempted on January 13, 2016, but the Iranian Ministry of Foreign Affairs refused its acceptance.

Marc Jenoure
Deputy Head of Foreign Interests Section

Tehran, January 13, 2016



## APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by    Marc Jenoure

3. acting in the capacity of head of Foreign Interests Section

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne             6.    the 19 January 2016

7. by Yvonne Agosti
   functionary of the Swiss federal Chancellery

8. No  001026

9. Seal/stamp:                    10. Signature:

   Swiss federal Chancellery



Tax CHF 20.-

سفارت سوئیس
قسمت حافظ منافع خارجی

شماره IE- ۱۰۰۶

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به دعوا ی حقوقی تحت عنوان فرانکل و سایرین در مقابل جمهوری اسلامی ایران و سایرین، تحت پرونده شماره (RCL) 1:15-cv-01080 که در دادگاه منطقه ای ایالات متحده آمریکا برای ناحیه کلمبیا مفتوح میباشد جلب می نماید. وزارت اطلاعات و امنیت ایران طرف خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه منطقه ای ایالات متحده یک فقره احضاریه، شکایت و دستور جاری را ایفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قابل اجرا ایالات متحده، خوانده یک پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ شکایت، در این مورد تاریخ یادداشت، پاسخی به شکایت یا دیگر پاسخی دفاعی در پرونده بگذارد. درغیر اینصورت ، ممکن است حکمی بر ضد خوانده صادر گردد بدون آنکه خوانده فرصت ارائه شواهد و دفائیه از طرف خود را داشته باشد. لذا، سفارت در خواست می نماید که شکایت ضمیمه شده، با این دید که اقدامات لازم جهت جلوگیری از حکم قصور انجام شود، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت علاوه بر شکایت، اخطاریه دادگاه که توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی تهیه شده است ، را به پیوست ایفاد می دارد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی واداری و یا دفاع دیگری از جمله بعنوان نمودن مصونیت دولت ها مبنی بر مصونیت باید در مقابل دادگاهی صورت گیرد که موضوع در آن مفتوح می باشد. از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. در غیر این صورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ بیست و سوم دی ماه ۱۳۹۴ (۱۳ ژانویه ۲۰۱۶)



پیوست: ۱- احضاریه، شکایت، و اخطاریه دادگاه
۲- ترجمه ها

وزارت امور خارجه
جمهوری اسلامی ایران
تهران