IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------ X

ABRAHAM RON FRAENKEL, *et al.*,

        Plaintiff,   Docket No:
                                                     1:15-CV-01080(RMC)
    -against-

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

        Defendants.

------------------------------------------------------------------ X

## DECLARATION OF RACHEL MAY WEISER

I, Rachel May Weiser, declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

1. My name is Rachel May Weiser.

2. I am a Senior Attorney at Shurat HaDin – The Israel Law Center, Hataas 10, Tel Aviv, Israel, 972-3-751-4175.

3. I am admitted to the bar of Ohio (1998); Northern District of Ohio (1999); and DC Court of Appeals (2014).

4. I have not been disciplined by any bar.

6. I have never been admitted *pro hac vice* to this Court. I was admitted pro hac vice to the Southern District of New York in 2014; *Sokolow v. PA*, 1:04-cv-00397.

Dated: November 23, 2016

                                                          Respectfully submitted,

                                                          */s/ Rachel May Weiser*

                                                          Shurat HaDin – The Israel Law Center
                                                          Hataas 10, Tel Aviv, Israel
                                                          972-3-751-4175