UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABRAHAM RON FRAENKEL, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 15-1080 (RMC) |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that judgment is entered in favor of Plaintiffs Rachel Devora Sprecher Fraenkel, Tzvi Amitay Fraenkel, A.H.F., A.L.F., N.E.F., N.S.F., and S.R.F. on their claim under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1602 *et seq.*; and it is

**FURTHER ORDERED** that judgment is entered in favor of Plaintiff Abraham Ron Fraenkel on claim of negligence under Israeli law; and it is

**FURTHER ORDERED** that default judgment is entered in favor of Plaintiffs in the following amounts:

Pain and Suffering to the Estate of Naftali Fraenkel – $1,000,000

Solatium to U.S. Citizen Plaintiffs – $3,100,000

Solatium to Abraham Fraenkel – $1,000,000

Punitive Damages to the Estate of Naftali Fraenkel – $50,000,000; and it is

**FURTHER ORDERED** that all other claims are **DISMISSED**. This case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

Date: March 31, 2017                                /s/
ROSEMARY M. COLLYER
United States District Judge