```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA


RACHEL DEVORA SPRECHER      :
FRAENKEL ET AL,             :
                            :
           Plaintiffs,      :         Docket No. CA 15-1080
                            :
      vs.                   :         Washington, D.C.
                            :       Tuesday, December 6, 2016
                            :             10:05 a.m.
ISLAMIC REPUBLIC OF IRAN,   :
ET AL,                      :
                            :
           Defendants.      :
--------------------------x



             TRANSCRIPT OF EVIDENTIARY HEARING
        BEFORE THE HONORABLE ROSEMARY M. COLLYER
             UNITED STATES DISTRICT JUDGE



APPEARANCES:

For the Plaintiffs:        ROBERT TOLCHIN, Esquire
                           The Berkman Law Office, LLC
                           111 Livingston Street
                           Suite 1928
                           Brooklyn, New York 11201

                           RACHEL MAY WEISER, Esquire
                           Shurat Hadin
                           Israel Law Denter
                           Beit Hakeren, 10 Hata'as Street
                           Ramat Gan 52512, Israel

Court Reporter:            CRYSTAL M. PILGRIM, RPR, FCRR
                           Official Court Reporter
                           United States District Court
                           District of Columbia
                           333 Constitution Avenue, NW
                           Washington, DC  20001
```

```
 1                         I-N-D-E-X

 2                                    Direct   Cross   Redirect

 3   On behalf of the Plaintiff:

 4       Rachel D. Fraenkel
              By Ms. Weiser            7
 5
         Tzvi Fraenkel
 6            By Ms. Weiser            43

 7       A.S. Fraenkel
              By Ms. Weiser            58
 8
         A.L. Fraenkel
 9            By Ms. Weiser            70

10       N.E. Fraenkel
              By Ms. Weiser            79
11
         N.S. Fraenkel
12            By Ms. Weiser            84

13       Abraham R. Fraenkel
              By Ms. Weiser            89
14
         Arieh D. Spitzen
15            By Mr. Tolchin           114

16

17                         E-X-H-I-B-I-T-S

18                                         Marked      Received

19   On behalf of the Plaintiff:

20   Exhibit No. 9-25                                     16

21   Exhibit No. 10-1                      24             26

22   Exhibit No. 10-2, 10-3                               26

23   Exhibit No. 9 B                                      35

24   Exhibit No. 9 A-23 - 9 A-24                          32

25
```

```
                    I N D E X (Continued)

     On behalf of the Plaintiff:        Marked    Received

Exhibit No. 9 A-13 - 9 A-19                          38

Exhibit No. 9 A-12                                   39

Exhibit No. 9 A-26                                   52

Exhibit No. 1 - 8                                    57

Exhibit No. 9 A-6                                    63

Exhibit No. 9 A-8                                    63

Exhibit No. 9 A-3                                    75

Exhibit No. 9 A-4                                    76

Exhibit No. 9 A-5                                    76

Exhibit No. 9 A-20                                   77

Exhibit No. 9 C                        83           83

Exhibit No. 11 and 13                                84

Exhibit No. 9 A-11                                   88

Exhibit No. 24, 25, 26                               98

Exhibit No. 9 A-1 and 9 A-2                         108

Exhibit No. 9 A-7                                   109

Exhibit No. 9 A-9                                   109

Exhibit No. 9 A-10                                  110

Exhibit No. 12, 9 A-21, 9 A-22                      112

Exhibit No. 20                                      118

Exhibit No. 21, 22                                  123
```

```
 1                      P-R-O-C-E-E-D-I-N-G-S

 2            THE DEPUTY CLERK:  Civil action 15-1080, Rachel

 3   Devora Sprecher Fraenkel, et al versus Islamic Republic of

 4   Iran, et al.

 5            For the plaintiffs Robert Tolchin and Rachel Weiser.

 6            THE COURT:  The defendants have made no entry of

 7   appearance in response to service of the complaints.

 8            We're here today after the plaintiffs obtained default

 9   in order to hold an evidentiary hearing in anticipation of a

10   default judgment against the defendants under the Foreign

11   Service Immunities Act.

12            Are you ready to proceed, sir?

13            MR. TOLCHIN:  Yes, Your Honor, we are.

14            THE COURT:  All right, did you have a desire to make

15   any opening statement or just call your first witness?  You can

16   do either.

17            MR. TOLCHIN:  We want to proceed as quickly as we can

18   so we can get a lot in in these two days.  So with Your Honor's

19   indulgence, we're foregoing opening and will call our first

20   witness.

21            THE COURT:  Yes.  I have to urge you to always talk

22   into the microphone so we get a good record.  From where you're

23   standing, it doesn't come through to the mic and I'm sure that

24   the reporter heard you, but I like the Circuit to hear you too.

25   All right.
```

```
1              MR. TOLCHIN:  My whole life people tell me I talk too
2    loud.  I was trying to not do that.
3              THE COURT:  Well, you know, it's quite fine, okay.
4              MR. TOLCHIN:  Your Honor, we have --
5              THE COURT:  Who are you going to call?
6              MR. TOLCHIN:  Your Honor, we have one or two slight
7    --
8              THE COURT:  Yes.
9              MR. TOLCHIN:  -- housekeeping matters just with the
10   paper work.
11             THE COURT:  Okay.
12             MR. TOLCHIN:  We had prepared a binder of exhibits.
13             THE COURT:  Yes.
14             MR. TOLCHIN:  Which we annotated today with, there
15   was an exhibit with pictures.
16             THE COURT:  Yes.
17             MR. TOLCHIN:  And Ms. Weiser added numbers to each
18   individual picture so that it would be easier for Your Honor to
19   refer to as she's using them during the examination.
20             THE COURT:  Okay.
21             MR. TOLCHIN:  Also in the binder there were three
22   exhibits that are authenticated via Apostilles and
23   certifications of foreign government records and what you had
24   in the binder was just a scan of the Apostille and we actually
25   brought the original documents with us today.
```

```
1              THE COURT:  Okay.
2              MR. TOLCHIN:  I don't know if you want me to hand
3    them up now.
4              THE COURT:  When we get there.
5              MR. TOLCHIN:  Just when we get there.
6              THE COURT:  When we get there.
7              MR. TOLCHIN:  The last thing is just a foundational
8    thing.  At some point we have to show you everybody's proof of
9    citizenship which usually we do that first just to get it out
10   of the way, but not everybody is here yet.
11             THE COURT:  We can either do that when everybody is
12   here or we can do that through their testimonies as they
13   testify.
14             MR. TOLCHIN:  Okay.
15             THE COURT:  Either way.  I mean, I've seen them, so I
16   know they're there.
17             MR. TOLCHIN:  Right, but you haven't seen the
18   originals.
19             THE COURT:  Right.
20             MR. TOLCHIN:  Thank you.
21         So we're ready to proceed and Ms. Weiser is calling the
22   first witness.
23             THE COURT:  All right, Ms. Weiser, please.
24             MS. WEISER:  Thank you, Your Honor.
25         I would call Racheli Fraenkel.
```

```
 1            THE COURT:  All right, Ms. Fraenkel, if you would

 2  come forward, please.

 3              PLAINTIFF WITNESS RACHEL D. FRAENKEL SWORN

 4            THE COURT:  I hate to tell you this too, but you

 5  really need to talk into the microphone so everyone can hear

 6  you, okay.

 7            THE WITNESS:  Okay.

 8            THE COURT:  Thank you.

 9                        DIRECT EXAMINATION

10  BY MS. WEISER:

11  Q.   So your English name is Rachel, but the name you go by is

12  Racheli, right?

13  A.   Yes.

14  Q.   Just so everybody knows, if I refer to her as Racheli

15  we'll know.

16            THE COURT:  You need to spell that if you would.

17            MS. WEISER:  R-A-C-H-E-L-I.

18            THE COURT:  Thank you.

19        Can you give us your full name for the record.

20            THE WITNESS:  Rachel Devora Sprecher.  That's an

21  Israeli name and my married name is Fraenkel.

22            THE COURT:  All right, thank you.

23  BY MS. WEISER:

24  Q.   Okay, good morning, Racheli?

25  A.   Good morning.
```

```
1   Q.   Where were you born?

2   A.   In Israel, Ramat Gan.

3             THE COURT:  Did you say you were born in Israel?

4             THE WITNESS:  Yes, in the city of Ramat Gan.

5             THE COURT:  Thank you.

6   BY MS. WEISER:

7   Q.   Are your parents American citizens?

8   A.   Both of them are.

9   Q.   And you are an American citizen?

10  A.   Yes, I am.

11  Q.   Did your parents speak English to you in the home?

12  A.   Yes.

13  Q.   You're fluent in English?

14  A.   Quite.

15  Q.   So we'll proceed today in English?

16  A.   Very well.

17  Q.   Okay, what do you do for a living?

18  A.   I teach Judaic studies for women in a couple of

19  institutions that teach advanced Jewish studies, Talmud and

20  Jewish Law in Jerusalem.

21  Q.   Are your married?

22  A.   Yes, I am.

23  Q.   What is your husband's name?

24  A.   Abraham Fraenkel.

25  Q.   Do you have children?
```

```
 1   A.    I have.

 2   Q.    How many?

 3   A.    Seven.

 4   Q.    Can you go through for us their names and ages?

 5   A.    Yes.

 6   Q.    Slowly for the Court Reporter?

 7   A.    My first born is Tzvi, T-Z-V-I, Amitai, A-M-I-T-A-I

 8   Fraenkel.  My second is --

 9   Q.    How old is he?

10   A.    He's now 21.

11   Q.    Okay?

12   A.    My second is Naftali.  Actually, his full name is Yaakov

13   Naftali Fraenkel.

14              THE COURT:  I'm sorry to have to ask you this, but

15   you need to spell each one.

16              THE WITNESS:  Okay.

17      Naftali is N-A-F-T-A-L-I, Yaakov is Y-A-A-K-O-V.

18   BY MS. WEISER:

19   Q.    And he would have been how old?

20   A.    He would have been 19 now.

21   Q.    The next child?

22   A.    Ay., A-----.

23   Q.    How old is she?

24   A.    She is now 16.

25   Q.    Okay, the next one?
```

```
 1   A.    A., A--------, she is now 13.

 2   Q.    Okay.

 3   A.    And N.E., N---.  She's now 11.  And N.S., N----.  She is

 4   now eight.  And S. is S----- and he is now six.

 5   Q.    Okay, Racheli we're here today to talk about your second

 6   son, Naftali, who was murdered two years ago.  So let's start

 7   to tell that story.

 8       Walk us through those first moments of finding out that

 9   Naftali was murdered.  Do you remember what date it was?

10            THE COURT:  Wait, wait, wait, wait.  The first

11   moments when he found out?

12            MS. WEISER:  When she found out he was missing.

13            THE COURT:  Missing.

14            MS. WEISER:  Missing.

15            THE COURT:  That isn't what you asked, missing.

16            THE WITNESS:  Well, that was the last day of

17   Naftali's high school year in 11th grade.  And he had

18   communicated to us during the day that he might come home that

19   evening.  He was in a boarding school.  He came home every

20   Friday morning, but that was Thursday evening and at some point

21   we got a text message from him saying that he's on his way

22   home.

23            It takes over an hour to get home from his school.  It

24   took about that much time to realize, to see the message and we

25   texted him back great, we're expecting you.
```

1          And it was the end of a very tiring week so we went to

2    sleep and he's big and responsible and he would show himself

3    in.  At 3:30 at night our daughter A.L. woke us up.  She said

4    someone was banging at the door.  Once we were up we heard the

5    banging on the door.

6          We went downstairs.  I remember looking at my husband,

7    looking at the watch and saying this can't be good.  And when

8    we opened the door there were police officers there.  They were

9    sent by a family of a boy we had not known, his name is Gilad.

10   G-I-L-A-D.  Shaar, S-H-A-A-R.

11         And apparently Gilad's parents were in touch of him and

12   at some point his phone went dead.  They were expecting him at

13   home and he didn't arrive.  So they started making phone calls

14   to friends and they learned that Mr. Gilad left the house

15   together, not the house, the high school together on their way

16   home.  They live in the same area.

17         And that's the last they know and once they heard that

18   they were with Naftali, they went to the police station and the

19   police came to us to find out if Gilad is sleeping by us.

20   Q.   What did you do?

21   A.   First I thought it was all about going upstairs and

22   finding them safely in bed.  I went to Naftali's room and the

23   beds in his room were empty.

24   Q.   How did you feel?  How did you feel the moment before you

25   saw the beds were empty?

1  A.    Going upstairs was, I was very confident but that was,

2  those were the last seconds of confidence for a long time.  We

3  --

4  Q.    So what did you do next?

5  A.    We came, I came down.  I rang his phone and his phone was

6  dead and we knew we were in trouble.  I was thinking about

7  traffic accidents, and my husband was contacting the police

8  force.

9      And eventually, Gilad's father and my husband met and

10  started to drive back to through the woods they would have

11  driven through to see if, to see if they could see anything

12  that happened on the way until they got to the high school

13  itself and there they later contacted the army.

14      I stayed at home.  Obviously, very anxious.  We were trying

15  to find a picture of him to send to the police and I took one

16  off my phone.

17      And at some point I had to wake up my children and send

18  them to school.  I did not tell them that anything happened.  I

19  just got them out of the house as if everything was okay.

20  Q.    Was a trace run on the cell phone?

21  A.    Yeah, about, I don't know exactly, but at about 5:30.

22  Some time, a couple of hours later in the morning, my husband

23  called and he said that the last trace of the phone was in the

24  Hebron area.

25  Q.    Can you spell that?

1   A.    Hebron, H-E-B-R-O-N.

2   Q.    What did that mean to you?

3   A.    That first of all is exactly the opposite way of, of their

4   travel.  There's no reason in the world they should be in that

5   direction.  And beyond that, it's also an area that's populated

6   mostly by Arabs and some of which are very hostile to Israeli

7   citizens.

8      So to me once that recognition came through, I understood

9   this is a terror story.

10  Q.    Okay.  How did you feel at that moment when you understood

11  that?

12  A.    Extremely anxious.

13  Q.    How long did it take before they found the three boys'

14  bodies?

15  A.    Eighteen days.

16  Q.    Can you describe for us what those 18 days were like for

17  you?

18  A.    They were mostly very very intensive.  We were trying to

19  stay focused.  I remember the tension and the anxiety focusing

20  a certain part on the bottom of my back and the rest of me

21  trying to stay focused and trying to see what we can do and

22  what is our role in this ordeal.

23     We were very aware of the enormous attempts that are being

24  made by the intelligence, by the army, by the government, by

25  people all around the world, rallying, making, you know,

1  tremendous efforts to get the boys back.

2     That is first of all, made us feel confident that we're on

3  our way and make sure we're not alone.  On the other hand, it

4  made every minute during those days extremely intensive.  There

5  were people walking in and out of the house constantly.  There

6  were dozens of journalists and photographers camped outside the

7  house 24/7, almost.  I'm sure that they weren't there on

8  Sabbath.

9     Overall it was, it was sleepless and we didn't eat much.  I

10 remember for the first couple of days I was given something to

11 help me sleep.  I then stopped taking it because I was afraid

12 I'm going to lose my focus.  Over the 18 days, the 7 days of

13 mourning I think I lost 22 pounds.  It was crazy.

14     Beyond that there were my children to try to take care of

15 and my family and my neighbors were very instrumental, but I

16 had to make sure that they're, that they're okay, that they're

17 understanding.

18     The different options, we were very hopeful and very

19 optimistic.  We were joking about Naftali coming home safely

20 and seeing what a mess he made, et cetera, et cetera.  On the

21 other hand, I had to make sure that, that they were aware that

22 everything is possible.  We had very little time to spend with

23 the children at the time.  But there was tremendous stress and

24 anxiety.

25 Q.  What were your thoughts about what was happening to

1  Naftali during those days?

2  A.   There were so many dark places to go to that I really

3  tried to control that part.  Whenever I would think about, you

4  know, are they together, were they put each one separately, are

5  they going insane, were they thrown in some hole.  Are they

6  being fed, are they taken care of.  Are they wounded, are they

7  alive.  That immediately drew all of the energy that I had and

8  very quickly I started to focus and try to stay away from the

9  really dark places.

10  Q.   You mentioned that there was a Countrywide search

11  happening.  I just want to show you a picture.  This is Exhibit

12  9 A-25.  Racheli, do you recognize that picture?

13  A.   This is the picture I got off of my phone in the middle of

14  the night.  It was just a picture off the phone and then it

15  became huge posters.

16     My daughter said if I ever go missing ask me which picture

17  to take.

18  Q.   So the picture all the way to the right is Naftali?

19  A.   Yes.

20  Q.   And the two boys that were kidnapped with him are the

21  other two photographs?

22  A.   Right.  Eyal is a classmate.  Eyal met him in the bus

23  station.

24         MS. WEISER:  Your Honor, would you like me to wait to

25  move the photographs into?

1          THE COURT:  No, I think you should move them in one

2   by one so we make sure we don't miss any.

3          MS. WEISER:  Your Honor, then I move to admit Exhibit

4   9-25 into evidence.

5          THE COURT:  It will be admitted.

6          MS. WEISER:  Thank you.

7       (Plaintiff's Exhibit Number 9 A-25 received into

8   evidence.)

9   BY MS. WEISER:

10  Q.   Racheli, at some point during the 18 days there was an

11  emergency department phone call located, right?

12  A.   Well, within hours the police and intelligence became

13  aware of a phone call that Eyal had managed to get out of the

14  car.  He rang the emergency number, he was heard they was

15  kidnapped and there was some other vocal information there.

16     At the time it was entered a prank call.  And it took

17  awhile, only when the missing persons, when they started

18  looking for them did the phone recording was interchanged and

19  looked over and analyzed very very carefully.

20  Q.   During those 18 days did you listen to that call?

21  A.   At, at first it was a gag order and we did not hear

22  anything.  We heard about information retrieved on the call,

23  but we didn't hear it firsthand.

24     Later on there was, they were afraid that the phone call,

25  the recording might have leaked to the journalists and they

1  wanted us to, if we wished to, hear it, they give us the

2  opportunity to listen to it.

3  Q.    Did you listen to it?

4  A.    I chose to listen to it.

5  Q.    What did you hear on that call?

6  A.    I heard, I heard Eyal whispering I was kidnapped.  I heard

7  talk first in Arabic and then in Hebrew with an Arabic accent

8  saying put down your heads.  I at some point then heard puffs

9  that were said to be gunshots with a silencer and then I heard

10  some anguish, some physical pain, somebody, I didn't

11  necessarily recognize Naftali's voice, but somebody there was

12  making some sound of pain.

13      And then there was silence which for me was very very

14  scary, the silence scared me very much.  The expert said that

15  this still leaves all the options open.  They might have been

16  wounded.  They might have murdered two and kept one.  They

17  might have been, you know, the shots were just to scare them.

18  So for me this was a very scary experience, but it still left a

19  lot of room for optimism.

20  Q.    When did you learn that Naftali had in fact been murdered?

21  A.    We were on our way to a meeting in Tel Aviv and we were

22  called back home.  We were told to, just to come back home

23  without an explanation.  And again, we were saying, I felt like

24  my stomach was up in my mouth and I was saying this can't be

25  good.  If it was something good, they would have told us.

1    We came back home and waited for awhile until officials

2  came and told us.  We were freaking out, so at some point my

3  husband called a friend and said, you know, we're going crazy,

4  you must tell us something.  And he had said that they

5  discovered two bodies and a few minutes later, they came in and

6  said that three of them were found dead.

7  Q.   How did you feel hearing that news?

8  A.   How did I feel?  I felt pain, physical pain.

9  Q.   Can you describe that?

10  A.   Well, first it was the great disappointment.  We were

11  hoping this could end well and, and then, you know, the news

12  sinking in, the point of everything it was, everything that

13  won't be.

14    Later on having to tell Naftali's siblings.

15  Q.   That physical pain that you felt when you heard the news

16  do you still feel it?

17  A.   When I think of the moment, the rest of the period had

18  different sides to it.  It was, it was so many people that were

19  at their best and there was so much intensity and hope and, you

20  know, good reasons to be optimistic, that that time it's an,

21  there are lighter sides to that memory, but the time after

22  getting the final news is still to this minute physical pain,

23  the memory is like physical pain to me.

24  Q.   You mentioned telling the children.  Why was that so

25  difficult for you?

```
1   A.   Because a child walks into the room and they're, you feel

2   like this is a blooming flower and you're going to crush them

3   and each one of them was at a different stage in life and each

4   one of them was different age and different relationship with

5   Naftali and they, like all of us they were all hoping that this

6   will end well.  And we were talking about the psychological

7   rehabilitation the need when he comes back.  So yeah, just it's

8   probably the hardest thing I did.

9   Q.   So let's go through one by one.  Tzvi, your oldest, how

10  old was he at the time?

11  A.   He was 19.

12  Q.   And what was his reaction to the news?

13  A.   So actually, he was after being home for most of this time

14  since we realized this could go on for a long time, he had just

15  went back to where he learns in Jerusalem.  And he was brought

16  back by my brother-in-law.

17       So that's something I have a little bit regret because for

18  the 40 minutes it takes to come in from Jerusalem, nothing was

19  really said and I'm sure that's a very difficult time.

20       Once he came into the room, he saw us and he said nobody

21  said anything to me yet.  And we told him what we heard.  I

22  think, I can't go into his heart and his mind, but one of the

23  things that were difficult for him is the difficulty finding

24  his tears.

25            THE COURT:  Finding, I'm sorry?
```

1          THE WITNESS:  His tears, the ability to express

2   sorrow outwardly and it took awhile.  It happened in the end.

3   BY MS. WEISER:

4   Q.   A.S., how old was she?

5   A.   A.S. is 16.

6   Q.   She's 16 now?

7   A.   Yeah, she was 14 at the time.  She's very very sensitive

8   to changes of moods, so she felt the nervous energy.  I think

9   she and her sister felt something in the house before we, there

10  was a little while there where rumors started circulating and

11  we didn't speak to them yet.

12      So she, I'm trying to remember how exactly she reacted.  It

13  was very difficult, that's what I remember.  I don't remember

14  the details with her.

15  Q.   Do you remember her reacting physically?

16  A.   A bit.  I remember needing to hold her and hug her and

17  keep her safe.

18  Q.   A.L., how old was A.L. at the time two years ago.

19  A.   A.L. was 11.

20  Q.   Do you remember her reaction?

21  A.   She was by a friend at the time and at some point my

22  sister called her in.

23          THE COURT:  How old was she?

24          THE WITNESS:  She was 11.  And she was, she didn't

25  want to come into the house.  She was sitting on the, somewhere

1  outside the house.  And my sister told her you don't want to

2  know yet?  And A.L. said not yet.

3        Then a few minutes later, she came in and we spoke to

4  her and her first reaction was so he won't be in my Bar

5  Mitzvah.  That's the celebration she was expecting when she

6  turns 12.  And again, you know, calming her, talking to her

7  about it, talking to her about the difficulty of seeing her

8  parents cry and telling her we're not going to fall apart on

9  her and that we'll be okay, but she's going to see us in

10  difficult time.

11  BY MS. WEISER:

12  Q.    Next one is N.E., how old was she?

13  A.    N.E. was I think 9 at the time.

14  Q.    What was N.E.'s reaction?

15  A.    So N.E. was sleeping over by a friend and after much

16  debate we decided to leave her, give her one more quiet night

17  and we picked her up in the morning.

18     The parents of the, this is something the whole country was

19  thinking about, so the parents of the friend had to isolate

20  them during the time until N.E. was brought home the next

21  morning.

22     We were, when we asked how do you tell young children such

23  news, we were told to do it gradually even if we had to lie.

24  So we were suppose to say that he was hurt, that he was hurt

25  badly, that he's in bad condition and over a few minutes

1  eventually say that he was murdered.

2      And that's what we managed to do at least with the younger

3  ones, but N.E. became so anxious that she started yelling is he

4  alive, is he alive and before we got the opportunity to do

5  anything gradual, we kind of had to tell her that he isn't.

6  And she started shivering, her whole body was shivering like a

7  description of a wounded animal where they physically shiver.

8      So again, we tried to contain it, hug her.  And it's

9  interesting with N.E. because she had the most severe reaction

10  when we told her.  And today when you talk to her about it she

11  doesn't communicate much emotion.  She was attached to him.

12  She loved him very much.  But when we talk to her, she's very

13  matter of fact about it.

14      And to me it's always I don't know, it's kind of ironic,

15  because when we told her she was the most extreme physical

16  emotional.  Not emotional, some of her other siblings too but

17  it was very difficult to tell her the news.

18  Q.   N., how old was she?

19  A.   N. was six at the time.

20  Q.   What was her reaction?

21  A.   N. is a very verbal child.  So from the very beginning she

22  was very, she spoke a lot and she couldn't get over it and she

23  asked a million questions and she cried.

24      And, you know, with her we managed to say the whole

25  gradual, he's in bad shape and it took me awhile to understand

1   that for months she thought that he was in the hospital and

2   that he died there and it took her awhile until we got the

3   story straight that really he was murdered quite immediately

4   and he was, the kidnapping took place while he was already dead

5   for 18 days.

6   Q.   Tell us about the funeral, but before we get to that.

7   Tell us about the moments before the funeral what you did?

8   A.   We, eventually the funeral was attended by a hundred

9   thousand Israelis and government officials, et cetera, et

10   cetera.

11      But before that we came from three different communities,

12   and it was very important for us to come from our communities

13   and each one from their hometown and their family and neighbors

14   and friends.  And before that, there was the time that we had

15   alone with Naftali in the room.

16      In Israel people are buried in burial cloths and not in

17   caskets, and they're almost never exposed, definitely not ones

18   that were buried for 18 days earlier, so we were in a room

19   alone with Naftali wrapped with an Israeli flag.

20   Q.   Who was in the room with you?

21   A.   So my husband and I were there and then we asked two of

22   our, the younger children didn't come to the funeral, the very

23   young ones, but we asked whether the older children wanted to

24   come in and my son, my oldest son Tzvi came.

25   Q.   What was it like for you in that room?

```
 1  A.    If you could imagine, I remember my husband speaking to
 2  him.  I remembered how tall he was.  He hadn't finished growing
 3  yet.  And he was quite tall.  And I also remember a clear
 4  feeling of this is my son's body, not my son.
 5  Q.    You mentioned that you were not able to see your son's
 6  body.  You didn't identify him?
 7  A.    No, he was -- actually our dentist spoke in length with a
 8  pathological -- Naftali, he was a teenager.  So he had just
 9  finished orthodonte for his teeth and he had just finally taken
10  it all off.  And he had just finished treatment for acne and he
11  had finally finished the full course of treatment for that and
12  he was, you know, clear and wearing his lens again.
13      When we had to look for a picture, it was very difficult to
14  find the right pictures because, you know, just a year or so
15  ago he was a boy and now he was a young man and, you know, all
16  of these things he was busy with were just done.  On the last
17  two days he was on a field trip with his friends for the end of
18  the year and from there we have some nice pictures.
19  Q.    Racheli, I want to show you a few photographs.  This is
20  also part of the 9 A series, but it's not numbered for some
21  reason.  I'm going to number it 9 A-27.
22          MR. TOLCHIN:  I think it is 10.
23          MS. WEISER:  I apologize.  Your Honor, I'll number
24  this 10-1.
25          (Plaintiff's Exhibit Number 10-1 marked for
```

1   identification.)

2   BY MS. WEISER:

3   Q.    Racheli, do you recognize that picture?

4   A.    Yes.  This is the last stage of the funeral, it was taken

5   at the end.  The person speaking in the microphone is the late

6   President Pères, Shimon Pères and the three boys are wrapped in

7   Israeli flags.  The middle one is Naftali.

8   Q.    And this photograph which is 10-2?

9   A.    Yes, this is also --

10  Q.    Who is this in the picture?

11  A.    My husband and I, and my son Tzvi on the right.

12          THE COURT:  And that's at the same funeral?

13          THE WITNESS:  At the funeral.  Yes, I think this, if

14  I'm not mistaken, this part is when we came from our community.

15  It was just an hour earlier.

16  BY MS. WEISER:

17  Q.    And photograph Exhibit 10-3 was also at the funeral?

18  A.    Yeah.

19  Q.    That is you and who is sitting next to you, to your right?

20  A.    My oldest son Tzvi.

21  Q.    To your left to the right of the picture?

22  A.    Uh-hmm.

23          MS. WEISER:  Your Honor, I move to admit Exhibits

24  10-1, 10-2 and 10-3.

25          THE COURT:  They'll be admitted.

```
 1              MS. WEISER:  Thank you.

 2         (Plaintiff's Exhibit Numbers 10-1, 10-2 and 10-3

 3  received into evidence.)

 4         If I may, Your Honor, I just want to get myself a tissue

 5  if you don't mind.

 6  BY MS. WEISER:

 7  Q.   All right.  So after the funeral what follows after a

 8  Jewish funeral?

 9  A.   There's a mourning period of seven days where the family

10  sits at home and people come to pay condolences.  In our case

11  tens of thousands of people.  The numbers were imaginary.  The

12  house was full around the clock, it was a very very busy Shiva

13  week.

14  Q.   How was it after that, how have you been returning to

15  life?

16  A.   So basically my husband and myself eventually returned to

17  work.  This was June, July, and I stayed home partially on

18  vacation, partially of choice until the beginning of September.

19  My husband I think a week later started going to work and took

20  partial work until about September and then we both went into

21  our usual schedule.

22      We tried very hard to combine whatever therapeutic work

23  that we can get done with the children.  They were all offered,

24  not everybody accepted.  We ourselves tried to get some help.

25  I think we were determined eventually to go back to healthy
```

```
1    hopefully happy life.  It takes time.

2        In the very beginning I remember moments where I would be

3    on the way to work and there would be a wave of such pain.  To

4    me it was like being in a way like a labor coach, I would say

5    just breathe, now just concentrate on breathing.  I would get

6    my breath back and things would get back to life.

7        So in the beginning those periods of time were very

8    intensive.  I must say as far as sleep, the first night we

9    really slept was after we finally buried them.  That's I think

10   on the 19th day.

11       Yeah, it was, what can I say, it's not easy, but we're

12   working on it and we're two and a half years later I can say

13   that a life that incorporates a wound and the feeling of

14   missing out on something wonderful, but we're trying to live a

15   good healthy life.

16   Q.   If you would I would like to go through again each of the

17   children and this time talk about how they're doing now.  So

18   let's start with Tzvi again who is the oldest.  You said he's

19   now 19, correct?

20   A.   Now he's 21.

21   Q.   Oh, he's 21, I'm sorry.  How is he doing now?  How has it

22   affected him?

23              THE COURT:  From your observation.

24              THE WITNESS:  From my observation.  I must say Tzvi

25   he is more of an introverted person.  So it is difficult for me
```

1    to judge.  I think he had a lot of issues.  Some of which

2    relate directly to what happened and some of which I know it's

3    hard to differentiate it.  He's working on it.  Today I think

4    he's doing well.

5    BY MS. WEISER:

6    Q.    A.S., she is now how old?

7    A.    A.S. is now 16.

8    Q.    From your observation how is she doing?

9    A.    Yeah, well throughout this time A.S. had had extreme

10   anxiety issues and with getting to panic attacks on very

11   easily.  We had offered her treatment from the very beginning

12   and as a teenager she understood psychology is something not

13   cool and she refused it.

14       At some point her suffering was so extensive that she

15   realized that she can't go on without getting help.  She would,

16   you know, if she ring my cell phone and I wouldn't answer she

17   would be already, she would have a whole script in our heads

18   about how everything went wrong.  She would look for a sibling

19   and she wouldn't know where he is, she would be all over the

20   place.  As far as she's concerned she would call the police.

21       So eventually she got, she went into treatment.  The

22   therapist that was working with her thought originally that

23   this would be, you know, she uses the vehicle like the CPT, the

24   behavioral methods and that he would give her the tools to

25   control her anxiety and this would be probably about ten

1  meetings.  It's not, it's been going on for a very long time.

2  It's getting somewhat better, but she's still suffering from a

3  lot of anxiety.

4      It also effected her in a very deep way.  She considered

5  herself Naftali's best friend, Naftali not suppose to leave her

6  and it went very very deep for her as far as the way she, what

7  she feels she missed out.  Her whole life experience.

8  Q.    A.L., she is how old now?

9  A.    Now she's 13.

10  Q.    From your observation how has she been effected?

11  A.    We were quite worried about A.L. she put a picture of

12  Naftali next to her pillow and wouldn't speak to anybody about

13  anything.  That was very worse some for me.  Because I thought

14  she had to get some more.

15      We got some emotional work done with her with the kind of,

16  not a real therapist, but someone she was willing to work with

17  because she wouldn't go to proper therapy.

18      And eventually, I realized that there are circumstances

19  where she does talk.  Like one day I was in the other room and

20  there were a bunch of Naftali's friends in our home and she

21  took out all of his pictures and she sat with them.  She was

22  willing to speak about things that she didn't speak, not with

23  her teachers, her friends, her family.  So eventually, there

24  was some places.  But in the very beginning we were very

25  worried about A.L.

1  Q.   N.E. she is how old now?

2  A.   N.E. is 11 now.

3  Q.   Your observation, how has she been affected?

4  A.   The truth is it's hard to tell.  Because as I described

5  before, she was the very, you know, when we told her the news

6  her reaction was very extreme.  I don't know specifically how

7  she work through this.  Are these things that are going to show

8  up.  Because at this point today she doesn't talk much or when

9  she speaks she speaks briefly.

10 Q.   N. she is how old?

11 A.   She's eight now.

12 Q.   In your observation how has she been effected by losing

13 her brother?

14 A.   N.S. is constantly busy with this.  Naftali was a major

15 role in her life.  When she writes a journal it's Naftali, when

16 she gets upset she cries for Naftali.  When she makes a nice

17 drawing she dedicates it to Naftali.  It takes major major part

18 in her life.  And she's constantly, she's busy with why did

19 they do this.  The whole concept of evil and why would anybody

20 hurt someone and et cetera, et cetera.

21      It's, the whole story in Naftali as an image is a defining

22 one for her in her own life.  It's hard for me to tell how it

23 would have developed otherwise, but this is where she's at now.

24 She's almost haunted by it.

25 Q.   And then S., your youngest, how old is he?

1  A.    S. is six now.  You know, there's something I can say both

2  about S. and about my oldest son Tzvi.  That I think the thing,

3  the story that's untold is what they missed out on.  I'm not

4  even sure my oldest son.  He's a big boy, he is 21, I'm not

5  sure and this pains me, that he realizes what it is to lose a

6  brother; what his brother could have been for him throughout

7  his life and I'm saying this in the context of S. because S.

8  was Naftali's favorite.  And we have dozens and dozens of

9  pictures of Naftali holding S.  And you know, at first he was

10 four years old.  I don't know to what extent he understood.

11     At some point we were walking down a stairway and it was

12 someone that was Naftali's build and he wore clothing similar

13 to Naftali and S. says oh, here he is and it took him a few

14 seconds to understand no, that's not Naftali.  Actually, it

15 doesn't make sense that Naftali would be there.  But for both

16 of them, I think that the main thing is that they lost out on a

17 brother and am amazing relationship that would have grown over

18 the years.

19 Q.    Racheli, I want to show you a photograph that is marked as

20 Exhibit 9 A-23?

21 A.    Yeah, that's Naftali and S. Actually, Naftali is in the

22 bed where he was boarding in the high school, he had one

23 picture of S. next to him.

24 Q.    Did he have anyone else from the family?

25 A.    No, just S.

1  Q.    And this one photograph 9 A-24, who is in that picture?

2  A.    That's Naftali reading with S. in his hands.  I think he's

3  reading John Goodlaw (sic) a book about gorillas.

4         MS. WEISER:  Your Honor, I would ask to move 9 A-23

5  and 9 A-24 into evidence.

6         THE COURT:  And they'll be admitted.

7         (Plaintiff's Exhibit Numbers 9 A-23 and 9 A-24 received

8  into evidence.)

9  BY MS. WEISER:

10  Q.    Racheli, can you tell us about Naftali what kind of kid

11  was he?

12  A.    He was a teenager, he was one month shy of 17.  Throughout

13  elementary school, he learned at a very religious school all

14  week where they mostly learned bible, et cetera.  Then one day

15  a week he would learn in a special program for gifted children

16  where they learned sciences and a variety of other topics.

17      And it was a totally different environment where during the

18  week he would be in a boys school.  So here it was with girls,

19  with secular Jews, with Arabs, people from all over.

20      And one of the things that were very interesting to me was

21  that it all was in a harmony.  There wasn't this huge gap

22  between this program and the rest of the week.  Somehow it all

23  lived together well.

24      He was very gifted in music, he played the guitar, he

25  played the recorder, he had gotten a clarinet and he was

1  intending to learn how to play it.  He sang in choirs.  He

2  taught himself music theory during the summer before.  During

3  that last year, he had taken some music lessons, during that

4  year he was investing a lot of time in getting skills in

5  guitar.

6      It was an interesting stage in his life because first I

7  think in the first year or year and a half in the school he

8  went to the school because it's an excellent, excellent school

9  and his brother went to it and we loved it and he loved it.

10 And the first beginning wasn't very easy socially.  It was

11 growing out of yourself, you know trying to learn the

12 environment and everything.  And this year he made a lot of

13 friends and he opened up and he looked beyond himself and

14 started to being a giving person.

15     During this, I have known this experience both myself and

16 with children, that there's a time, a lot of these children

17 that are quite gifted because school is very easy for them,

18 they eventually when you get to the stage where you have to

19 invest effort like when you get very high mathematics and stuff

20 like that, that's a testing point.  Because a child that had

21 everything so easily and school was never a problem, sometimes

22 doesn't have the self-discipline and the skills to really

23 invest in school.

24     And that year was again a formative year for him because he

25 had to take the matriculation exams that were on, have a very

1   high level at least in math.  And he suddenly found it in

2   himself with a wonderful self-discipline sitting for hours and

3   hours doing his math work and for us it was very interesting to

4   watch him grow in that way and take responsibility over his

5   life.

6        This is another thing I can say about him.  He had a

7   cynical sense of humor and he came across as being very

8   cynical, but he was quite sensitive.  First of all, he wouldn't

9   always show it, but he could get insulted and just as an

10  example, okay.

11       When he was about I think he, I think he was 8th grade,

12  there was a person that had been calling the house for a long

13  time and having conversation with me, supposedly professional.

14  After awhile I realized that he was, he was presenting himself

15  as someone he wasn't, the person that was calling.  And I

16  finally figured out who this person is.  And when I put the

17  puzzle together I turned to my children and I said you know

18  what, I got who this person is and I told them the story.

19       And my daughter A.S. got very upset that this person was

20  leading me on.  Naftali was sitting there and he said this must

21  be a very lonely person.  That story is a very memorable story

22  because he saw through all of the nonsense.

23  Q.    Racheli, you said that Naftali was very musical?

24  A.    Uh-hmm.

25  Q.    I would like to play a very short video.  It's playing the

```
 1  guitar.

 2      Let me put it up on the screen so that Racheli can see it.

 3  A.   I see.

 4  Q.   Racheli, who is in this video?

 5  A.   So this is in an earlier stage.  It's his music teacher

 6  and Naftali.

 7  Q.   Where is this?

 8  A.   In our messy living room and we had some guests there so

 9  there's food there.

10  Q.   Can we play the video.

11      (Video played.)

12          MS. WEISER:  This is marked as an Exhibit?

13          MR. TOLCHIN:  That's 9 B.

14          MS. WEISER:  There's more than one 9 B.

15          MR. TOLCHIN:  Call it 9 B guitar.

16          MS. WEISER:  All right, Judge, so I move to admit

17  Exhibit 9 B which is called video of Naftali and guitar.

18          THE COURT:  All right, thank you.

19         Exhibit 9 B will be admitted.

20          MS. WEISER:  Thank you.

21         (Plaintiff's Exhibit Number 9 B received into evidence.)

22  BY MS. WEISER:

23  Q.   I want to show you also some pictures.  Who is that?

24  A.   Naftali.

25  Q.   Do you remember how old he was about?
```

```
 1  A.    I'm not sure, maybe 10.

 2  Q.    This is Exhibit 9 A-13.

 3  A.    That's maybe a little younger, 7.

 4  Q.    9 A-14.  Do you remember that picture?

 5  A.    Yes, on a field trip playing his recorder.

 6  Q.    9 A-15?

 7            THE COURT:  And approximately what age is that?

 8            THE WITNESS:  I'm not sure, maybe 8.

 9            THE COURT:  Thank you.

10  BY MS. WEISER:

11  Q.    And this Racheli is marked as Exhibit 9 A-16.  Who is that

12  in the picture?

13  A.    That's Naftali with the guitar in his teacher's place in a

14  holiday in Sukkot.  He must be maybe 12.

15  Q.    This is Exhibit 9 A-17.  Do you remember how old Naftali

16  was in this picture?

17  A.    Should be, just a second.

18            THE COURT:  I would say 14.

19            THE WITNESS:  You're right.  He's 14.

20  BY MS. WEISER:

21  Q.    How about this one, Exhibit 9 A-18?

22  A.    Again, he's about 15 here.

23  Q.    This is a younger one, Exhibit 9 A-19?

24  A.    Yeah, yes, he's about two and a half years old.

25            THE COURT:  I'm sorry, two?
```

```
1              THE WITNESS:  Two and a half years old.

2              THE COURT:  Thank you.

3   BY MS. WEISER:

4   Q.   Was he a happy child?

5   A.   Very.

6              MS. WEISER:  Your Honor, I would like to move to

7   admit Exhibits 9 A-14 to 9 A-19.

8              THE COURT:  It's actually 9 A-13.

9              MS. WEISER:  13, yes.

10             THE COURT:  And there's no 15, so it's 13, 14, 16,

11  17, 18 and 19.

12             MS. WEISER:  9 A-15 was this picture, Your Honor, of

13  the flute.  So it should be 13, 14, 15.

14             THE COURT:  I have that as 14.  What is 14 then?

15             MS. WEISER:  Okay, wait a minute.  This one was 14,

16  Your Honor, I apologize.

17             THE COURT:  I don't think we saw that one.

18             MS. WEISER:  Okay.

19  BY MS. WEISER:

20  Q.   Racheli, do you remember about how old Naftali was in that

21  picture?

22  A.   About 7.

23             MS. AMATO:  Your Honor, now I'll move to move the

24  Exhibits 9 A-13 through --

25             THE COURT:  19.  There'll be admitted.
```

```
 1              MS. WEISER:  -- 9 A-19.

 2              THE COURT:  Yes, they'll be admitted.

 3              MS. WEISER:  Thank you.

 4              THE COURT:  As well as 9 B.

 5              MS. WEISER:  Thank you, Your Honor.

 6         (Plaintiff's Exhibit Numbers 9 A-13 - 9 A-19 received

 7    into evidence.)

 8    BY MS. WEISER:

 9    Q.   This picture is 9 A-12.  Racheli, do you recognize that

10    picture?

11    A.   Yes.  This was taken the day before the kidnapping.  The

12    boys in the picture are Naftali's classmates.  He is in the

13    center left with the burgundy shirt and next to him with the

14    light blue shirt is Gilad that was kidnapped together with him.

15         They were on a field trip and there was a competition of

16    making pyramids and trying to walk with him and they actually

17    won that competition.

18              MS. WEISER:  Your Honor, I move to admit Exhibit 9

19    A-12.

20              THE COURT:  All right.  What is the name of the boy

21    in the gray shirt next to Naftali?

22              THE WITNESS:  Gilad.  G-I-L-A-D Shaar, S-H-A-A-R.

23              THE COURT:  Thank you.

24              MS. WEISER:  He was one of the other three boys.

25              THE WITNESS:  Other two boys.
```

```
 1              MS. WEISER:  One of the other two boys, I'm sorry.

 2              THE COURT:  Yes.  Thank you.

 3   BY MS. WEISER:

 4   Q.   Racheli, how do you feel about the fact that there won't

 5   be any more pictures?

 6              THE COURT:  There won't be what?

 7              MS. WEISER:  Any more pictures.

 8              THE WITNESS:  I think all of the above.

 9              MS. WEISER:  Understood.

10              THE COURT:  Did you wish to admit 9 A-12?

11              MS. WEISER:  Yes, Your Honor, I thought I requested

12   that.

13              THE COURT:  No.

14              MS. WEISER:  I would like to move to admit Exhibit 9

15   A-12.

16              THE COURT:  It will be admitted.  Just didn't want to

17   drop it.

18              MS. WEISER:  Thank you.

19         (Plaintiff's Exhibit Number 9 A-12 received into

20   evidence.)

21   BY MS. WEISER:

22   Q.   Racheli, we'll just finish up with telling the Court how

23   you're doing?

24   A.   I think all considered, I'm okay.  Life has become

25   complicated in many ways.  The life experience has become not
```

1  the default joy of life, but something more heavier and more

2  complicated, but thank God we're blessed and we're blessed with

3  family and friends and professionals that we find fulfilling

4  and I think in general I'm okay.

5  Q.   How is the Sabbath for you?

6  A.   Sabbath is a very important family time for us.  And

7  Sabbath is also a time that some of the pains become very

8  profound because Naftali's absence is so clear with his

9  singing, his, you know, just his nature the way he was around

10  the family, around his siblings on the Sabbath table, singing

11  the Sabbath songs, doing all of the harmonies.  Some things

12  will never be the same.

13  Q.   Do your children notice your moments of grief?

14        THE COURT:  To your observation.

15        THE WITNESS:  Yeah, yes, but I try to.  A few months

16  after, quite a few months after this happened, N.S. she was

17  maybe almost 7 at the time.  She said Imma, Imma, do you still

18  put on your makeup only when you get to work so you can cry on

19  the way.  At first when I heard this I was like taken aback.

20  Then I said to myself, you wouldn't want her to think it's

21  business as usual.

22        So I turned to her and said N.S., it's not like every

23  day the whole way I cry.  But I reserve the right to cry.  In

24  general, the message to the kids has been listen, it's fine to

25  cry and you know what, it's also fine to be happy.  And we try

```
 1   to live that throughout, you know.

 2         Say we're lighting Hanukkah candles, you know, it's the

 3   season, and I start weeping.  So N.S. would ask me Imma, why

 4   are you crying.  I would say I miss Naftali and it's okay and

 5   it's fine to cry.  And that's what I try to say.

 6   BY MS. WEISER:

 7   Q.   Do Naftali's friends still come visit?

 8   A.   Naftali's friends are very important part of our

 9   experience.  They're a wonderful bunch of friends.  They come

10   over for weekends and stay with us, stay with the kids.  They

11   visit on holidays.

12       We from time to time we do something together.  It's

13   feeling like having some of them together with us in life.  We

14   also get to see through them what he would have been doing now.

15   So it's something painful about it, but it's a good connection.

16             MS. WEISER:  Your Honor, I don't have anything

17   further for Ms. Fraenkel.

18             THE COURT:  All right, thank you.

19         And you have consulted with counsel?

20             MS. WEISER:  I did.

21             THE COURT:  All right, then thank you very much.

22             THE WITNESS:  Thank you.

23             THE COURT:  You're excused.  Thank you for coming.

24         (Witness excused.)

25         Did you want to call your next witness?
```

```
 1              MS. WEISER:  Yes, if you're ready, Your Honor, we
 2   can.
 3              THE COURT:  Yes.
 4              MS. WEISER:  Your Honor, we call Tzvi Fraenkel to the
 5   witness stand.
 6         Your Honor, we also have a translator here.
 7         Tzvi, just hang on one second.
 8         Tzvi actually speaks very good English.  Some of the
 9   younger children need a translator more accurately.  He would
10   like her to be there in case he forgets a word if that's okay
11   with you.
12              THE COURT:  Yes, we normally have certified court
13   interpreters.  Did you --
14              MS. WEISER:  She is a certified court interpreter.
15              THE INTERPRETER:  I've worked in this court many
16   time, several times before.
17              THE COURT:  Thank you.  You can be sure to give
18   Ms. White your information I would very much appreciate it.
19         And Ms. White, if you would administer the oath to the
20   interpreter, please.
21              THE DEPUTY CLERK:  Yes, Your Honor.
22              THE INTERPRETER:  My name is Dina, D-I-N-A.  My last
23   name is Levine, L-E-V-I-N-E.  And I'm ready to --
24         (Interpreter sworn.)
25              THE COURT:  Thank you for coming.
```

1          MS. WEISER:  Where should she stand or sit?

2          THE COURT:  Well, normally she would sit over here

3    where she could put on microphone, I mean ear things, so that

4    she could hear the witness and translate into English and

5    translate the witness' answer.

6        If this witness doesn't really need immediate

7    translation, then perhaps Ms. Levine could join, pull up that

8    chair and then if he wanted to turn to her and say what's this

9    word, he could do that.

10         MS. WEISER:  Wonderful.

11         THE COURT:  Did you understand that, sir?

12         THE WITNESS:  Yeah.

13         THE COURT:  Okay.

14              PLAINTIFF WITNESS TZVI FRAENKEL SWORN

15                     DIRECT EXAMINATION

16   BY MS. WEISER:

17   Q.   Tzvi, please state your full name and spell it for the

18   record?

19   A.   It's Tzvi Fraenkel.  T-Z-V-I, F-R-A-E-N-K-E-L, Fraenkel.

20   Q.   Fraenkel?

21   A.   Yeah.

22   Q.   Okay.  How old are you?

23   A.   I am now 21.

24   Q.   Where were you born?

25   A.   I was born in Israel in Jerusalem.

```
1   Q.    Are you a United States citizen?

2   A.    I am.

3   Q.    Tell us about your brother Naftali?

4   A.    We're two males and afterwards we have four sisters.  So

5   we're closer to one another.  Like we had similar things we did

6   things together, played together, we were in the same school

7   and afterwards I was in the same high school.

8       We were in the same room for a few years.  I mean, earlier

9   we were also in the same room but afterwards I was in the room

10  only with him.  We went along together quite well.

11  Q.    Where were you when you found out that Naftali was

12  missing?

13  A.    Yeah, it was a Friday.  I was in Yeshiva, it's after high

14  school, Jewish law school.  My phone didn't work, was broken.

15  I was where we were usually stayed and learned and there was

16  someone coming and he came and he told me one of the teachers,

17  he was sent from one of the teachers and I was asked to call

18  home, to call my parents.

19  Q.    Did you call home?

20  A.    What?

21  Q.    Did you call home?

22  A.    Yeah.  I got the phone from someone else, from a friend

23  and I knew something was going on.  They were looking for my

24  parents, my parents were looking for me through the teachers,

25  probably something not so good was going on.
```

```
1        I thought first of some car accident or something happen to

2   my grandparents.  I called my mother and she told me that

3   Naftali, it was as I said Friday morning.  And that Naftali

4   left his school, the high school last night and he was suppose

5   to get home last night and that he didn't get home and that his

6   phone was --

7              THE INTERPRETER:  They searched him through the

8   cellular phone.  They had a search.

9              THE WITNESS:  They had a search and the cell phone

10  was in the area of Hebron.  Hebron as I say it in Israel it's

11  called.  And that it's probably a kidnap, what my mom told me.

12  Q.    What did it make you feel like to know that your brother

13  had been kidnapped?

14  A.    Took time for feelings to come in.  The first was more,

15  took time to understand that's what was really happening.  It's

16  not something that I thought should or could happen.  And took

17  time for feelings, but first what came first is physical,

18  physical, whatever.  I felt more and more like pain.

19              THE INTERPRETER:  Very fast heart beat.

20              THE COURT:  Explain it to him and then he testifies,

21  not you, because you're not actually over here testifying.  So

22  you are doing a private help.

23              THE WITNESS:  Rapid heart beat.

24              THE COURT:  Thank you.

25              THE WITNESS:  I was very anxious.  Then and that
```

1  amount of time at least before they called my mother, I thought

2  I was in Sabbath, the entire Sabbath I was suppose to be in my

3  school.

4      Took me time, in the beginning I didn't think that there

5  was going to come home.  I thought I'll stay in my school.

6  Took time, took me time to understand that I probably need to

7  come home, that's probably the right thing to do.

8  BY MS. WEISER:

9  Q.   How was it at home?

10 A.   Before I got home, it took some time.  I was for a few

11 hours still in the school three, about three or four hours.  I

12 was very anxious and I didn't know what's going on and I then

13 had the phone of a friend so I knew that if my parents would

14 know of something they would call me, but I really, I had

15 nothing to do.  That was what bothered me the most.

16     Like I knew something was going wrong and I can't help, I

17 can't do anything to help Naftali.  I wrote a note and I put it

18 on so people should pray for him.  But that's almost the most I

19 could have done.  I couldn't help him in any physical way.

20     After it was about three or four hours, this was about

21 twelve or one that noon, I went home by bus.  Then I again

22 didn't have my phone for about 40 or 50 minutes.  And I was

23 afraid someone, something would happen and I won't know

24 anything.  There was a neighbor who came to take me from the

25 station when I went home and I immediately asked him do you

1  know something?  Did something happen?  He told me no, he only

2  know he probably was kidnapped.

3      And at that moment I thought it was suppose to be something

4  quite short.  I mean, all the kidnap thing.  I remembered it

5  was a few months earlier soldier, Israeli soldier who was

6  kidnapped and his body was found in the same day he was

7  kidnapped, he was missing for less than a day.  And the

8  immediate thought was that that's probably what's going on also

9  with Naftali.

10     I know in Israel there are a few kidnaps somewhere together

11 to Lebanon that they were after the state.  It took a very long

12 time until they're finished.  But until the story was finished.

13 But inside Israel they usually were quite short.  And that's

14 what I thought, so I was very anxious for the news coming in,

15 maybe they will find his body or something.

16 Q.   Tzvi, for the 18 days until they did find his body, what

17 was that like for you?

18 A.   For almost all that time for more than two weeks I was at

19 home, instead of being in school almost all the time.  Usually

20 come home from school once or two or three weeks for a weekend.

21 And then there was for all that time I was at home.

22     For two or three days in the beginning it was just staying

23 at home and there was some friends who came to help me just

24 talk and be with me.

25     Afterwards for most of the day I was learning in a Shiva

1  school similar to school to mine that was close to home, like

2  about ten minutes walking, so I could also have some Shiva, a

3  routine, that I won't get out.

4          THE COURT:  I'm sorry, keep going.

5          THE WITNESS:  So I have my routine quite similar to

6  what it was and it won't be so big break.

7          Anyhow, I was still at home.  In the morning, in the

8  evening, and sometimes in between.  And I was, I knew what was

9  going on, I was close.  So I was learning in that school in

10  early morning and sometimes in the afternoon.

11  BY MS. WEISER:

12  Q.   Were you anxious during that time?

13  A.   Quite, yeah, I was.

14  Q.   When did you find out that Naftali had been murdered?

15  A.   It was after 18 days later.  About the day or two before I

16  went back to my school because in that point we understood it's

17  going to take very long.  We didn't know when it could finish,

18  it could take months, we didn't have any clue how long it would

19  take.

20      So I went back to my school.  I would call my parents

21  often, but I went back.  And when the 18th day it was or the

22  evening, I had a friend from where I lived who called me and

23  asked me if I know of anything new going on.  I told him I

24  don't.  Something to do with something small that my mother

25  told me earlier, glasses of Eyal, one of the other boys that

1  were found.  But I didn't think at that point that anything big

2  is going on.

3     Afterwards, a few minutes later even quite fast, my uncle

4  came to the school, he wanted me to come home.  He was with the

5  car, he was suppose to take me home.  And he didn't tell me

6  what's going on.  He told me something that the army wants us

7  to be home because something might happen that night.

8     I took a few minutes to take my things from my room.  He

9  wanted me to do it quite fast.  So I suspected something more

10 than that was going on.  I asked him directly if it's over or

11 if they were killed, if they were found.  He told me no, they

12 weren't.  And then he took me home and there was another uncle

13 of mine that also lives in Jerusalem where the school is and he

14 came with us too and as long as, as long as the trip took, I

15 became more and more suspicious.

16    They both then answered phone calls and they didn't speak

17 to me almost at all and one of them when we drove he was the

18 one, he was the one who was speaking to all the journalists

19 through those two weeks, 18 days and he was, he didn't answer

20 any phone call and there were a few.  A bit more than usual.

21 So it was quite suspicious that they were found.

22 Q.  When you got home did your parents tell you?

23 A.   Yeah.  When I got home before I entered the house I saw

24 all the journalists and all the cameras outside, so I then at

25 that point I was almost sure they were found dead.  I think

1  they might, I might have told him something like you lied me.

2      Then I entered the house, my parents were there and I asked

3  them and they told me they were found three bodies and that at

4  that time and that they were now identifying them.  And that

5  they weren't identified yet.

6      So like there was still something there.  I was thinking it

7  might not be them.  But there were three bodies and three

8  people missing and yeah.

9  Q.   How did you react when that sunk in when you understood

10 that?

11 A.   I sat there with my parents.  I don't remember if I was

12 crying at that time.  I'm not sure.  There was some, there was

13 some relief knowing what, knowing that that's the end of it and

14 that's what happened and there's no more uncertainty.

15     It hurt me, of course, but I had all this time, these 18

16 days that I, that as long as they continued those days, I

17 understood the chances are more and more that they're probably

18 dead.  So it did hurt, it hurt and I sat with my parents and

19 hugged them.

20 Q.   At some point did you sit alone and try to write a letter

21 to Naftali?

22 A.   That was the day after.  The day of the funeral, the

23 funeral was afternoon.  It was a long day doing nothing.  It

24 was a hard day.  Before the funeral about two or three hours

25 before, I sat and tried to write Naftali a letter.  I didn't

1    write much but it was, but it was a significant moment for me.

2    Then I burst in tears, let the tears out.  I was sitting there

3    for I guess 40 minutes.  I wrote maybe four sentences, maybe

4    less.  I still have that letter, but it was a very significant

5    moment for me.

6    Q.    Do you remember what you wrote?

7    A.    I wrote him I was sorry for the things that he did or

8    anyway hurt him.  And further that I didn't relate to him or

9    respond to him while high school.  We saw each other there, but

10   we didn't speak too much.  And it help me understand that

11   things are determined and that he's really dead and I really,

12   I'm really not going to meet him again.

13   Q.    Did you go with your parents to see Naftali's body before

14   the burial?

15   A.    I did.

16   Q.    How was that?

17   A.    It didn't effect me much.  The more significant thing was

18   before when I wrote him the letter.  There I heard some of the

19   buriers talk about the condition of the body, that it's not in

20   good condition.  After 18 days it was buried and it bothered me

21   but the main thing was before.

22   Q.    Tzvi, I have, I want to show you a picture that has been

23   marked as Exhibit 9 A-26.  Who is in that picture?

24   A.    That's Naftali and I.

25   Q.    Do you remember about how old you were in that picture?

```
 1  A.    I was, I guess I was 15.

 2  Q.    And he was?

 3  A.    Thirteen or 14.  Maybe I was 16.

 4        MS. WEISER:  Your Honor, I ask to move Exhibit 9 A-26

 5  into evidence.

 6        THE COURT:  It will be admitted.

 7        MS. WEISER:  Thank you.

 8     Plaintiff's Exhibit Number 9 A-26 received into

 9  evidence.)

10  BY MS. WEISER:

11  Q.    Tzvi, how are you now after losing your brother?

12  A.    How did my brother's murder effect me?

13  Q.    Yes?

14  A.    If a few ways.  One was that people who were related to me

15  as the brother of Naftali or the son of Racheli Fraenkel, my

16  mother, she became quite famous, my mother then.

17     And it was, for a long time it was really and for many

18  people it was related to the brother of or the son of my mother

19  and not just myself and sometimes it bothered me.  People,

20  people were relating to me more in connection with the

21  kidnapping and murder of Naftali.  It was right, but I didn't

22  like it.  I preferred people relating to me as myself.

23     Other affections about me were the relationship in the

24  family and with sibling in the family.  The mental relationship

25  before the kidnapping was mainly with Naftali.  Afterwards I
```

1  needed to build again or more the relationship with A.S. and

2  the other sisters.

3  Q.   Do you still feel sad?

4  A.   Some.  Most of the time not in this -- in this connection,

5  but when I think about it or like before I was hearing my

6  mother, when my mother was talking before it is hard to hear it

7  for me.

8  Q.   Do you have moments where you feel anxiety, anxious?

9  A.   I do.

10          THE COURT:  I would prefer you not to answer the

11  question for the witness.

12          MS. WEISER:  Okay, Your Honor.

13          THE COURT:  Thank you.

14  BY MS. WEISER:

15  Q.   What are other things that you feel now after the death of

16  your brother?

17  A.   Sometimes when my parents I remember specific time when

18  maybe when I knew that my parents had together or if the whole

19  family were driving somewhere and they both my parents, both my

20  parents didn't answer the phone.  The phones were off and my

21  sister's phone was also off and it make me anxious.  Like I was

22  thinking again might have a car accident and all of that over

23  again.

24     Sometimes when people don't answer me for, someone from the

25  family doesn't answer a phone, if I call them a few times I

1  might be anxious.  Before the kidnapping it was less anxious.

2          MS. WEISER:  Your Honor, I do not have any further

3  questions for this witness.

4          THE COURT:  All right.  Thank you very much.

5        Thank you, sir, for coming.

6          MS. WEISER:  Thank you, Tzvi.

7         Would you like us to call another witness, Your Honor?

8        (Witness excused.)

9          THE COURT:  I think we should take a break for the

10 Court Reporter if nobody else.  Let's take a break.

11        We will break at 12:30 for lunch.  So let's take a break

12 until ten of twelve and then we can start with the next

13 witness.

14        Is the next witness someone who will need Ms. Levine to

15 act as an interpreter?

16          MS. WEISER:  No, she will also just need her as a

17 back up.

18          THE COURT:  This much of a back up or more of a back

19 up?

20          MS. WEISER:  No, less.  I think he was extra nervous.

21          THE COURT:  Nervous is fair.  Thank you.

22          MS. WEISER:  Yes.  Thank you, Your Honor.

23        (Recess at 11:39 a.m.)

24        (Proceedings resumed at 11:53 a.m.)

25          THE COURT:  Are you ready to call your next witness?

```
1              MS. WEISER:  We are, Your Honor.  But we thought we
2     would do some very quick housekeeping.
3              THE COURT:  Why don't you come to the microphone.
4              MR. TOLCHIN:  Your Honor, I have here the pass, the
5     original passports and certificates of naturalization.  I would
6     like to be able to present them to the Court, let them be
7     examined and give them back because I don't want to be
8     responsible for this much material.
9              THE COURT:  All right, thank you, sir.
10             MR. TOLCHIN:  Do you want me to identify them one at
11    a time or just hand you the pile?
12             THE COURT:  You can just hand me the pile.
13             MR. TOLCHIN:  Okay.
14         (Passports being reviewed by the Court.)
15             THE COURT:  I've seen the passports of, I'm not sure
16    Ms. Fraenkel and all of her children except the deceased and
17    they're all U.S. citizens.
18             MR. TOLCHIN:  Your Honor, you also have before you
19    the certificates.
20             THE COURT:  The certificates of naturalization for
21    each child.  The certificate of naturalization for Yaakov
22    Naftali Fraenkel whose name I have been misspelling.  It is
23    dated April 7, 1998.  The certificate for A.S., A.S., is dated
24    August 15th, 2000.
25             The certificate for A.L. is dated June 22nd, 2005. The
```

1  certificate for N.E. is dated June 22nd, 2005.  The certificate

2  for, I'm going to mispronounce the oldest boy's name.  How do

3  you pronounce his first name?

4          MR. TOLCHIN:  Tzvi.

5          THE COURT:  Tzvi.

6          MR. TOLCHIN:  The t-z is one letter in Hebrew.

7          THE COURT:  Tzvi is dated August 13, 1996.  The

8  certificate for N.S. is dated August 29th, 2009 and the

9  certificate for S. -- did I say that right?

10          MR. TOLCHIN:  Yes.

11          THE COURT:  Is dated May 2nd, 2012.  They are

12  certainly a beautiful family.

13      Thank you.

14          MR. TOLCHIN:  Your Honor, may I move these documents

15  into evidence collectively?

16          THE COURT:  Yes.  I'm not going to accept the

17  passports into evidence because they're not exhibits and we

18  don't want them to be in evidence and not present, but I do

19  have into evidence copies of each child's and mother's

20  certificate of naturalization which I just dated by reciting

21  and those exhibits will be received into evidence.

22          MR. TOLCHIN:  So, Your Honor --

23          THE COURT:  Are you going to tell me that somewhere

24  in here I have them?

25          MR. TOLCHIN:  No, the certificates of naturalization

 1  are Exhibits 1 through 7.

 2          THE COURT:  Correct.

 3          MR. TOLCHIN:  And Racheli Fraenkel's passport was in

 4  here as Exhibit 8.

 5          THE COURT:  Yes, I see that, never mind.  I do have

 6  the opening two pages of Ms. Fraenkel, Mrs. Fraenkel's passport

 7  as Exhibit 8.

 8          MR. TOLCHIN:  So they are in evidence.

 9          THE COURT:  They're in evidence.  Thank you.

10          MR. TOLCHIN:  Thank you.

11      (Plaintiff's Exhibit Numbers 1-8 received into

12  evidence.)

13          THE COURT:  All right, are we ready to proceed?

14          MS. WEISER:  We are.  Thank you, Your Honor.

15          THE COURT:  Who is your next witness?

16          MS. WEISER:  Your Honor, we call A.S. Fraenkel.

17          THE COURT:  All right.  Would Ms. A.S. Fraenkel come

18  forward, please.

19          MS. AMATO:  Once again, we'll have the translator

20  here for back up if that's okay.

21          THE COURT:  Yes.  It's important that in this

22  informal situation, if the translator, actually the interpreter

23  will provide the interpretation to the witness but let the

24  witness speak.  In other witnesses we'll have you sit and do

25  the normal interpretation, okay.

1            Please, Ms. White.

2            PLAINTIFF WITNESS A. S. FRAENKEL SWORN

3            THE COURT:  I hate to tell you, but you have to speak

4   up because we're taking a recording, and as well don't get too

5   close to the microphone because otherwise, it messes up your

6   voice.

7            Thank you.

8                        DIRECT EXAMINATION

9   BY MS. WEISER:

10  Q.   A.S., please say and spell your full name for the record?

11  A.   A.S., A--- S--- Fraenkel.

12            THE COURT:  I hate to tell you this, dear, but you

13  have to speak louder.

14            THE WITNESS:  Fraenkel, F-R-A-E-N-K-E-L.

15            MS. WEISER:  That's perfect, A.S.  I'll remind you if

16  we can't hear you.

17            THE COURT:  If she doesn't I well.

18            MS. WEISER:  Exactly.

19  BY MS. WEISER:

20  Q.   How old are you?

21  A.   I am 16.

22  Q.   Where do you live?

23  A.   Nof Ayalon, Israel.

24  Q.   Can you spell the city?

25  A.   N-O-F A-Y-A-L-O-N.

```
 1  Q.    A-Y-A-L-O-N, right?

 2  A.    Uh-hmm.

 3  Q.    Where were you born?

 4  A.    Israel.

 5  Q.    Are you a United States citizen?

 6  A.    Yes.

 7  Q.    You have to answer out loud?

 8  A.    Yes.

 9  Q.    Can you describe your relationship with your brother

10  Naftali?

11  A.    Yeah.  Naftali is my oldest brother, we have seven

12  children in the family.  There's the biggest one, then Naftali

13  and I.  We are like the couple in the family, best friends,

14  like to be together, to play, to talk, to fight, like

15  everything is together, both of us.  My big brother and my best

16  friend.  Just like to do together.

17  Q.    What kinds of things did you use to do together?

18  A.    I think that the main, like the most like the thing we did

19  that we play basketball a lot together.  He taught me to play

20  and he got me to like it and I as result of it, I was playing

21  on a basketball team and we had a lot of playing like

22  everything together.

23      Every time when he came home from he learned from the

24  school and other place and when he came back to Shabatau like

25  shop Saturday and in the middle of the week.  So he taught me
```

1  and we were going and to play see what I did good.  It was

2  really fun.

3      Also we have a lot of cousins in Nafala, so both of us like

4  every Saturday so after the meal of the family, we were going

5  together, our family, and we were sitting by there was

6  something that we did usually.  A lot of more things.

7  Q.  How did you feel when you found out that Naftali was

8  missing?

9  A.  I remember myself just like in a panic, like oh my.  I was

10  afraid, I was like not really understand what is happening.

11  It's not really, it's not really, just not to come home.  I saw

12  him two years -- two days before.  Scary, sad.

13  Q.  And what were those 18 days when they were searching for

14  him like for you?

15  A.  Like a big mess of everything.  A lot of, first of all I

16  miss him is a lot of time that I didn't see him.  And like to

17  think what with him now to like the most scary and sad and like

18  a lot of panic, tension.

19  Q.  Do you remember the moment you found out he had been

20  murdered?

21  A.  Yeah, I was home.  My parents just went a few minutes

22  before to some meeting with someone and they drove us away.

23  And I had a basketball training.  My parents told me just go

24  and have fun and this will be good for you.  So my friends came

25  and we was like we started walking and I, like my parents just

1   appeared back home and I didn't understand what happened.

2       And they told me no, the meeting was canceled or something,

3   just go to the basketball thing and it will be something we

4   will tell you.  I was really worried, but what can I do, so I

5   just went outside and I saw all of the people that was, that I

6   saw every day just coming like to our house and the chief Rabbi

7   of our place and like people from the, our place Nof Ayalon.

8       I understand something is not so good.  I just ran back to

9   my mother and I said what happened.  They told us to come home

10  and we're waiting for an answer.  Go to the basketball thing.

11  So I started to go and then she came to take me from there with

12  my Aunt and then she told me.

13  Q.   How did you react?

14  A.   I didn't really understand like I just fell into the car.

15  So now I'm not really understanding, it's like a whole, like

16  bad thing.  I remember most of it, I didn't cry or anything, I

17  was just like all my body was shaking and just fell to the car.

18  Q.   Do you have any favorite stories or memories of Naftali?

19  A.   Actually, in that week we had our school a trip for two

20  days for the end of the year.  And they took us to Gush Etzion.

21  Q.   I'll stop you.  Spell that.  Gush Etzion.  Can you spell

22  that?

23  A.   You can spell it.

24          MS. WEISER:  Is it okay if I spell it, Judge?

25          THE COURT:  Yes.

```
 1  BY MS. WEISER:

 2  Q.   G-U-S-H  E-T-Z-I-O-N.  Is that a city?

 3  A.   Yeah.

 4  Q.   Okay.

 5  A.   The place where Naftali, his school.  And or they will

 6  see, we will see you in the evening or we'll do something

 7  together.  If you need something I will bring you from the

 8  house.  He's like no, just come and we'll have fun together and

 9  then in the evening I told him I think I'm going to see him.

10      I went with a few friends and we sat with him and he

11  ordered for us like a big pizza for everybody, we ate together.

12  Like that's a good memory.

13      Afterwards I got there the place we were sleeping on, my

14  sweater, a really nice one.  I remember I call him that you

15  could find it and bring it home.  He was like yeah, of course.

16  Soon he found it and he told me yeah, I'll come back tomorrow

17  and see you.  And that was like the last time I spoke with him.

18  Q.   A.S., I want to show you a picture.  This is marked as

19  Exhibit 9 A-6.  You recognize the people in that picture?

20  A.   Yes.

21  Q.   Who is it?

22  A.   Me and Naftali.  We were young.

23  Q.   Do you remember where you were?

24  A.   Yeah, there's a, like a place for children, it's called

25  Beit Haikar in Hebrew.  Like with a lot of attractions, for
```

```
 1  children with water and like a lot of fun things.

 2  Q.   It was a fun day?

 3  A.   Yeah, absolutely.

 4            MS. WEISER:  Your Honor, I ask to move into evidence

 5  Exhibit 9 A-6.

 6            THE COURT:  All right, it will be received.

 7       (Plaintiff's Exhibit Number 9 A-6 received into

 8  evidence.)

 9  Q.   A.S., do you remember this picture marked 9 A-8?

10  A.   Yeah, that is him at my Bar Mitzvah party.  A really fun

11  day, nice one.  I remember myself.

12            THE COURT:  That is your Bar Mitzvah?

13            THE WITNESS:  Yeah.  I remember my cell phone.

14  Afterwards I was not really but like laughing at him that he

15  didn't get a haircut before, it was like a really fun picture.

16            MS. WEISER:  Your Honor, I ask to move into evidence

17  Exhibit 9 A-8.

18            THE COURT:  All right, that will be received.

19       About how old were you in that picture?

20            THE WITNESS:  Twelve.

21            THE COURT:  Twelve.  Thank you.

22       (Plaintiff's Exhibit Number A-8 received into evidence.)

23  BY MS. WEISER:

24  Q.   A.S., can you describe how you have been effected by the

25  loss of your brother?
```

```
 1   A.   First of all, it's like something, it's a different life

 2   afterwards than before.  It's my best friend and I just like

 3   lost my best friend.  I miss him.  All the life is different.

 4   I have like problems in my studies.  I like to find myself

 5   where I need to be like.

 6   Q.   It's okay, take your time?

 7   A.   And a lot of pressure all the time.  Sort of I spend too

 8   much time that everybody is okay all the time, I pray that

 9   something is happening and.

10        THE COURT:  You mean to the other members of your

11   family?

12        THE WITNESS:  Yeah.

13   BY MS. WEISER:

14   Q.   How do you feel when that happens, when you get nervous

15   like that, how do you feel?

16   A.   Like all my body is shaking and have like a throw up, like

17   a lot of physical things.  I can't do anything, I just like

18   need.  If my mother need to answer her phone or something, I

19   just needed to calm down.  It's hard.  It's not fun.

20   Q.   How often do you feel that way?

21   A.   So I'm in treatment about it, so it's like a bit better,

22   but I don't know, it's like one, twice a week.

23        THE COURT:  I'm sorry, did you say that you're

24   talking to someone about it?  Do you have someone in whom you

25   --
```

```
 1              THE WITNESS:  Yeah.

 2              THE COURT:  -- in whom you have trust and confidence

 3   that you can talk to them about it?

 4              THE WITNESS:  There's a man that I come to him like

 5   once a week and we're working about it.

 6              THE COURT:  Is he helping you?

 7              THE WITNESS:  Yeah.

 8              THE COURT:  Okay.  How many years of high school do

 9   you have left?

10              THE WITNESS:  Two.

11              THE COURT:  And then would you, do you plan to go to

12   college after high school?

13              THE WITNESS:  One day, yeah.

14              THE COURT:  Where would you go to college in Israel,

15   I just don't know?

16              THE WITNESS:  There's a lot of universities.

17              THE COURT:  Would they be close or far away?

18              THE WITNESS:  From my house?

19              THE COURT:  Yeah.

20              THE WITNESS:  Half hour driving.

21              THE COURT:  Well, that's not too bad.

22              THE WITNESS:  Yeah, it's okay.

23              THE COURT:  Okay, thank you.

24   BY MS. WEISER:

25   Q.   A.S., can you just sum up for us how you feel you've been
```

1  hurt by Naftali?

2  A.    Like all of that thing with the pressure, it's terrible.

3  Also that in my studies like a lot of things that I missed and

4  I didn't really weren't excited.

5      Also our family, my mother is not, she's traveling a lot.

6  She's speaking in a lot of places, she's not home like before.

7  My siblings like each one his story and to be together and it's

8  hard, the life is different.

9  Q.    Why is your mother traveling?

10  A.    It's actually a big story like people from all over the

11  world were with us in that they, it's exciting, it strengthens.

12  Q.    Strengthens?

13  A.    Yes, everybody is with us, but everybody wants to hear it

14  from someone from the family.  So my mother like just goes and

15  tells people to remember it's really nice.  It's hard for us,

16  for the children.

17  Q.    A.S., can you just explain what was happening in the

18  country and around the world during that time that Naftali was

19  missing?  You said something about people all over the world.

20  I'm not sure that that's clear?

21  A.    Right.  So it was a story that I don't know why, but

22  everybody knew, just felt a part of with it, like people that

23  didn't know Naftali or Gilad, just told us and sent letters and

24  were with us and praying for them.  Like everybody said like

25  he's their brother or boy.  It was like something different.

```
 1  Maybe because we had a hope that they will come back so

 2  everybody prayed and did good things for their coming.  I don't

 3  know to explain why, but it was big, worldwide.

 4  Q.    Worldwide?

 5  A.    Yes.

 6  Q.    Okay.

 7        MS. WEISER:  I don't have any further questions for

 8  A.S.

 9      Thank you.

10        THE COURT:  All right, thank you very much, A.S.

11        THE WITNESS:  Thank you.

12        THE COURT:  Appreciate your coming.

13      (Witness excused.)

14        MS. WEISER:  Dina, we need you to stay.

15      Our next witness is a child, but she does need full

16  translation.

17        THE COURT:  Why don't we break now then at 20 after

18  12.  Why don't we break instead of starting and breaking in the

19  middle and let's come back at quarter to one.

20      Can you do that, Ms. Pilgrim?

21        THE COURT REPORTER:  Quarter to two?

22        THE COURT:  Quarter to two, that's what I meant.  I

23  misspoke, quarter to two.

24      Thank you very much everybody.

25        MS. WEISER:  Thank you, Your Honor.
```

1          (Luncheon recess at 12:20 p.m.)

2                          -oOo-

```
 1                         -oOo-
                    AFTERNOON SESSION
 2                    (1:54 p.m.)

 3          THE COURT:  All right, are we ready?  I have a few

 4   housekeeping details.  One is to say that we have to stop at

 5   4:30.  There are other things going on, so 4:30 is when we have

 6   to stop.

 7          Tomorrow we need to break for lunch at noon, so we'll

 8   take a lunch break from 12 to 1:30.  We probably won't take a

 9   morning break tomorrow but we'll take an afternoon break since

10   we're starting at ten and only going to noon.  Okay.

11          MS. WEISER:  Yes, Your Honor.

12          MR. TOLCHIN:  Okay.

13          THE COURT:  Are you ready?

14          MS. WEISER:  Yes, Your Honor.

15          We do need to have the translator to come up.  If it's

16   okay I would like to call Dina Levine to come to the

17   translating table.

18          THE COURT:  Yes, she's already been sworn in and we

19   know that she's an official court reporter.

20          MS. WEISER:  Thank you, Your Honor.

21          THE COURT:  Although in this country one usually goes

22   through the court.

23          MS. WEISER:  Yes, I apologize for that.  I actually

24   saw that it had been done and I do apologize that it was not.

25          THE COURT:  Who is your witness?
```

```
 1              MS. WEISER:  We call to the witness A.L. Fraenkel.

 2              THE COURT:  Can you hear the interpreter?

 3         Stay standing.

 4              PLAINTIFF WITNESS A.L. FRAENKEL SWORN

 5              THE COURT:  If I could comment.  You need to make the

 6    entire translation.  It sounded as if you reduced some of it

 7    and you need to be sure to translate her answers as well as the

 8    questions.  Thank you.

 9         We need a record in English, so you need to ask your

10    questions in English.

11              MS. WEISER:  Yes, I will do that.

12              THE COURT:  Thank you.

13                        DIRECT EXAMINATION

14    BY MS. WEISER:

15    Q.   A.L. please state your full name and spell it in English

16    for the record.

17    A.   A.L. A------ L--- Fraenkel.

18    Q.   A.L., how old are you?

19    A.   I'm 13 years old.

20    Q.   Where were you born?

21    A.   Israel.

22    Q.   Are you a United States citizen?

23    A.   Yes.

24    Q.   Can you tell us a little bit about your brother Naftali?

25    A.   Yes.  I don't need --
```

1   Q.   You don't need the questions translated?

2   A.   Yeah.

3   Q.   A.L., does your mother speak to you in English?

4   A.   Yes.

5   Q.   So you understand my questions?

6   A.   Yeah.

7   Q.   So when you feel uncomfortable and need to answer in

8   Hebrew, then the translator will translate for you.

9   A.   I will answer in Hebrew and you will ask me in English.

10  Q.   If you don't understand something I ask, you will tell me,

11  correct?

12  A.   Yeah.

13          MS. WEISER:  Your Honor, is that okay with you?

14          THE COURT:  It's okay with me as long as she

15  understands.

16          THE WITNESS:  Thank you.

17  BY MS. WEISER:

18  Q.   So A.L., tell us about your brother Naftali?

19  A.   He was very funny.  He was very funny and cynical.  And

20  invested a lot in his brothers and his friends and his studies.

21  He was very bright and talented.

22  Q.   What kinds of things did you like doing with him?

23  A.   I enjoyed playing the guitar with him.

24          THE COURT:  I'm sorry, I can't quite hear you.  Could

25  you speak a little louder?

```
 1              THE WITNESS:  Okay, I enjoyed playing the guitar with

 2  him.

 3              THE COURT:  Thank you.

 4              THE WITNESS:  To play together at the pool that we

 5  had at home.  And to speak to him, to talk to him.

 6  BY MS. WEISER:

 7  Q.   Where were you when you found out that Naftali was

 8  missing?

 9  A.    It was on a Thursday.  I was asleep and then about 3 a.m.

10  I heard knocks on the door.  And then it stopped and I looked

11  out of the window and I saw people outside walking.  And then I

12  heard again five minutes later.  I ran and I woke up my

13  parents.  They woke up, they got up and they went to the door

14  and they saw policemen outside the door.

15     They told me that I should go to bed and that everything is

16  okay.  So I went upstairs to sleep but I wasn't able to fall

17  asleep.

18  Q.   Why not?

19  A.   Because I didn't know what was happening, because of the

20  one hand I didn't understand what was happening.  And on the

21  other hand, I thought maybe it's related to my father's work,

22  my father is a police officer.

23  Q.   What happened the next day when you found out that Naftali

24  was missing?

25  A.    I was at school.  My mom told me that my brother was
```

```
 1  missing.  At first I thought it was my little brother S.  When
 2  they told me it was Naftali, I said okay, he's okay, and he can
 3  take care of himself and he probably come home.  But when he
 4  returned mom would be a little angry at him but it would pass
 5  by and everything would be okay.
 6  Q.   Did you realize everything wasn't okay?
 7  A.   On Saturday they said that it was a kidnapping.
 8  Q.   How did you feel?
 9  A.   I was very afraid.  I was very scared and I didn't know
10  what was happening around me.
11  Q.   How long did it take before they found out that Naftali
12  had been murdered?
13  A.   Eighteen days.
14  Q.   What were those 18 days like for you?
15  A.   I don't know if I explain how hard it is when you don't
16  know what's happening to your brother.
17  Q.   When did you find out that Naftali had been murdered?
18  A.   I was at a friend's house and they called me home.  I
19  didn't want to go in, I didn't want to enter.
20  Q.   Why not?
21  A.   I suspected that something bad happened and I was afraid
22  if I would enter I would know that something bad happened.
23  Q.   So what did you see when you were outside of the house?
24  A.   I saw my father outside laying down in the garden.  And it
25  scared me a lot because I never saw my dad like that.
```

1  Q.    How did you react when you went inside?

2  A.    What is react?  I was very afraid and I was, I was very

3  pressed, but I entered the house.  And then my parents and my

4  two and my older brother, we sat on the sofa in the living

5  room.  And my parents told me that even if we sometimes fought

6  Naftali always loved me.

7      And when they told it to me the thought came to me and I

8  started screaming.  I couldn't grasp or comprehend it.  My

9  brother would not attend my Bar Mitzvah.  And I started

10  screaming.

11  Q.    Do you have any favorite memories of Naftali?

12  A.    Often that, many times we would sit together.  He would

13  play the guitar and I would guess what song it was.  He would

14  play with us a lot and he would play games with us.  He was

15  very present and central in our family and also among his

16  friends.

17  Q.    A.L., I want to show you a couple of pictures.  This

18  picture was marked as Exhibit 9 A-3.  Do you know who is in

19  that picture?

20  A.    Yeah.

21  Q.    Who's in the picture?

22  A.    Naftali, my sister, A.S. and I.

23  Q.    Why were you dressed up?

24  A.    It was Purim.

25  Q.    Purim is P-U-R-I-M, right?

```
 1        What is the holiday of Purim?

 2   A.   We dressed up.  We bring gifts to one another to the

 3   neighbors and we also put on costumes.

 4             MS. WEISER:  Your Honor, I ask to move Exhibit 9 A-3

 5   into evidence.

 6             THE COURT:  It will be received.

 7        (Plaintiff's Exhibit Number 9 A-3 received into

 8   evidence.)

 9   BY MS. WEISER:

10   Q.   This is Exhibit 9 A-4.  Do you know who is in this

11   picture?

12   A.   Naftali, I and A.S., I think.

13   Q.   Are you in the basket?

14   A.   Yeah.

15             MS. WEISER:  Your Honor, I ask to move Exhibit 9 A-4

16   into evidence.

17             THE COURT:  I just need to ask the witness do you

18   remember this event or do you just know the photograph?

19             THE WITNESS:  Yes, I don't remember.

20             THE COURT:  Okay.

21             MS. WEISER:  Thank you, Your Honor.

22          May we move the Exhibit?

23             THE COURT:  Yes, 9 A-4 will be admitted.

24             MS. WEISER:  Thank you.

25          (Plaintiff's Exhibit Number 9 A-4 received into
```

1  evidence.)

2  BY MS. WEISER:

3  Q.    This is Exhibit 9 A-5.  A.L., do you remember that?

4  A.    Yes.

5  Q.    What do you remember about that picture?

6  A.    I know we were at Omega.  And we waited for our turn to go

7  up.  And then one of my parents, I don't recall who it was, I

8  said why don't you wait and let's take a picture in the

9  meantime.

10  Q.    So who is in the picture?

11  A.    A.S., Naftali, I and N.E.

12         MS. WEISER:  Your Honor, I ask to move Exhibit 9 A-5

13  into evidence.

14         THE COURT:  All right, it will be admitted.

15         (Plaintiff's Exhibit Number 9 A-5 received into

16  evidence.)

17         I have to ask, you waited your turn to go up.  Up in

18  what?  Was it a ride?

19         THE WITNESS:  Yeah.

20         THE COURT:  Okay.  Like at an amusement park ride?

21         THE WITNESS:  It's only one ride, a place of only one

22  ride.

23         THE COURT:  Did it go up to the top of a hill or did

24  it go around or what did it do?

25         THE WITNESS:  It go down.

```
 1              MS. WEISER:  Like from a rope, you held onto a rope?

 2              THE WITNESS:  Yeah.

 3              MS. WEISER:  Like a zip line, a zip line, do you know

 4  that word?

 5              THE WITNESS:  Omega.

 6              THE COURT:  A zip line, oh, I got it.  Thank you.

 7         Can you translate zip line?

 8              THE WITNESS:  Yes.

 9              THE COURT:  Thank you, we all agree.

10              MS. WEISER:  Okay, good.

11  BY MS. WEISER:

12  Q.   One last picture A.L., this is marked as Exhibit 9 A-20.

13  Do you know who is in this picture?

14  A.   N.E., Naftali.

15  Q.   This is N.E.?

16  A.   Yes.  It was in and we was in a ship and we were very

17  afraid to fall into the water, and Naftali calm us, and it was

18  very fun.

19              MS. WEISER:  Your Honor, ask to move into evidence

20  Exhibit 9 A-20.

21              THE COURT:  9 A-20 will be admitted.

22              MS. WEISER:  Thank you.

23         (Plaintiff's Exhibit Number 9 A-20 received into

24  evidence.)

25  BY MS. WEISER:
```

```
1   Q.   A.L., how has your life changed since you lost Naftali?

2   A.   Everything is so hard.  Everything that I do I think about

3   him.  It's difficult because like it changed the whole fabric

4   of the family.  It hurt a lot of people.  I don't think you can

5   explain how hard it is.

6   Q.   How did it effect your weekends, your Sabbath?

7   A.   We would go camping in the summer.  We haven't done it

8   since then.  It's become too difficult for everyone.

9   Q.   How has it effected your parents?

10  A.   I don't know completely.  I know that it has changed them

11  a lot because we feel it in the family.

12  Q.   A.L., I don't have any more questions.  Thank you so much.

13  A.   Thank you.

14          THE COURT:  All right, hold on one sec.

15      Thank you very much.

16          THE WITNESS:  Thank you.

17          MS. WEISER:  I'm sorry, Your Honor?

18      (Witness excused.)

19          THE COURT:  Wait a minute, I need your help so I can

20  explain things to N.E.

21      I'm the Judge, and you're the witness.

22      Can you hear the translation?

23          THE WITNESS:  Yes.

24          THE COURT:  I'm the Judge, and you're the witness,

25  and all you have to do is answer a few questions and then you
```

```
 1  will have honored your brother and you will be free to go.

 2  Okay.

 3            THE WITNESS:  Yes.

 4            THE COURT:  Thank you.  Go ahead.

 5       And Ms. White will ask you to raise your hand to promise

 6  to tell the truth, but you have to stand up.

 7            PLAINTIFF WITNESS N.E. FRAENKEL SWORN

 8                    DIRECT EXAMINATION

 9  BY MS. WEISER:

10  Q.   N.E., can you say your full name for the record?

11  A.   N.E. Fraenkel.

12            MS. WEISER:  E --- is ---- .

13            THE COURT:  That's all right, we'll get the spelling.

14  BY MS. WEISER:

15  Q.   N.E., we'll just ask a couple of questions, okay.

16     Do you remember Naftali?

17  A.   Yes.

18  Q.   What do you remember about him?

19  A.   That he's playing basketball.

20            THE COURT:  I'm sorry, could you speak up?

21            THE WITNESS:  That he's playing basketball and that

22  he's playing basketball and he's playing the guitar.  And he

23  studies a lot mathematics.

24  BY MS. WEISER:

25  Q.   Do you remember when you found out that he was missing?
```

```
 1   A.    Yes.

 2   Q.    How did you feel when you found out that he was missing?

 3   A.    Very sad, very scared.

 4   Q.    How did you feel when you found out that Naftali had been

 5   killed?

 6   A.    Very sad.

 7   Q.    N.E., I want to show you a picture.  This picture already

 8   has been admitted, Judge.  I just wanted to show it to N.E.

 9        N.E., do you remember that picture?

10   A.    Yes.

11   Q.    Who is in the picture?

12   A.    Naftali and I.

13   Q.    Do you remember where that was?

14   A.    Yes, it was in Kiryat.

15   Q.    Were you on vacation?

16   A.    Yes.

17            THE COURT:  How old are you in the picture?

18            THE WITNESS:  I don't know.

19            THE COURT:  How old are you now?

20            THE WITNESS:  I'm 11 and a half years old.

21            THE COURT:  Thank you.

22   BY MS. WEISER:

23   Q.    N.E., how is your life different now without Naftali?

24   A.    At the supper table he's not sitting in his regular place.

25            THE COURT:  I apologize, but I can't hear you.
```

 1              THE INTERPRETER:  I said at the supper table he's not

 2  sitting at the table.

 3              THE COURT:  Thank you.

 4              THE WITNESS:  I miss him a lot when we are all as a

 5  family playing in the swimming pool.

 6  BY MS. WEISER:

 7  Q.   N.E., I want to show you a video.

 8              THE COURT:  Is this the guitar?

 9              MS. WEISER:  No, it's a different one.

10  BY MS. WEISER:

11  Q.   N.E., do you remember this video?

12  A.   Yes.

13  Q.   Where were you?

14  A.   I think we were at Gush's Yard on a family trip.

15  Q.   Were you with just your immediate family or did you have

16  cousins with you?

17  A.   The extended family was with us.

18  Q.   Is Naftali in this picture?

19  A.   Yes.

20  Q.   If you look from the left of the picture how many over is

21  he?

22  A.   He's the fourth one.

23  Q.   Are you in this picture?

24  A.   No.

25  Q.   Do you see the girl in the middle, the little one?

```
 1  A.    Yes.

 2  Q.    Is that you?

 3  A.    No.

 4  Q.    That's not you?

 5  A.    That's A.L.

 6  Q.    But you remember the video?

 7  A.    Yes, it is A.L.

 8  Q.    So let's play the video.

 9       (Video played.)

10  BY MS. WEISER:

11  Q.    Was that funny?

12  A.    Yes.

13  Q.    Was that something Naftali did a lot?

14  A.    Yes.

15  Q.    He was funny?

16  A.    Yes.

17          MS. WEISER:  Your Honor, I'd like to offer this video

18  into evidence.  It should be 9.  Unfortunately, we've already

19  offered 9 B.  So we should make it 9 B-1 I think.

20          THE COURT:  Should we make it 9 C?

21          MS. WEISER:  We can make it 9 C.  Do we have a 9 C?

22          MR. TOLCHIN:  No, I just have to change.

23          MS. WEISER:  We will make it 9 C.

24          THE COURT:  9 C will distinguish it better.

25          MS. WEISER:  Agreed.
```

```
 1              THE COURT:  Thank you.  It will be admitted as
 2   Exhibit 9 C.
 3              MS. WEISER:  Thank you, Your Honor.
 4          (Plaintiff's Exhibit Number 9 C was marked and received
 5   into evidence.)
 6   BY MS. WEISER:
 7   Q.   N.E., do you notice a difference in your family or in your
 8   parents?
 9   A.   Yes, a little bit.  My parents are sometimes cry and it's
10   very sad.
11   Q.   I don't have any other questions, N.E. Thank you.
12              THE COURT:  Thank you.  You're excused.
13              THE WITNESS:  Thank you.
14          (Witness excused.)
15              MS. WEISER:  Actually, Judge, while we are getting
16   N.S., we realized that we mistakenly did not identify and admit
17   the declarations of Racheli Fraenkel and Tzvi Fraenkel.
18   They're still here if you need them to come back to the witness
19   stand or if you would admit them without.
20          So we would like to move to admit the declarations.
21              THE COURT:  All right, the declarations of Mr. and
22   Mrs. Fraenkel will be admitted.
23              MR. TOLCHIN:  Exhibits 11 and 13.
24              MS. WEISER:  Exhibits 11 and 13.
25          (Plaintiff's Exhibit Numbers 11 and 13 received into
```

```
 1   evidence.)

 2           THE COURT:  Okay, hold on one second.

 3       We need somebody to instruct N.S.

 4           THE WITNESS:  Yeah.

 5           THE COURT:  That she needs to put on the --

 6           MS. WEISER:  She actually understands English.

 7           THE COURT:  She understands English, she just doesn't

 8   speak it.

 9           MS. WEISER:  Exactly.

10           THE COURT:  Congratulations to her mother.

11       Okay, N.S., you need to stand up and Ms. White is going

12   to ask you to raise your hand and then you have to promise to

13   tell the truth, okay.

14               PLAINTIFF WITNESS N.S. FRAENKEL SWORN

15           THE COURT:  Can you say yes?

16           MS. WEISER:  N.S., you have to answer with words,

17   okay.

18           THE WITNESS:  Yeah.

19           THE COURT:  N.S., now you're going to be a witness

20   and we're going to ask you some questions and I'm the Judge and

21   I'm going to listen to what you say and that's how you honor

22   your brother, okay.

23       Then we'll say okay, that's it and you're done, okay.

24                       DIRECT EXAMINATION

25   BY MS. WEISER:
```

```
1   Q.   Hi N.S.?

2   A.   Hi.

3   Q.   What is your full name?

4   A.   N.S. Fraenkel.

5   Q.   How old are you?

6   A.   I'm eight years old.

7   Q.   Where were you born?

8   A.   In Israel.

9   Q.   Do you know if you're an American citizen?

10  A.   Yes.

11  Q.   Do you remember your brother Naftali?

12  A.   Yes.

13  Q.   What do you remember about him?

14  A.   He was a funny brother.  He was all the times play with

15  us.  And he knew how to play the guitar.

16  Q.   What do you remember about when you found out that Naftali

17  was missing?

18  A.   I remember they came back home from an enjoyable day and

19  my mom came to take me and in a few moments before we got home

20  my mom told me that there are people in the house that I will

21  not recognize.  And I asked her why.  And then she told me

22  that's because Naftali got lost.

23  Q.   What did you think?

24  A.   I felt that Naftali is lost and that he's not kidnapped.

25  So soon he will get back.
```

1  Q.    When you found out that he wasn't coming back soon how did

2  you feel?

3  A.    I felt that he died and that he was kidnapped.

4  Q.    Do you remember when your parents told you that Naftali

5  was killed?

6  A.    Yes.

7  Q.    What happened?

8  A.    I got up in the morning and my mother asked that I come

9  into the room and then they told me that they found Naftali.

10  And then they told me that he's in the hospital.  So then I

11  told them so let's go visit him.  And then they told me that it

12  is impossible because he's no longer alive.

13  Q.    How did you feel?

14  A.    I felt very very sad.

15  Q.    Did you feel anything in your body?

16  A.    Yes, I did.

17  Q.    What did you feel?

18  A.    I felt that something is missing at home.

19  Q.    N.S., did you write a letter about Naftali?

20  A.    Yes.

21  Q.    Do you want to read it to the Judge?

22         MS. WEISER:  Judge, we're not going to ask to move it

23  into evidence, it's in Hebrew.  But if it's okay, she would

24  like to read it to you and the translator will translate.

25         THE COURT:  All right, N.S. when did you write this

1   letter?

2           THE WITNESS:  When they bring in the morning for

3   Naftali.

4           THE COURT:  All right, thank you.

5           MS. WEISER:  May I approach?

6           THE COURT:  Yes.

7           THE WITNESS:  Hello everybody.  We are waiting here

8   to remember Naftali.  It was kidnapped and killed in June 2014.

9           Naftali was a happy brother and very kind.  I remember

10  moments when I would run to him and hug him.  Naftali loved to

11  play basketball and play the guitar.  When Naftali got murdered

12  I did not understand what happened.  Am I dreaming or is it

13  true.  And now I understand it is real and I miss him a lot and

14  I hope that he will return soon.

15          There are many memories of Naftali in the family, a

16  guitar, a bed, pictures.  What I like the memory that I love a

17  lot the most about Naftali is his friends that come to visit us

18  on the Sabbath and Jewish holidays and play with us and bring a

19  lot of fun.

20  BY MS. WEISER:

21  Q.   N.S., I want to show you a picture.  This is marked as

22  Exhibit 9 A-11.

23       N.S., do you know who is in that picture?

24  A.   Yes.

25  Q.   Who is in the picture?

1  A.    Naftali and I.

2  Q.    Do you know about how old you were?

3  A.    Maybe two or three years old.

4  Q.    Where do you keep this picture?

5  A.    We have a box with photos of Naftali and it is there.

6  Q.    How often do you look at the picture, the box of pictures?

7  A.    I look at it when I feel that I need to talk to Naftali or

8  when I miss him.

9  Q.    Do you know how many times a week you do that?

10  A.    There are times I do it and times I do not.

11        MS. WEISER:  Your Honor, I ask to move Exhibit 9 A-11

12  into evidence.

13        THE COURT:  It will be received.

14     (Plaintiff's Exhibit Number 9 A-11 received into

15  evidence.)

16  BY MS. WEISER:

17  Q.    N.S., what else do you do when you miss Naftali?

18  A.    I write him letters and I speak with him.

19  Q.    What do you write in the letters?

20  A.    All kinds of things that I'm asking of him.  And at times

21  the experiences I experience during that week.

22  Q.    What do you do with the letters?

23  A.    I put it on his bed in his room.

24  Q.    Anything else?  Did you ever do anything else with the

25  letter to try to get it closer to Naftali?

1  A.    Yeah.   Once I took a hilum balloon and I attached the

2  letter to it and I flew it to the sky.

3  Q.    N.S., how has your life changed since Naftali was killed?

4  A.    They change because prior to his death I did not talk to

5  him a lot.   And I wouldn't sit on his bed and cry.

6  Q.    How has your family changed?

7  A.    There are games that Naftali could play with us and we no

8  longer play them.   And also he had a place at the table and

9  he's no longer in this place at the table.   And the basketball

10 that he liked to play so much with nobody plays with it, almost

11 anymore.

12 Q.    N.S., thank you, I don't have any other questions.

13          THE COURT:   Thank you very much, N.S.   You are done.

14      Did you have another witness?

15      (Witness excused.)

16      MS. WEISER:   We do, Your Honor.   Would you like us to

17 call the next witness now?

18          THE COURT:   If you're ready.

19      MS. WEISER:   Your Honor, we call Abraham Fraenkel to

20 the witness stand.

21          PLAINTIFF WITNESS ABRAHAM R. FRAENKEL SWORN

22                    DIRECT EXAMINATION

23 BY MS. WEISER:

24 Q.    Will you please state you full name for the record?

25 A.    Abraham Ron Fraenkel.

1    Q.    What name do you go by?

2    A.    Usually I'm called Avi usually, but Abraham is also fine.

3              THE COURT:  How do you spell that?

4              THE WITNESS:  Abraham or Avi?  A-V-I.

5              THE COURT:  Thank you.

6    BY MS. WEISER:

7    Q.    I'm use to calling you Avi.  So I wanted the Court to know

8    who I was talking to?

9    A.    It's all right.

10    Q.    Avi, where were you born?

11    A.    I was born in Israel.

12    Q.    What country are you a citizen of?

13    A.    A citizen of Israel.

14    Q.    Are you married?

15    A.    I'm married to Rachael and seven children.

16    Q.    We've met most of your children today?

17    A.    Yep.

18    Q.    We're going to talk now about what happened to your second

19    son Naftali.  Start at the beginning and tell us how you found

20    out that Naftali was missing?

21    A.    It was a Thursday night.  We went to sleep early.  He was

22    suppose to come back from, it was actually his last day in

23    school.  They were two days in a field trip and we weren't sure

24    if he comes back Thursday night or he'll come back Friday

25    morning and he sent a message.  He texted me around 9:30,

1    something like that that he's coming tonight and said around

2    10:30.

3        I texted him back, I said happily when are you coming,

4    when.  I don't remember the exact words, I have it in my phone

5    some place.  And later we knew that it was probably I don't

6    think he saw my message.  I think I missed him by a minute or

7    two.

8    Q.   Avi, I didn't ask you and it's relevant so I want to back

9    up for just a second.

10       What is your education?

11   A.   I'm, I studied law.  I have a second degree in law, I'm a

12   lawyer in Israel.

13   Q.   What do you do for a living?

14   A.   I'm a policeman.  I work for the Israeli National Police.

15   Today I'm head of disciplinary department of the police.

16   Q.   So what's the next thing that happened after the text

17   message?

18   A.   The next thing we know it's around 3:30, give or take a

19   few minutes, I'm not sure.  Two policeman they are looking for

20   Gilad, Gilad Shaar who were together with Naftali in the same

21   class.

22       Other students said he left together.  His parents looked

23   for him, they didn't know where he was and we were told they're

24   together.  So policemen were sent to our house to see if Gilad

25   is by us.

1    I went up, he wasn't there.  I went down, maybe he's in the

2    basement, he came late with a friend.  He wasn't there.  I

3    phoned him to his cell phone.  There was no answer.

4        And then I understood that it's a very bad situation

5    because Naftali is responsible and he never plays games with us

6    or does things like that.

7        And then we started moving things around.  We tried to

8    locate him through the cell phone.  I already, I phoned friends

9    in the police who do it to speed up things.  That was around

10   four o'clock in the morning.

11       And then I got closer to the area where all this happened

12   and near Gush Etzion.  I went to the police station on the way

13   to file an official complaint of a missing person.  We stayed

14   there.

15       I met Gilad's father that morning, 6, 6:30 in the morning.

16   We went to their school.  At 8 o'clock we got to the army over

17   there and then we understood that it's a whole big thing that

18   the army is into it and they're all looking to him.  Secret

19   Services are into it and we understood there's nothing we can

20   do there.

21       And we, I left for my house and he left to his house.  That

22   was already Friday morning.

23   Q.   When did you find out or know that Naftali had been

24   kidnapped?

25   A.   I think we knew it.  It's hard to reconstruct exactly the

1  exact time, but it was in the air all the time.  There were

2  three.  I know that when we heard the phone call that Gilad

3  made, we heard it Tuesday, but they knew about it already

4  Friday morning the intelligence.

5      From Friday until Tuesday I don't remember when we were

6  told officially that it was a kidnapping situation. I think

7  from the beginning if I can remember correctly it was from

8  Friday we knew that they were kidnapped.  We heard the tape.  I

9  don't know how much you know about it, but the tape was, we

10 heard that on Tuesday.

11 Q.   Okay, so we'll talk about that in a minute?

12 A.   Okay.

13 Q.   How many days was it between the time that Naftali was

14 missing until you found out that he had been murdered?

15 A.   It was 18 days.

16 Q.   What was that 18 days like for you?

17 A.   Well, that's something I never had in my life before.

18 Hopefully I'll never have again.

19     I guess for a parent to be in such a situation is one of

20 worse things can ever be.  It's, you know, we're not looking

21 for him.  We're sitting at home.  There are other people doing

22 all of that.  So we just sit there.  So in a way there's

23 nothing physically we can do, but we had influence in a way to

24 talk to people.  People came to us.

25     We tried to help, we tried to see what we can do and that's

1    a matter of what we can do.  Feeling is, it's like when you go

2    to a winter park and you have this train, you can be one hour

3    here and the next hour down there.  It's, emotionally it takes

4    all the strength you have, you hardly eat, you hardly sleep.

5    But then on the other hand, you have other kids at home and you

6    have to take care of them.  And things are not, everything is

7    tearing you out.  You have to keep on living.

8         So we tried to make it a point to be with the children

9    every day and eat together, some sort of a normal supper.  And

10   getting all of the people out of the house because it was a

11   train station.

12        So you have to deal with yourself.  You have to deal with

13   your spouse.  You have to deal with your children.  You have to

14   deal with your missing child.  You have to deal with every one

15   around that comes in and wants to help and it became very

16   national I would say.  I will say international, but I'll keep

17   it into the national grounds.  It was head lines in the

18   newspapers and in the media all the time.  All the time.

19        It was a lot, a lot of focus on that.  We had I don't know,

20   15, 20 people from the media outside of our house every day all

21   the time.  We couldn't go in and out.  I had to go through the

22   back yard to have some privacy.

23        You become, you're not yourself.  You're someone else.

24   That's very generally speaking about these 18 days.

25   Q.   What was happening around the country at that time during

1  those days?

2  A.   So as I said, everyone was involved.  It was very

3  sympathetic.  Everyone was with us which gave us a lot of

4  strength.  Usually in Israel people don't always agree on

5  everything, and everyone has their opinion about everything.

6          THE COURT:  That never happens here.

7          THE WITNESS:  Well, since I'm not an American

8  citizen, I'm not entitled to.

9          THE COURT:  Well, you're entitled to.  You're very

10  kind.

11          THE WITNESS:  And it was quite the rare opportunity

12  that the people really felt united.  There was a goal to

13  achieve, there were high school children.  It tied almost every

14  one together and every one felt as if it was their children.

15      So in a way I must say, in a way it strengthened us, it

16  helped.  But in a way you lose all of your privacy and it's all

17  the time a matter of he's not the boy of every one.  He's my

18  son.  It's as if the interests are the same, let's find them.

19  But it doesn't always turn out that way.  Sometimes it's like

20  there's sort of a conflict of interest, sort of not really.

21          THE COURT:  It's a really emotional conflict.

22          THE WITNESS:  Yeah, a big one.

23      After they were found, so I would say the most, the peak

24  of that conflict was your son is dead and you have to decide

25  where he's going to be buried and he's my son.  It's the most

1    intimate thing and I don't want everyone there.  I want it to

2    be mine.  And I didn't want them buried together.  I wanted

3    them, I wanted him buried in a private place, but I understood

4    that in a way, in a way he was as if taken from us and become

5    sort of a boy of everyone.

6        In a way, of course so I understood that it's the right

7    thing to do is that they will be buried together and it was a

8    huge funeral with tens of thousands of people and the Prime

9    Minister and the President which it helps you a lot because you

10   feel strength from every one of them, but then you say he's my

11   child, he's not their child, he's not their child.  And it

12   keeps on going.  This conflict keeps on all the time.

13   BY MS. WEISER:

14   Q.   Avi, what kinds of thoughts were going through your mind

15   about what was happening to Naftali during those days?

16   A.   Wow.  You think about all of the scenarios it could be.

17   You don't know what's the best scenario, you don't know what's

18   best for him.  Am I thinking what's best for me or am I

19   thinking what's best for him?

20       Is it better that he's alive or dead.  Maybe he's wounded

21   and he's not getting treated.  Maybe, you know, how is he kept.

22   Is he tied.  It's thousands of different scenarios and thoughts

23   and they run in your head.  There's no way you can, you can't

24   tie it, you can't ignore it.  It's all the time there.

25       Then we heard that tape.  I'm getting to the tape of

1   Gilad's phone call and you hear the gunshots and then we were

2   told, we were told by the ministry of Tsve ha-Hagana and

3   ministry of defense.  We were told we don't know if they're all

4   dead, all alive, maybe there were gunshots only to frighten

5   them.  Maybe if you're injured, maybe if you're dead, maybe,

6   the assumption they're all alive and they're looking for them.

7       And we believed that that's how they were found.  They

8   wouldn't be found if that wouldn't be the assumption.  But you

9   hear that and it doesn't improve the thoughts.

10  Q.   Avi, if it's okay, I would like to play the tape.

11          MS. WEISER:  Your Honor, the tape has been Apostilled

12  and certified as authentic from the Israeli police.

13          We have a copy of it along with the certification.

14  Shall I give it to the Bailiff?

15          THE COURT:  Please.  She's actually the courtroom

16  deputy.

17          MS. WEISER:  I'm so sorry.

18          THE COURT:  You practice law in another country.

19          MS. WEISER:  I practiced in Ohio for a while but some

20  say it's another country as well.

21          THE COURT:  Can you do this?

22          THE WITNESS:  I'll try.

23          THE COURT:  I can play it myself, you know.

24          THE WITNESS:  We can hear, I'll try to explain what I

25  can.

1          THE COURT:  All right, Plaintiff's Exhibits 24 and 25
2   will be received into evidence.
3          MS. WEISER:  Okay, Your Honor, and we created the
4   audio as Exhibit 26 with the transcription on the video so that
5   you'll be able to see the transcription on the video itself and
6   that's on Exhibit --
7          MR. TOLCHIN:  26.
8          MS. WEISER:  -- 26.  So we're going to play Exhibit
9   26.
10         (Plaintiff's Exhibit Numbers 24, 25 and 26 received into
11  evidence.)
12         (Video played.)
13         MS. WEISER:  Your Honor, we move to introduce
14  exhibits --
15         THE COURT:  Yes, I've already accepted them into
16  evidence.
17         MS. WEISER:  Okay.  Thank you, Your Honor.
18         THE COURT:  You can remove that from the screen.
19  BY MS. WEISER:
20  Q.   Avi, do you remember hearing in the tape Hebrew music
21  playing in the background?
22  A.   I remember Shelly Yechimovich speaking.  I don't remember
23  music, but I didn't really --
24  Q.   So maybe I misspoke.  There was a Hebrew radio station?
25  A.   Yes, there was a Hebrew radio station.  It's a program

1 running on Thursday nights.

2 Q.    Why was that significant to you?

3 A.    That was part of the way they were hiding themselves as

4 Jews, the terrorists, the kidnappers.  So they put it on a

5 Hebrew station.

6 Q.    How did you feel when you heard this tape?

7 A.    It wasn't easy to hear to say the least.  I must say it

8 has nothing to do with this court case, but it has to be said.

9      Gilad who made the phone call is a great hero; great, brave

10 hero.  He managed to make his phone call.

11      He probably sat in the car on the right hand side, that's

12 what I think and he had his phone on his right.  It was dark,

13 so he probably move his hand, you know, when he phoned in

14 Israel it's a 100 for 911.  He managed to say netafna which is

15 kidnapped.  We were kidnapped in one word.  So that's something

16 that has to be said.

17      You know, 18 days later I understood that I heard my son's

18 execution.  When I heard it then, I had what the ministry of

19 defense told us, there were gunshots.  The car was found later

20 in the morning, but it was after a fire, so there was no way to

21 tell.

22      The physical evidence of DNA or things like that which you

23 can determine or blood or whatever because of the big burning

24 that was there.  So they couldn't say what actually happened.

25 They said all the options are there on the table.

Q.    Avi, did you seek psychiatric or mental health care during

these 18 days?

A.    Yeah, I asked to go to a psychiatrist, psychiatrist,

right, a psychiatrist.  I was actually looking for tools to

guide the family especially the children.  I guess I also

thought about myself, but my main issue was to have my tools to

help me cope with the children and for their mental health.

    I actually saw him once before they were found and then

when we, then we kept on until today.  Actually, we do it less,

was once a week, now it's once every two weeks, but we keep on.

Q.    What are the kinds of things that you're working on in

that treatment?

            THE COURT:  You don't actually have to say.

            THE WITNESS:  No, it's all right.

        My father was born in Munich.  We don't really believe

in all of these things.  What you see is what you get.  It's

like a sacred place where you can sit and talk.  Very freely

and very quietly.  I don't think of doing something great there

or something very special.  But it does help in a way.

        There's a smart man on the other side and he himself was

imprisoned in Syria and he knows about suffering and he knows

about hardship and to be able to talk, that helps.

BY MS. WEISER:

Q.    Avi, do you remember the moment that you found out that

Naftali had been murdered?

1  A.    Yes.  It was Monday afternoon, we were on our way to a

2  meeting in Tel Aviv to see how we continue our struggle.   And

3  we got a phone call telling us to come back with no

4  explanations.

5     I immediately called the friend and said what's going on?

6  He said I'm not telling you officially, but two bodies were

7  found and, and then ten minutes later he said three were found.

8     I remember like all the strength came out of me as if the

9  balloon that, you know, everything comes out.  I couldn't sit.

10  I was lying down on my back putting my legs on the couch.   I

11  stayed like that for I don't know maybe half an hour.

12     And then we started working out what we're suppose to do.

13  That's telling the children.  And we were told that the best

14  thing to do, we were told by experts, that the best thing to do

15  was that we the parents will tell each child separately and I

16  use to say I guess that's the most difficult thing I did in my

17  life, but I don't say I guess.  It's the most difficult thing I

18  did in my life.  I hope I never have to do it again.  To take

19  each and every one of them and tell every one by the way they

20  understand that that's it, that Naftali was, is not with us,

21  that he was murdered.

22     I can say that it's not something that came out from zero

23  to 100 in a second.  He was kidnapped.  We were looking for

24  him.  But when it's there, then it's totally bad.  It's like

25  the end of everything.  And you do it and you think they have

1  to continue living, also we have to continue living, and you

2  have to do it in a way that will let them cry and express

3  themselves, but still leave hope and still tell them that we're

4  going to be a happy family and we'll continue and we did it.

5      It emotionally takes like everything out of you when you

6  yourself don't really have so much strength because of what

7  happened, but as parents that's what we were suppose to do and

8  that's what we did.

9          THE COURT:  Do you think that, I mean, you're only

10  two years down the path, how's it going?

11          THE WITNESS:  I very much hope that we're doing well.

12  I try to be very, I don't want to say anything.  Let's talk in

13  15 years, but hopefully, hopefully that's the way as we told

14  them when we cry we really cry, but when we laugh we really

15  laugh.

16          THE COURT:  So does this experience of coming here to

17  testify, will that have the impact of reliving the whole thing

18  so you're sort of set back and you have to kind o struggle to

19  regain where you have been or do you think that it will satisfy

20  some of the need for not having or at least your children

21  normal, feel a goodbye so-to-speak.  Not for you.

22          THE WITNESS:  First of all, for each one it's

23  different, okay.  It's as if I can take a sentence and say the

24  same sentence to one child and it will be a hundred percent

25  good and to the other one it will be a hundred percent wrong.

1    So if you're asking about coming here, I think, I don't

2  know if my lawyers will like it.  But I'm putting aside the

3  case itself.  I think for at least a few of the children and

4  you saw almost all of them, just coming here and talking about

5  it some of them are very talkative and they talk about it a

6  lot.

7    You saw N.S., she thinks about it, it is constant all

8  the time.  But there are others and they asked us specifically,

9  we want you out when we testify.  Some of them didn't want to

10  come and I think it's because they didn't speak until today.

11  You heard them.  People here heard.  I didn't hear A.L.  I

12  didn't hear her for two years, hardly ever heard her talking

13  about Naftali.

14    So for me I think she's sitting in some place and if

15  it's here, it's here, talking about what happened, I think it's

16  good for her.  Because it can't stay all the time inside, it

17  has to come out.  Because if it stays inside it's not good.  So

18  of course we're here because we want to win the case, but if

19  you ask me if this is good, if this is a good experience for

20  the children, I think for at least some of them yes, very much.

21    THE COURT:  Well, that was my question.  It was

22  different from the strictures of the case, so you have answered

23  it.

24    Thank you.  Excuse me.

25    MS. WEISER:  Of course not, Judge, anytime.

1  BY MS. WEISER:

2  Q.   Avi, do you remember the moments you had alone with

3  Naftali's body before the funeral?

4  A.   Yeah.  As I said, it was, it was very public funeral, but

5  each family had a small ceremony, not so small.  A ceremony in

6  their own village or where we lived, habitat, whatever.

7            THE COURT:  Community.

8            THE WITNESS:  Community, right, thank you.

9        So we had one in Nofa Ayalon where we live and we were

10  told, and I'm forever grateful to him, a good friend of mine, a

11  neighbor, and he said you should say goodbye and see him.

12        Now by under Jewish law, it's not like, you know, you

13  open a coffin and you can see the face.  That's not something

14  we do.  But just see the body all wrapped and he said you

15  should do it.  We should remember that for 18 days, it was 18

16  days after death.  We know what happens to bodies 18 days later

17  but we did it.  And we got into the room.  Actually, the people

18  were, they were afraid to let us do it, but they did.

19        And we were there.  It was Racheli and me.  We asked the

20  big ones if they want to join.  So Tzvi joined us, A.S. didn't

21  want to come in.  And we stood there.  But it was probably

22  three or four minutes but in a way forever.  And I spoke to

23  him.

24        And for me that was, that meant the world.  I can say

25  I'm so happy I made it.  You can't say such a thing.  But I do

1 say it.  I don't know how I would feel if I didn't do it.  And

2 the rest of the day like faded out after this high peak that I

3 got to.

4      If I'll ever have to suggest other people who were in

5 such a situation, I would tell them you have to do it or at

6 least I would encourage them.  You can't say you have to

7 because everyone is different.  I would encourage them because

8 I think it's the most wise thing I did that day.  Very very

9 emotional.

10 Q.   Avi, tell us about Naftali, tell us about your

11 relationship with him?

12 A.   He's our number two.  Naftali physically was, he was built

13 like me.  A lot of things in his body I knew, I knew what he

14 was going into.  I told him now you feel like this and now

15 you'll feel like this because it's things I felt myself.

16      Also mentally I read him very clear.  Other ones, not

17 always, there are some that you can read more, some you can

18 read less.  But I felt him very much.  Sometimes it's not so

19 good because if you know someone too much, then you know when

20 he's fooling you around and so on.  As a father, some relations

21 sometimes not so good.  But in that sense I felt very close and

22 I understood what's going on with him.

23      We did have our conflict about things, but I was really

24 amazed and like his last half year of his life that he suddenly

25 grew up.  He made an upgrade in his life a year, half a year

1  before he was murdered and he like finally understood that it's

2  up to him to do things and if he'll put his efforts and do what

3  he wants to do, the sky is the limit.  And it came out in a lot

4  of different things.

5      In his hobbies, in his studies, in his relationship with

6  other people, you could like really see him growing into a man.

7  And the main thing and I'm very happy about it because I know

8  he felt it.  Like he himself felt it is up to him.  That if he

9  wants something, then the sky is the limit.

10 Q.   Did you -- let me start that question again.

11     In Israel did the students take national matriculation

12 exams?

13 A.   (Nodding.)

14 Q.   You have to answer out loud?

15 A.   Yeah.  So he took merits.  He was suppose to take a

16 biology test two, three days after he was murdered.

17     Actually, first I will talk about mathematics.  He made the

18 mathematics, and after, after he was murdered we got back his

19 grades, he got a 95.

20     I love classical music and there was a very special show

21 Sunday night near Massada in Israel outside in the desert was

22 Beethoven's 9th Symphony and he heard it together with me  when

23 we were in the car, and then I said I will buy tickets and you

24 can join me, take you from your school and I'll bring you back.

25 And he said no, I'm sorry, I have a test Monday morning and I

1    can't come.

2        So I had tickets for myself.  Of course, at the end I

3    didn't go because it all happened the Friday morning before.

4    But that's him.  He liked it but his exams were before other

5    things.

6    Q.    Avi, I want to show you some pictures.  I show you first

7    what's been marked as Exhibit 9 A-1.  First, who is in the

8    picture?

9    A.    That's me and Naftali, of course.  We went to photographer

10   I don't know, when he was maybe 14 and a half, 15, something

11   like that.  We made some family photos.  Of course, like after

12   20 minutes all the boys left because we had nothing more to do

13   there and the girls stayed and had fun for like an extra hour.

14   But this is a picture I have with him.

15   Q.    Do you remember this one?

16   A.    Yeah.

17   Q.    This is Exhibit 9 A-2?

18   A.    This is from his Bar Mitzvah.  When they get 13, the boys,

19   girls at 12 and boys at 13, so they, by Jewish law they become

20   grown ups.  So what we use to do with the children is to take

21   each child that gets to that age and he has his own day with

22   his parents.

23        So he chose to, we had a trip in the morning, we were

24   hiking in the morning, and then we went ice skating and then we

25   went to eat at a restaurant.  It's called Darna, it's in

1   Jerusalem and that's the picture from there.

2           MS. WEISER:  Your Honor, I would ask to move into

3   evidence Exhibits 9 A-1 and 9 A-2.

4           THE COURT:  9 A-2, I thought it was 3.  Did I

5   misunderstand you?

6           MS. WEISER:  Yes, this one is 9 A-2.

7           THE COURT:  Thank you very much.

8           MS. WEISER:  Yes, thank you, Your Honor.

9           (Plaintiff's Exhibit Numbers 9 A-1 and 9 A-2 received

10  into evidence.)

11  BY MS. WEISER:

12  Q.   Avi, do you remember this picture?

13  A.   Yeah.

14  Q.   Where is that?

15  A.   They are all according to the order, from right to left,

16  all of the children.  This is in Kiryat Shmona, one of our

17  summer vacations.  It's only a meter high from the ground,

18  it's not that high.

19      We slept there at night in a tent and then in the morning

20  we took a picture of all seven of them, just according to the

21  order.  Tzvi, A.S., A.L., N.S. and S. who was before running

22  around, but he didn't sit here.

23          THE COURT:  What is the Exhibit number?

24          MS. WEISER:  It is Exhibit 9 A-7.

25          THE COURT:  Thank you.

```
 1              MS. WEISER:  I move to admit that as well.

 2              THE COURT:  Yes.

 3         (Plaintiff's Exhibit Number 9 A-7 received into

 4    evidence.)

 5    BY MS. WEISER:

 6    Q.  Avi, do you remember this picture?  This is Exhibit 9 A-9?

 7    A.  Yes.  As you can see it is the same photographer where we

 8    were, so this is all the family.  S. is a baby, a year and a

 9    half maybe, a year, year and a half, so that was around four

10    and a half, five years ago.

11    Q.  Where is Naftali standing?

12    A.  He's between Naftali and me.

13              THE COURT:  I have to ask you, how do you spell your

14    youngest's son's name?

15              THE WITNESS:  S., S-----.

16              THE COURT:  S.

17              THE WITNESS:  Right.

18              THE COURT:  S.

19              THE WITNESS:  Right.

20              MS. WEISER:  Your Honor, I ask to move Exhibit 9 A-9

21    into evidence.

22              THE COURT:  All right, it's admitted.

23         (Plaintiff's Exhibit Number 9 A-9 received into

24    evidence.)

25              THE WITNESS:  This is from A.S.'s Bar Mitzvah when
```

1    she got 12.  She's with blue dress.  And Naftali is on the

2    left-hand side of the photograph on my right.

3    BY MS. WEISER:

4    Q.   How old was he in this picture?

5    A.   She was 12, so he was 15.

6          MS. WEISER:  Your Honor, I ask to move Exhibits 9 A-9

7    and 9 A-10 into evidence.

8          THE COURT:  All right, they're admitted.

9          (Plaintiff's Exhibit Number 9 A-10 received into

10   evidence.)

11         I think we need to take a break if --

12         MS. WEISER:  I just have two more questions, Your

13   Honor, if that's okay.

14         THE COURT:  All right.

15   BY MS. WEISER:

16   Q.   Avi, tell us how you're doing in general?

17   A.   Probably the hardest question.  I'm, we're trying to live

18   a normal life the way we see it.  We don't want -- I say we,

19   Racheli and me.  We don't want what happened will change the

20   nature of our family.

21      In everything I do in life from then on I continue, I try

22   to continue to live my regular life, but you have to struggle

23   for everything much more than what you did before.  It's not as

24   if you're in level zero and from there you have to start

25   climbing and achieving things in life.

1    You start your life from, I don't know, minus two, minus

2  three and everything you do you first have to get to zero and

3  from there continue to climb on.  It's not easy.  It takes a

4  lot of energy, takes a lot of resources and it's not what -- we

5  want to continue our life just as it was and I want to hope we

6  do it.

7    I'm sure we don't do it exactly, of course it's not the

8  same, but that's what we're trying to achieve.  That's our

9  goal, but it's hard.  It takes a lot of efforts.

10 Q.   Are there things that you use to do that you don't do any

11 longer?

12 A.   Yeah, there, since you have to put in a lot of effort to

13 do everything.  Before I use to learn maybe an hour, hour and

14 half, hour a day, I would learn like Jewish studies, that's

15 after work and after preparing food and so on.

16    Now I hardly do it, going out to I don't know, movie,

17 theater, things like that, we do much less.  It takes a lot of

18 energy.

19    It's not that it's a taboo, it's something that we don't

20 do.  There's nothing that I say I'm not doing it because of

21 Naftali.  There's nothing not that I say not or not that I

22 think.  But I have to get up, rise and do it.

23         THE COURT:  But there's less that gets done?

24         THE WITNESS:  Yep, yep.

25 BY MS. WEISER:

1    Q.   Avi, I want to have you identify two more pictures and

2    then we'll be done.

3       This is Exhibit 9 A-21, can you tell us who is in this

4    picture?

5    A.   A.S. and Naftali.

6    Q.   In the middle?

7    A.   In the middle I guess it's S.  I'm sure A.S. will know.

8    It's probably S.

9            THE COURT:  Probably which one?

10           THE WITNESS:  It's probably S.

11   BY MS. WEISER:

12   Q.   What about this one?

13   A.   Oh, this is Naftali and Tzvi and S.

14           MS. WEISER:  Your Honor, I would ask to move Exhibits

15   9 A-21 and 9 A-22 into evidence.

16           THE COURT:  All right, they will be received.

17           MS. WEISER:  I would ask to move Abraham Fraenkel's

18   declaration into evidence as Exhibit --

19           MR. TOLCHIN:  12.

20           MS. WEISER:  Exhibit 12.

21           THE COURT:  That will be received into evidence as

22   well.

23       (Plaintiff's Exhibit Numbers 12, 9 A-21, 9 A-22

24   received into evidence.)

25           MS. WEISER:  Thank you, Your Honor.

```
 1            Thank you, Avi.  I do not have any more questions.

 2            THE COURT:  Thank you, sir, it was an honor to meet

 3  you.

 4            THE WITNESS:  Thank you.

 5         (Witness excused.)

 6            MR. TOLCHIN:  Are we on break?

 7            THE COURT:  Yes, we should take a break now.

 8         Why don't we break until quarter of.  I think we could

 9  all use a little break, thank you.

10         (Recess at 3:29 p.m.)

11         (Proceedings resumed at 3:49 p.m.)

12            THE COURT:  Mr. Tolchin, do you have any further

13  witnesses who will be testifying in Hebrew?

14            MR. TOLCHIN:  Yes and --

15            THE COURT:  Okay.

16            MR. TOLCHIN:  -- it's the next one.

17            THE COURT:  Well then, Ms. Levine, we still need you.

18            MR. TOLCHIN:  Your Honor, the next witness is

19  Mr. Arieh Spitzen.  He speaks a decent amount of English, but

20  not to the point that he's confident to testify.

21            THE COURT:  We would do better in a court with an

22  arrangement of question, answer, question, answer instead of

23  conversation to have it interpreted.

24            MR. TOLCHIN:  Yes, Your Honor.  We will, if it's okay

25  with Your Honor, we will try to have me ask the question in
```

```
 1  English and he'll answer in Hebrew and he can ask for

 2  assistance if he doesn't understand the question.

 3          THE COURT:  You make sure to explain that and we'll

 4  have it translated at the same time and then we'll get his

 5  assent.

 6          MR. TOLCHIN:  Sure.

 7          THE COURT:  Can you hear the interpretation?

 8          THE WITNESS:  Yes.

 9          THE COURT:  Good.

10          THE WITNESS:  Yes.

11          PLAINTIFF WITNESS ARIEH D. SPITZEN SWORN

12                    DIRECT EXAMINATION

13  BY MR. TOLCHIN:

14  Q.  Mr. Spitzen, good afternoon?

15     (No response.)

16     Mr. Spitzen, good afternoon.

17     Mr. Spitzen, you do speak a certain amount of English, is

18  that correct?

19  A.  Yes.

20  Q.  Do you understand me when I'm asking you questions?

21  A.  I will attempt to listen to it and if I do not understand,

22  I will ask for assistance from the interpreter.

23  Q.  So I can ask you questions in English generally without

24  interpretation and you will answer in Hebrew?

25  A.  Yes.
```

1  Q.   And are you comfortable with that arrangement?

2  A.   I hope so, let's try it.

3           MR. TOLCHIN:  May I proceed in that fashion, Your

4  Honor?

5           THE COURT:  Yes.

6  BY MR. TOLCHIN:

7  Q.   Mr. Spitzen, can you briefly summarize your educational

8  background, please?

9           THE COURT:  Can you first say and spell your full

10  name for the record?

11          THE WITNESS:  My full name is Arieh, A-R-I-E-H, Dan,

12  D-A-N, Spitzen, S-P-I-T-Z-E-N.

13          THE COURT:  Thank you very much.

14          THE WITNESS:  My general background is the study of

15  the Middle East and study of Islam.  And the history of the

16  Jewish people at the Hebrew University in Jerusalem.

17  BY MR. TOLCHIN:

18  Q.   Do you have any academic degrees in those fields?

19  A.   I have a BA in those two fields.

20  Q.   Can you please summarize your career and professional

21  background?

22  A.   I served at the IDF in Israel, in the military government

23  and in the coordination of the areas in the occupied

24  territories for 30 years.  I established with the consultant or

25  adviser for Judea Samaria, the research section in 1976.  And I

1  continued in different other positions in the frame work of the

2  adviser for Arab issues or matters.

3      In my last position I served as an adviser for Palestinian

4  affairs to the coordinator of, in the territories, the military

5  coordinator in the territories.  And I was the head of the

6  department for Palestinian affairs.

7      And I was in the frame work of my position I wrote hundreds

8  of papers and research papers, in the area of the Palestinian

9  arena that are related to the military section in the

10  Palestinian --

11              THE INTERPRETER:  Military forces?

12              THE WITNESS:  Not military.

13              THE INTERPRETER:  The military factors.

14              THE WITNESS:  No, I'm so sorry, that's not what I

15  said.

16              THE COURT:  The military is the word that he does not

17  agree with.  I don't know what the word is, but it's not

18  military.

19              THE WITNESS:  The political.

20              THE COURT:  Political.

21              THE WITNESS:  The political powers and the social

22  powers inside the Palestinian arena.

23          I had to provide the picture of the situation in the

24  Palestinian arena as a basis for the decision making of the

25  minister of defense and the decision makers in the State of

```
 1  Israel.
 2       In this framework, I concentrated in things like the
 3  Hamas, the Islamic Jihad, the national, the national corporate
 4  of France for the liberation of Palestine, and of course the
 5  Palestinian authority.
 6       My position was to follow up or to trace the
 7  developments within the Palestinian authority, and since the
 8  Hamas is the principal main force, and the main position to the
 9  Palestinian authority.  The Hamas was one of the focuses that I
10  concentrated on.
11  BY MR. TOLCHIN:
12  Q.   Besides Hebrew and some amount of English, do you speak
13  any other languages?
14  A.   I speak Arabic, I read and write Arabic, and I speak a
15  little bit of Italian.
16  Q.   Any Turkish?
17  A.   I started Turkish but I can't say that I'm fluent in this
18  language.
19  Q.   I'll show you --
20       THE COURT:  I apologize, but I cannot understand what
21  you're saying.  Can you move the microphone so it's a little
22  further away, away from your mouth?
23       THE INTERPRETER:  Okay, can you understand it now
24  better?
25       THE COURT:  That's better.
```

```
1            Go ahead, please.

2            MR. TOLCHIN:  His CV it's 20.

3        Your Honor, may I approach to present a document to the

4   witness to identify?

5            THE COURT:  Yes.

6   BY MR. TOLCHIN:

7   Q.    Sir, I show you a document and ask if you can identify it?

8   A.    Yes, this is my CV, my curriculum vitae and I identify it.

9   Q.    Does that CV list your full educational and professional

10  background?

11  A.    Yes, sir.

12           MR. TOLCHIN:  Your Honor, I offer the CV into

13  evidence.

14           THE COURT:  What Exhibit number is it?

15           MR. TOLCHIN:  20.

16           THE COURT:  All right, Exhibit 20 will be received

17  into evidence.

18       (Plaintiff's Exhibit Number 20 received into evidence.)

19  BY MR. TOLCHIN:

20  Q.    Sir, have you been qualified to testify as an expert

21  witness in other courts?

22  A.    Yes.  I've been, I've testified and I have been recognized

23  as an expert witness in courts both in Israel and in the United

24  States.

25  Q.    Can you name any of the cases where you were admitted as
```

1  an expert witness in the United States?

2  A.   I was an expert witness in the case of the Arab Bank.

3  Q.   Is that L-I-N-D-E?

4  A.   Yes, it's Linde versus the Arab Bank.

5  Q.   L-I-N-D-E?

6  A.   Yeah.

7  Q.   Any other cases?

8  A.   I testified in other cases like in the case of the Nat.

9  West and Credit Lionnais case and it's an ongoing case.

10 Q.   Is that Strauss versus Credit Lionnais?

11 A.   Yes, it is.

12 Q.   Are there any other cases where you have --

13 A.   I also testified and I was authorized as an expert witness

14 against the British Bank, Met.

15 Q.   Met West?

16 A.   Met West.

17 Q.   Is that case Weiss versus National Westminster Bank?

18 A.   Yes, it is.

19 Q.   Are there any other cases where you can recall where you

20 were admitted as an expert witness?

21 A.   I was also certified as an expert witness in another case

22 that didn't take place but it was headed by Judge Weinstein.

23 Q.   Is that Gill versus Arab Bank in front of Jack Weinstein

24 in New York?

25 A.   Yes, sir.

Q.   Can you tell us on what, if you know, what subjects were
you qualified as an expert witness about?

A.   I cannot say that I did it in matters of finance and the
civilian infrastructure of the Hamas.  The structure of the
organization.  The modus operandi or the agency takes.  It's
ideology, it's objectives.  More or less this case concentrated
on Hamas, and the illegal transfer of money to this
organization.

Q.   Sir, can you spend a moment and just highlight your
experience and expertise in regard to Hamas specifically?

A.   Okay.  I said before the Hamas is the second in size or
strength in the Palestinian arena.

     And Hamas is not the terror organization but it is also an
organization with ideological theology whose activity
encompasses all of the activities, life activities of those who
belong to it and therefore, I consider only it's ideology.

     And how it implements it's ideology with the general
public.  How it deploys the network.  How it deploys it's
apparatus to include more and more people to the movement.

     And a special emphasis is on the financing of this
organization, of this movement.  Because the financing is the
life line of any movement and especially of movement that is
only gets involved with terror but with other areas of daily
life.

          MR. TOLCHIN:  Your Honor, I ask that Mr. Spitzen be

1    qualified as an expert witness in the modes and conduct of

2    Palestinian Islamic terror groups including Hamas.

3              THE COURT:  All of them?  I mean, he mentioned a

4    number.  You need --

5              MR. TOLCHIN:  Well, those are the major ones that he

6    mentioned.

7              THE COURT:  Well, I will certainly recognize the

8    witness as an expert on Palestinian history and the financing,

9    structure, m-o, ideology objectives and the like of Hamas and

10   would anticipate perhaps less expertise, but also expertise as

11   to others.

12       How's that?

13             MR. TOLCHIN:  Fair enough especially since the Hamas

14   is the one involved here.

15             THE COURT:  Hamas is the one involved here and Hamas

16   is the one to which he spoke directly.

17             THE WITNESS:  Thank you, Your Honor.

18   BY MR. TOLCHIN:

19   Q.   Sir, did you prepare declarations, did you sign

20   declarations in connection with this case?

21   A.   Yes, yes, sir.

22   Q.   If you will let me show you the declarations.  Showing you

23   for identification what was marked as Exhibit 21.  All I'm

24   asking is if you can identify that that is your declaration?

25   A.   Yes, this is the declaration and this is my signature.

1    Q.   Did you then prepare or sign a supplemental declaration?

2    A.   Yes, sir.

3    Q.   Dated November 4th, 2016?

4    A.   Yes, sir.

5    Q.   Does that document which I placed before you, Exhibit 22,

6    the supplemental declaration which you prepared?

7    A.   Yes, sir.

8    Q.   You signed that declaration?

9    A.   Yes, this is my signature.

10   Q.   Other than one correction which I will ask you about in a

11   moment, are those declarations true to your knowledge?

12   A.   Yes, sir.

13           MR. TOLCHIN:  Your Honor, at this time I would like

14   to offer the two declarations of Mr. Spitzen as Exhibits 21 and

15   22 and to rely on them in addition to the verbal testimony

16   today.

17           THE COURT:  That's quite fine.

18        Which one is amended?

19           MR. TOLCHIN:  Which one is?

20           THE COURT:  You said that one of them was corrected

21   or amended.

22           MR. TOLCHIN:  No, I'm about to -- there was a fact

23   contained, stated in one declaration which when we were going

24   over this yesterday we realized there was a, a location was

25   identified incorrectly.

1          THE COURT:  All right.

2          MR. TOLCHIN:  We will correct that in a moment.

3          THE COURT:  All right then, Exhibits 21 and 22 will

4  be admitted into evidence subject to a correction to which one?

5          MR. TOLCHIN:  To Exhibit 21.

6          THE COURT:  To Exhibit 21.

7      (Plaintiff's Exhibit Numbers 21 and 22 received into

8  evidence.)

9  BY MR. TOLCHIN:

10 Q.   Sir, in your first declaration, the one that is dated June

11 23rd, 2016, was there something stated in paragraph 20 thereof

12 that you felt needed to be corrected?

13 A.   Yes, sir.

14 Q.   What was the correction?

15 A.   I wrote -- I wrote in the declaration the boys were

16 kidnapped from the intersection of Gush Etzion, but actually

17 they were kidnapped in an intersection called a Shvut which is

18 three kilometers east of it -- west of it, I'm sorry.

19 Q.   Just to have a clear record and without meaning to step on

20 the translator's toes, I think the word Shvut is usually

21 translated as a junction like where two highways meet rather

22 than an intersection.

23         THE COURT:  Okay, that's helpful.

24     What I really need to know is how to spell the junction

25 at which the kidnapping actually occurred?

```
1              MR. TOLCHIN:  It's Alon Shvut, two words, A-L-O-N,

2   second word, S-H-V like Victor, U-T.

3              THE COURT:  Okay, what pray tell might that mean?

4   AL.

5              MR. TOLCHIN:  That's a good question.

6              THE WITNESS:  Alon is oak.

7   BY MR. TOLCHIN:

8   Q.   It's an oak tree.

9   A.   Alon is an oak tree and Shvut is to return, go back.

10    This settlement they were destroyed in 1948, and after 1967

11  citizens came and resettled them.

12    At that place there was an oak and that is why this is

13  referred to or called Alon Shvut which is Alon which people

14  returned to.

15  Q.   Returning oak.

16  A.   Yes, returning oak.

17             THE COURT:  Thank you, thank you for the history

18  lesson.  I knew you would know.

19             MR. TOLCHIN:  Thank you for the question, Your Honor.

20  I have heard the place talked about for years.  I never thought

21  to think about what it means.

22             THE COURT:  That's because you think you understand

23  Hebrew.  I know I don't.

24  BY MR. TOLCHIN:

25  Q.   Mr. Spitzen, you touched on this already, but can you
```

1  explain what is Hamas?

2  A.    Hamas, this is the headings for --

3            THE INTERPRETER:  He said the word in Arabic which I

4  cannot repeat it so he can repeat it again, but it means in

5  Hebrew.

6        Can you repeat it in Hebrew?

7            THE WITNESS:  The movement of Islamic resistance.

8  And this is the acronym, the first letters of every and each

9  word.

10           THE COURT:  Right.

11 BY MR. TOLCHIN:

12 Q.    What does the Hamas ideology teach?

13           THE COURT:  Good, what is it's ideology?

14           THE WITNESS:  Hamas was established in 1987.  It was

15 established by Sheik Ahmed Yassin, and an additional six

16 people.  Hamas it is an arm of the Muslim Brotherhood in which

17 they refer to as Palestine.  They publish their ideology in a

18 charter that they published in the August 18, 1988.

19        And what they say in summary that the land of Palestine

20 which is for all purposes is where Israel sits and also where

21 the Palestine authority sits is a Muslim land that needs to be

22 under Muslim rule, and a fundamentalist, Muslim rule, from the

23 Muslim Brotherhood.

24        And in other words, they emphasize or they believe in

25 the elimination of Israel and to be a Muslim state in its place

1  on its roots.  To achieve this objective they were ready in

2  several ways.  One of the means is education and, and

3  indoctrination.

4      And the other way is through terror.  And to in ordinary

5  to conduct the terror they established the operative branch

6  which is referred to as the Al Qassam Brigade.

7           THE COURT:  How does one spell that K-A-S-S?

8           MR. TOLCHIN:  No.

9           THE WITNESS:  Iz Al-din Al-Qassam is --

10          MR. TOLCHIN:  Shall I spell it?

11          THE COURT:  Yes, please.

12          MR. TOLCHIN:  It's IZ Al-din Al-Qassam Brigades.

13 It's I-Z, new word, A-L-D-I-N, new word, A-L-Q-U-A-S-S-A-M

14 Brigades.

15          THE COURT:  Yes, the Qassam part I was trying to

16 spell.

17 BY MR. TOLCHIN:

18 Q.   What is the IZ Al-Din Al-Qassam Brigades?

19          THE COURT:  They're the terrorist.

20          THE WITNESS:  This is the operational branch of, the

21 terror branch of the Hamas.  And here I would like to emphasize

22 something that is important to remember.

23          THE COURT:  Please.

24          THE WITNESS:  Hamas would like to move towards its

25 objective.  If in order to achieve it it has to perform terror

1   activities, they will do it.  If they can't to do it through

2   terror, they will try to do it through excitement,

3   indoctrination and they will do it.

4        Their activity even from a personal point of view is

5   mixed.  Those who operate through terror, they sometimes also

6   operate through education, charity and also in administration

7   as it is in Gaza.  There is no separation personal or otherwise

8   at this moment.

9            THE COURT:  Isn't there separation, if not

10  ideologically a separation of action between Hamas and the Iz

11  Al-Din Al-Qassam Brigades?

12           THE WITNESS:  Yes.  In different periods and at

13  various times people who belong to Hamas they act as

14  terrorists.  Terrorist and either at the same time or another

15  time they can sit in the political bureau of the Hamas or to

16  manage charity organization.

17           THE COURT:  Right, I understand.  Thank you.

18  BY MR. TOLCHIN:

19  Q.   Sir, are you familiar with something called the Al-Nur

20  organization?  A-L-N-U-R.

21  A.   Generally.

22  Q.   What is the Al-Nur organization?

23  A.   Al-Nur is the charity organization that I hinted about or

24  started talking about here.  And it is part of the same

25  infrastructure supports, that supports terror of Hamas.

1      At the same time that it supports charity activity, it also

2   supports terror.  Al Nur is an organization that was

3   established in Gaza in the year 2000 by the senior officers of

4   the Hamas.  Also, Salah Shehada was also the head of the

5   brigade of Al-Qassam.

6   Q.    The founder.

7   A.    The founder of the Brigade of Al-Qassam or Muhammad

8   al-Ja'abri until he was liquidated in 2012 he was the chief of

9   staff of the Hamas.  Both of them they were actually the people

10  who founded this organization of Al-Nur.  It is the front

11  organization of the Hamas, whose function is to support the

12  prisoners of Hamas who served time in jail with their families,

13  and to support the families of terrorist who were killed during

14  actions.

15      And also to actively support terror, to transfer money, to

16  transfer money.  To transfer money for a specific terrorist

17  activities.

18          MR. TOLCHIN:  Your Honor, I think we have three

19  minutes.

20          THE COURT:  Well, just about.  So I think that maybe

21  this is a good time if you're at the end of --

22          MR. TOLCHIN:  Right.  I'd be starting a new topic.

23          THE COURT:  Good idea.

24      Sir, you are excused for the day.  You will have to come

25  back tomorrow.  I hope you have a nice evening in Washington

1    D.C.

2            THE WITNESS:  I thank the Judge.

3            THE COURT:  Yes, well get a good meal anyway.

4        All right, thank you everybody.  We will begin again at

5    ten in the morning, okay.

6            MR. TOLCHIN:  Can we leave things here or should we

7    take everything?

8            THE COURT:  Ms. White, what's your best advice?  The

9    problem is that the courtroom is cleaned in the evening.

10        (Witness excused.)

11        (Proceedings adjourned at 4:27 p.m.)

12                            -oOo-

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE

1    I certify that the foregoing is a true and correct

transcript, to the best of my ability, of the above pages, of

the stenographic notes provided to me by the United States

District Court, of the proceedings taken on the date and time

previously stated in the above matter.

I further certify that I am neither counsel for, related

to, nor employed by any of the parties to the action in which

this hearing was taken, and further that I am not financially

nor otherwise interested in the outcome of the action.

_____          _____

/s/Crystal M. Pilgrim, RPR, FCRR          Date: February 12, 2017

```
-ooo [3]  68/2 69/1 129/12
/
/s/Crystal [1]   130/12

1

1-8 [1]   57/11
10 [6]   1/19 3/20 24/22
 36/1 110/7 110/9
10-1 [5]   2/21 24/24 24/25
 25/24 26/2
10-2 [4]   2/22 25/8 25/24
 26/2
10-3 [4]   2/22 25/17 25/24
 26/2
100 [2]   99/14 101/23
108 [1]   3/17
1080 [2]   1/4 4/2
109 [2]   3/18 3/19
10:05 [1]   1/6
10:30 [1]   91/2
11 [13]   3/14 3/15 10/3
 20/19 20/24 30/2 80/20
 83/23 83/24 83/25 87/22
 88/11 88/14
110 [1]   3/20
111 [1]   1/16
112 [1]   3/21
11201 [1]   1/17
114 [1]   2/15
118 [1]   3/22
11:39 [1]   54/23
11:53 [1]   54/24
11th [1]   10/17
12 [18]   3/4 3/21 21/6
 36/14 38/9 38/19 39/10
 39/15 39/19 67/18 69/8
 107/19 110/1 110/5 112/19
 112/20 112/23 130/12
123 [1]   3/23
12:20 [1]   68/1
12:30 [1]   54/11
13 [18]   3/3 3/14 10/1
 29/9 36/2 37/8 37/9 37/10
 37/13 37/24 38/6 56/7
 70/19 83/23 83/24 83/25
 107/18 107/19
14 [12]   20/7 36/4 36/18
 36/19 37/7 37/10 37/13
 37/14 37/14 37/15 52/3
 107/10
15 [10]   36/6 36/22 37/10
 37/12 37/13 52/1 94/20
 102/13 107/10 110/5
15-1080 [2]   1/4 4/2
15th [1]   55/24
16 [9]   2/20 9/24 20/5
 20/6 28/7 36/11 37/10
 52/3 58/21
17 [3]   32/12 36/15 37/11
18 [24]   13/16 14/12 16/10
 16/20 23/5 23/18 36/21
 37/11 47/16 48/15 49/19
 50/15 51/20 60/13 73/14
 93/15 93/16 94/24 99/17
 100/2 104/15 104/15
 104/16 125/18
```

```
18th [1]   48/21
19 [10]   3/3 9/20 19/11
x2119 36/23 37/7 37/11
 37/25 38/1 38/6
1928 [1]   1/16
1948 [1]   124/10
1967 [1]   124/10
1976 [1]   115/25
1987 [1]   125/14
1988 [1]   125/18
1996 [1]   56/7
1998 [1]   55/23
19th [1]   27/10
1:30 [1]   69/8
1:54 [1]   69/2

2

20 [14]   3/12 3/22 67/17
 77/12 77/20 77/21 77/23
 94/20 107/12 118/2 118/15
 118/16 118/18 123/11
2000 [2]   55/24 128/3
20001 [1]   1/23
2005 [2]   55/25 56/1
2009 [1]   56/8
2012 [2]   56/11 128/8
2014 [1]   87/8
2016 [3]   1/6 122/3 123/11
2017 [1]   130/12
21 [16]   3/21 3/23 9/10
 27/20 27/21 31/4 43/23
 112/3 112/15 112/23
 121/3 122/14 123/3 123/5
 123/6 123/7
22 [9]   3/21 3/23 14/13
 112/15 112/23 122/5
 122/15 123/3 123/7
22nd [2]   55/25 56/1
23 [4]   2/24 31/20 32/4
 32/7
23rd [1]   123/11
24 [8]   2/21 2/24 3/16
 32/1 32/5 32/7 98/1 98/10
24/7 [1]   14/7
25 [7]   2/20 3/16 15/12
 16/4 16/7 98/1 98/10
26 [12]   2/21 2/22 3/5
 3/16 51/23 52/4 52/8 98/4
 98/7 98/8 98/9 98/10
27 [1]   24/21
29th [1]   56/8
2nd [1]   56/11

3

30 [1]   115/24
32 [1]   2/24
333 [1]   1/23
35 [1]   2/23
38 [1]   3/3
39 [1]   3/4
3:29 [1]   113/10
3:30 [2]   11/3 91/18
3:49 [1]   113/11

4

40 [3]   19/18 46/22 51/3
43 [1]   2/6
4:27 [1]   129/11
4:30 [2]   69/5 69/5
4th [1]   122/3
```

```
50 [1]   46/22
52 [1]   3/5
52512 [1]   1/20
57 [1]   3/6
58 [1]   2/7
5:30 [1]   12/21

6

63 [2]   3/7 3/8
6:30 [1]   92/15

7

70 [1]   2/9
75 [1]   3/9
76 [2]   3/10 3/11
77 [1]   3/12
79 [1]   2/10

8

83 [2]   3/13 3/13
84 [2]   2/12 3/14
88 [1]   3/15
89 [1]   2/13
8th [1]   34/11

9

9-25 [2]   2/20 16/4
911 [1]   99/14
95 [1]   106/19
98 [1]   3/16
9:30 [1]   90/25
9th [1]   106/22

A

A-1 [4]   3/17 107/7 108/3
 108/9
A-10 [3]   3/20 110/7 110/9
A-11 [4]   3/15 87/22 88/11
 88/14
A-12 [6]   3/4 38/9 38/19
 39/10 39/15 39/19
A-13 [5]   3/3 36/2 37/8
 37/24 38/6
A-14 [2]   36/4 37/7
A-15 [2]   36/6 37/12
A-16 [1]   36/11
A-17 [1]   36/15
A-18 [1]   36/21
A-19 [5]   3/3 36/23 37/7
 38/1 38/6
A-2 [6]   3/17 107/17 108/3
 108/4 108/6 108/9
A-20 [5]   3/12 77/12 77/20
 77/21 77/23
A-21 [4]   3/21 112/3
 112/15 112/23
A-22 [3]   3/21 112/15
 112/23
A-23 [4]   2/24 31/20 32/4
 32/7
A-24 [4]   2/24 32/1 32/5
 32/7
A-25 [2]   15/12 16/7
A-26 [4]   3/5 51/23 52/4
 52/8
A-27 [1]   24/21
A-3 [4]   3/9 74/18 75/4
 75/7
A-4 [5]   3/10 75/10 75/15
 75/23 75/25
```

A

A-5 [4]   3/11 76/3 76/12
 76/15
A-6 [4]   3/7 62/19 63/5
 63/7
A-7 [3]   3/18 108/24 109/3
A-8 [4]   3/8 63/9 63/17
 63/22
A-9 [5]   3/19 109/6 109/20
 109/23 110/6
A-L-D-I-N [1]   126/13
A-L-N-U-R [1]   127/20
A-L-O-N [1]   124/1
A-L-Q-U-A-S-S-A-M [1]
 126/13
A-M-I-T-T-A-I [1]   9/7
A-R-I-E-H [1]   115/11
A-V-I [1]   90/4
A-Y-A-L-A-O-N [2]   58/25
 59/1
A.L [26]   2/8 11/3 20/18
 20/18 20/19 21/2 29/8
 29/11 29/25 55/25 70/1
 70/4 70/15 70/17 70/18
 71/3 71/18 74/17 76/3
 77/12 78/1 78/12 82/5
 82/7 103/11 108/21
a.m [4]   1/6 54/23 54/24
 72/9
A.S [29]   2/7 20/4 20/5
 28/6 28/7 28/9 34/19 53/1
 55/23 55/23 57/16 57/17
 58/10 58/11 58/15 62/18
 63/9 63/24 65/25 66/17
 67/8 67/10 74/22 75/12
 76/11 104/20 108/21 112/5
 112/7
A.S.'s [1]   109/25
aback [1]   40/19
ability [2]   20/1 130/3
able [5]   24/5 55/6 72/16
 98/5 100/22
about [100]   10/5 10/24
 11/21 12/6 12/21 12/21
 14/19 14/25 15/3 16/22
 19/6 21/7 21/7 21/19
 22/10 22/13 23/6 23/7
 26/20 27/17 28/18 28/25
 29/11 29/12 29/22 29/25
 31/2 31/2 32/3 32/10 34/6
 34/11 35/25 36/21 36/22
 36/24 37/20 37/22 39/4
 41/15 44/3 46/11 46/20
 46/20 46/22 48/2 48/15
 50/24 51/19 51/25 52/23
 53/5 63/19 64/21 64/24
 65/3 65/5 66/19 70/24
 71/18 72/9 76/5 78/2
 79/18 85/13 85/16 86/19
 87/17 88/2 90/18 93/3
 93/9 93/11 94/24 95/5
 96/15 96/16 100/6 100/21
 100/22 103/1 103/4 103/5
 103/7 103/13 103/15
 105/10 105/10 105/23
 106/7 106/17 112/12 120/2
 122/10 122/22 124/20
 124/21 127/23 127/24
 128/20
above [3]   39/8 130/3

130
Abraham [8]   2/13 8/24
 89/19 89/21 89/25 90/2
 90/4 112/17
absence [1]   40/8
absolutely [1]   63/3
academic [1]   115/18
accent [1]   17/7
accept [1]   56/16
accepted [2]   26/24 98/15
accident [2]   45/1 53/22
accidents [1]   12/7
according [2]   108/15
 108/20
accurately [1]   42/9
achieve [4]   95/13 111/8
 126/1 126/25
achieving [1]   110/25
acne [1]   24/10
acronym [1]   125/8
across [1]   34/7
act [3]   4/11 54/15 127/13
action [4]   4/2 127/10
 130/8 130/10
actions [1]   128/14
actively [1]   128/15
activities [4]   120/15
 120/15 127/1 128/17
activity [3]   120/14 127/4
 128/1
actually [28]   5/24 9/12
 19/13 24/7 31/14 31/21
 37/8 38/16 42/8 45/21
 57/22 61/19 66/10 69/23
 83/15 84/6 90/22 97/15
 99/24 100/4 100/8 100/9
 100/13 104/17 106/17
 123/16 123/25 128/9
added [1]   5/17
addition [1]   122/15
additional [1]   125/15
adjourned [1]   129/11
administer [1]   42/19
administration [1]   127/6
admit [11]   16/3 25/23
 35/16 37/7 38/18 39/10
 39/14 83/16 83/19 83/20
 109/1
admitted [19]   16/5 25/25
 32/6 35/19 37/25 38/2
 39/16 52/6 75/23 76/14
 77/21 80/8 83/1 83/22
 109/22 110/8 118/25
 119/20 123/4
advanced [1]   8/19
advice [1]   129/8
adviser [3]   115/25 116/2
 116/3
affairs [2]   116/4 116/6
affected [2]   27/22 30/3
affections [1]   52/23
afraid [8]   14/11 16/24
 46/23 60/10 73/9 73/21
 74/2 77/17 104/18
after [34]   4/8 18/21
 19/13 21/15 26/7 26/7
 26/14 27/9 34/14 40/16
 40/16 44/13 46/20 47/11
 48/15 50/22 51/20 52/11
 53/15 60/4 65/12 67/17
 91/16 95/23 99/20 104/16

105 106 106
106/18 107/11 111/15
111/15 124/10
afternoon [7]   48/10 50/23
 69/1 69/9 101/1 114/14
 114/16
afterwards [9]   44/4 44/7
 44/9 47/25 49/3 52/25
 62/13 63/14 64/2
again [20]   17/23 21/6
 22/8 24/12 27/16 27/18
 33/24 36/22 46/21 51/12
 53/1 53/22 53/23 57/19
 72/12 93/18 101/18 106/10
 125/4 129/4
against [2]   4/10 119/14
age [3]   19/4 36/7 107/21
agency [1]   120/5
ages [1]   9/4
ago [4]   10/6 20/18 24/15
 109/10
agree [3]   77/9 95/4
 116/17
Agreed [1]   82/25
ahead [2]   79/4 118/1
Ahmed [1]   125/15
air [1]   93/1
al [22]   1/3 1/7 4/3 4/4
 124/4 126/6 126/9 126/9
 126/12 126/12 126/18
 126/18 127/11 127/11
 127/19 127/22 127/23
 128/2 128/5 128/7 128/8
 128/10
Al-din [4]   126/9 126/12
 126/18 127/11
al-Ja'abri [1]   128/8
Al-Nur [4]   127/19 127/22
 127/23 128/10
Al-Qassam [6]   126/9
 126/12 126/18 127/11
 128/5 128/7
alive [7]   15/7 22/4 22/4
 86/12 96/20 97/4 97/6
all [123]   4/14 4/25 6/23
 7/1 7/22 11/21 13/3 13/25
 14/2 15/7 15/18 17/15
 19/5 19/5 24/10 24/15
 26/7 26/23 28/19 29/21
 32/13 32/19 32/21 32/22
 34/8 34/22 35/16 35/18
 38/20 39/8 39/24 40/11
 41/18 41/21 47/4 47/18
 47/19 47/21 49/17 49/18
 49/24 49/24 50/15 53/22
 54/4 55/9 55/16 55/17
 57/13 57/17 60/15 61/5
 61/17 63/6 63/18 64/1
 64/3 64/7 64/8 64/16 66/2
 66/10 66/19 67/10 69/3
 76/14 77/9 78/14 78/25
 79/13 81/4 83/21 85/14
 86/25 87/4 88/20 90/9
 92/11 92/18 93/1 93/22
 94/4 94/10 94/18 94/18
 94/20 95/16 95/16 96/12
 96/16 96/24 97/3 97/4
 97/6 98/1 99/25 100/14
 100/16 101/8 102/22 103/4
 103/7 103/16 104/14 107/3
 107/12 108/15 108/16

Case 1:15-cv-01080-RMC   Document 48-18   Filed 09/05/17   Page 92 of 156

all... [15]  108/20 109/8
 109/22 110/8 110/14
 112/16 113/9 118/16
 120/15 121/3 121/23 123/1
 123/3 125/20 129/4
almost [12]  14/7 23/17
 30/24 40/17 46/18 47/18
 47/19 49/17 49/25 89/10
 95/13 103/4
Alon [5]  124/1 124/6
 124/9 124/13 124/13
alone [5]  14/3 23/15
 23/19 50/20 104/2
along [2]  44/10 97/13
already [10]  23/4 28/17
 69/18 80/7 82/18 92/8
 92/22 93/3 98/15 124/25
also [40]  5/21 13/5 24/3
 24/20 25/9 25/17 29/4
 35/23 40/7 40/25 41/14
 42/6 44/9 47/8 48/2 49/13
 53/21 54/16 55/18 60/3
 66/3 66/5 74/15 75/3 89/8
 90/2 100/5 102/1 105/16
 119/13 119/21 120/13
 121/10 125/20 127/5 127/6
 128/1 128/4 128/4 128/15
Although [1]  69/21
always [7]  4/21 22/14
 34/9 74/6 95/4 95/19
 105/17
am [11]  8/10 8/22 31/17
 43/23 44/2 58/21 87/12
 96/18 96/18 130/7 130/9
amazed [1]  105/24
amazing [1]  31/17
amended [2]  122/18 122/21
American [4]  8/7 8/9 85/9
 95/7
Amitai [1]  9/7
among [1]  74/15
amount [4]  46/1 113/19
 114/17 117/12
amusement [1]  76/20
analyzed [1]  16/19
angry [1]  73/4
anguish [1]  17/10
animal [1]  22/7
annotated [1]  5/14
another [10]  34/6 44/5
 49/12 54/7 75/2 89/14
 97/18 97/20 119/21 127/14
answer [20]  28/16 43/5
 49/19 53/10 53/20 53/24
 53/25 59/7 61/10 64/18
 71/7 71/9 78/25 84/16
 92/3 106/14 113/22 113/22
 114/1 114/24
answered [2]  49/16 103/22
answers [1]  70/7
anticipate [1]  121/10
anticipation [1]  4/9
anxiety [6]  13/19 14/24
 28/10 28/25 29/3 53/8
anxious [11]  12/14 13/12
 22/3 45/25 46/12 47/14
 48/12 53/8 53/21 54/1
 54/1
any [26]  4/15 16/2 39/5

 54/2 61/18 67/7 74/11
 78/12 83/11 89/12 111/10
 113/1 113/12 115/18
 117/13 117/16 118/25
 119/7 119/12 119/19
 120/22 130/8
anybody [2]  29/12 30/19
Anyhow [1]  48/7
anymore [1]  89/11
anyone [1]  31/24
anything [17]  12/11 12/18
 16/22 19/21 22/5 29/13
 41/16 46/17 46/24 48/23
 49/1 61/16 64/17 86/15
 88/24 88/24 102/12
anytime [1]  103/25
anyway [2]  51/8 129/3
apart [1]  21/8
apologize [6]  24/23 37/16
 69/23 69/24 80/25 117/20
Apostille [1]  5/24
Apostilled [1]  97/11
Apostilles [1]  5/22
apparatus [1]  120/19
apparently [1]  11/11
appearance [1]  4/7
APPEARANCES [1]  1/14
appeared [1]  61/1
appreciate [2]  42/18
 67/12
approach [2]  87/5 118/3
approximately [1]  36/7
April [1]  55/23
Arab [4]  116/2 119/2
 119/4 119/23
Arabic [5]  17/7 17/7
 117/14 117/14 125/3
Arabs [2]  13/6 32/19
are [89]  4/12 4/13 5/5
 5/22 8/7 8/8 8/9 8/21
 13/6 13/23 15/4 15/4 15/5
 15/6 15/6 15/6 15/20
 18/21 23/16 25/6 29/18
 30/7 30/7 33/17 38/12
 41/4 41/8 43/22 44/1
 45/22 47/10 50/17 51/11
 52/11 53/15 54/25 55/1
 56/11 56/23 57/1 57/8
 57/13 57/14 58/20 59/5
 59/13 69/3 69/5 69/13
 70/18 70/22 75/13 80/17
 80/19 81/4 81/23 83/9
 83/15 85/5 85/20 87/7
 87/15 88/10 89/7 89/13
 90/12 90/14 91/3 91/19
 92/19 93/21 94/6 95/18
 99/25 100/11 103/5 103/8
 105/17 108/15 111/10
 113/6 115/1 116/9 119/12
 119/19 121/5 122/11
 127/19 128/24
area [6]  11/16 12/24 13/5
 45/10 92/11 116/8
areas [2]  115/23 120/23
arena [4]  116/9 116/22
 116/24 120/12
Arieh [4]  2/14 113/19
 114/11 115/11
arm [1]  125/16
army [5]  12/13 13/24 49/6

around [17]  13/25 26/12
 40/9 40/10 66/18 73/10
 76/24 90/25 91/1 91/18
 92/7 92/9 94/15 94/25
 105/20 108/22 109/9
arrangement [2]  113/22
 115/1
arrive [1]  11/13
as [93]  4/7 4/17 5/19
 6/12 7/14 12/19 27/8 27/8
 28/12 28/20 28/20 29/6
 29/6 30/4 30/21 31/19
 34/7 34/9 34/15 35/12
 36/11 37/14 38/4 38/4
 40/21 45/3 45/10 49/14
 49/14 49/14 49/14 50/16
 50/16 51/23 52/15 52/22
 54/15 54/16 57/4 57/7
 58/4 59/20 62/18 70/6
 70/7 70/7 71/14 71/14
 74/18 77/12 81/4 83/1
 87/21 95/2 95/14 95/18
 96/4 97/12 97/20 98/4
 99/3 101/8 102/7 102/13
 102/23 104/4 105/20 107/7
 109/1 109/7 110/23 111/5
 112/18 112/21 116/3
 116/24 118/20 118/23
 118/25 119/13 119/20
 119/21 120/2 121/1 121/8
 121/10 121/23 122/14
 123/21 125/17 126/6 127/7
 127/13
aside [1]  103/2
ask [37]  9/14 15/16 32/4
 41/3 52/4 63/4 63/16 70/9
 71/9 71/10 75/4 75/15
 75/17 76/12 76/17 77/19
 79/5 79/15 84/12 84/20
 86/22 88/11 91/8 103/19
 108/2 109/13 109/20 110/6
 112/14 112/17 113/25
 114/1 114/12 114/23 118/7
 120/25 122/10
asked [15]  10/15 21/22
 22/23 23/21 23/23 44/17
 46/25 48/23 49/10 50/2
 85/21 86/8 100/3 103/8
 104/19
asking [4]  88/20 103/1
 114/20 121/24
asleep [2]  72/9 72/17
assent [1]  114/5
assistance [2]  114/2
 114/22
assumption [2]  97/6 97/8
ate [1]  62/11
attached [2]  22/11 89/1
attacks [1]  28/10
attempt [1]  114/21
attempts [1]  13/23
attend [1]  74/9
attended [1]  23/8
attractions [1]  62/25
audio [1]  98/4
August [4]  55/24 56/7
 56/8 125/18
Aunt [1]  61/12
authentic [1]  97/12
authenticated [1]  5/22

**A**

authority [4]   117/5 117/7
117/9 125/21
authorized [1]   119/13
Avenue [1]   1/23
Avi [18]   90/2 90/4 90/7
90/10 91/8 96/14 97/10
98/20 100/1 100/24 104/2
105/10 107/6 108/12 109/6
110/16 112/1 113/1
Aviv [2]   17/21 101/2
aware [3]   13/23 14/21
16/13
away [5]   15/8 60/22 65/17
117/22 117/22
awhile [6]   16/17 18/1
20/2 22/25 23/2 34/14
Ay [1]   9/22
Ayalon [3]   58/23 61/7
104/9

**B**

B-1 [1]   82/19
BA [1]   115/19
baby [1]   109/8
back [44]   10/25 12/10
13/20 14/1 17/22 17/22
18/1 19/7 19/15 19/16
26/25 27/6 27/6 48/16
48/20 48/21 54/17 54/18
54/18 55/7 57/20 59/24
61/1 61/8 62/16 67/1
67/19 83/18 85/18 85/25
86/1 90/22 90/24 90/24
91/3 91/8 94/22 101/3
101/10 102/18 106/18
106/24 124/9 128/25
background [5]   98/21
115/8 115/14 115/21
118/10
bad [8]   21/25 22/25 61/16
65/21 73/21 73/22 92/4
101/24
badly [1]   21/25
Bailiff [1]   97/14
balloon [2]   89/1 101/9
banging [2]   11/4 11/5
Bank [5]   119/2 119/4
119/14 119/17 119/23
Bar [6]   21/4 63/10 63/12
74/9 107/18 109/25
basement [1]   92/2
basically [1]   26/16
basis [1]   116/24
basket [1]   75/13
basketball [10]   59/19
59/21 60/23 61/3 61/10
79/19 79/21 79/22 87/11
89/9
be [98]   5/18 11/7 13/4
16/5 17/9 17/24 18/13
18/20 21/4 21/9 25/25
27/2 27/3 28/17 28/19
28/23 28/25 31/15 32/6
32/18 34/21 35/19 36/14
36/17 37/13 37/25 38/2
39/5 39/6 39/16 40/12
40/25 42/10 42/17 46/2
47/3 47/24 48/6 49/7 50/7
52/6 54/1 55/6 55/6 55/7

D6/18 56/21 59/14 60/24
61/3 63/6 63/18 64/5
65/17 66/7 70/7 73/4 73/5
75/6 75/23 76/14 77/21
79/1 82/18 83/1 83/22
84/19 88/13 93/19 93/20
94/2 94/8 95/25 96/2 96/7
96/16 97/8 97/8 98/2 98/5
99/8 99/16 100/22 102/4
102/12 102/24 102/25
112/2 112/16 112/21
113/13 118/16 120/25
123/4 123/12 125/21
125/25 128/22
beat [2]   45/19 45/23
beautiful [1]   56/12
became [6]   15/15 16/12
22/3 49/15 52/16 94/15
because [53]   14/11 19/1
19/17 22/9 22/15 24/14
29/13 29/17 30/4 30/8
31/7 33/6 33/8 33/17
33/20 33/24 34/22 40/8
45/21 48/16 49/7 55/7
56/17 58/4 58/5 67/1
72/19 72/19 73/25 78/3
78/11 85/22 86/12 89/4
92/5 94/10 96/9 99/23
102/6 103/10 103/16
103/17 103/18 105/7 105/7
105/15 105/19 106/7 107/3
107/12 111/20 120/21
124/22
become [7]   39/24 39/25
40/7 78/8 94/23 96/4
107/19
bed [6]   11/22 31/22 72/15
87/16 88/23 89/5
beds [2]   11/23 11/25
been [36]   9/19 9/20 17/15
17/17 17/20 26/14 29/1
29/10 30/3 30/12 31/6
34/12 40/24 41/14 45/13
48/14 51/22 55/22 60/19
63/24 65/25 69/18 69/24
73/12 73/17 80/4 80/8
92/23 93/14 97/11 100/25
102/19 107/7 118/20
118/22 118/22
Beethoven's [1]   106/22
before [45]   1/11 11/24
13/13 20/9 22/4 23/6 23/7
23/11 23/14 30/5 33/2
38/11 42/16 46/1 46/10
48/15 49/23 50/24 50/25
51/13 51/18 51/21 52/25
53/5 53/6 54/1 55/18
60/12 60/22 63/15 64/2
66/6 73/11 85/19 93/17
100/8 104/3 106/1 107/3
107/4 108/21 110/23
111/13 120/11 122/5
begin [1]   129/4
beginning [11]   22/21
26/18 27/2 27/7 28/11
29/24 33/10 46/4 47/22
90/19 93/7
behalf [3]   2/3 2/19 3/2
behavioral [1]   28/24
being [8]   13/23 15/6
19/13 27/4 33/14 34/7

47/19 55/14
Beit [2]   1/19 62/25
believe [2]   100/15 125/24
believed [1]   97/7
belong [2]   120/16 127/13
Berkman [1]   1/15
Besides [1]   117/12
best [14]   18/19 29/5
59/13 59/15 64/2 64/3
96/17 96/18 96/18 96/19
101/13 101/14 129/8 130/3
better [7]   29/2 64/21
82/24 96/20 113/21 117/24
117/25
between [5]   32/22 48/8
93/13 109/12 127/10
beyond [3]   13/5 14/14
33/13
bible [1]   32/14
big [13]   11/2 31/4 48/6
49/1 59/15 60/15 62/11
66/10 67/3 92/17 95/22
99/23 104/20
biggest [1]   59/12
binder [3]   5/12 5/21 5/24
biology [1]   106/16
bit [7]   19/17 20/16 49/20
64/21 70/24 83/9 117/15
blessed [2]   40/2 40/2
blood [1]   99/23
blooming [1]   19/2
blue [2]   38/14 110/1
boarding [2]   10/19 31/22
bodies [6]   13/14 18/5
50/3 50/7 101/6 104/16
body [14]   22/6 24/4 24/6
47/6 47/15 47/16 51/13
51/19 61/17 64/16 86/15
104/3 104/14 105/13
book [1]   32/3
born [11]   8/1 8/3 9/7
43/24 43/25 59/3 70/20
85/7 90/10 90/11 100/15
both [12]   8/8 26/20 31/1
31/15 33/15 49/16 53/19
53/19 59/15 60/3 118/23
128/9
bothered [3]   46/15 51/20
52/19
bottom [1]   13/20
box [2]   88/5 88/6
boy [7]   11/9 24/15 31/4
38/20 66/25 95/17 96/5
boy's [1]   56/2
boys [13]   14/1 15/20 25/6
32/18 38/12 38/24 38/25
39/1 48/25 107/12 107/18
107/19 123/15
boys' [1]   13/13
branch [3]   126/5 126/20
126/21
brave [1]   99/9
break [16]   48/6 54/9
54/10 54/11 54/11 67/17
67/18 69/7 69/8 69/9 69/9
110/11 113/6 113/7 113/8
113/9
breaking [1]   67/18
breath [1]   27/6
breathe [1]   27/5
breathing [1]   27/5

Case 1:15-cv-01080-RMC   Document 85-4   Filed 04/05/17   Page 136 of 156

**B**

briefly [2]   30/9 115/7
brigade [3]   126/6 128/5
128/7
Brigades [4]   126/12
126/14 126/18 127/11
bright [1]   71/21
bring [6]   62/7 62/15 75/2
87/2 87/18 106/24
British [1]   119/14
broken [1]   44/14
Brooklyn [1]   1/17
brother [29]   19/16 30/13
31/6 31/6 31/17 33/9 44/3
45/12 52/11 52/15 52/18
53/16 59/9 59/11 59/15
63/25 66/25 70/24 71/18
72/25 73/1 73/16 74/4
74/9 79/1 84/22 85/11
85/14 87/9
brother's [1]   52/12
brother-in-law [1]   19/16
Brotherhood [2]   125/16
125/23
brothers [1]   71/20
brought [3]   5/25 19/15
21/20
build [2]   31/12 53/1
built [1]   105/12
bunch [2]   29/20 41/9
bureau [1]   127/15
burgundy [1]   38/13
burial [2]   23/16 51/14
buried [8]   23/16 23/18
27/9 51/20 95/25 96/2
96/3 96/7
buriers [1]   51/19
burning [1]   99/23
burst [1]   51/2
bus [2]   15/22 46/21
business [1]   40/21
busy [4]   24/16 26/12
30/14 30/18
buy [1]   106/23

**C**

CA [1]   1/4
call [36]   4/15 4/19 5/5
6/25 16/11 16/13 16/16
16/20 16/22 16/24 17/5
28/20 35/15 41/25 42/4
44/17 44/18 44/19 44/21
46/14 48/20 49/20 53/25
54/7 54/25 57/16 62/14
69/16 70/1 89/17 89/19
93/2 97/1 99/9 99/10
101/3
called [17]   12/23 17/22
18/3 20/22 35/17 45/2
45/11 46/1 48/22 62/24
73/18 90/2 101/5 107/25
123/17 124/13 127/19
calling [4]   6/21 34/12
34/15 90/7
calls [2]   11/13 49/16
calm [2]   64/19 77/17
calming [1]   21/6
came [33]   10/19 11/19
12/5 12/5 13/8 18/1 18/2
18/5 19/20 21/3 23/11
23/24 25/14 34/7 44/10
45/17 46/24 47/23 49/4
49/14 59/23 59/24 60/24
61/11 74/7 85/18 85/19
92/2 93/24 101/8 101/22
106/3 124/11
cameras [1]   49/24
camped [1]   14/6
camping [1]   78/7
can [88]   4/15 4/17 4/18
6/11 6/12 7/5 7/19 9/4
12/25 13/16 13/21 18/9
26/23 27/11 27/12 31/1
32/10 34/6 35/2 35/10
40/18 42/2 42/17 54/12
55/12 58/24 59/9 61/4
61/21 61/23 63/24 65/3
65/25 66/17 67/20 70/2
70/24 73/2 77/7 78/4
78/19 78/22 79/10 82/21
84/15 92/19 93/7 93/20
93/23 93/25 94/1 94/2
96/23 97/17 97/23 97/24
97/25 98/18 99/23 100/17
101/22 102/23 104/13
104/24 105/17 105/17
106/24 109/7 112/3 114/1
114/7 114/23 115/7 115/9
115/20 117/21 117/23
118/7 118/25 119/19 120/1
120/9 121/24 124/25 125/4
125/6 127/15 129/6
can't [18]   11/7 17/24
19/22 28/15 46/16 46/17
58/16 64/17 71/24 80/25
96/23 96/24 103/16 104/25
105/6 107/1 117/17 127/1
canceled [1]   61/2
candles [1]   41/2
cannot [3]   117/20 120/3
125/4
car [9]   16/14 45/1 49/5
53/22 61/14 61/17 99/11
99/19 106/23
care [5]   14/14 15/6 73/3
94/6 100/1
career [1]   115/20
carefully [1]   16/19
case [14]   26/10 42/10
99/8 103/3 103/18 103/22
119/2 119/8 119/9 119/9
119/17 119/21 120/6
121/20
cases [5]   118/25 119/7
119/8 119/12 119/19
caskets [1]   23/17
celebration [1]   21/5
cell [6]   12/20 28/16 45/9
63/13 92/3 92/8
cellular [1]   45/8
center [1]   38/13
central [1]   74/15
ceremony [2]   104/5 104/5
certain [2]   13/20 114/17
certainly [2]   56/12 121/7
certificate [9]   55/21
55/23 55/25 56/1 56/1
56/8 56/9 56/20 130/1
certificates [4]   55/5
55/19 55/20 56/25
certification [1]   97/13

certifications [1]   5/23
certified [4]   42/12 42/14
97/12 119/21
certify [2]   130/2 130/7
cetera [7]   14/20 14/20
23/9 23/10 30/20 30/20
32/14
chair [1]   43/8
chances [1]   50/17
change [3]   82/22 89/4
110/19
changed [5]   78/1 78/3
78/10 89/3 89/6
changes [1]   20/8
charity [4]   127/6 127/16
127/23 128/1
charter [1]   125/18
chief [2]   61/6 128/8
child [14]   9/21 19/1
22/21 33/20 37/4 55/21
67/15 94/14 96/11 96/11
96/11 101/15 102/24
107/21
child's [1]   56/19
children [35]   8/25 12/17
14/14 14/23 18/24 21/22
23/22 23/23 26/23 27/17
32/15 33/16 33/16 34/17
40/13 42/9 55/16 59/12
62/24 63/1 66/16 90/15
90/16 94/8 94/13 95/13
95/14 100/5 100/7 101/13
102/20 103/3 103/20
107/20 108/16
choice [1]   26/18
choirs [1]   33/1
chose [2]   17/4 107/23
Circuit [1]   4/24
circulating [1]   20/10
circumstances [1]   29/18
citizen [8]   8/9 44/1 59/5
70/22 85/9 90/12 90/13
95/8
citizens [4]   8/7 13/7
55/17 124/11
citizenship [1]   6/9
city [3]   8/4 58/24 62/2
Civil [1]   4/2
civilian [1]   120/4
clarinet [1]   32/25
class [1]   91/21
classical [1]   106/20
classmate [1]   15/22
classmates [1]   38/12
cleaned [1]   129/9
clear [6]   24/3 24/12 40/8
66/20 105/16 123/19
climb [1]   111/3
climbing [1]   110/25
clock [1]   26/12
close [5]   48/1 48/9 58/5
65/17 105/21
closer [3]   44/5 88/25
92/11
clothing [1]   31/12
cloths [1]   23/16
clue [1]   48/18
coach [1]   27/4
coffin [1]   104/13
collectively [1]   56/15
college [2]   65/12 65/14

COLLYER [1]   1/11
COLUMBIA [2]   1/1 1/22
combine [1]   26/22
come [40]   4/23 7/2 10/18
  17/22 19/18 20/25 23/12
  23/22 23/24 26/10 41/7
  41/9 45/14 46/5 46/7
  47/20 49/4 55/3 57/17
  60/1 61/9 62/8 62/16
  65/4 67/1 67/19 69/15
  69/16 73/3 83/18 86/8
  87/17 90/22 90/24 101/3
  103/10 103/17 104/21
  107/1 128/24
comes [4]   19/7 90/24
  94/15 101/9
comfortable [1]   115/1
coming [15]   14/19 41/23
  42/25 44/16 47/14 54/5
  61/6 67/2 67/12 86/1 91/1
  91/3 102/16 103/1 103/4
comment [1]   70/5
communicate [1]   22/11
communicated [1]   10/18
communities [2]   23/11
  23/12
community [3]   25/14 104/7
  104/8
competition [2]   38/15
  38/17
complaint [1]   92/13
complaints [1]   4/7
completely [1]   78/10
complicated [2]   39/25
  40/2
comprehend [1]   74/8
concentrate [1]   27/5
concentrated [3]   117/2
  117/10 120/6
concept [1]   30/19
concerned [1]   28/20
condition [3]   21/25 51/19
  51/20
condolences [1]   26/10
conduct [2]   121/1 126/5
confidence [2]   12/2 65/2
confident [3]   12/1 14/2
  113/20
conflict [5]   95/20 95/21
  95/24 96/12 105/23
Congratulations [1]   84/10
connection [4]   41/15
  52/20 53/4 121/20
consider [1]   120/16
considered [2]   29/4 39/24
constant [1]   103/7
constantly [3]   14/5 30/14
  30/18
Constitution [1]   1/23
consultant [1]   115/24
consulted [1]   41/19
contacted [1]   12/13
contacting [1]   12/7
contain [1]   22/8
contained [1]   122/23
context [1]   31/7
continue [8]   101/2 102/1
  102/1 102/4 110/21 110/22
  111/3 111/5

continued [4]   50/16 50/16
  116/1
control [2]   15/3 28/25
conversation [2]   34/13
  113/23
cool [1]   28/13
coordination [1]   115/23
coordinator [2]   116/4
  116/5
cope [1]   100/7
copies [1]   56/19
copy [1]   97/13
corporate [1]   117/3
correct [6]   27/19 57/2
  71/11 114/18 123/2 130/2
corrected [2]   122/20
  123/12
correction [3]   122/10
  123/4 123/14
correctly [1]   93/7
costumes [1]   75/3
couch [1]   101/10
could [23]   12/11 18/11
  19/14 24/1 31/6 34/9 43/3
  43/4 43/7 43/9 45/16
  46/19 48/2 48/17 48/18
  62/15 70/5 71/24 79/20
  89/7 96/16 106/6 113/8
couldn't [6]   22/22 46/19
  74/8 94/21 99/24 101/9
counsel [2]   41/19 130/7
country [7]   21/18 66/18
  69/21 90/12 94/25 97/18
  97/20
Countrywide [1]   15/10
couple [6]   8/18 12/22
  14/10 59/13 74/17 79/15
course [11]   24/11 50/15
  62/15 96/6 103/18 103/25
  107/2 107/9 107/11 111/7
  117/4
court [19]   1/1 1/21 1/21
  1/22 8/5 9/6 39/22 42/12
  42/14 42/15 54/10 55/6
  55/14 69/19 69/22 90/7
  99/8 113/21 130/5
courtroom [2]   97/15 129/9
courts [2]   118/21 118/23
cousins [2]   60/3 81/16
CPT [1]   28/23
crazy [2]   14/13 18/3
created [1]   98/3
Credit [2]   119/9 119/10
cried [1]   22/23
cries [1]   30/16
Cross [1]   2/2
crush [1]   19/2
cry [12]   21/8 40/18 40/23
  40/23 40/25 41/5 61/16
  83/9 89/5 102/2 102/14
  102/14
crying [2]   41/4 50/12
CRYSTAL [2]   1/21 130/12
curriculum [1]   118/8
CV [4]   118/2 118/8 118/9
  118/12
cynical [3]   34/7 34/8
  71/19

D

D-A-N [1]   115/12

D-I-N-A [1]   1/5 129/1
D.C [2]   1/5 129/1
dad [1]   73/25
daily [1]   120/23
Dan [1]   115/11
dark [3]   15/2 15/9 99/12
Darna [1]   107/25
date [3]   10/9 130/5
  130/12
dated [10]   55/23 55/23
  55/25 56/1 56/7 56/8
  56/11 56/20 122/3 123/10
daughter [3]   11/3 15/16
  34/19
day [30]   10/16 10/18
  27/10 29/19 32/14 38/11
  40/23 47/6 47/7 47/25
  48/15 48/21 50/22 50/22
  50/23 50/24 61/6 63/2
  63/11 65/13 72/23 85/18
  90/22 94/9 94/20 105/2
  105/8 107/21 111/14
  128/24
days [39]   4/18 13/15
  13/16 14/4 14/10 14/12
  14/12 15/1 16/10 16/20
  23/5 23/18 24/17 26/9
  47/16 47/22 48/15 49/19
  50/16 50/16 51/20 60/12
  60/13 61/20 73/13 73/14
  90/23 93/13 93/15 93/16
  94/24 95/1 96/15 99/17
  100/2 104/15 104/16
  104/16 106/16
DC [1]   1/23
dead [11]   11/12 12/6 18/6
  23/4 49/25 50/18 51/11
  95/24 96/20 97/4 97/5
deal [5]   94/12 94/12
  94/13 94/14 94/14
dear [1]   58/12
death [3]   53/15 89/4
  104/16
debate [1]   21/16
deceased [1]   55/16
December [1]   1/6
decent [1]   113/19
decide [1]   95/24
decided [1]   21/16
decision [2]   116/24
  116/25
declaration [9]   112/18
  121/24 121/25 122/1 122/6
  122/8 122/23 123/10
  123/15
declarations [8]   83/17
  83/20 83/21 121/19 121/20
  121/22 122/11 122/14
dedicates [1]   30/17
deep [2]   29/4 29/6
default [3]   4/8 4/10 40/1
defendants [3]   1/8 4/6
  4/10
defense [3]   97/3 99/19
  116/25
defining [1]   30/21
definitely [1]   23/17
degree [1]   91/11
degrees [1]   115/18
Denter [1]   1/19
dentist [1]   24/7

**D** Case 1:15-cv-01080-RMC Document 24-13 27/25 78/15 04/05/17 dressed [1] of 1663 75/2
78/8 101/16 101/17
27/17 24/13 27/25 78/15
78/8 101/16 101/17

department [3]   16/11
 91/15 116/6
deploys [2]   120/18 120/18
deputy [1]   97/16
describe [4]   13/16 18/9
 59/9 63/24
described [1]   30/4
description [1]   22/7
desert [1]   106/21
desire [1]   4/14
destroyed [1]   124/10
details [2]   20/14 69/4
determine [1]   99/23
determined [2]   26/25
 51/11
developed [1]   30/23
developments [1]   117/7
DEVORA [3]   1/3 4/3 7/20
did [99]   4/14 8/3 8/11
 11/20 11/24 11/24 12/4
 12/18 13/2 13/10 13/13
 16/18 16/20 16/21 17/3
 17/5 17/20 18/7 18/8 19/8
 23/7 30/18 31/24 39/10
 41/20 41/25 42/13 43/11
 44/5 44/19 44/21 45/12
 47/1 47/16 48/14 49/22
 50/9 50/18 50/20 51/7
 51/13 51/15 52/12 56/9
 59/17 59/18 60/1 60/6
 60/7 61/13 64/23 67/2
 71/22 73/6 73/8 73/11
 73/17 73/23 74/1 76/23
 76/23 76/24 78/6 80/2
 80/4 81/15 82/13 83/16
 85/23 86/1 86/13 86/15
 86/16 86/17 86/19 86/25
 87/12 88/24 89/4 89/14
 92/23 99/6 100/1 101/16
 101/18 102/4 102/8 104/17
 104/18 105/8 105/23
 106/10 106/11 108/4
 110/23 120/3 121/19
 121/19 122/1
didn't [52]   11/13 14/9
 16/23 17/10 20/11 20/24
 23/22 24/6 29/22 39/16
 44/14 45/5 46/4 46/12
 46/22 48/17 48/18 49/1
 49/5 49/16 49/19 50/25
 51/8 51/10 51/17 52/21
 53/20 60/16 61/1 61/14
 61/16 63/15 66/4 66/23
 72/19 72/20 73/9 73/19
 73/19 91/8 91/23 96/2
 98/23 103/9 103/10 103/11
 103/12 104/20 105/1 107/3
 108/22 119/22
died [2]   23/2 86/3
difference [1]   83/7
different [20]   14/18
 18/18 19/3 19/4 19/4
 23/11 32/17 64/1 64/3
 66/8 66/25 80/23 81/9
 96/22 102/23 103/22 105/7
 106/4 116/1 127/12
differentiate [1]   28/3
difficult [12]   18/25
 19/19 19/23 20/13 21/10

difficulty [2]   19/23 21/7
din [4]   126/9 126/12
 126/18 127/11
Dina [3]   42/22 67/14
 69/16
Direct [9]   2/2 7/9 43/15
 58/8 70/13 79/8 84/24
 89/22 114/12
direction [1]   13/5
directly [3]   28/2 49/10
 121/16
disappointment [1]   18/10
disciplinary [1]   91/15
discipline [2]   33/22 34/2
discovered [1]   18/5
distinguish [1]   82/24
DISTRICT [6]   1/1 1/1 1/12
 1/22 1/22 130/5
DNA [1]   99/22
do [176]
Docket [1]   1/4
document [3]   118/3 118/7
 122/5
documents [2]   5/25 56/14
does [11]   29/19 67/15
 71/3 92/6 100/19 102/16
 116/2 118/9 122/5 125/12
 126/7
doesn't [12]   4/23 22/11
 30/8 31/15 33/22 43/6
 53/25 58/17 84/7 95/19
 97/9 114/2
doing [16]   27/17 27/21
 28/4 28/8 34/3 39/23
 40/11 41/14 45/22 50/23
 71/22 93/21 100/18 102/11
 110/16 111/20
don't [70]   6/2 12/21 16/2
 20/13 21/1 22/14 26/5
 30/6 31/10 37/17 41/16
 48/24 50/11 53/24 55/3
 55/7 56/18 58/4 64/22
 65/15 66/21 67/2 67/7
 67/17 67/18 70/25 71/1
 71/10 73/15 73/15 75/19
 76/7 76/8 78/4 78/10
 78/12 80/18 83/11 89/12
 91/4 91/5 93/5 93/9 94/19
 95/4 96/1 96/17 96/17
 97/3 98/22 100/13 100/15
 100/18 101/11 101/17
 102/6 102/12 103/1 105/1
 107/10 110/18 110/19
 111/1 111/7 111/10 111/16
 111/19 113/8 116/17
 124/23
done [10]   24/16 26/23
 29/15 46/19 69/24 78/7
 84/23 89/13 111/23 112/2
door [6]   11/4 11/5 11/8
 72/10 72/13 72/14
down [10]   12/5 17/8 31/11
 64/19 73/24 76/25 92/1
 94/3 101/10 102/10
downstairs [1]   11/6
dozens [3]   14/6 31/8 31/8
drawing [1]   30/17
dreaming [1]   87/12
dress [1]   110/1

dressed [1]   75/2
drew [1]   15/7
drive [1]   12/10
driven [1]   12/11
driving [2]   53/19 65/20
drop [1]   39/17
drove [2]   49/17 60/22
during [19]   5/19 10/18
 14/4 15/1 16/10 16/20
 21/20 32/17 33/2 33/2
 33/3 33/15 48/12 66/18
 88/21 94/25 96/15 100/1
 128/13

**E**

E-T-Z-I-O-N [1]   62/2
E-X-H-I-B-I-T-S [1]   2/17
each [17]   5/17 9/15 15/4
 19/3 19/3 23/13 27/16
 51/9 55/21 56/19 66/7
 101/15 101/19 102/22
 104/5 107/21 125/8
ear [1]   43/3
earlier [6]   23/18 25/15
 35/5 44/8 47/5 48/25
early [2]   48/10 90/21
easier [1]   5/18
easily [2]   28/11 33/21
east [2]   115/15 123/18
easy [5]   27/11 33/10
 33/17 99/7 111/3
eat [4]   14/9 94/4 94/9
 107/25
education [3]   91/10 126/2
 127/6
educational [2]   115/7
 118/9
effect [3]   51/17 52/12
 78/6
effected [5]   29/4 29/10
 30/12 63/24 78/9
effort [2]   33/9 111/12
efforts [3]   14/1 106/2
 111/9
eight [3]   10/4 30/11 85/6
Eighteen [2]   13/15 73/13
either [4]   4/16 6/11 6/15
 127/14
elementary [1]   32/13
elimination [1]   125/25
else [7]   31/24 44/22
 54/10 88/17 88/24 88/24
 94/23
emergency [2]   16/11 16/14
emotion [1]   22/11
emotional [5]   22/16 22/16
 29/15 95/21 105/9
emotionally [2]   94/3
 102/5
emphasis [1]   120/20
emphasize [2]   125/24
 126/21
employed [1]   130/8
empty [2]   11/23 11/25
encompasses [1]   120/15
encourage [2]   105/6 105/7
end [11]   11/1 18/11 19/6
 20/2 24/17 25/5 50/13
 61/20 101/25 107/2 128/21
energy [4]   15/7 20/8
 111/4 111/18

**E**

English [18]   7/11 8/11
 8/13 8/15 42/8 43/4 70/9
 70/10 70/15 71/3 71/9
 84/6 84/7 113/19 114/1
 114/17 114/23 117/12
enjoyable [1]   85/18
enjoyed [2]   71/23 72/1
enormous [1]   13/23
enough [1]   121/13
enter [2]   73/19 73/22
entered [4]   16/16 49/23
 50/2 74/3
entire [2]   46/2 70/6
entitled [2]   95/8 95/9
entry [1]   4/6
environment [2]   32/17
 33/12
especially [3]   100/5
 120/22 121/13
Esquire [2]   1/15 1/18
established [5]   115/24
 125/14 125/15 126/5 128/3
et [11]   1/3 1/7 4/3 4/4
 14/20 14/20 23/9 23/9
 30/20 30/20 32/14
Etzion [4]   61/20 61/21
 92/12 123/16
even [5]   21/23 31/4 49/3
 74/5 127/4
evening [8]   10/19 10/20
 48/8 48/22 62/6 62/9
 128/25 129/9
event [1]   75/18
eventually [9]   12/9 22/1
 23/8 26/16 26/25 28/21
 29/18 29/23 33/18
ever [5]   15/16 88/24
 93/20 103/12 105/4
every [17]   10/19 14/4
 40/22 59/23 60/4 61/6
 94/9 94/14 94/20 95/13
 95/14 95/17 96/10 100/10
 101/19 101/19 125/8
everybody [14]   6/10 6/11
 7/14 26/24 62/11 64/8
 66/13 66/13 66/22 66/24
 67/2 67/24 87/7 129/4
everybody's [1]   6/8
everyone [8]   7/5 78/8
 95/2 95/3 95/5 96/1 96/5
 105/7
everything [26]   12/19
 14/22 18/12 18/12 28/18
 33/12 33/21 59/15 59/22
 60/15 72/15 73/5 73/6
 78/2 78/2 94/6 95/5 95/5
 101/9 101/25 102/5 110/21
 110/23 111/2 111/13 129/7
evidence [56]   16/4 16/8
 26/3 32/5 32/8 35/21 38/7
 39/20 52/5 52/9 56/15
 56/17 56/18 56/19 56/21
 57/8 57/9 57/12 63/4 63/8
 63/16 63/22 75/5 75/8
 75/16 76/1 76/13 76/16
 77/19 77/24 82/18 83/5
 84/1 86/23 88/12 88/15
 98/2 98/11 98/16 99/22
 108/3 108/10 109/4 109/21

den [10]/7   110/10/4/05/17
 112/15 112/18 112/21
 112/24 118/13 118/17
 118/18 123/4 123/8
evidentiary [2]   1/11 4/9
evil [1]   30/19
exact [2]   91/4 93/1
exactly [7]   12/21 13/3
 20/12 58/18 84/9 92/25
 111/7
examination [9]   5/19 7/9
 43/15 58/8 70/13 79/8
 84/24 89/22 114/12
examined [1]   55/7
example [1]   34/10
exams [3]   33/25 106/12
 107/4
excellent [2]   33/8 33/8
except [1]   55/16
excited [1]   66/4
excitement [1]   127/2
exciting [1]   66/11
Excuse [1]   103/24
excused [11]   41/23 41/24
 54/8 67/13 78/18 83/12
 83/14 89/15 113/5 128/24
 129/10
execution [1]   99/18
exhibit [104]   2/20 2/21
 2/22 2/23 2/24 3/3 3/4
 3/5 3/6 3/7 3/8 3/9 3/10
 3/11 3/12 3/13 3/14 3/15
 3/16 3/17 3/18 3/19 3/20
 3/21 3/22 3/23 5/15 15/11
 16/3 16/7 24/25 25/17
 26/2 31/20 32/7 35/12
 35/17 35/19 35/21 36/2
 36/11 36/15 36/21 36/23
 38/6 38/18 39/14 39/19
 51/23 52/4 52/8 57/4 57/7
 57/11 62/19 63/5 63/7
 63/17 63/22 74/18 75/4
 75/7 75/10 75/15 75/22
 75/25 76/3 76/12 76/19
 77/12 77/20 77/23 83/2
 83/4 83/25 87/22 88/11
 88/14 98/4 98/6 98/8
 98/10 107/7 107/17 108/9
 108/23 108/24 109/3 109/6
 109/20 109/23 110/9 112/3
 112/18 112/20 112/23
 118/14 118/16 118/18
 121/23 122/5 123/5 123/6
 123/7
exhibits [17]   5/12 5/22
 25/23 37/7 37/24 56/17
 56/21 57/1 83/23 83/24
 98/1 98/14 108/3 110/6
 112/14 122/14 123/3
expecting [3]   10/25 11/12
 21/5
experience [9]   17/18 29/7
 33/15 39/25 41/9 88/21
 102/16 103/19 120/10
experiences [1]   88/21
expert [11]   17/14 118/20
 118/23 119/1 119/2 119/13
 119/20 119/21 120/2 121/1
 121/8
expertise [3]   120/10
 121/10 121/10

experts [13]   104/14
explain [9]   45/20 66/17
 67/3 73/15 78/5 78/20
 97/24 114/3 125/1
explanation [1]   17/23
explanations [1]   101/4
exposed [1]   23/17
express [2]   20/1 102/2
extended [1]   81/17
extensive [1]   28/14
extent [1]   31/10
extra [2]   54/20 107/13
extreme [3]   22/15 28/9
 30/6
extremely [2]   13/12 14/4
Eyal [5]   15/22 15/22
 16/13 17/6 48/25

**F**

F-R-A-E-N-K-E-L [2]   43/19
 58/14
fabric [1]   78/3
face [1]   104/13
fact [4]   17/20 22/13 39/4
 122/22
factors [1]   116/13
faded [1]   105/2
fair [2]   54/21 121/13
fall [3]   21/8 72/16 77/17
familiar [1]   127/19
families [2]   128/12
 128/13
family [37]   11/9 14/15
 23/13 26/9 29/23 31/24
 40/3 40/6 40/10 52/24
 52/24 53/19 53/25 56/12
 59/12 59/13 60/4 60/5
 64/11 66/5 66/14 74/15
 78/4 78/11 81/5 81/14
 81/15 81/17 83/7 87/15
 89/6 100/5 102/4 104/5
 107/11 109/8 110/20
famous [1]   52/16
far [4]   27/8 28/20 29/6
 65/17
fashion [1]   115/3
fast [3]   45/19 49/3 49/9
father [6]   12/9 72/22
 73/24 92/15 100/15 105/20
father's [1]   72/21
favorite [3]   31/8 61/18
 74/11
FCRR [2]   1/21 130/12
February [1]   130/12
fed [1]   15/6
feel [34]   11/24 11/24
 13/10 14/2 18/7 18/8
 18/16 19/1 39/4 45/12
 53/3 53/8 53/15 60/7
 64/14 64/15 64/20 65/25
 71/7 73/8 78/11 80/2 80/4
 86/2 86/13 86/15 86/17
 88/7 96/10 99/6 102/21
 105/1 105/14 105/15
feeling [4]   24/4 27/13
 41/13 94/1
feelings [2]   45/14 45/17
feels [1]   29/7
fell [2]   61/14 61/17
felt [19]   17/23 18/8
 18/15 20/8 20/9 45/18

**F**

felt... [13]  66/22 85/24
 86/3 86/14 86/18 95/12
 95/14 105/15 105/18
 105/21 106/8 106/8 123/12
few [23]  18/5 21/3 21/25
 24/19 31/13 40/15 40/16
 44/8 46/10 47/5 47/10
 49/3 49/8 49/20 52/14
 53/25 60/21 62/10 69/3
 78/25 85/19 91/19 103/3
field [4]  24/17 36/5
 38/15 90/23
fields [2]  115/18 115/19
fight [1]  59/14
figured [1]  34/16
file [1]  92/13
final [1]  18/22
finally [5]  24/9 24/11
 27/9 34/16 106/1
finance [1]  120/3
financially [1]  130/9
financing [3]  120/20
 120/21 121/8
find [12]  11/19 12/15
 24/14 40/3 47/15 47/16
 48/14 62/15 64/4 73/17
 92/23 95/18
finding [4]  10/8 11/22
 19/23 19/25
fine [6]  5/3 40/24 40/25
 41/5 90/2 122/17
finish [2]  39/22 48/17
finished [6]  24/2 24/9
 24/10 24/11 47/12 47/12
fire [1]  99/20
first [38]  4/15 4/19 6/9
 6/22 9/7 10/8 10/10 11/21
 13/3 14/2 14/10 16/21
 17/7 18/10 21/4 27/8 31/9
 33/6 33/7 33/10 34/8
 40/19 45/1 45/14 45/17
 45/17 56/3 60/15 64/1
 73/1 102/22 106/17 107/6
 107/7 111/2 115/9 123/10
 125/8
firsthand [1]  16/23
five [2]  72/12 109/10
flag [1]  23/19
flags [1]  25/7
flew [1]  89/2
flower [1]  19/2
fluent [2]  8/13 117/17
flute [1]  37/13
focus [3]  14/12 15/8
 94/19
focused [2]  13/19 13/21
focuses [1]  117/9
focusing [1]  13/19
follow [1]  117/6
follows [1]  26/7
food [2]  35/9 111/15
fooling [1]  105/20
force [2]  12/8 117/8
forces [1]  116/11
foregoing [2]  4/19 130/2
foreign [2]  4/10 5/23
forever [2]  104/10 104/22
forgets [1]  42/10
formative [1]  33/24

forward [2]  7/3 57/14
fought [1]  74/5
found [34]  10/11 10/12
 13/13 18/6 34/1 44/11
 47/6 49/1 49/11 49/21
 49/25 50/3 60/7 60/19
 62/16 72/7 72/23 73/11
 79/25 80/2 80/4 85/16
 86/1 86/9 90/19 93/14
 95/23 97/7 97/8 99/19
 100/8 100/24 101/7 101/7
foundational [1]  6/7
founded [1]  128/10
founder [2]  128/6 128/7
four [8]  31/10 44/4 46/11
 46/20 51/3 92/10 104/22
 109/9
fourth [1]  81/22
FRAENKEL [44]  1/3 2/4 2/5
 2/7 2/8 2/10 2/11 2/13
 4/3 6/25 7/1 7/3 7/21
 8/24 9/8 9/13 41/17 42/4
 43/14 43/19 43/19 43/20
 52/15 55/16 55/22 57/6
 57/16 57/17 58/2 58/11
 58/14 70/1 70/4 70/17
 79/7 79/11 83/17 83/17
 83/22 84/14 85/4 89/19
 89/21 89/25
Fraenkel's [3]  57/3 57/6
 112/17
frame [2]  116/1 116/7
framework [1]  117/2
France [1]  117/4
freaking [1]  18/2
free [1]  79/1
freely [1]  100/17
Friday [9]  10/20 44/13
 45/3 90/24 92/22 93/4
 93/5 93/8 107/3
friend [14]  18/3 20/21
 21/15 21/19 29/5 44/22
 46/13 48/22 59/16 64/2
 64/3 92/2 101/5 104/10
friend's [1]  73/18
friends [18]  11/14 23/14
 24/17 29/20 29/23 33/13
 40/3 41/5 41/8 41/9 47/23
 59/13 60/24 62/10 71/20
 74/16 87/17 92/8
frighten [1]  97/4
front [2]  119/23 128/10
fulfilling [1]  40/3
full [14]  7/19 9/12 24/11
 26/12 43/17 58/10 67/15
 70/15 79/10 85/3 89/24
 115/9 115/11 118/9
fun [11]  60/2 60/24 62/8
 63/1 63/2 63/10 63/15
 64/19 77/18 87/19 107/13
function [1]  128/11
fundamentalist [1]  125/22
funeral [16]  23/6 23/7
 23/8 23/22 25/4 25/12
 25/13 25/17 26/7 26/8
 50/22 50/23 50/24 96/8
 104/3 104/4
funny [5]  71/19 71/19
 82/11 82/15 85/14
further [8]  41/17 51/8
 54/2 67/7 113/12 117/22

**G**

G-I-L-A-D [2]  11/10 38/22
G-U-S-H [1]  62/2
gag [1]  16/21
games [3]  74/14 89/7 92/5
Gan [3]  1/20 8/2 8/4
gap [1]  32/21
garden [1]  73/24
gave [1]  95/3
Gaza [2]  127/7 128/3
general [5]  40/4 40/24
 110/16 115/14 120/17
generally [3]  94/24
 114/23 127/21
get [37]  4/18 4/22 6/4
 6/5 6/6 6/9 10/23 14/1
 16/13 22/22 23/6 26/4
 26/23 26/24 27/5 27/6
 29/14 33/18 33/19 34/9
 40/18 41/14 45/5 45/5
 48/3 58/4 63/15 64/14
 79/13 85/25 88/25 100/16
 107/18 111/2 111/22 114/4
 129/3
gets [4]  30/16 107/21
 111/23 120/23
getting [9]  18/22 28/10
 28/15 29/2 33/4 83/15
 94/10 96/21 96/25
gifted [3]  32/15 32/24
 33/17
gifts [1]  75/2
Gilad [11]  11/9 11/14
 11/19 38/14 38/22 66/23
 91/20 91/20 91/24 93/2
 99/9
Gilad's [4]  11/11 12/9
 92/15 97/1
Gill [1]  119/23
girl [1]  81/25
girls [3]  32/18 107/13
 107/19
give [8]  7/19 17/1 21/16
 28/24 42/17 55/7 91/18
 97/14
given [1]  14/10
giving [1]  33/14
glasses [1]  48/25
go [37]  7/11 9/4 15/2
 15/16 19/9 19/14 19/22
 26/25 27/16 28/15 29/17
 51/13 60/23 61/3 61/10
 61/11 65/11 65/14 72/15
 73/19 76/6 76/17 76/23
 76/24 76/25 78/7 79/1
 79/4 86/11 90/1 94/1
 94/21 94/21 100/3 107/3
 118/1 124/9
goal [2]  95/12 111/9
God [1]  40/2
goes [2]  66/14 69/21
going [52]  5/5 11/21 12/1
 14/12 15/5 18/3 19/2 21/8
 21/9 24/21 26/19 29/1
 30/7 44/23 44/25 46/5
 46/12 46/16 47/8 48/4
 48/9 48/17 48/23 49/2
 49/6 49/10 51/12 56/2
 56/16 56/23 60/1 60/4

going... [20]   62/9 69/5
 69/10 84/11 84/19 84/20
 84/21 86/22 90/18 95/25
 96/12 96/14 98/8 101/5
 102/4 102/10 105/14
 105/22 111/16 122/23
good [34]   4/22 7/24 7/25
 11/7 17/25 17/25 18/20
 27/15 41/15 42/8 44/25
 51/20 60/1 60/24 61/8
 62/12 67/2 77/10 102/25
 103/16 103/17 103/19
 103/19 104/10 105/19
 105/21 114/9 114/14
 114/16 124/5 125/13
 128/21 128/23 129/3
goodbye [2]   102/21 104/11
Goodlaw [1]   32/3
gorillas [1]   32/3
got [30]   10/21 12/12
 12/19 15/13 22/4 23/2
 28/21 29/15 34/18 34/19
 44/22 46/10 49/22 49/23
 59/20 62/13 72/13 77/6
 85/19 85/22 86/8 87/11
 92/11 92/16 101/3 104/17
 105/3 106/18 106/19 110/1
gotten [1]   32/25
government [4]   5/23 13/24
 23/9 115/22
grade [2]   10/17 34/11
grades [1]   106/19
gradual [2]   22/5 22/25
gradually [1]   21/23
grandparents [1]   45/2
grasp [1]   74/8
grateful [1]   104/10
gray [1]   38/21
great [5]   10/25 18/10
 99/9 99/9 100/18
grew [1]   105/25
grief [1]   40/13
ground [1]   108/17
grounds [1]   94/17
groups [1]   121/2
grow [1]   34/4
growing [3]   24/2 33/11
 106/6
grown [2]   31/17 107/20
guess [8]   51/3 52/1 74/13
 93/19 100/5 101/16 101/17
 112/7
guests [1]   35/8
guide [1]   100/5
guitar [14]   32/24 33/5
 35/1 35/15 35/17 36/13
 71/23 72/1 74/13 79/22
 81/8 85/15 87/11 87/16
gunshots [4]   17/9 97/1
 97/4 99/19
Gush [4]   61/20 61/21
 92/12 123/16
Gush's [1]   81/14

# H

H-E-B-R-O-N [1]   13/1
ha [1]   97/2
ha-Hagana [1]   97/2
habitat [1]   104/6

had [75]   4/12 5/23 10/17
 11/9 12/17 14/16 14/21
 14/22 15/7 16/13 17/20
 18/4 18/17 19/14 21/19
 21/23 22/5 22/9 23/14
 24/8 24/9 24/10 24/11
 24/13 28/1 28/9 28/9
 28/11 29/14 31/22 32/25
 33/3 33/20 33/25 34/6
 34/12 35/8 44/5 45/8 45/9
 45/13 46/13 46/14 48/14
 48/22 50/15 53/18 59/21
 60/19 60/23 61/19 67/1
 69/24 72/5 73/12 73/17
 80/4 89/8 92/23 93/14
 93/17 93/23 94/19 94/21
 99/12 99/18 100/25 104/2
 104/5 104/9 107/2 107/12
 107/13 107/23 116/23
Hadin [1]   1/18
hadn't [1]   24/2
Hagana [1]   97/2
Haikar [1]   62/25
haircut [1]   63/15
Hakeren [1]   1/19
half [14]   27/12 33/7
 36/24 37/1 65/20 80/20
 101/11 105/24 105/25
 107/10 109/9 109/9 109/10
 111/14
Hamas [28]   117/3 117/8
 117/9 120/4 120/7 120/10
 120/11 120/13 121/2 121/9
 121/13 121/15 121/15
 125/1 125/2 125/12 125/14
 125/16 126/21 126/24
 127/10 127/13 127/15
 127/25 128/4 128/9 128/11
 128/12
hand [13]   6/2 14/3 14/21
 55/11 55/12 72/20 72/21
 79/5 84/12 94/5 99/11
 99/13 110/2
hands [1]   32/2
hang [1]   42/7
Hanukkah [1]   41/2
happen [5]   45/1 45/16
 46/23 47/1 49/7
happened [21]   12/12 12/18
 20/2 28/2 40/16 50/14
 61/1 61/9 72/23 73/21
 73/22 86/7 87/12 90/18
 91/16 92/11 99/24 102/7
 103/15 107/3 110/19
happening [1]   14/25
 15/11 45/15 60/10 64/9
 66/17 72/17 72/20 73/10
 73/16 94/25 96/15
happens [3]   64/14 95/6
 104/16
happily [1]   91/3
happy [7]   27/1 37/4 40/25
 87/9 102/4 104/25 106/7
hard [14]   26/22 28/3 30/4
 30/22 50/24 53/6 64/19
 66/8 66/15 73/15 78/2
 78/5 92/25 111/9
hardest [2]   19/8 110/17
hardly [4]   94/4 94/4
 103/12 111/16
hardship [1]   100/22

harmonies [1]   140/11
harmony [1]   32/21
has [22]   27/21 29/10 30/3
 30/12 39/24 39/25 40/24
 51/22 78/1 78/9 78/10
 80/8 89/3 89/6 95/5 97/11
 99/8 99/8 99/16 103/17
 107/21 126/25
Hata'as [1]   1/19
hate [3]   7/4 58/3 58/12
haunted [1]   30/24
have [147]
he [246]
he'll [3]   90/24 106/2
 114/1
he's [46]   9/10 10/21 11/2
 21/25 22/25 27/18 27/20
 27/21 28/3 28/4 31/4 32/2
 36/19 36/22 36/24 51/11
 62/8 66/25 73/2 79/19
 79/21 79/22 79/22 80/24
 81/1 81/22 85/24 86/10
 86/12 89/9 91/1 92/1
 95/17 95/17 95/25 95/25
 96/10 96/11 96/11 96/20
 96/20 96/21 105/12 105/20
 109/12 113/20
head [5]   91/15 94/17
 96/23 116/5 128/4
headed [1]   119/22
headings [1]   125/2
heads [2]   17/8 28/17
health [2]   100/1 100/7
healthy [2]   26/25 27/15
hear [21]   4/24 7/5 16/21
 16/23 17/1 17/5 43/4 53/6
 58/16 66/13 70/2 71/24
 78/22 80/25 97/1 97/9
 97/24 99/7 103/11 103/12
 114/7
heard [29]   4/24 11/4
 11/17 16/14 16/22 17/6
 17/6 17/6 17/8 17/9 18/15
 19/21 40/19 51/18 72/10
 72/12 93/2 93/3 93/8
 93/10 96/25 99/6 99/17
 99/18 103/11 103/11
 103/12 106/22 124/20
hearing [6]   1/11 4/9 18/7
 53/5 98/20 130/9
heart [3]   19/22 45/19
 45/23
heavier [1]   40/1
Hebrew [18]   17/7 56/6
 62/25 71/8 71/9 86/23
 98/20 98/24 98/25 99/5
 113/13 114/1 114/24
 115/16 117/12 124/23
 125/5 125/6
Hebron [4]   12/24 13/1
 45/10 45/10
held [1]   77/1
Hello [1]   87/7
help [14]   14/11 26/24
 28/15 45/22 46/16 46/17
 46/19 47/23 51/10 78/19
 93/25 94/15 100/7 100/19
helped [1]   95/16

helpful [1]   123/23
helping [1]   65/6
helps [2]   96/9 100/22
her [67]   7/14 20/9 20/14
 20/15 20/16 20/16 20/17
 20/20 20/22 21/1 21/4
 21/4 21/6 21/6 21/7 21/7
 21/8 21/9 21/16 21/16
 21/17 22/5 22/6 22/8
 22/10 22/10 22/12 22/15
 22/16 22/17 22/20 22/24
 23/2 28/11 28/14 28/22
 28/24 28/25 29/4 29/5
 29/6 29/7 29/12 29/15
 29/23 29/23 29/23 30/5
 30/6 30/13 30/15 30/18
 30/22 30/22 40/20 40/22
 42/10 43/8 54/16 55/16
 64/18 70/7 84/10 85/21
 103/12 103/12 103/16
here [31]   4/8 6/10 6/12
 10/5 31/13 32/18 36/22
 42/6 43/2 45/21 55/4
 56/24 57/4 57/20 83/18
 87/7 94/3 95/6 102/16
 103/1 103/4 103/11 103/15
 103/15 103/18 108/22
 121/14 121/15 126/21
 127/24 129/6
hero [2]   99/9 99/10
herself [1]   29/5
Hi [2]   85/1 85/2
hiding [1]   99/3
high [16]   10/17 11/15
 12/12 31/22 33/19 34/1
 44/7 44/13 45/4 51/9 65/8
 65/12 95/13 105/2 108/17
 108/18
highlight [1]   120/9
highways [1]   123/21
hiking [1]   107/24
hill [1]   76/23
hilum [1]   89/1
him [96]   10/21 10/25
 11/11 11/12 12/15 15/20
 15/22 19/21 19/23 22/11
 22/12 24/2 24/6 27/22
 31/6 31/13 31/23 33/24
 34/4 34/6 38/13 38/14
 38/16 44/10 45/7 45/20
 46/18 46/19 46/25 48/23
 49/10 50/1 51/7 51/8 51/8
 51/9 51/12 51/18 60/12
 60/14 60/16 60/16 60/17
 62/9 62/9 62/10 62/14
 62/17 63/10 63/14 64/3
 65/4 71/22 71/23 72/2
 72/5 72/5 73/4 78/3 79/18
 81/4 85/13 86/11 87/10
 87/10 87/13 88/8 88/18
 88/18 88/20 89/5 91/3
 91/6 91/23 92/3 92/8
 92/18 93/21 96/3 96/18
 96/19 100/8 101/24 104/10
 104/11 104/23 105/11
 105/14 105/16 105/18
 105/22 106/2 106/6 106/8
 107/4 107/14
himself [8]   11/2 33/2

hinted [1]   127/23
his [72]   9/12 10/21 10/23
 11/9 11/12 11/23 12/5
 12/5 19/12 19/22 19/22
 19/24 20/1 24/9 24/12
 24/17 29/21 31/6 31/7
 32/2 33/6 33/9 34/3 34/4
 35/5 36/5 36/13 40/8 40/9
 40/9 40/10 45/4 45/5 47/6
 47/15 47/16 56/3 62/5
 66/7 71/20 71/20 71/20
 74/15 80/24 87/17 88/23
 88/23 89/4 89/5 90/22
 91/22 92/3 92/21 99/10
 99/12 99/12 99/13 105/13
 105/24 105/24 105/25
 106/2 106/5 106/5 106/5
 106/18 107/4 107/18
 107/21 107/22 114/4 118/2
history [3]   115/15 121/8
 124/17
hmm [3]   25/22 34/24 59/2
hobbies [1]   106/5
hold [4]   4/9 20/16 78/14
 84/2
holding [1]   31/9
hole [1]   15/5
holiday [2]   36/14 75/1
holidays [2]   41/11 87/18
home [55]   8/11 10/18
 10/19 10/22 10/23 11/13
 11/16 12/14 14/19 17/22
 17/22 18/1 19/13 21/20
 26/10 26/17 29/20 44/18
 44/19 44/21 45/5 45/5
 46/5 46/7 46/9 46/10
 46/21 46/25 47/19 47/20
 47/21 47/23 48/1 48/7
 49/4 49/5 49/7 49/12
 49/22 49/23 59/23 60/11
 60/21 61/1 61/9 62/15
 66/6 72/5 73/3 73/18
 85/18 85/19 86/18 93/21
 94/5
hometown [1]   23/13
honor [77]   4/13 5/4 5/6
 5/18 6/24 15/24 16/3
 24/23 25/23 26/4 32/4
 37/6 37/12 37/16 37/23
 38/5 38/18 39/11 41/16
 42/1 42/4 42/6 42/21 52/4
 53/12 54/2 54/7 54/22
 55/1 55/4 55/18 56/14
 56/22 57/14 57/16 63/4
 63/16 67/25 69/11 69/14
 69/20 71/13 75/4 75/15
 75/21 76/12 77/19 78/17
 82/17 83/3 84/21 88/11
 89/16 89/19 97/11 98/3
 98/13 98/17 108/2 108/8
 109/20 110/6 110/13
 112/14 112/25 113/2
 113/18 113/24 113/25
 115/4 118/3 118/12 120/25
 121/17 122/13 124/19
 128/18
Honor's [1]   4/18
HONORABLE [1]   1/11
honored [1]   79/1

hope [9]   14/8 19/5 67/1 87/14
 101/18 102/3 102/11 111/5
 115/2 128/25
hopeful [1]   14/18
hopefully [4]   27/1 93/18
 102/13 102/13
hoping [2]   18/11 19/5
hospital [2]   23/1 86/10
hostile [1]   13/6
hour [10]   10/23 25/15
 65/20 94/2 94/3 101/11
 107/13 111/13 111/13
 111/14
hours [8]   12/22 16/12
 34/2 34/3 46/11 46/11
 46/20 50/24
house [24]   11/14 11/15
 12/19 14/5 14/7 20/9
 20/25 21/1 26/12 34/12
 49/23 50/2 61/6 62/8
 65/18 73/18 73/23 74/3
 85/20 91/24 92/21 92/21
 94/10 94/20
housekeeping [3]   5/9 55/2
 69/4
how [105]   9/2 9/9 9/19
 9/23 11/24 11/24 13/10
 13/13 18/7 18/8 19/9 20/4
 20/12 20/18 20/23 21/12
 21/22 22/18 24/2 26/14
 26/14 27/17 27/21 27/21
 28/6 28/8 28/18 29/8
 29/10 30/1 30/3 30/6
 30/10 30/12 30/22 30/25
 33/1 35/25 36/15 36/21
 37/20 39/4 39/22 40/5
 43/22 46/9 48/18 50/9
 51/16 51/25 52/11 52/12
 56/2 58/20 60/7 61/13
 63/19 63/24 64/14 64/15
 64/20 65/8 65/25 70/18
 73/8 73/11 73/15 74/1
 78/1 78/5 78/6 78/9 80/2
 80/4 80/17 80/19 80/23
 81/20 84/21 85/5 85/15
 86/1 86/13 88/2 88/6 88/9
 89/3 89/6 90/3 90/19 93/9
 93/13 96/21 97/7 99/6
 101/2 105/1 109/13 110/4
 110/16 120/17 120/18
 120/18 123/24 126/7
how's [2]   102/10 121/12
hug [3]   20/16 22/8 87/10
huge [3]   15/15 32/21 96/8
hugged [1]   50/19
humor [1]   34/7
hundred [3]   23/8 102/24
 102/25
hundreds [1]   116/7
hurt [9]   21/24 21/24
 30/20 50/15 50/18 50/18
 51/8 66/1 78/4
husband [10]   11/6 12/7
 12/9 12/22 18/3 23/21
 24/1 25/11 26/16 26/19
husband's [1]   8/23

I

I'd [2]   82/17 128/22
I'll [13]   24/23 37/23
 46/5 58/15 61/21 62/16

I'll... [7]   93/18 94/16
 97/22 97/24 105/4 106/24
 117/19
I'm [70]   4/23 9/14 14/7
 14/12 19/19 19/25 20/12
 24/21 25/14 27/21 31/3
 31/4 31/7 36/1 36/8 36/25
 39/1 39/24 40/4 42/23
 48/4 50/12 51/12 55/15
 56/2 56/16 61/15 62/9
 64/21 64/23 66/20 70/19
 71/24 78/17 78/21 78/24
 79/20 80/20 84/20 84/21
 85/6 88/20 90/2 90/7
 90/15 91/11 91/11 91/14
 91/15 91/19 95/7 95/8
 96/25 97/17 101/6 103/2
 104/10 104/25 106/7
 106/25 110/17 111/7
 111/20 112/7 114/20
 116/14 117/17 121/23
 122/22 123/18
I've [6]   6/15 42/15 55/15
 98/15 118/22 118/22
I-N-D-E-X [1]   2/1
I-Z [1]   126/13
ice [1]   107/24
idea [1]   128/23
identification [2]   25/1
 121/23
identified [2]   50/5
 122/25
identify [8]   24/6 55/10
 83/16 112/1 118/4 118/7
 118/8 121/24
identifying [1]   50/4
ideological [1]   120/14
ideologically [1]   127/10
ideology [7]   120/6 120/16
 120/17 121/9 125/12
 125/13 125/17
IDF [1]   115/22
ignore [1]   96/24
illegal [1]   120/7
image [1]   30/21
imaginary [1]   26/11
imagine [1]   24/1
Imma [3]   40/17 40/17 41/3
immediate [3]   43/6 47/8
 81/15
immediately [4]   15/7 23/3
 46/25 101/5
Immunities [1]   4/11
impact [1]   102/17
implements [1]   120/17
important [5]   23/12 40/6
 41/8 57/21 126/22
impossible [1]   86/12
imprisoned [1]   100/21
improve [1]   97/9
include [1]   120/19
including [1]   121/2
incorporates [1]   27/13
incorrectly [1]   122/25
individual [1]   5/18
indoctrination [2]   126/3
 127/3
indulgence [1]   4/19
influence [1]   93/23

information [3]   16/15
 16/22 42/18
infrastructure [2]   120/4
 127/25
injured [1]   97/5
insane [1]   15/5
inside [5]   47/13 74/1
 103/16 103/17 116/22
instead [3]   47/19 67/18
 113/22
institutions [1]   8/19
instruct [1]   84/3
instrumental [1]   14/15
insulted [1]   34/9
intelligence [3]   13/24
 16/12 93/4
intending [1]   33/1
intensity [1]   18/19
intensive [3]   13/18 14/4
 27/8
interchanged [1]   16/18
interest [1]   95/20
interested [1]   130/10
interesting [4]   22/9
 32/20 33/6 34/3
interests [1]   95/18
international [1]   94/16
interpretation [4]   57/23
 57/25 114/7 114/24
interpreted [1]   113/23
interpreter [7]   42/14
 42/20 42/24 54/15 57/22
 70/2 114/22
interpreters [1]   42/13
intersection [3]   123/16
 123/17 123/22
intimate [1]   96/1
introduce [1]   98/13
introverted [1]   27/25
invest [2]   33/19 33/23
invested [1]   71/20
investing [1]   33/4
involved [4]   95/2 120/23
 121/14 121/15
IRAN [2]   1/7 4/4
ironic [1]   22/14
is [301]
Islam [1]   115/15
ISLAMIC [5]   1/7 4/3 117/3
 121/2 125/7
isn't [3]   10/15 22/5
 127/9
isolate [1]   21/19
Israel [26]   1/19 1/20 8/2
 8/3 23/16 43/25 45/10
 47/10 47/13 58/23 59/4
 65/14 70/21 85/8 90/11
 90/13 91/12 95/4 99/14
 106/11 106/21 115/22
 117/1 118/23 125/20
 125/25
Israeli [7]   7/21 13/6
 23/19 25/7 47/5 91/14
 97/12
Israelis [1]   23/9
issue [1]   100/6
issues [3]   28/1 28/10
 116/2
it [380]
it's [144]

Italian [1]   115/15
its [3]   125/25 126/1
 126/24
itself [3]   12/13 98/5
 103/3
Iz [4]   126/9 126/12
 126/18 127/10

J
Ja'abri [1]   128/8
Jack [1]   119/23
jail [1]   128/12
Jerusalem [7]   8/20 19/15
 19/18 43/25 49/13 108/1
 115/19
Jewish [9]   8/19 8/20 26/8
 44/14 87/18 104/12 107/19
 111/14 115/16
Jews [2]   32/19 99/4
Jihad [1]   117/3
John [1]   32/3
join [3]   43/7 104/20
 106/24
joined [1]   104/20
joking [1]   14/19
journal [1]   30/15
journalists [4]   14/6
 16/25 49/18 49/24
joy [1]   40/1
Judaic [1]   8/18
Judea [1]   115/25
judge [14]   1/12 28/1
 35/16 61/24 78/21 78/24
 80/8 83/15 84/20 86/21
 86/22 103/25 119/22 129/2
judgment [1]   4/10
July [1]   26/17
junction [2]   123/21
 123/24
June [5]   26/17 55/25 56/1
 87/8 123/10
just [77]   4/15 5/9 5/24
 6/5 6/7 6/9 7/14 12/19
 15/11 15/14 17/17 17/22
 19/7 19/14 24/8 24/9
 24/10 24/14 24/16 25/15
 26/4 27/5 27/5 31/25 34/9
 36/17 39/16 39/22 40/9
 42/7 47/22 47/23 52/19
 54/16 55/11 55/12 56/20
 59/16 60/9 60/11 60/21
 60/23 60/25 61/3 61/5
 61/6 61/8 61/14 61/17
 61/17 62/8 64/2 64/17
 64/19 65/15 65/25 66/14
 66/17 66/22 66/23 75/17
 75/18 79/15 80/8 81/15
 82/22 84/7 91/9 93/22
 103/4 104/14 108/20
 110/12 111/5 120/9 123/19
 128/20

K
K-A-S-S [1]   126/7
keep [6]   20/17 48/4 88/4
 94/7 94/16 100/10
keeps [2]   96/12 96/12
kept [3]   17/16 96/21
 100/9
kid [1]   32/10
kidnap [2]   45/11 47/4

**K**

kidnapped [18]   15/20
  16/15 17/6 38/14 45/13
  47/2 47/6 47/7 85/24 86/3
  87/8 92/24 93/8 99/15
  99/15 101/23 123/16
  123/17
kidnappers [1]   99/4
kidnapping [8]   23/4 38/11
  52/21 52/25 54/1 73/7
  93/6 123/25
kidnaps [1]   47/10
kids [3]   40/24 41/10 94/5
killed [6]   49/11 80/5
  86/5 87/8 89/3 128/13
kilometers [1]   123/18
kind [7]   22/5 22/14 29/15
  32/10 87/9 95/10 102/18
kinds [5]   59/17 71/22
  88/20 96/14 100/11
Kiryat [2]   80/14 108/16
knew [15]   12/6 44/23
  46/13 46/16 48/8 53/18
  66/22 85/15 91/5 92/25
  93/3 93/8 105/13 105/13
  124/18
knocks [1]   72/10
know [101]   5/3 6/2 6/16
  7/15 11/17 12/21 13/25
  15/4 17/17 18/3 18/11
  18/20 21/2 21/6 22/14
  22/24 24/12 24/14 24/15
  28/2 28/16 28/19 28/23
  30/5 30/6 31/1 31/9 31/10
  33/11 34/17 40/9 40/25
  41/1 41/2 45/12 46/12
  46/14 46/23 47/1 47/2
  47/10 48/17 48/23 64/22
  65/15 66/21 66/23 67/3
  69/19 72/19 73/9 73/15
  73/16 73/22 74/18 75/10
  75/18 76/6 77/3 77/13
  78/10 78/10 80/18 85/9
  87/23 88/2 88/9 90/7
  91/18 91/23 92/23 93/2
  93/9 93/9 93/20 94/19
  96/17 96/17 96/21 97/3
  97/23 99/13 99/17 101/9
  101/11 103/2 104/12
  104/16 105/1 105/19
  105/19 106/7 107/10 111/1
  111/16 112/7 116/17 120/1
  123/24 124/18 124/23
knowing [2]   50/13 50/13
knowledge [1]   122/11
known [2]   11/9 33/15
knows [3]   7/14 100/21
  100/21

**L**

L-E-V-I-N-E [1]   42/23
L-I-N-D-E [2]   119/3 119/5
labor [1]   27/4
land [2]   125/19 125/21
language [1]   117/18
languages [1]   117/13
last [16]   6/7 10/16 11/17
  12/2 12/23 24/16 25/4
  33/3 42/22 45/4 45/5
  62/17 77/12 90/22 105/24

late [2]   25/5 92/2
later [16]   12/13 12/22
  16/24 18/5 18/14 21/3
  26/19 27/12 48/15 49/3
  72/12 91/5 99/17 99/19
  101/7 104/16
laugh [2]   102/14 102/15
laughing [1]   63/14
law [10]   1/15 1/19 8/20
  19/16 44/14 91/11 91/11
  97/18 104/12 107/19
lawyer [1]   91/12
lawyers [1]   103/2
laying [1]   73/24
leading [1]   34/20
leaked [1]   16/25
learn [6]   17/20 32/15
  33/1 33/11 111/13 111/14
learned [6]   11/14 32/13
  32/14 32/16 44/15 59/23
learning [2]   47/25 48/9
learns [1]   19/15
least [8]   22/2 34/1 46/1
  99/7 102/20 103/3 103/20
  105/6
leave [4]   21/16 29/5
  102/3 129/6
leaves [1]   17/15
Lebanon [1]   47/11
left [13]   11/14 17/18
  25/21 38/13 45/4 65/9
  81/20 91/22 92/21 92/21
  107/12 108/15 110/2
left-hand [1]   110/2
legs [1]   101/10
length [1]   24/7
lens [1]   24/12
less [10]   47/7 51/4 54/1
  54/20 100/9 105/18 111/17
  111/23 120/6 121/10
lesson [1]   124/18
lessons [1]   33/3
let [8]   35/2 51/2 55/6
  57/23 102/2 104/18 106/10
  121/22
let's [12]   10/6 19/9
  27/18 54/10 54/11 67/19
  76/8 82/8 86/11 95/18
  102/12 115/2
letter [9]   50/20 50/25
  51/4 51/18 56/6 86/19
  87/1 88/25 89/2
letters [5]   66/23 88/18
  88/19 88/22 125/8
level [2]   34/1 110/24
Levine [5]   42/23 43/7
  54/14 69/16 113/17
liberation [1]   117/4
lie [1]   21/23
lied [1]   50/1
life [38]   5/1 19/3 26/15
  27/1 27/6 27/13 27/15
  29/7 30/15 30/18 30/22
  31/7 33/6 34/5 39/24
  39/25 40/1 41/13 64/1
  64/3 66/8 78/1 80/23 89/3
  93/17 101/17 101/18
  105/24 105/25 110/18
  110/21 110/22 110/25
  111/1 111/5 120/15 120/22

light [1]   38/14
lighter [1]   18/21
lighting [1]   41/2
like [143]
liked [2]   89/10 107/4
limit [2]   106/3 106/9
Linde [1]   119/4
line [5]   77/3 77/3 77/6
  77/7 120/22
lines [1]   94/17
Lionnais [2]   119/9 119/10
liquidated [1]   128/8
list [1]   118/9
listen [7]   16/20 17/2
  17/3 17/4 40/24 84/21
  114/21
little [13]   14/22 19/17
  20/10 36/3 70/24 71/25
  73/1 73/4 81/25 83/9
  113/9 117/15 117/21
live [7]   11/16 27/14 41/1
  58/22 102/4 109/10 110/17 110/22
lived [3]   32/23 48/22
  104/6
lives [1]   49/13
living [7]   8/17 35/8 74/4
  91/13 94/7 102/1 102/1
Livingston [1]   1/16
LLC [1]   1/15
locate [1]   92/8
located [1]   16/11
location [1]   122/24
lonely [1]   34/21
long [15]   12/2 13/13
  19/14 29/1 34/12 47/11
  48/17 48/18 49/14 49/14
  50/16 50/23 52/17 71/14
  73/11
longer [4]   86/12 89/8
  89/9 111/11
look [5]   24/13 28/18
  81/20 88/6 88/7
looked [4]   16/19 33/13
  72/10 91/22
looking [11]   11/6 11/7
  16/18 44/23 44/24 91/19
  92/18 93/20 97/6 100/4
  101/23
lose [3]   14/12 31/5 95/16
losing [2]   30/12 52/11
loss [1]   63/25
lost [6]   14/13 31/16 64/3
  78/1 85/22 85/24
lot [47]   4/18 17/19 22/22
  28/1 29/3 33/4 33/12
  33/16 59/19 59/21 60/3
  60/6 60/15 60/16 60/18
  62/25 63/1 64/7 64/17
  65/16 66/3 66/5 66/6
  71/20 73/25 74/14 78/4
  78/11 79/23 81/4 82/13
  87/13 87/17 87/19 89/5
  94/19 94/19 95/3 96/9
  103/6 105/13 106/3 111/4
  111/4 111/9 111/12 111/17
loud [3]   5/2 59/7 106/14
louder [2]   58/13 71/25
love [2]   87/16 106/20
loved [5]   22/12 33/9 33/9
  74/6 87/10

L Case 1:15-cv-01080-RMC

**lunch** [3]  54/11 69/7 69/8
**Luncheon** [1]  68/1
**lying** [1]  101/10

**M**

**m-o** [1]  121/9
**made** [12]  4/6 13/24 14/2
  14/4 14/20 33/12 93/3
  99/9 104/25 105/25 106/17
  107/11
**main** [7]  31/16 51/21
  59/18 100/6 106/7 117/8
  117/8
**mainly** [1]  52/25
**major** [4]  30/14 30/17
  30/17 121/5
**make** [16]  4/14 14/3 14/16
  14/21 16/2 31/15 45/12
  53/21 70/5 82/19 82/20
  82/21 82/23 94/8 99/10
  114/3
**makers** [1]  116/25
**makes** [1]  30/16
**makeup** [1]  40/18
**making** [5]  11/13 13/25
  17/12 38/16 116/24
**males** [1]  44/4
**man** [4]  24/15 65/4 100/20
  106/6
**manage** [1]  127/16
**managed** [5]  16/13 22/2
  22/24 99/10 99/14
**many** [12]  9/2 15/2 18/18
  39/25 42/15 52/17 65/8
  74/12 81/20 87/15 88/9
  93/13
**marked** [15]  2/18 3/2
  24/25 31/19 35/12 36/11
  51/23 62/18 63/9 74/18
  77/12 83/4 87/21 107/7
  121/23
**married** [4]  7/21 8/21
  90/14 90/15
**Massada** [1]  106/21
**material** [1]  55/8
**math** [2]  34/1 34/3
**mathematics** [4]  33/19
  79/23 106/17 106/18
**matriculation** [2]  33/25
  106/11
**matter** [4]  22/13 94/1
  95/17 130/6
**matters** [3]  5/9 116/2
  120/3
**may** [8]  1/18 26/4 56/11
  56/14 75/22 87/5 115/3
  118/3
**maybe** [26]  36/1 36/3 36/8
  36/14 40/17 47/15 51/3
  51/3 52/3 53/18 67/1
  72/21 88/3 92/1 96/20
  96/21 97/4 97/5 97/5 97/5
  98/24 101/11 107/10 109/9
  111/13 128/20
**me** [115]  5/1 6/2 13/8
  13/20 14/11 15/16 15/24
  17/13 17/14 17/18 18/23
  19/21 22/14 22/25 27/4
  27/25 29/13 30/22 31/5

**45/11 46/4 46/6 46/14
46/15 46/24 47/1 47/23
47/24 48/22 48/23 48/25
49/4 49/5 49/5 49/6 49/9
49/11 49/12 49/17 50/1
50/3 50/15 51/1 51/5
51/10 51/17 51/20 52/12
52/14 52/19 52/20 52/22
52/23 53/7 53/21 53/24
55/10 55/12 56/23 59/19
59/20 59/25 60/23 61/2
61/11 61/12 62/16 62/22
71/9 71/10 71/14 72/15
72/25 73/2 73/10 73/18
73/25 74/5 74/6 74/7 74/7
85/19 85/20 85/21 86/9
86/10 86/11 90/25 96/18
100/7 101/8 103/14 103/19
103/24 104/19 104/24
105/13 106/10 106/22
106/24 107/9 109/12
110/19 113/25 114/20
121/22 130/4**
**meal** [2]  60/4 129/3
**mean** [9]  6/15 13/2 43/3
  44/8 47/4 64/10 102/9
  121/3 124/3
**meaning** [1]  123/19
**means** [3]  124/21 125/4
  126/2
**meant** [2]  67/22 104/24
**meantime** [1]  76/9
**media** [2]  94/18 94/20
**meet** [3]  51/12 113/2
  123/21
**meeting** [4]  17/21 60/22
  61/2 101/2
**meetings** [1]  29/1
**members** [1]  64/10
**memorable** [1]  34/21
**memories** [3]  61/18 74/11
  87/15
**memory** [4]  18/21 18/23
  62/12 87/16
**mental** [3]  52/24 100/1
  100/7
**mentally** [1]  105/16
**mentioned** [5]  15/10 18/24
  24/5 121/3 121/6
**merits** [1]  106/15
**mess** [2]  14/20 60/15
**message** [6]  10/21 10/24
  40/24 90/25 91/6 91/17
**messes** [1]  58/5
**messy** [1]  35/8
**met** [7]  12/9 15/22 90/16
  92/15 119/14 119/15
  119/16
**meter** [1]  108/17
**methods** [1]  28/24
**mic** [1]  4/23
**microphone** [7]  4/22 7/5
  25/5 43/3 55/3 58/5
  117/21
**middle** [8]  15/13 25/7
  59/25 67/19 81/25 112/6
  112/7 115/15
**might** [12]  10/18 16/25
  17/15 17/16 17/17 49/7

**military** [8]  115/22 116/4
  116/9 116/11 116/12
  116/13 116/16 116/18
**million** [1]  22/23
**mind** [4]  19/22 26/5 57/5
  96/14
**mine** [4]  48/1 49/13 96/2
  104/10
**minister** [2]  96/9 116/25
**ministry** [3]  97/2 97/3
  99/18
**minus** [2]  111/1 111/1
**minute** [6]  14/4 18/22
  37/15 78/19 91/6 93/11
**minutes** [16]  18/5 19/18
  21/3 21/25 46/22 48/2
  49/3 49/8 51/3 60/21
  72/12 91/19 101/7 104/22
  107/12 128/19
**mispronounce** [1]  56/2
**miss** [8]  16/2 41/4 60/16
  64/3 81/4 87/13 88/8
  88/17
**missed** [4]  29/7 31/3 66/3
  91/6
**missing** [23]  10/12 10/13
  10/14 10/15 15/16 16/17
  27/14 44/12 47/7 50/8
  60/8 66/19 72/8 72/24
  73/1 79/25 80/2 85/17
  86/18 90/20 92/13 93/14
  94/14
**misspelling** [1]  55/22
**misspoke** [2]  67/23 98/24
**mistaken** [1]  25/14
**mistakenly** [1]  83/16
**misunderstand** [1]  108/5
**Mitzvah** [6]  21/5 63/10
  63/12 74/9 107/18 109/25
**mixed** [1]  127/5
**modes** [1]  121/1
**modus** [1]  120/5
**mom** [5]  45/11 72/25 73/4
  85/19 85/20
**moment** [12]  11/24 13/10
  18/17 47/3 51/1 51/5
  60/19 100/24 120/9 122/11
  123/2 127/8
**moments** [9]  10/8 10/11
  23/7 27/2 40/13 53/8
  85/19 87/10 104/2
**Monday** [2]  101/1 106/25
**money** [4]  120/7 128/15
  128/16 128/16
**month** [1]  32/12
**months** [5]  23/1 40/15
  40/16 47/5 48/18
**moods** [1]  20/8
**more** [35]  21/16 27/25
  29/14 35/14 39/5 39/7
  40/1 40/1 42/9 45/14
  45/18 45/18 47/18 49/9
  49/15 49/15 49/20 50/14
  50/17 50/17 51/17 52/20
  53/1 54/18 60/6 78/12
  105/17 107/12 110/12
  110/23 112/1 113/1 120/6
  120/19 120/19
**morning** [25]  7/24 7/25

morning... [23]   10/20
12/22 21/17 21/21 45/3
48/7 48/10 69/9 86/8 87/2
90/25 92/10 92/15 92/15
92/22 93/4 99/20 106/25
107/3 107/23 107/24
108/19 129/5
most [17]   19/13 22/9
22/15 46/15 46/18 47/25
53/4 59/18 60/17 61/16
87/17 90/16 95/23 95/25
101/16 101/17 105/8
mostly [3]   13/6 13/18
32/14
mother [16]   45/2 46/1
48/24 52/16 52/16 52/18
53/6 53/6 61/9 64/18 66/5
66/9 66/14 71/3 84/10
86/8
mother's [1]   56/19
mourning [2]   14/13 26/9
mouth [2]   17/24 117/22
move [33]   15/25 16/1 16/3
25/23 32/4 35/16 37/6
37/23 37/23 38/18 39/14
52/4 56/14 63/4 63/16
75/4 75/15 75/22 76/12
77/19 83/20 86/22 88/11
98/13 99/13 108/2 109/1
109/20 110/6 112/14
112/17 117/21 126/24
movement [5]   120/19
120/21 120/22 120/22
125/7
movie [1]   111/16
moving [1]   92/7
Mr [4]   2/15 11/14 83/21
113/12
Mr. [8]   113/19 114/14
114/16 114/17 115/7
120/25 122/14 124/25
Mr. Arieh [1]   113/19
Mr. Spitzen [7]   114/14
114/16 114/17 115/7
120/25 122/14 124/25
Mrs. [2]   57/6 83/22
Mrs. Fraenkel [1]   83/22
Mrs. Fraenkel's [1]   57/6
Ms [10]   2/4 2/6 2/7 2/9
2/10 2/12 2/13 57/17 58/1
67/20
Ms. [15]   5/17 6/21 6/23
7/1 41/17 42/18 42/19
43/7 54/14 55/16 57/6
79/5 84/11 113/17 129/8
Ms. Fraenkel [4]   7/1
41/17 55/16 57/6
Ms. Levine [3]   43/7 54/14
113/17
Ms. Weiser [3]   5/17 6/21
6/23
Ms. White [5]   42/18 42/19
79/5 84/11 129/8
much [33]   10/24 14/9
17/14 18/19 21/15 22/11
22/12 30/8 41/21 42/18
51/1 51/10 51/17 54/4
54/18 55/8 64/8 67/10
67/24 78/12 78/15 89/10

Muhammad [1]   128/7
Munich [1]   100/15
murder [2]   52/12 52/21
murdered [17]   10/6 10/9
17/16 17/20 22/1 23/3
48/14 60/20 73/12 73/17
87/11 93/14 100/25 101/21
106/1 106/16 106/18
music [7]   32/24 33/2 33/3
35/5 98/20 98/23 106/20
musical [1]   34/23
Muslim [6]   125/16 125/21
125/22 125/22 125/23
125/25
must [7]   18/4 27/8 27/24
34/20 36/14 95/15 99/7
my [153]
myself [13]   26/4 26/16
33/15 40/20 52/19 52/22
60/9 63/11 64/4 97/23
100/6 105/15 107/2

**N**

N-A-F-T-A-L-I [1]   9/17
N-O-F [1]   58/25
N.E [27]   2/10 10/3 21/12
21/13 21/15 21/20 22/3
22/9 30/1 30/2 56/1 76/11
77/14 77/15 78/20 79/7
79/10 79/11 79/15 80/7
80/8 80/9 80/23 81/7
81/11 83/7 83/11
N.E.'s [1]   21/14
N.S [25]   2/11 10/3 30/14
40/16 40/22 41/3 56/8
83/16 84/3 84/11 84/14
84/16 84/19 85/1 85/4
86/19 86/25 87/21 87/23
88/17 89/3 89/12 89/13
103/7 108/21
Nafala [1]   60/3
Naftali [125]   9/12 9/13
9/17 10/6 10/9 11/18
14/19 15/1 15/18 17/20
19/5 23/15 23/19 24/8
25/7 29/5 29/12 30/14
30/15 30/16 30/17 30/21
31/9 31/13 31/14 31/15
31/21 31/21 32/2 32/10
34/20 34/23 35/6 35/17
35/24 36/13 36/15 37/20
38/21 41/4 44/3 44/11
45/3 45/3 46/17 47/9
48/14 50/21 50/25 51/24
52/15 52/21 52/25 55/22
59/10 59/11 59/12 60/7
61/18 62/5 62/22 66/1
66/18 66/23 70/24 71/18
72/7 72/23 73/2 73/11
73/17 74/6 74/11 74/22
75/12 76/11 77/14 77/17
78/1 79/16 80/4 80/12
80/23 81/18 82/13 85/11
85/16 85/22 85/24 86/4
86/9 86/19 87/8 87/8 87/9
87/10 87/11 87/15 87/17
88/1 88/5 88/7 88/17

88/25 89/13 89/16 90/19
90/20 91/20 92/5 92/23
93/13 96/15 100/25 101/20
103/13 105/10 105/12
107/9 109/11 109/12 110/1
111/21 112/5 112/13
Naftali's [14]   10/17
11/22 17/11 18/14 29/5
29/20 31/8 31/12 38/12
40/8 41/7 41/8 51/13
104/3
name [25]   7/11 7/11 7/19
7/21 7/21 8/23 9/12 11/9
38/20 42/22 42/23 43/17
55/22 56/2 56/3 58/10
70/15 79/10 85/3 89/24
90/1 109/14 115/10 115/11
118/25
names [1]   9/4
Nat [1]   119/8
national [7]   91/14 94/16
94/17 106/11 117/3 117/3
119/17
naturalization [5]   55/5
55/20 55/21 56/20 56/25
nature [2]   40/9 110/20
near [2]   92/12 106/21
necessarily [1]   17/11
need [35]   7/5 7/16 9/15
19/7 42/9 43/6 46/6 54/14
54/16 62/7 64/5 64/18
64/18 67/14 67/15 69/7
69/15 70/5 70/7 70/9 70/9
70/25 71/1 71/7 75/17
78/19 83/18 84/3 84/11
88/7 102/20 110/11 113/17
121/4 123/24
needed [3]   53/1 64/19
123/12
needing [1]   20/16
needs [2]   84/5 125/21
neighbor [2]   46/24 104/11
neighbors [3]   14/15 23/13
75/3
neither [1]   130/7
nervous [4]   20/8 54/20
54/21 64/14
netafna [1]   99/14
network [1]   120/18
never [11]   23/17 33/21
40/12 57/5 73/25 92/5
93/17 93/18 95/6 101/18
124/20
new [6]   1/17 48/23 119/24
126/13 126/13 128/22
news [9]   18/7 18/11 18/15
18/22 19/12 21/23 22/17
30/5 47/14
newspapers [1]   94/18
next [23]   9/21 9/25 12/4
21/12 21/20 25/19 29/12
31/23 38/13 38/21 41/25
54/12 54/14 54/25 57/15
67/15 72/23 89/17 91/16
91/18 94/3 113/16 113/18
nice [6]   24/18 30/16
62/14 63/11 66/15 128/25
night [11]   11/3 15/14
21/16 27/8 45/4 45/5 49/7
90/21 90/24 106/21 108/19
nights [1]   99/1

no [61]   1/4 2/20 2/21
2/22 2/23 2/24 3/3 3/4
3/5 3/6 3/7 3/8 3/9 3/10
3/11 3/12 3/13 3/14 3/15
3/16 3/17 3/18 3/19 3/20
3/21 3/22 3/23 4/6 13/4
16/1 24/7 31/14 31/25
37/10 39/13 47/1 49/11
50/14 54/16 54/20 56/25
61/2 62/8 81/9 81/24 82/3
82/22 86/12 89/7 89/9
92/3 96/23 99/20 100/14
101/3 106/25 114/15
116/14 122/22 126/8 127/7
nobody [3]   19/20 54/10
89/10
Nodding [1]   106/13
Nof [2]   58/23 61/7
Nofa [1]   104/9
nonsense [1]   34/22
noon [3]   46/21 69/7 69/10
normal [4]   57/25 94/9
102/21 110/18
normally [2]   42/12 43/2
not [116]   5/2 6/10 11/9
11/15 12/18 14/3 16/21
21/2 21/8 22/16 23/16
23/17 24/4 24/5 24/20
25/14 26/24 27/11 28/12
29/1 29/5 29/16 29/22
31/3 31/4 31/14 36/1 36/8
39/25 40/22 44/25 45/16
45/21 45/21 50/7 50/12
51/12 51/19 52/19 53/4
53/10 54/2 55/15 56/16
56/17 56/18 60/10 60/11
60/11 60/11 61/8 61/15
63/14 64/19 65/21 66/5
66/6 66/20 69/24 72/18
73/20 74/9 80/24 81/1
82/4 83/16 85/21 85/24
86/22 87/12 88/10 89/4
91/19 93/20 94/6 94/23
95/7 95/8 95/17 95/20
96/11 96/11 96/21 101/6
101/20 101/22 102/20
102/24 103/17 103/25
104/5 104/12 104/13
105/16 105/18 105/21
108/18 110/23 111/3 111/4
111/7 111/19 111/20
111/21 111/21 111/21
113/1 113/20 114/21
116/12 116/14 116/16
116/17 120/13 127/9 130/9
note [1]   46/17
notes [1]   130/4
nothing [9]   19/18 46/15
50/23 92/19 93/23 99/8
107/21 111/20 111/21
notice [2]   40/13 83/7
November [1]   122/3
now [46]   6/3 9/10 9/20
9/24 10/1 10/3 10/4 10/4
20/6 24/15 27/5 27/17
27/19 27/20 27/21 28/6
28/7 29/8 29/9 30/1 30/2
30/11 30/23 31/1 37/23
41/14 43/23 50/4 52/11

Dispute 60/17  617/15 62/15 /17
89/17 90/18 100/10 104/12
105/14 105/14 111/16
113/7 117/23
number [24]   16/7 16/14
24/21 24/23 24/25 35/21
39/19 52/8 63/7 63/22
75/7 75/25 76/15 77/23
83/4 88/14 105/12 108/23
109/3 109/23 110/9 118/14
118/18 121/4
numbered [1]   24/20
numbers [11]   5/17 26/2
26/11 32/7 38/6 57/11
83/25 98/10 108/9 112/23
123/7
Nur [5]   127/19 127/22
127/23 128/2 128/10
NW [1]   1/23

O
o'clock [2]   92/10 92/16
oak [6]   124/6 124/8 124/9
124/12 124/15 124/16
oath [1]   42/19
objective [2]   126/1
126/25
objectives [2]   120/6
121/9
observation [7]   27/23
27/24 28/8 29/10 30/3
30/12 40/14
obtained [1]   4/8
Obviously [1]   12/14
occupied [1]   115/23
occurred [1]   123/25
off [6]   12/16 15/13 15/14
24/10 53/20 53/21
offer [3]   82/17 118/12
122/14
offered [3]   26/23 28/11
82/19
Office [1]   1/15
officer [1]   72/22
officers [2]   11/8 128/3
official [3]   1/21 69/19
92/13
officially [2]   93/6 101/6
officials [2]   18/1 23/9
often [4]   48/21 64/20
74/12 88/6
oh [5]   27/21 31/13 60/9
77/6 112/13
Ohio [1]   97/19
okay [77]   5/3 5/11 5/20
6/1 6/14 7/6 7/7 7/24
8/17 9/11 9/16 9/25 10/2
10/5 12/19 13/10 14/16
21/9 34/10 37/15 37/18
39/24 40/4 41/4 42/10
43/13 43/22 53/12 55/13
57/20 57/25 61/24 62/4
64/6 64/8 65/8 65/22
65/23 67/6 69/10 69/12
69/16 71/13 71/14 72/1
72/16 73/2 73/2 73/5 73/6
75/20 76/20 77/10 79/2
79/15 84/2 84/11 84/13
84/17 84/22 84/23 84/23
86/23 93/11 93/12 97/10

98/3 98/17 102/23 110/13
113/15 113/24 117/23
120/11 123/23 124/3 129/5
old [34]   9/9 9/19 9/23
19/10 20/4 20/18 20/23
21/12 22/18 28/6 29/8
30/1 30/10 30/25 31/10
35/25 36/15 36/24 37/1
37/20 43/22 51/25 58/20
63/19 70/18 70/19 80/17
80/19 80/20 85/5 85/6
88/2 88/3 110/4
older [2]   23/23 74/4
oldest [8]   19/9 23/24
25/20 27/18 31/2 31/4
56/2 59/11
Omega [2]   76/6 77/5
once [11]   11/4 11/17 13/8
19/20 47/20 57/19 65/5
89/1 100/8 100/10 100/10
one [97]   5/6 9/15 9/25
12/15 15/4 16/1 16/2
17/16 19/3 19/4 19/9 19/9
19/22 21/12 21/16 23/13
25/7 29/19 30/22 31/22
32/1 32/12 32/14 32/20
35/14 36/21 36/23 37/15
37/17 38/24 39/1 42/7
44/5 44/16 44/17 46/21
48/25 49/17 49/18 49/18
52/14 55/10 56/6 59/12
62/14 63/11 64/22 65/13
66/7 67/19 69/4 69/21
72/20 75/2 76/7 76/21
76/21 77/12 78/14 81/9
81/22 81/25 84/2 93/19
94/2 94/14 95/14 95/14
95/17 95/22 96/10 99/15
101/19 101/19 102/22
102/24 102/25 104/9
107/15 108/6 108/16 112/9
112/12 113/16 117/9
121/14 121/15 121/16
122/10 122/18 122/19
122/20 122/23 123/4
123/10 126/2 126/25
ones [6]   22/3 23/17 23/23
104/20 105/16 121/5
ongoing [1]   119/9
only [12]   16/17 40/18
44/10 47/1 69/10 76/21
76/21 97/4 102/9 108/17
120/16 120/23
ooo [3]   68/2 69/1 129/12
open [2]   17/15 104/13
opened [2]   11/8 33/13
opening [3]   4/15 4/19
57/6
operandi [1]   120/5
operate [2]   127/5 127/6
operational [1]   126/20
operative [1]   126/5
opinion [1]   95/5
opportunity [3]   17/2 22/4
95/11
opposite [1]   13/3
optimism [1]   17/19
optimistic [2]   14/19
18/20
options [3]   14/18 17/15
99/25

Case 1:15-cv-01080-RMC   Document 42   Filed 04/05/17   Page 12 of 156

ordeal [1]   13/22
order [5]   4/9 16/21
  108/15 108/21 126/25
ordered [1]   62/11
ordinary [1]   126/4
organization [12]   120/5
  120/8 120/13 120/14
  120/21 127/16 127/20
  127/22 127/23 128/2
  128/10 128/11
original [2]   5/25 55/5
originally [1]   28/22
originals [1]   6/18
orthodonte [1]   24/9
other [43]   14/3 14/21
  15/21 16/15 22/16 29/19
  32/16 38/24 38/25 39/1
  48/25 51/9 52/23 53/2
  53/15 57/24 59/24 64/10
  69/5 72/21 83/11 89/12
  91/22 93/21 94/5 94/5
  100/20 102/25 105/4
  105/16 106/6 107/4 116/1
  117/13 118/21 119/7 119/8
  119/12 119/19 120/23
  122/10 125/24 126/4
others [2]   103/8 121/11
otherwise [4]   30/23 58/5
  127/7 130/10
our [34]   4/19 11/3 13/22
  14/3 17/21 23/12 23/22
  24/7 25/14 26/10 26/21
  28/17 29/20 35/8 41/8
  60/5 61/6 61/7 61/7 61/19
  66/5 67/15 74/15 76/6
  91/24 94/20 101/1 101/2
  105/12 105/23 108/16
  110/20 111/5 111/8
ourselves [1]   26/24
out [52]   6/9 10/8 10/11
  10/12 11/19 12/19 14/5
  16/13 18/2 27/14 29/7
  29/21 31/3 31/16 33/11
  34/16 44/11 48/3 48/14
  51/2 59/7 60/7 60/19 72/7
  72/11 72/23 73/11 73/17
  79/25 80/2 80/4 85/16
  86/1 90/20 92/23 93/14
  94/7 94/10 94/21 95/19
  100/24 101/8 101/9 101/12
  101/22 102/5 103/9 103/17
  105/2 106/3 106/14 111/16
outcome [1]   130/10
outside [10]   14/6 21/1
  49/24 61/5 72/11 72/14
  73/23 73/24 94/20 106/21
outwardly [1]   20/2
over [20]   10/23 14/12
  16/19 21/15 21/25 22/22
  28/19 31/17 32/19 34/4
  41/10 43/2 45/21 49/10
  53/22 66/10 66/19 81/20
  92/16 122/24
overall [1]   14/9
own [3]   30/22 104/6
  107/21

P
P-R-O-C-E-E-D-I-N-G-S [1]

P-U-R-I-M [1]   74/25
p.m [5]   68/1 69/2 113/10
  113/11 129/11
pages [2]   57/6 130/3
pain [9]   17/10 17/12 18/8
  18/8 18/15 18/22 18/23
  27/3 45/18
painful [1]   41/15
pains [2]   31/5 40/7
Palestine [4]   117/4
  125/17 125/19 125/21
Palestinian [12]   116/3
  116/6 116/8 116/10 116/22
  116/24 117/5 117/7 117/9
  120/12 121/2 121/8
panic [3]   28/10 60/9
  60/18
paper [1]   5/10
papers [2]   116/8 116/8
paragraph [1]   123/11
parent [1]   93/19
parents [35]   8/7 8/11
  11/11 21/8 21/18 21/19
  44/18 44/24 44/24 46/13
  48/20 49/22 50/2 50/11
  50/18 51/13 53/17 53/18
  53/19 53/20 60/21 60/23
  60/25 72/13 74/3 74/5
  76/7 78/9 83/8 83/9 86/4
  91/22 101/15 102/7 107/22
park [2]   76/20 94/2
part [10]   13/20 15/3
  24/20 25/14 30/17 41/8
  66/22 99/3 126/15 127/24
partial [1]   26/20
partially [2]   26/17 26/18
parties [1]   130/8
party [1]   63/10
pass [2]   55/4 73/4
passport [2]   57/3 57/6
passports [4]   55/5 55/14
  55/15 56/17
path [1]   102/10
pathological [1]   24/8
pay [1]   26/10
peak [2]   95/23 105/2
people [44]   5/1 13/25
  14/5 18/18 23/16 26/10
  26/11 32/19 46/18 50/8
  52/14 52/18 52/19 52/20
  52/22 53/24 61/5 61/7
  62/19 66/10 66/15 66/19
  66/22 72/11 78/4 85/20
  93/21 93/24 93/24 94/10
  94/20 95/4 95/12 96/8
  103/11 104/17 105/4 106/6
  115/16 120/19 124/13
  125/16 127/13 128/9
percent [2]   102/24 102/25
perfect [1]   58/15
perform [1]   126/25
perhaps [2]   43/7 121/10
period [2]   18/17 26/9
periods [2]   27/7 127/12
person [10]   25/5 27/25
  33/14 34/12 34/15 34/16
  34/18 34/19 34/21 92/13
personal [2]   127/4 127/7
persons [1]   16/17
phone [37]   11/12 11/13

p.m [2]   12/5 12/5
  12/23 15/13 15/14 16/11
  16/13 16/18 16/24 28/16
  44/14 44/22 45/6 45/8
  45/9 46/13 46/22 49/16
  49/20 53/20 53/21 53/25
  63/13 64/18 91/4 92/3
  92/8 93/2 97/1 99/9 99/10
  99/12 101/3
phoned [3]   92/3 92/8
  99/13
phones [1]   53/20
photograph [6]   25/8 25/17
  31/19 32/1 75/18 110/2
photographer [2]   107/9
  109/7
photographers [1]   14/6
photographs [3]   15/21
  15/25 24/19
photos [2]   88/5 107/11
physical [11]   17/10 18/8
  18/15 18/22 18/23 22/15
  45/17 45/18 46/19 64/17
  99/22
physically [4]   20/15 22/7
  93/23 105/12
picked [1]   21/17
picture [62]   5/18 12/15
  15/11 15/12 15/13 15/14
  15/16 15/18 24/13 25/3
  25/10 25/21 29/11 31/23
  32/1 36/4 36/12 36/16
  37/12 37/21 38/9 38/10
  38/12 51/22 51/23 51/25
  62/18 62/19 63/9 63/15
  63/19 74/18 74/19 74/21
  75/11 76/5 76/8 76/10
  77/12 77/13 80/7 80/7
  80/9 80/11 80/17 81/18
  81/20 81/23 87/21 87/23
  87/25 88/4 88/6 107/8
  107/14 108/1 108/12
  108/20 109/6 110/4 112/4
  116/23
pictures [13]   5/15 24/14
  24/18 29/21 31/9 35/23
  39/5 39/7 74/17 87/16
  88/6 107/6 112/1
pile [2]   55/11 55/12
PILGRIM [3]   1/21 67/20
  130/12
pillow [1]   29/12
pizza [1]   62/11
place [21]   23/4 28/20
  36/13 59/24 61/7 61/7
  62/5 62/13 62/24 76/21
  80/24 89/8 89/9 91/5 96/3
  100/17 103/14 119/22
  124/12 124/20 125/25
placed [1]   122/5
places [4]   15/2 15/9
  29/24 66/6
Plaintiff [11]   2/3 2/19
  3/2 7/3 43/14 58/2 70/4
  79/7 84/14 89/21 114/11
Plaintiff's [27]   16/7
  24/25 26/2 32/7 35/21
  38/6 39/19 52/8 57/11
  63/7 63/22 75/7 75/25
  76/15 77/23 83/4 83/25
  88/14 98/1 98/10 108/9

P Case 1:15-cv-01080-RMC Document 41 Filed 04/05/17 Page 148 of 156

**Plaintiff's... [6]** 109/3
 109/23 110/9 112/23
 118/18 123/7
**plaintiffs [4]** 1/4 1/15
 4/5 4/8
**plan [1]** 65/11
**play [23]** 33/1 34/25
 35/10 59/14 59/19 59/19
 60/1 72/4 74/13 74/14
 74/14 82/8 85/14 85/15
 87/11 87/11 87/18 89/7
 89/8 89/10 97/10 97/23
 98/8
**played [6]** 32/24 32/25
 35/11 44/6 82/9 98/12
**playing [12]** 34/25 36/5
 59/20 59/21 71/23 72/1
 79/19 79/21 79/22 79/22
 81/5 98/21
**plays [2]** 89/10 92/5
**please [15]** 6/23 7/2
 42/20 43/17 57/18 58/1
 58/10 70/15 89/24 97/15
 115/8 115/20 118/1 126/11
 126/23
**point [20]** 6/8 10/20
 11/12 12/17 16/10 17/8
 18/2 18/12 20/21 28/14
 30/8 31/11 33/20 48/16
 49/1 49/25 50/20 94/8
 113/20 127/4
**police [13]** 11/8 11/18
 11/19 12/7 12/15 16/12
 28/20 72/22 91/14 91/15
 92/9 92/12 97/12
**policeman [2]** 91/14 91/19
**policemen [2]** 72/14 91/24
**political [4]** 116/19
 116/20 116/21 127/15
**pool [2]** 72/4 81/5
**populated [1]** 13/5
**position [4]** 116/3 116/7
 117/6 117/8
**positions [1]** 116/1
**possible [1]** 14/22
**posters [1]** 15/15
**pounds [1]** 14/13
**powers [2]** 116/21 116/22
**practice [1]** 97/18
**practiced [1]** 97/19
**prank [1]** 16/16
**pray [3]** 46/18 64/8 124/3
**prayed [1]** 67/2
**praying [1]** 66/24
**prefer [1]** 53/10
**preferred [1]** 52/22
**prepare [2]** 121/19 122/1
**prepared [2]** 5/12 122/6
**preparing [1]** 111/15
**present [4]** 55/6 56/18
 74/15 118/3
**presenting [1]** 34/14
**President [2]** 25/6 96/9
**pressed [1]** 74/3
**pressure [2]** 64/7 66/2
**previously [1]** 130/6
**Prime [1]** 96/8
**principal [1]** 117/8
**prior [1]** 89/4

**prisoners [1]** 128/12
**privacy [2]** 94/22 95/16
**private [2]** 45/22 96/3
**probably [19]** 19/8 28/25
 44/25 45/11 46/6 46/7
 47/2 47/8 50/17 69/8 73/3
 91/5 99/11 99/13 104/21
 110/17 112/8 112/9 112/10
**problem [2]** 33/21 129/9
**problems [1]** 64/4
**proceed [6]** 4/12 4/17
 6/21 8/15 57/13 115/3
**proceedings [4]** 54/24
 113/11 129/11 130/5
**professional [3]** 34/13
 115/20 118/9
**professionals [1]** 40/3
**profound [1]** 40/8
**program [3]** 32/15 32/22
 98/25
**promise [2]** 79/5 84/12
**pronounce [1]** 56/3
**proof [1]** 6/8
**proper [1]** 29/17
**provide [2]** 57/23 116/23
**provided [1]** 130/4
**psychiatric [1]** 100/1
**psychiatrist [3]** 100/3
 100/3 100/4
**psychological [1]** 19/6
**psychology [1]** 28/12
**public [2]** 104/4 120/18
**publish [1]** 125/17
**published [1]** 125/18
**puffs [1]** 17/8
**pull [1]** 43/7
**Purim [3]** 74/24 74/25
 75/1
**purposes [1]** 125/20
**put [14]** 15/4 17/8 29/11
 34/16 35/2 40/18 43/3
 46/17 75/3 84/5 88/23
 99/4 106/2 111/12
**putting [2]** 101/10 103/2
**puzzle [1]** 34/17
**pyramids [1]** 38/16
**Pères [2]** 25/6 25/6

**Q**

**Qassam [8]** 126/6 126/9
 126/12 126/15 126/18
 127/11 128/5 128/7
**qualified [3]** 118/20
 120/2 121/1
**quarter [5]** 67/19 67/21
 67/22 67/23 113/8
**question [10]** 53/11
 103/21 106/10 110/17
 113/22 113/22 113/25
 114/2 124/5 124/19
**questions [17]** 22/23 54/3
 67/7 70/8 70/10 71/1 71/5
 78/12 78/25 79/15 83/11
 84/20 89/12 110/12 113/1
 114/20 114/23
**quick [1]** 55/2
**quickly [2]** 4/17 15/8
**quiet [1]** 21/16
**quietly [1]** 100/18
**quite [20]** 5/3 8/14 23/3
 24/3 29/11 33/17 34/8

40/16 44/10 47/6 47/13
 48/5 48/13 49/3 49/9
 49/21 52/16 71/24 95/11
 122/17

**R**

**R-A-C-H-E-L-I [1]** 7/17
**Rabbi [1]** 61/6
**Rachael [1]** 90/15
**RACHEL [8]** 1/3 1/18 2/4
 4/2 4/5 7/3 7/11 7/20
**Racheli [24]** 6/25 7/12
 7/14 7/24 10/5 15/12
 16/10 24/19 25/3 31/19
 32/10 34/23 35/2 35/4
 36/11 37/20 38/9 39/4
 39/22 52/15 57/3 83/17
 104/19 110/19
**radio [2]** 98/24 98/25
**raise [2]** 79/5 84/12
**rallying [1]** 13/25
**Ramat [3]** 1/20 8/2 8/4
**ran [2]** 61/8 72/12
**rang [2]** 12/5 16/14
**Rapid [1]** 45/23
**rare [1]** 95/11
**rather [1]** 123/21
**react [4]** 50/9 61/13 74/1
 74/2
**reacted [1]** 20/12
**reacting [1]** 20/15
**reaction [7]** 19/12 20/20
 21/4 21/14 22/9 22/20
 30/6
**read [6]** 86/21 86/24
 105/16 105/17 105/18
 117/14
**reading [2]** 32/2 32/3
**ready [10]** 4/12 6/21 42/1
 42/23 54/25 57/13 69/3
 69/13 89/18 126/1
**real [2]** 29/16 87/13
**realize [2]** 10/24 73/6
**realized [6]** 19/14 28/15
 29/18 34/14 83/16 122/24
**realizes [1]** 31/5
**really [38]** 7/5 15/2 15/9
 19/19 23/3 27/9 33/22
 43/6 45/15 46/14 51/11
 51/11 51/12 52/17 60/2
 60/10 60/11 60/11 61/4
 61/14 61/15 62/14 63/10
 63/14 63/15 66/4 66/15
 95/12 95/20 95/21 98/23
 100/15 102/6 102/14
 102/14 105/23 106/6
 123/24
**reason [2]** 13/4 24/21
**reasons [1]** 18/20
**recall [2]** 76/7 119/19
**received [36]** 2/18 3/2
 16/7 26/3 32/7 35/21 38/6
 39/19 52/8 56/21 57/11
 63/6 63/7 63/18 63/22
 75/6 75/7 75/25 76/15
 77/23 83/4 83/25 88/13
 88/14 98/2 98/10 108/9
 109/3 109/23 110/9 112/16
 112/21 112/24 118/16
 118/18 123/7
**recess [3]** 54/23 68/1

Case 1:15-cv-01080-RMC   Document 42   Filed 04/05/17   Page 149 of 156

**R**

recess... [1]   113/10
reciting [1]   56/20
recognition [1]   13/8
recognize [7]   15/12 17/11
 25/3 38/9 62/19 85/21
 121/7
recognized [1]   118/22
reconstruct [1]   92/25
record [10]   4/22 7/19
 43/18 58/10 70/9 70/16
 79/10 89/24 115/10 123/19
recorder [2]   32/25 36/5
recording [3]   16/18 16/25
 58/4
records [1]   5/23
Redirect [1]   2/2
reduced [1]   70/6
refer [3]   5/19 7/14
 125/17
referred [2]   124/13 126/6
refused [1]   28/13
regain [1]   102/19
regard [1]   120/10
regret [1]   19/17
regular [2]   80/24 110/22
rehabilitation [1]   19/7
relate [2]   28/2 51/8
related [5]   52/14 52/18
 72/21 116/9 130/7
relating [2]   52/20 52/22
relations [1]   105/20
relationship [8]   19/4
 31/17 52/23 52/24 53/1
 59/9 105/11 106/5
relevant [1]   91/8
relief [1]   50/13
religious [1]   32/13
reliving [1]   102/17
rely [1]   122/15
remember [62]   10/9 11/6
 13/19 14/10 20/12 20/13
 20/13 20/15 20/16 20/20
 24/1 24/3 27/2 35/25 36/4
 36/15 37/20 50/11 51/6
 51/25 53/17 60/9 60/19
 61/16 62/14 62/23 63/9
 63/11 63/13 66/15 75/18
 75/19 76/3 76/5 79/16
 79/18 79/25 80/9 80/13
 81/11 82/6 85/11 85/13
 85/16 85/18 86/4 87/8
 87/9 91/4 93/5 93/7 98/20
 98/22 98/22 100/24 101/8
 104/2 104/15 107/15
 108/12 109/6 126/22
remembered [2]   24/2 47/4
remind [1]   58/15
remove [1]   98/18
repeat [3]   125/4 125/4
 125/6
reporter [6]   1/21 1/21
 4/24 9/6 54/10 69/19
REPUBLIC [2]   1/7 4/3
requested [1]   39/11
research [2]   115/25 116/8
reserve [1]   40/23
resettled [1]   124/11
resistance [1]   125/7
resources [1]   111/4

respond [1]   51/8
response [2]   4/7 114/15
responsibility [1]   34/4
responsible [3]   11/2 55/8
 92/5
rest [4]   13/20 18/17
 32/22 105/2
restaurant [1]   107/25
result [1]   59/20
resumed [2]   54/24 113/11
retrieved [1]   16/22
return [2]   87/14 124/9
returned [3]   26/16 73/4
 124/14
returning [3]   26/14
 124/15 124/16
reviewed [1]   55/14
ride [4]   76/18 76/20
 76/21 76/22
right [66]   4/14 4/25 6/17
 6/19 6/23 7/1 7/12 7/22
 15/18 15/22 16/11 24/14
 25/11 25/19 25/21 26/7
 35/16 35/18 36/19 38/20
 40/23 41/18 41/21 46/7
 52/21 54/4 55/9 56/9
 57/13 57/17 59/1 63/6
 63/18 66/21 67/10 69/3
 74/25 76/14 78/14 79/13
 83/21 86/25 87/4 90/9
 96/6 98/1 99/11 99/12
 100/4 100/14 104/8 108/15
 109/17 109/19 109/22
 110/2 110/8 110/14 112/16
 118/16 123/1 123/3 125/10
 127/17 128/22 129/4
ring [1]   28/16
rise [1]   111/22
ROBERT [2]   1/15 4/5
role [2]   13/22 30/15
Ron [1]   89/25
room [19]   11/22 11/23
 17/19 19/1 19/20 23/15
 23/18 23/20 23/25 29/19
 35/8 44/8 44/9 44/9 49/8
 74/5 86/9 88/23 104/17
roots [1]   126/1
rope [2]   77/1 77/1
ROSEMARY [1]   1/11
routine [2]   48/3 48/5
RPR [2]   1/21 130/12
rule [2]   125/22 125/22
rumors [1]   20/10
run [3]   12/20 87/10 96/23
running [2]   99/1 108/21

**S**

S-H-A-A-R [2]   11/10 38/22
S-H-V [1]   124/2
S-P-I-T-Z-E-N [1]   115/12
Sabbath [10]   14/8 40/5
 40/6 40/7 40/10 40/11
 46/2 46/2 78/6 87/18
sacred [1]   100/17
sad [7]   53/3 60/12 60/17
 80/3 80/6 83/10 86/14
safe [1]   20/17
safely [2]   11/22 14/19
said [46]   11/3 12/23
 15/16 17/9 17/14 18/3
 18/4 18/6 19/19 19/20

19/21 21/10 27/18 34/17
 34/20 34/23 40/17 40/20
 40/22 45/3 61/9 66/19
 66/24 73/2 73/7 76/8 81/1
 91/1 91/3 91/2 95/2 99/8
 99/16 99/25 101/5 101/6
 101/7 104/4 104/11 104/14
 106/23 106/25 116/15
 120/11 122/20 125/3
Salah [1]   128/4
Samaria [1]   115/25
same [17]   11/16 25/12
 40/12 44/6 44/7 44/8 44/9
 47/6 91/20 95/18 102/24
 109/7 111/8 114/4 127/14
 127/24 128/1
sang [1]   33/1
sat [7]   29/21 50/11 50/18
 50/25 62/10 74/4 99/11
satisfy [1]   102/19
Saturday [3]   59/25 60/4
 73/7
saw [14]   11/25 19/20
 34/22 37/17 49/23 51/9
 60/11 61/5 61/6 69/24
 72/11 72/14 73/24 73/25
 91/6 100/8 103/4 103/7
say [53]   8/3 21/24 22/1
 22/24 27/4 27/8 27/11
 27/12 27/24 31/1 34/6
 36/18 41/2 41/4 41/5 43/8
 45/10 56/9 58/10 64/23
 69/4 79/10 84/15 84/21
 84/23 94/16 94/16 95/15
 95/23 96/10 97/20 99/7
 99/7 99/14 99/24 100/13
 101/16 101/17 101/22
 102/12 102/23 104/11
 104/24 104/25 105/1 105/6
 110/18 111/20 111/21
 115/9 117/17 120/3 125/19
saying [7]   10/21 11/7
 17/8 17/23 17/24 31/7
 117/21
says [1]   31/13
scan [1]   5/24
scare [1]   17/17
scared [4]   17/14 73/9
 73/25 80/3
scary [4]   17/14 17/18
 60/12 60/17
scenario [1]   96/17
scenarios [2]   96/16 96/22
schedule [1]   26/21
school [45]   10/17 10/19
 10/23 11/15 12/12 12/18
 31/22 32/12 32/13 32/18
 33/7 33/8 33/8 33/17
 33/21 33/23 44/6 44/7
 44/14 44/14 45/4 45/4
 46/3 46/5 46/11 47/19
 47/20 48/1 48/1 48/9
 48/16 48/20 49/4 49/13
 51/9 59/24 61/19 62/5
 65/8 65/12 72/25 90/23
 92/16 95/13 106/24
sciences [1]   32/16
screaming [2]   74/8 74/10
screen [2]   35/2 98/18
script [1]   28/17
search [3]   15/10 45/8

search... [1]   45/9
searched [1]   45/7
searching [1]   60/13
season [1]   41/3
sec [1]   78/14
second [12]   9/8 9/12 10/5
 36/17 42/7 84/2 90/18
 91/9 91/11 101/23 120/11
 124/2
seconds [2]   12/2 31/14
Secret [1]   92/18
section [2]   115/25 116/9
secular [1]   32/19
see [31]   10/24 12/11
 12/11 12/11 13/21 21/9
 24/5 35/2 35/3 41/14
 51/13 57/5 60/1 60/16
 62/6 62/6 62/9 62/17
 73/23 81/25 91/24 93/25
 98/5 100/16 101/2 104/11
 104/13 104/14 106/6 109/7
 110/18
seeing [2]   14/20 21/7
seek [1]   100/1
seen [3]   6/15 6/17 55/15
self [2]   33/22 34/2
self-discipline [2]   33/22
 34/2
send [2]   12/15 12/17
senior [1]   128/3
sense [3]   31/15 34/7
 105/21
sensitive [2]   20/7 34/8
sent [5]   11/9 44/17 66/23
 90/25 91/24
sentence [2]   102/23
 102/24
sentences [1]   51/3
separately [2]   15/4
 101/15
separation [3]   127/7
 127/9 127/10
September [2]   26/18 26/20
series [1]   24/20
served [3]   115/22 116/3
 128/12
service [2]   4/7 4/11
Services [1]   92/19
SESSION [1]   69/1
set [1]   102/18
settlement [1]   124/10
seven [5]   9/3 26/9 59/11
 90/15 108/20
several [2]   42/16 126/2
severe [1]   22/9
Shaar [3]   11/10 38/22
 91/20
Shabatau [1]   59/24
shaking [2]   61/17 64/16
Shall [2]   97/14 126/10
shape [1]   22/25
she [106]   9/23 9/24 10/1
 10/3 10/12 11/3 20/4 20/7
 20/8 20/9 20/12 20/12
 20/21 20/23 20/24 20/24
 20/24 20/25 21/3 21/5
 21/5 21/12 22/3 22/6 22/9
 22/10 22/11 22/12 22/15
 22/18 22/21 22/22 22/22

27/22 27/23 27/1 27/20 27/8
 28/8 28/12 28/13 28/14
 28/15 28/15 28/16 28/16
 28/17 28/18 28/19 28/19
 28/20 28/21 28/21 28/23
 29/4 29/6 29/7 29/7 29/8
 29/10 29/11 29/14 29/16
 29/17 29/19 29/20 29/21
 29/21 29/22 30/1 30/3
 30/5 30/7 30/8 30/9 30/9
 30/10 30/12 30/15 30/16
 30/16 30/16 30/17 40/16
 40/17 42/14 43/1 43/2
 43/3 43/4 45/2 52/16
 54/16 58/17 61/11 61/12
 67/15 71/14 84/5 84/6
 84/7 84/7 85/21 86/23
 103/7 110/1 110/5
she's [22]   5/19 10/3 20/6
 20/7 21/9 22/12 28/20
 29/2 29/9 30/13 30/18
 30/18 30/23 30/24 66/5
 66/6 66/6 69/18 69/19
 97/15 103/14 110/1
Shehada [1]   128/4
Sheik [1]   125/15
Shelly [1]   98/22
Shimon [1]   25/6
ship [1]   77/16
shirt [3]   38/13 38/14
 38/21
Shiva [3]   26/12 47/25
 48/2
shiver [1]   22/7
shivering [2]   22/6 22/6
Shmona [1]   108/16
shop [1]   59/25
short [3]   34/25 47/4
 47/13
shots [1]   17/17
should [17]   13/4 16/1
 36/17 37/13 43/1 45/16
 46/18 54/9 72/15 82/18
 82/19 82/20 104/11 104/15
 104/15 113/7 129/6
show [21]   6/8 11/2 15/11
 24/19 30/7 31/19 34/9
 35/23 51/22 62/18 74/17
 80/7 80/8 81/7 87/21
 106/20 107/6 107/6 117/19
 118/7 121/22
Showing [1]   121/22
Shurat [1]   1/18
Shvut [5]   123/17 123/20
 124/1 124/9 124/13
shy [1]   32/12
sibling [2]   28/18 52/24
siblings [4]   18/14 22/16
 40/10 66/7
sic [1]   32/3
side [3]   99/11 100/20
 110/2
sides [2]   18/18 18/21
sign [2]   121/19 122/1
signature [2]   121/25
 122/9
signed [1]   122/8
significant [4]   51/1 51/4
 51/17 99/2
silence [2]   17/13 17/14
silencer [1]   17/9

similar [4]   31/16 44/5
 48/1 48/5
since [9]   19/14 69/9 78/1
 78/8 89/3 95/7 111/12
 117/7 121/13
singing [2]   40/9 40/10
sinking [1]   18/12
sir [20]   4/12 43/11 54/5
 55/9 113/2 118/7 118/11
 118/20 119/25 120/9
 121/19 121/21 122/2 122/4
 122/7 122/12 123/10
 123/13 127/19 128/24
sister [4]   20/9 20/22
 21/1 74/22
sister's [1]   53/21
sisters [2]   44/4 53/2
sit [11]   43/1 43/2 50/20
 57/24 74/12 89/5 93/22
 100/17 101/9 108/22
 127/15
sits [3]   26/10 125/20
 125/21
sitting [10]   20/25 25/19
 34/2 34/20 51/2 60/5
 80/24 81/2 93/21 103/14
situation [6]   57/22 92/4
 93/6 93/19 105/5 116/23
six [4]   10/4 22/19 31/1
 125/15
size [1]   120/11
skating [1]   107/24
skills [2]   33/4 33/22
sky [3]   89/2 106/3 106/9
sleep [6]   11/2 14/11 27/8
 72/16 90/21 94/4
sleeping [3]   11/19 21/15
 62/13
sleepless [1]   14/9
slept [2]   27/9 108/19
slight [1]   5/6
slowly [1]   9/6
small [3]   48/24 104/5
 104/5
smart [1]   100/20
so [165]
so-to-speak [1]   102/21
social [1]   116/21
socially [1]   33/10
sofa [1]   74/4
soldier [2]   47/5 47/5
some [62]   6/8 10/20 11/12
 12/17 12/22 13/6 15/5
 16/10 16/15 17/8 17/10
 17/10 17/12 18/2 20/21
 22/16 24/18 24/20 26/24
 28/1 28/2 28/14 29/13
 29/14 29/15 29/24 31/11
 33/3 35/8 35/23 40/7
 40/11 41/13 42/8 45/1
 46/10 47/23 48/2 50/12
 50/13 50/20 51/18 53/4
 55/2 60/22 70/6 84/20
 91/5 94/9 94/22 97/19
 102/20 103/5 103/9 103/14
 103/20 105/17 105/17
 105/20 107/6 107/11
 117/12
somebody [3]   17/10 17/11
 84/3
Somehow [1]   32/22

someone [16]   11/4 29/16
 30/20 31/12 34/15 44/16
 44/22 46/23 53/24 54/14
 60/22 64/24 64/24 66/14
 94/23 105/19
something [59]   14/10
 17/25 18/4 19/17 20/9
 21/18 27/14 28/12 31/1
 40/1 41/12 41/15 44/23
 44/25 45/1 45/16 46/14
 46/16 46/23 47/1 47/1
 47/3 47/15 48/24 48/24
 49/6 49/7 49/9 50/1 50/6
 60/6 61/2 61/3 61/8 62/6
 62/7 64/1 64/9 64/18
 66/19 66/25 71/10 73/21
 73/22 82/13 86/18 91/1
 93/17 99/15 100/18 100/19
 101/22 104/13 106/9
 107/10 111/19 123/11
 126/22 127/19
sometimes [12]   33/21 48/8
 48/10 52/19 53/17 53/24
 74/5 83/9 95/19 105/18
 105/21 127/5
somewhat [1]   29/2
somewhere [4]   20/25 47/10
 53/19 56/23
son [14]   10/6 23/24 23/24
 24/4 25/11 25/20 31/2
 31/4 52/15 52/18 90/19
 95/18 95/24 95/25
son's [4]   24/4 24/5 99/17
 109/14
song [1]   74/13
songs [1]   40/11
soon [4]   62/16 85/25 86/1
 87/14
sorrow [1]   20/2
sorry [15]   9/14 19/25
 27/21 36/25 39/1 48/4
 51/7 64/23 71/24 78/17
 79/20 97/17 106/25 116/14
 123/18
sort [6]   64/7 94/9 95/20
 95/20 96/5 102/18
sound [1]   17/12
sounded [1]   70/6
speak [22]   8/11 20/11
 29/12 29/22 29/22 49/16
 51/10 57/24 58/3 58/13
 71/3 71/25 72/5 79/20
 84/8 88/18 102/21 103/10
 114/17 117/12 117/14
 117/14
speaking [6]   24/1 25/5
 49/18 66/6 94/24 98/22
speaks [4]   30/9 30/9 42/8
 113/19
special [4]   32/15 100/19
 106/20 120/20
specific [2]   53/17 128/16
specifically [3]   30/6
 103/8 120/10
speed [1]   92/9
spell [18]   7/16 9/15
 12/25 43/17 58/10 58/24
 61/21 61/21 61/23 61/24
 70/15 90/3 109/13 115/9

spelling [1]   79/13
spend [3]   14/22 64/7
 120/9
Spitzen [11]   2/14 113/19
 114/11 114/14 114/16
 114/17 115/7 115/12
 120/25 122/14 124/25
spoke [6]   21/3 22/22 24/7
 62/17 104/22 121/16
spouse [1]   94/13
SPRECHER [3]   1/3 4/3 7/20
staff [1]   128/9
stage [5]   19/3 25/4 33/6
 33/18 35/5
stairway [1]   31/11
stand [6]   42/5 43/1 79/6
 83/19 84/11 89/20
standing [3]   4/23 70/3
 109/11
start [8]   10/6 27/18 41/3
 54/12 90/19 106/10 110/24
 111/1
started [17]   11/13 12/10
 15/8 16/17 20/10 22/3
 22/6 26/19 33/14 60/25
 61/11 74/8 74/9 92/7
 101/12 117/17 127/24
starting [3]   67/18 69/10
 128/22
state [6]   43/17 47/11
 70/15 89/24 116/25 125/25
stated [3]   122/23 123/11
 130/6
statement [1]   4/15
STATES [9]   1/1 1/12 1/22
 44/1 59/5 70/22 118/24
 119/1 130/4
station [8]   11/18 15/23
 46/25 92/12 94/11 98/24
 98/25 99/5
stay [9]   13/19 13/21 15/8
 41/10 41/10 46/5 67/14
 70/3 103/16
stayed [6]   12/14 26/17
 44/15 92/13 101/11 107/13
staying [1]   47/22
stays [1]   103/17
stenographic [1]   130/4
step [1]   123/19
still [16]   17/15 17/18
 18/16 18/22 29/2 40/17
 41/7 46/11 48/7 50/6 51/4
 53/3 83/18 102/3 102/3
 113/17
stomach [1]   17/24
stood [1]   104/21
stop [3]   61/21 69/4 69/6
stopped [2]   14/11 72/10
stories [1]   61/18
story [12]   10/7 13/9 23/3
 30/21 31/3 34/18 34/21
 34/21 47/12 66/7 66/10
 66/21
straight [1]   23/3
Strauss [1]   119/10
Street [2]   1/16 1/19
strength [6]   94/4 95/4
 96/10 101/8 102/6 120/12
strengthened [1]   95/15

strengthens [2]   66/11
 66/12
stress [1]   14/23
strictures [1]   103/22
structure [2]   120/4 121/9
struggle [3]   101/2 102/18
 110/22
students [2]   91/22 106/11
studied [1]   91/11
studies [8]   8/18 8/19
 64/4 66/3 71/20 79/23
 106/5 111/14
study [2]   115/14 115/15
stuff [1]   33/19
subject [1]   123/4
subjects [1]   120/1
such [5]   21/22 27/3 93/19
 104/25 105/5
suddenly [2]   34/1 105/24
suffering [3]   28/14 29/2
 100/21
suggest [1]   105/4
Suite [1]   1/16
Sukkot [1]   36/14
sum [1]   65/25
summarize [2]   115/7
 115/20
summary [1]   125/19
summer [3]   33/2 78/7
 108/17
Sunday [1]   106/21
sunk [1]   50/9
supper [3]   80/24 81/1
 94/9
supplemental [2]   122/1
 122/6
support [3]   128/11 128/13
 128/15
supports [4]   127/25
 127/25 128/1 128/2
suppose [10]   21/24 29/5
 45/4 46/2 47/3 49/5 90/22
 101/12 102/7 106/15
supposedly [1]   34/13
sure [23]   4/23 14/3 14/7
 14/16 14/21 16/2 19/19
 31/4 31/5 36/1 36/8 42/17
 49/25 50/12 55/15 66/20
 70/7 90/23 91/19 111/7
 112/7 114/3 114/6
suspected [2]   49/9 73/21
suspicious [2]   49/15
 49/21
sweater [1]   62/14
swimming [1]   81/5
sworn [10]   7/3 42/24
 43/14 58/2 69/18 70/4
 79/7 84/14 89/21 114/11
sympathetic [1]   95/3
Symphony [1]   106/22
Syria [1]   100/21

**T**

t-z [1]   56/6
T-Z-V-I [2]   9/7 43/19
table [8]   40/10 69/17
 80/24 81/1 81/2 89/8 89/9
 99/25
taboo [1]   111/19
take [35]   13/13 14/14
 15/17 33/25 34/4 46/24

Case 1:15-cv-01080-RMC    Document 41    Filed 04/05/17    Page 152 of 156

**take...** [29]   48/17 48/18
 48/19 49/5 49/8 54/9
 54/10 54/11 61/11 64/6
 69/8 69/8 69/9 73/3 73/11
 76/8 85/19 91/18 94/6
 101/18 102/23 106/11
 106/15 106/24 107/20
 110/11 113/7 119/22 129/7
**taken** [9]   15/6 24/9 25/4
 33/3 38/11 40/19 96/4
 130/5 130/9
**takes** [11]   10/23 19/18
 27/1 30/17 94/3 102/5
 111/3 111/4 111/9 111/17
 120/5
**taking** [2]   14/11 58/4
**talented** [1]   71/21
**talk** [25]   4/21 5/1 7/5
 10/5 17/7 22/10 22/12
 27/17 29/19 30/8 47/24
 51/19 59/14 65/3 72/5
 88/7 89/4 90/18 93/11
 93/24 100/17 100/22
 102/12 103/5 106/17
**talkative** [1]   103/5
**talked** [1]   124/20
**talking** [10]   19/6 21/6
 21/7 53/6 64/24 90/8
 103/4 103/12 103/15
 127/24
**tall** [2]   24/2 24/3
**Talmud** [1]   8/19
**tape** [8]   93/8 93/9 96/25
 96/25 97/10 97/11 98/20
 99/6
**taught** [3]   33/2 59/19
 59/25
**teach** [3]   8/18 8/19
 125/12
**teacher** [1]   35/5
**teacher's** [1]   36/13
**teachers** [4]   29/23 44/16
 44/17 44/24
**team** [1]   59/21
**tearing** [1]   94/7
**tears** [4]   19/24 20/1 51/2
 51/2
**teenager** [3]   24/8 28/12
 32/12
**teeth** [1]   24/9
**Tel** [2]   17/21 101/2
**tell** [38]   5/1 7/4 10/7
 12/18 18/4 18/14 21/22
 22/5 22/17 23/6 23/7 30/4
 30/22 32/10 44/3 49/5
 49/22 56/23 58/3 58/12
 61/4 70/24 71/10 71/18
 79/6 84/13 90/19 99/21
 101/15 101/19 102/3 105/5
 105/10 105/10 116/16
 112/3 120/1 124/3
**telling** [6]   18/24 21/8
 39/22 101/3 101/6 101/13
**tells** [1]   66/15
**ten** [6]   28/25 48/2 54/12
 69/10 101/7 129/5
**tens** [2]   26/11 96/8
**tension** [2]   13/19 60/18
**tent** [1]   108/19

**terrible** [1]   66/2
**territories** [3]   115/24
 116/4 116/5
**terror** [13]   13/9 120/13
 120/23 121/2 126/4 126/5
 126/21 126/25 127/2 127/5
 127/25 128/2 128/15
**terrorist** [4]   126/9
 127/14 128/13 128/16
**terrorists** [2]   99/4
 127/14
**test** [2]   106/16 106/25
**testified** [3]   118/22
 119/8 119/13
**testifies** [1]   45/20
**testify** [5]   6/13 102/17
 103/9 113/20 118/20
**testifying** [2]   45/21
 113/13
**testimonies** [1]   6/12
**testimony** [1]   122/15
**testing** [1]   33/20
**text** [2]   10/21 91/16
**texted** [3]   10/25 90/25
 91/3
**than** [9]   35/14 47/7 47/18
 49/10 49/20 64/2 110/23
 122/10 123/22
**thank** [90]   6/20 6/24 7/8
 7/18 7/22 8/5 16/6 26/1
 35/18 35/20 36/9 37/2
 38/3 38/5 38/23 39/2
 39/18 40/2 41/18 41/21
 41/22 41/23 42/17 42/25
 45/24 52/7 53/13 54/4
 54/5 54/6 54/21 54/22
 55/9 56/13 57/9 57/10
 57/14 58/7 63/21 65/23
 67/9 67/10 67/11 67/24
 67/25 69/20 70/8 70/12
 71/16 72/3 75/21 75/24
 77/6 77/9 77/22 78/12
 78/13 78/15 78/16 79/4
 80/21 81/3 83/1 83/3
 83/11 83/12 83/13 87/4
 89/12 89/13 90/5 98/17
 103/24 104/8 108/7 108/8
 108/25 112/25 113/1 113/2
 113/4 113/9 115/13 121/17
 124/17 124/17 124/19
 127/17 129/2 129/4
**that** [461]
**that's** [67]   7/20 11/17
 13/5 19/17 19/19 20/1
 21/5 22/2 25/12 27/9 31/3
 31/14 31/21 32/2 33/20
 35/13 36/3 36/13 41/5
 42/10 45/15 46/7 46/18
 47/8 47/13 50/13 50/14
 51/24 57/20 58/15 62/12
 65/21 66/20 67/22 79/13
 82/4 82/5 84/21 84/23
 85/22 93/17 93/25 94/24
 97/7 98/6 99/11 99/15
 101/13 101/16 101/20
 102/7 102/8 102/13 104/13
 107/4 107/9 108/1 110/13
 111/8 111/8 111/14 116/14
 117/25 122/17 123/23
 124/5 124/22
**theater** [1]   111/17

**their** [19]   66/24 11/15
 13/3 18/19 23/13 23/13
 66/25 67/2 92/16 95/5
 95/14 96/11 96/11 100/7
 104/6 125/17 127/4 128/12
**them** [69]   5/19 6/3 6/15
 8/8 11/22 12/18 12/18
 12/19 16/1 16/18 17/17
 18/6 19/2 19/3 19/4 20/11
 21/20 27/9 29/21 31/16
 33/17 34/18 41/13 41/14
 49/17 50/3 50/4 50/7
 50/19 53/25 55/6 55/6
 55/7 55/10 56/18 56/24
 65/3 66/24 78/10 83/18
 83/19 86/11 89/8 94/6
 95/18 96/2 96/3 96/10
 97/5 97/6 98/15 101/19
 102/2 102/3 102/14 103/4
 103/5 103/9 103/11 103/20
 105/5 105/6 105/7 108/20
 121/3 122/15 122/20
 124/11 128/9
**themselves** [2]   99/3 102/3
**then** [77]   14/11 15/14
 16/3 17/7 17/8 17/9 17/13
 18/11 21/3 23/21 26/20
 30/25 32/14 37/14 40/20
 41/21 43/7 43/8 45/20
 45/25 46/12 46/21 47/21
 49/12 49/16 49/24 50/2
 51/2 52/16 54/12 59/12
 61/11 61/12 62/9 65/11
 67/17 71/8 72/9 72/10
 72/11 74/3 76/7 78/8
 78/25 84/12 84/23 85/21
 86/9 86/10 86/10 86/11
 92/4 92/7 92/11 92/17
 94/5 96/10 96/25 97/1
 99/18 100/8 100/9 101/7
 101/12 101/24 105/19
 106/9 106/23 107/24
 107/24 108/19 110/21
 112/2 113/17 114/4 122/1
 123/3
**theology** [1]   120/14
**theory** [1]   33/2
**therapeutic** [1]   26/22
**therapist** [2]   28/22 29/16
**therapy** [1]   29/17
**there** [114]   5/14 5/21 6/4
 6/5 6/6 6/16 11/8 11/8
 12/13 14/4 14/5 14/7
 14/14 14/23 15/2 15/10
 16/10 16/15 16/15 16/24
 17/11 17/13 18/19 18/21
 20/9 20/10 23/2 23/14
 23/21 24/18 27/3 29/18
 29/20 29/23 31/15 32/21
 34/12 34/20 35/8 35/9
 38/15 39/4 39/6 42/10
 44/15 46/4 46/24 47/10
 47/21 47/23 49/12 49/20
 50/2 50/6 50/6 50/7 50/11
 50/12 50/12 51/2 51/9
 51/18 60/5 61/11 62/13
 69/5 85/20 87/15 88/5
 88/10 89/7 92/1 92/2 92/3
 92/14 92/17 92/20 93/1
 93/21 93/22 94/3 95/12
 95/13 96/1 96/24 97/4

there... [28]   98/24 98/25
 99/19 99/20 99/24 99/25
 100/18 101/24 103/8
 104/19 104/21 105/17
 106/20 107/13 108/1
 108/19 110/24 111/3
 111/10 111/12 119/12
 119/19 122/22 122/24
 123/11 124/12 127/7 127/9
There'll [1]   37/25
there's [20]   13/4 26/9
 31/1 33/16 35/9 35/14
 37/10 50/14 59/12 62/24
 65/4 65/16 92/19 93/22
 95/20 96/23 100/20 111/20
 111/21 111/23
therefore [1]   120/16
thereof [1]   123/11
these [9]   4/18 24/16 30/7
 33/16 50/15 56/14 94/24
 100/2 100/16
they [150]
they'll [3]   25/25 32/6
 38/2
they're [21]   6/16 14/16
 14/16 14/16 19/1 23/17
 27/17 41/9 47/12 50/17
 55/17 56/17 57/9 83/18
 91/23 92/18 97/3 97/6
 97/6 110/8 126/19
thing [28]   6/7 6/8 19/8
 31/2 31/16 34/6 46/7 47/4
 51/17 51/21 59/18 61/3
 61/10 61/16 66/2 91/16
 91/18 92/17 96/1 96/7
 101/14 101/14 101/16
 101/17 102/17 104/25
 105/8 106/7
things [43]   19/23 24/16
 27/6 29/22 30/7 32/20
 40/11 43/3 44/5 44/6 49/8
 51/7 51/11 53/15 59/17
 60/6 63/1 64/17 66/3 67/2
 69/5 71/22 78/20 88/20
 92/6 92/7 92/9 93/20 94/6
 99/22 100/11 100/16
 105/13 105/15 105/23
 106/2 106/4 107/5 110/25
 111/10 111/17 117/2 129/6
think [65]   14/13 15/3
 16/1 18/17 19/22 20/8
 21/13 24/22 25/13 26/19
 26/25 27/9 28/1 28/3 31/2
 31/16 32/2 33/7 34/11
 34/11 37/17 39/8 39/24
 40/4 40/20 46/4 49/1
 49/25 53/5 54/9 54/20
 59/18 60/17 62/9 75/12
 78/2 78/4 81/14 82/19
 85/23 91/6 91/6 92/25
 93/6 96/16 99/12 100/18
 101/25 102/9 102/19 103/1
 103/3 103/10 103/14
 103/15 103/20 105/8
 110/11 111/22 113/8
 123/20 124/21 124/22
 128/18 128/20
thinking [6]   12/6 21/19
 50/6 53/22 96/18 96/19

thinketh [1]   103/7
Thirteen [1]   52/3
this [151]
those [20]   10/8 12/2
 13/16 14/4 15/1 16/20
 27/7 49/19 50/16 56/21
 60/13 73/14 95/1 96/15
 115/18 115/19 120/15
 121/5 122/11 127/5
thought [19]   11/21 23/1
 28/22 29/13 39/11 45/1
 45/16 46/1 46/5 47/3 47/8
 47/14 55/1 72/21 73/1
 74/7 100/6 108/4 124/20
thoughts [4]   14/25 96/14
 96/22 97/9
thousand [1]   23/9
thousands [3]   26/11 96/8
 96/22
three [23]   5/21 13/13
 18/6 23/11 25/6 38/24
 46/11 46/11 46/20 47/20
 47/22 50/3 50/7 50/7
 50/24 88/3 93/2 101/7
 104/22 106/16 111/2
 123/18 128/18
through [26]   4/23 6/12
 9/4 10/8 12/10 12/11 13/8
 19/9 27/16 30/7 34/22
 37/24 41/14 44/24 45/7
 49/19 57/1 69/22 92/8
 94/21 96/14 126/4 127/1
 127/2 127/5 127/6
throughout [4]   28/9 31/6
 32/12 41/1
throw [1]   64/16
thrown [1]   15/5
Thursday [5]   10/20 72/9
 90/21 90/24 99/1
tickets [2]   106/23 107/2
tie [1]   96/24
tied [2]   95/13 96/22
time [82]   10/24 12/2
 12/22 14/22 14/23 16/16
 18/20 18/21 19/10 19/13
 19/14 19/19 20/7 20/18
 20/21 21/10 21/13 21/20
 22/19 23/14 27/1 27/7
 27/17 28/9 29/1 33/4
 33/16 34/13 40/6 40/7
 40/17 41/12 41/12 42/16
 45/14 45/15 45/17 46/1
 46/4 46/6 46/6 46/10
 47/12 47/18 47/19 47/21
 48/12 50/4 50/12 50/15
 52/17 53/4 53/17 55/11
 59/23 60/16 62/17 64/6
 64/7 64/8 64/8 66/18 93/1
 93/1 93/13 94/18 94/18
 94/21 94/25 95/17 96/12
 96/24 103/8 103/16 114/4
 122/13 127/14 127/15
 128/1 128/12 128/21 130/5
times [9]   42/16 53/25
 74/12 85/14 88/9 88/10
 88/10 88/20 127/13
tiring [1]   11/1
tissue [1]   26/4
today [13]   4/8 5/14 5/25
 8/15 10/5 22/10 28/3 30/8
 90/16 91/15 100/9 103/10

toes [1]   123/20
together [34]   11/15 11/15
 15/4 32/23 34/17 38/14
 41/12 41/13 44/6 44/6
 44/10 47/10 53/18 59/14
 59/15 59/16 59/17 59/19
 59/22 60/5 62/7 62/8
 62/11 66/7 72/4 74/12
 91/20 91/22 91/24 94/9
 95/14 96/2 96/7 106/22
TOLCHIN [4]   1/15 2/15 4/5
 113/12
told [50]   17/22 17/25
 18/2 19/21 21/1 21/23
 22/10 22/15 30/5 34/18
 44/16 45/2 45/11 47/1
 48/23 48/25 49/6 49/11
 50/1 50/3 60/23 61/2 61/9
 61/12 62/9 62/16 66/23
 72/15 72/25 73/2 74/5
 74/7 85/20 85/21 86/4
 86/9 86/10 86/11 86/11
 91/23 93/6 97/2 97/2 97/3
 99/19 101/3 101/14
 102/13 104/10 105/14
tomorrow [4]   62/16 69/7
 69/9 128/25
tonight [1]   91/1
too [11]   4/24 5/1 7/4
 22/16 49/14 51/10 58/4
 64/7 65/21 78/8 105/19
took [25]   10/24 12/15
 16/16 20/2 22/25 23/2
 23/4 26/19 29/21 31/13
 45/14 45/15 45/16 46/4
 46/6 46/6 46/10 47/11
 49/8 49/12 49/14 61/20
 89/1 106/15 108/20
tools [3]   28/24 100/4
 100/6
top [1]   76/23
topic [1]   128/22
topics [1]   32/16
totally [2]   32/17 101/24
touch [1]   11/11
touched [1]   124/25
towards [1]   126/24
trace [3]   12/20 12/23
 117/6
traffic [1]   12/7
train [2]   94/2 94/11
training [1]   60/23
transcript [2]   1/11 130/3
transcription [2]   98/4
 98/5
transfer [4]   120/7 128/15
 128/16 128/16
translate [6]   43/4 43/5
 70/7 71/8 77/7 86/24
translated [3]   71/1 114/4
 123/21
translating [1]   69/17
translation [4]   43/7
 67/16 70/6 78/22
translator [7]   42/6 42/9
 57/19 57/22 69/15 71/8
 86/24
translator's [1]   123/20
travel [1]   13/4
traveling [2]   66/5 66/9

Case 1:15-cv-01080-RMC    Document 40-4  Filed 05/05/17    Page 2 of 349 45 123/20

**T**

treated [1]   96/21
treatment [6]   24/10 24/11
 28/11 28/21 64/21 100/12
tree [2]   124/8 124/9
tremendous [2]   14/1 14/23
tried [9]   15/3 22/8 26/22
 26/24 50/25 92/7 93/25
 93/25 94/8
trip [8]   24/17 36/5 38/15
 49/14 61/19 81/14 90/23
 107/23
trouble [1]   12/6
true [3]   87/13 122/11
 130/2
trust [1]   65/2
truth [3]   30/4 79/6 84/13
try [14]   14/14 15/8 40/15
 40/25 41/5 50/20 88/25
 97/22 97/24 102/12 110/21
 113/25 115/2 127/2
trying [12]   5/2 12/14
 13/18 13/21 13/21 20/12
 27/14 33/11 38/16 110/17
 111/8 126/15
Tsve [1]   97/2
Tuesday [4]   1/6 93/3 93/5
 93/10
Turkish [2]   117/16 117/17
turn [4]   43/8 76/6 76/17
 95/19
turned [2]   34/17 40/22
turns [1]   21/6
twelve [4]   46/21 54/12
 63/20 63/21
twice [1]   64/22
two [49]   4/18 5/6 10/6
 15/20 15/21 17/16 18/5
 20/18 23/21 24/17 27/12
 36/24 36/25 37/1 38/25
 39/1 44/4 47/18 47/20
 47/22 48/15 49/19 50/24
 57/6 60/12 60/12 61/19
 65/10 67/21 67/22 67/23
 74/4 88/3 90/23 91/7
 91/19 100/10 101/6 102/10
 103/12 105/12 106/16
 110/12 111/1 112/1 115/19
 122/14 123/21 124/1
Tzvi [26]   2/5 9/7 19/9
 23/24 25/11 25/20 27/18
 27/24 31/2 42/4 42/7 42/8
 43/14 43/17 43/19 47/16
 51/22 52/11 54/6 56/4
 56/5 56/7 83/17 104/20
 108/21 112/13

**U**

U-T [1]   124/2
U.S [1]   55/17
Uh [3]   25/22 34/24 59/2
Uh-hmm [3]   25/22 34/24
 59/2
uncertainty [1]   50/14
uncle [2]   49/3 49/12
uncomfortable [1]   71/7
under [3]   4/10 104/12
 125/22
understand [23]   22/25
 31/14 43/11 45/15 46/6

Did/10e 60/10  61/1 e 61/8/05/17
 61/14 71/5 71/10 72/20
 87/12 87/13 101/20 114/2
 114/20 114/21 117/20
 117/23 124/22 127/17
understanding [2]   14/17
 61/15
understands [3]   71/15
 84/6 84/7
understood [16]   13/8
 13/10 28/12 31/10 39/9
 48/16 50/9 50/17 92/4
 92/17 92/19 96/3 96/6
 99/17 105/22 106/1
Unfortunately [1]   82/18
united [10]   1/1 1/12 1/22
 44/1 59/5 70/22 95/12
 118/23 119/1 130/4
universities [1]   65/16
University [1]   115/16
until [16]   12/12 18/1
 21/20 23/2 26/18 26/20
 47/12 47/12 47/16 54/12
 93/5 93/14 100/9 103/10
 113/8 128/8
untold [1]   31/3
up [41]   6/3 11/3 11/4
 12/17 17/24 21/17 30/8
 33/13 35/2 39/22 43/7
 54/17 54/18 54/19 57/20
 58/4 58/5 64/16 65/25
 69/15 72/12 72/13 72/13
 74/23 75/2 76/7 76/17
 76/17 76/23 79/6 79/20
 84/11 86/8 91/9 92/1 92/9
 105/25 106/2 106/8 111/22
 117/6
upgrade [1]   105/25
ups [1]   107/20
upset [2]   30/16 34/19
upstairs [3]   11/21 12/1
 72/16
urge [1]   4/21
us [72]   5/25 7/19 9/4
 10/8 10/18 11/3 11/19
 11/19 13/16 14/2 17/1
 17/1 17/25 18/2 18/4 19/5
 19/20 21/9 23/6 23/7
 23/12 32/10 34/3 40/6
 41/10 41/13 44/3 49/6
 49/14 54/7 59/15 60/3
 60/22 61/9 61/20 62/11
 65/25 66/11 66/13 66/15
 66/23 66/24 70/24 71/18
 74/14 74/14 77/17 81/17
 85/15 87/17 87/18 89/7
 89/16 90/19 91/25 92/5
 93/24 95/3 95/3 95/15
 96/4 99/19 101/3 101/20
 103/8 104/18 104/20
 105/10 105/10 110/16
 112/3 120/1
use [7]   59/17 90/7 101/16
 107/20 111/10 111/13
 113/9
uses [1]   28/23
using [1]   5/19
usual [3]   26/21 40/21
 49/20
usually [10]   6/9 44/15
 47/13 47/19 60/6 69/21

90/2 e 90/12 495/45 123/20

**V**

vacation [2]   26/18 80/15
vacations [1]   108/17
variety [1]   32/16
various [1]   127/13
vehicle [1]   28/23
verbal [2]   22/21 122/15
versus [5]   4/3 119/4
 119/10 119/17 119/23
very [121]   8/16 11/1 12/1
 12/14 13/6 13/18 13/18
 13/23 14/15 14/18 14/18
 14/22 15/8 16/19 16/19
 17/13 17/13 17/14 17/18
 19/19 20/7 20/7 20/13
 22/12 22/12 22/17 22/21
 22/21 22/22 23/12 23/22
 24/13 26/12 26/12 26/22
 27/2 27/7 28/10 28/11
 29/1 29/4 29/6 29/6 29/13
 29/24 29/24 30/5 30/6
 32/13 32/20 32/24 33/10
 33/17 33/19 33/25 34/3
 34/7 34/19 34/21 34/21
 34/23 34/25 37/5 40/6
 40/7 41/8 41/21 42/8
 42/18 45/19 45/25 46/12
 47/11 47/14 48/17 51/4
 54/4 55/2 67/10 67/24
 71/19 71/19 71/21 73/9
 73/9 74/2 74/2 74/15
 77/16 77/18 78/15 80/3
 80/3 80/6 83/10 86/14
 86/14 87/9 89/13 92/4
 94/15 94/24 95/2 95/9
 100/17 100/18 100/19
 102/11 102/12 103/5
 103/20 104/4 105/8 105/8
 105/16 105/18 105/21
 106/7 106/20 108/7 115/13
via [1]   5/22
Victor [1]   124/2
video [14]   34/25 35/4
 35/10 35/11 35/17 81/7
 81/11 82/6 82/8 82/9
 82/17 98/4 98/5 98/12
view [1]   127/4
village [1]   104/6
visit [4]   41/7 41/11
 86/11 87/17
vitae [1]   118/8
vocal [1]   16/15
voice [2]   17/11 58/6

**W**

wait [8]   10/10 10/10
 10/10 10/10 15/24 37/15
 76/8 78/19
waited [3]   18/1 76/6
 76/17
waiting [2]   61/10 87/7
wake [1]   12/17
walk [2]   10/8 38/16
walking [5]   14/5 31/11
 48/2 60/25 72/11
walks [1]   19/1
want [40]   4/17 6/2 15/11
 20/25 21/1 24/19 26/4
 31/19 35/23 39/16 40/20

**want...** [29]   41/25 51/22
55/7 55/10 56/18 62/18
73/19 73/19 74/17 80/7
81/7 86/21 87/21 91/8
96/1 96/1 96/2 102/12
103/9 103/9 103/18 104/20
104/21 107/6 110/18
110/19 111/5 111/5 112/1
**wanted** [9]   17/1 23/23
43/8 49/4 49/9 80/8 90/7
96/2 96/3
**wants** [5]   49/6 66/13
94/15 106/3 106/9
**was** [453]
**Washington** [3]   1/5 1/23
128/25
**wasn't** [9]   32/21 33/10
34/15 72/16 73/6 86/1
92/1 92/2 99/7
**watch** [2]   11/7 34/4
**water** [2]   63/1 77/17
**wave** [1]   27/3
**way** [40]   6/10 6/15 10/21
11/15 12/12 13/3 14/3
15/18 17/21 27/3 27/4
29/4 29/6 34/4 40/9 40/19
40/23 46/19 64/20 92/12
93/22 93/23 95/15 95/15
95/16 95/19 96/4 96/4
96/6 96/23 99/3 99/20
100/19 101/1 101/19 102/2
102/13 104/22 110/18
126/4
**ways** [3]   39/25 52/14
126/2
**we** [319]
**we'll** [18]   7/15 8/15 21/9
39/22 57/19 57/24 62/6
62/8 69/7 69/9 79/13
79/15 84/23 93/11 102/4
112/2 114/3 114/4
**we're** [33]   4/8 4/19 6/21
10/5 10/25 14/2 14/3 18/3
21/8 27/11 27/12 27/14
40/2 40/2 41/2 44/4 44/5
58/4 61/10 65/5 69/10
84/20 86/22 90/18 93/20
93/21 98/8 101/12 102/3
102/11 103/18 110/17
111/8
**we've** [2]   82/18 90/16
**wearing** [1]   24/12
**week** [14]   11/1 26/13
26/19 32/14 32/15 32/18
32/22 59/25 61/19 64/22
65/5 88/9 88/21 100/10
**weekend** [1]   47/20
**weekends** [2]   41/10 78/6
**weeks** [4]   47/18 47/20
49/19 100/10
**weeping** [1]   41/3
**Weinstein** [2]   119/22
119/23
**WEISER** [12]   1/18 2/4 2/6
2/7 2/9 2/10 2/12 2/13
4/5 5/17 6/21 6/23
**Weiss** [1]   119/17
**well** [30]   5/3 8/16 10/16
16/12 18/10 18/11 19/6

**28/4 28/9 32/23 38/4 43/7**
44/10 58/4 58/17 65/21
70/7 93/17 95/7 95/9
97/20 101/21 103/21 109/1
112/22 113/17 121/5 121/7
128/20 129/3
**went** [32]   11/1 11/6 11/12
11/18 11/22 19/15 26/20
28/18 28/21 29/6 33/8
33/9 44/10 46/21 46/25
48/16 48/20 48/21 60/21
61/5 62/10 72/13 72/16
74/1 90/21 92/1 92/1
92/12 92/16 107/9 107/24
107/25
**were** [161]
**weren't** [5]   14/7 49/12
50/5 66/4 90/23
**west** [4]   119/9 119/15
119/16 123/18
**Westminster** [1]   119/17
**what** [140]
**what's** [14]   43/8 46/12
47/8 49/6 73/16 91/16
96/17 96/17 96/18 96/19
101/5 105/22 107/7 129/8
**whatever** [4]   26/22 45/18
99/23 104/6
**when** [103]   6/4 6/5 6/6
6/11 10/11 10/12 11/7
13/10 16/17 16/17 17/20
18/15 18/17 19/7 21/5
21/22 22/10 22/10 22/12
22/15 24/13 25/14 30/5
30/8 30/15 30/15 30/6
33/18 33/19 34/11 34/16
40/18 40/19 44/11 46/25
48/14 48/17 48/21 49/17
49/22 49/23 50/9 50/9
51/18 53/5 53/6 53/17
53/17 53/18 53/24 59/23
59/24 60/7 60/13 64/14
64/14 69/5 71/7 72/7
72/23 73/1 73/3 73/15
73/17 73/23 74/1 74/7
79/25 80/2 80/4 81/4
85/16 86/1 86/4 86/25
87/2 87/10 87/11 88/7
88/8 88/17 91/3 91/4
92/23 93/2 93/5 94/1 99/6
99/13 99/18 100/9 101/24
102/5 102/14 102/14 103/9
105/19 106/22 107/10
107/18 109/25 114/20
122/23
**whenever** [1]   15/3
**where** [54]   4/22 8/1 19/15
20/10 22/7 26/9 27/2
28/19 29/19 30/23 31/22
32/14 32/16 32/17 33/18
35/7 43/1 43/3 43/24
44/11 44/15 48/22 49/13
53/8 58/22 59/3 62/5
62/23 64/5 65/14 70/20
72/7 80/13 81/13 85/7
88/4 90/10 91/23 92/11
95/25 100/17 102/19 104/6
104/9 108/14 109/7 109/11
118/25 119/12 119/19
119/19 123/21 125/20
125/20

**whether** [1]   113/6
**which** [32]   5/14 6/9 13/6
15/16 17/13 25/8 28/1
28/2 35/17 56/20 95/3
96/9 99/14 99/22 112/9
121/16 122/5 122/6 122/10
122/18 122/19 122/23
123/4 123/17 123/25
124/13 124/13 125/3
125/16 125/20 126/6 130/8
**while** [5]   20/10 23/4 51/9
83/15 97/19
**whispering** [1]   17/6
**white** [6]   42/18 42/19
58/1 79/5 84/11 129/8
**who** [46]   5/5 10/6 23/20
25/10 25/19 27/18 32/1
34/16 34/18 35/4 35/23
36/11 46/24 47/5 47/23
48/22 49/18 51/23 52/14
54/14 57/15 62/21 69/25
74/18 75/10 76/7 76/10
77/13 80/11 87/23 87/25
90/8 91/20 92/9 99/9
105/4 107/7 108/21 112/3
113/13 120/15 127/5
127/13 128/10 128/12
128/13
**who's** [1]   74/21
**whole** [14]   5/1 21/18 22/6
22/24 28/17 29/7 30/19
30/21 40/23 53/18 61/15
78/3 92/17 102/17
**whom** [2]   64/24 65/2
**whose** [3]   55/22 120/14
128/11
**why** [18]   18/24 30/18
30/19 41/3 55/3 66/9
66/21 67/3 67/17 67/18
72/18 73/20 74/23 76/8
85/21 99/2 113/8 124/12
**will** [77]   4/19 16/5 19/6
35/19 39/16 40/12 47/15
52/6 54/11 54/14 54/16
56/21 57/23 60/24 61/3
61/4 62/5 62/6 62/7 63/6
63/18 67/1 70/11 71/8
71/9 71/9 71/10 75/6
75/23 76/14 77/21 79/1
79/1 79/5 82/23 82/24
83/1 83/22 85/20 85/25
86/24 87/14 88/13 89/24
94/16 96/7 98/2 101/15
102/2 102/17 102/19
102/24 102/25 103/2
106/17 106/23 110/19
112/7 112/16 112/21
113/13 113/24 113/25
114/21 114/22 114/24
118/16 121/7 121/22
122/10 123/2 123/3 127/1
127/2 127/3 128/24 129/4
**willing** [2]   29/16 29/22
**win** [1]   103/18
**window** [1]   72/11
**winter** [1]   94/2
**wise** [1]   105/8
**wish** [1]   39/10
**wished** [1]   17/1
**within** [2]   16/12 117/7
**without** [6]   17/23 28/15

**without... [4]** 80/23
 83/19 114/23 123/19
**witness [55]** 4/15 4/20
 6/22 7/3 41/24 41/25 42/5
 43/4 43/6 43/14 53/11
 54/3 54/7 54/8 54/13
 54/14 54/25 57/15 57/23
 57/24 58/2 67/13 67/15
 69/25 70/1 70/4 75/17
 78/18 78/21 78/24 79/7
 83/14 83/18 84/14 84/19
 89/14 89/15 89/17 89/20
 89/21 113/5 113/18 114/11
 118/4 118/21 118/23 119/1
 119/2 119/13 119/20
 119/21 120/2 121/1 121/8
 129/10
**witness' [1]** 43/5
**witnesses [2]** 57/24
 113/13
**woke [3]** 11/3 72/12 72/13
**women [1]** 8/18
**won [1]** 38/17
**won't [8]** 18/13 21/4 39/4
 39/6 46/23 48/3 48/6 69/8
**wonderful [4]** 27/14 34/2
 41/9 43/10
**woods [1]** 12/10
**word [12]** 42/10 43/9 77/4
 99/15 116/16 116/17
 123/20 124/2 125/3 125/9
 126/13 126/13
**words [4]** 84/16 91/4
 124/1 125/24
**wore [1]** 31/12
**work [17]** 5/10 26/17
 26/19 26/20 26/22 27/3
 29/15 29/16 30/7 34/3
 40/18 44/14 72/21 91/14
 111/15 116/1 116/7
**worked [1]** 42/15
**working [6]** 27/12 28/3
 28/22 65/5 100/11 101/12
**world [6]** 13/4 13/25
 66/11 66/18 66/19 104/24
**worldwide [2]** 67/3 67/4
**worried [3]** 29/11 29/25
 61/4
**worse [2]** 29/13 93/20
**would [93]** 5/18 6/25 7/1
 7/16 9/19 9/20 11/2 12/10
 15/3 15/24 17/25 27/2
 27/3 27/4 27/5 27/6 27/16
 27/16 28/15 28/17 28/17
 28/18 28/19 28/20 28/23
 28/24 28/25 30/19 30/23
 31/15 31/17 32/4 32/15
 32/18 34/25 36/18 37/6
 39/14 41/3 41/4 41/14
 42/9 42/18 42/19 43/2
 46/13 46/14 46/23 48/18
 48/20 53/10 54/7 55/2
 55/5 57/17 65/11 65/14
 65/17 69/16 73/4 73/4
 73/5 73/22 73/22 74/9
 74/12 74/12 74/13 74/13
 74/14 78/7 83/19 83/20
 86/23 87/10 89/16 94/16
 95/23 97/10 105/1 105/5
 112/14 112/17 113/21
 121/10 122/13 124/18
 126/21 126/24
**wouldn't [9]** 28/16 28/19
 29/12 29/17 34/8 40/20
 89/5 97/8 97/8
**wound [1]** 27/13
**wounded [4]** 15/6 17/16
 22/7 96/20
**wow [1]** 96/16
**wrapped [3]** 23/19 25/6
 104/14
**write [8]** 50/20 50/25
 51/1 86/19 86/25 88/18
 88/19 117/14
**writes [1]** 30/15
**wrong [3]** 28/18 46/16
 102/25
**wrote [8]** 46/17 51/3 51/6
 51/7 51/18 116/7 123/15
 123/15

**Y**

**Y-A-A-K-O-V [1]** 9/17
**Yaakov [3]** 9/12 9/17
 55/21
**yard [2]** 81/14 94/22
**Yassin [1]** 125/15
**yeah [49]** 12/21 19/7 20/7
 25/18 27/11 28/9 31/21
 36/24 40/15 43/12 43/21
 44/13 44/22 48/13 49/23
 50/8 59/11 60/21 62/3
 62/15 62/16 62/24 63/3
 63/10 63/13 64/12 65/1
 65/7 65/13 65/19 65/22
 71/2 71/6 71/12 74/20
 75/14 76/19 77/2 84/4
 84/18 89/1 95/22 100/3
 104/4 106/15 107/16
 108/13 111/12 119/6
**year [18]** 10/17 24/14
 24/18 33/3 33/4 33/7 33/7
 33/12 33/24 33/24 61/20
 105/24 105/25 105/25
 109/8 109/9 109/9 128/3
**years [20]** 10/6 20/18
 27/12 31/10 31/18 36/24
 37/1 44/8 60/12 65/8
 70/19 80/20 85/6 88/3
 102/10 102/13 103/12
 109/10 115/24 124/20
**Yechimovich [1]** 98/22
**yelling [1]** 22/3
**yep [3]** 90/17 111/24
 111/24
**yes [113]** 4/13 4/21 5/8
 5/13 5/16 7/13 8/4 8/10
 8/12 8/22 9/5 15/19 25/4
 25/9 25/13 36/5 36/24
 37/9 38/2 38/11 39/2
 39/11 40/15 42/1 42/3
 42/12 42/21 52/13 54/22
 56/10 56/16 57/5 57/21
 59/6 59/8 61/25 62/20
 66/13 67/5 69/11 69/14
 69/18 69/23 70/11 70/23
 70/25 71/4 75/19 75/23
 76/4 77/8 77/16 78/23
 79/3 79/17 80/1 80/10
 82/1 82/7 82/12 82/14
 82/16 83/9 84/15 85/10
 85/12 86/6 86/16 86/20
 87/6 87/24 98/15 98/25
 101/1 103/20 108/6 108/8
 109/2 109/7 113/7 113/14
 113/24 114/8 114/10
 114/19 114/25 115/5 118/5
 118/8 118/11 118/22 119/4
 119/11 119/18 119/25
 121/21 121/21 121/25
 122/2 122/4 122/7 122/9
 122/12 123/13 124/16
 126/11 126/15 127/12
 129/3
**Yeshiva [1]** 44/13
**yesterday [1]** 122/24
**yet [7]** 6/10 19/21 20/11
 21/2 21/2 24/3 50/5
**York [2]** 1/17 119/24
**you [636]**
**you'll [2]** 98/5 105/15
**you're [30]** 4/22 8/13
 19/2 36/19 39/23 41/23
 42/1 45/21 64/23 78/21
 78/24 83/12 84/19 84/23
 85/9 89/18 94/23 94/23
 95/9 95/9 97/5 97/5
 100/11 102/9 102/18 103/1
 110/16 110/24 117/21
 128/21
**you've [1]** 65/25
**young [4]** 21/22 23/23
 24/15 62/22
**younger [5]** 22/2 23/22
 36/3 36/23 42/9
**youngest [1]** 30/25
**youngest's [1]** 109/14
**your [174]**
**yourself [4]** 33/11 94/12
 94/23 102/6

**Z**

**zero [3]** 101/22 110/24
 111/2
**zip [4]** 77/3 77/3 77/6
 77/7