UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


RACHEL DEVORA SPRECHER      :
FRAENKEL ET AL,             :
                            :
          Plaintiffs,       :        Docket No. CA 15-1080
                            :
     vs.                    :           Washington, D.C.
                            :     Wednesday, December 7, 2016
                            :            10:10 a.m.
ISLAMIC REPUBLIC OF IRAN,   :
ET AL,                      :
                            :
          Defendants.       :
---------------------------x



TRANSCRIPT OF EVIDENTIARY HEARING
BEFORE THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE



APPEARANCES:

For the Plaintiffs:        ROBERT TOLCHIN, Esquire
                           The Berkman Law Office, LLC
                           111 Livingston Street
                           Suite 1928
                           Brooklyn, New York 11201

                           RACHEL MAY WEISER, Esquire
                           Shurat Hadin
                           Israel Law Denter
                           Beit Hakeren, 10 Hata'as Street
                           Ramat Gan 52512, Israel

Court Reporter:            CRYSTAL M. PILGRIM, RPR, FCRR
                           Official Court Reporter
                           United States District Court
                           District of Columbia
                           333 Constitution Avenue, NW
                           Washington, DC  20001

TABLE OF CONTENTS

|  | Direct | Cross |
|---|---|---|
| On behalf of the Plaintiffs: | | |
| Arieh D. Spitzen | | |
| By Mr. Tolchin | 5 | |
| Rael D. Strous | | |
| By Mr. Tolchin | 33 | |
| Marius Deeb | | |
| By Mr. Tolchin | 82 | |
| Matthew Levitt | | |
| By Mr. Tolchin | 100 | |
| Patrick Y. Clawson | | |
| By Mr. Tolchin | 119 | |
| Benedetta Berti | | |
| By Mr. Tolchin | 128 | |

E-X-H-I-B-I-T-S

|  | Marked | Received |
|---|---|---|
| On behalf of the Plaintiffs: | | |
| Exhibit No. 27 - 32 | | 9 |
| Exhibit No. 23 | | 30 |
| Exhibit No. 14 | | 34 |
| Exhibit No. 15 - 19 | | 38 |
| Exhibit No. 35 | | 83 |
| Exhibit No. 36 | | 86 |

TABLE OF CONTENTS CONT'D

E-X-H-I-B-I-T-S

|  | Marked | Received |
|---|---|---|
| On behalf of the Plaintiffs: | | |
| Exhibit No. 33 | | 102 |
| Exhibit No. 34 | | 106 |
| Exhibit No. 39 | | 120 |
| Exhibit No. 40 | | 122 |
| Exhibit No. 37 | | 130 |
| Exhibit No. 38 | | 132 |
| Exhibit No. 41 | | 137 |

```
 1                        P-R-O-C-E-E-D-I-N-G-S

 2              THE DEPUTY CLERK:  Civil action 15-1080, Rachel

 3    Devora Sprecher Fraenkel versus Islamic Republic of Iran, et

 4    al.

 5              For the plaintiff, Robert Tolchin and Rachel Weiser.

 6              THE COURT:  The defendants are in default and have

 7    chosen not to appear.

 8              We can resume where we were with -- hold on -- with

 9    Mr. Spitzen; is that correct?

10              MR. TOLCHIN:  Correct.

11              THE COURT:  If the interpreter can come forward.  I

12    always have my courtroom deputy have the interpreter take the

13    oath every day.  That is because I always have witnesses take

14    the oath everyday and I don't want a jury to have any

15    suspicions.

16              So if you'll indulge me, please.

17              (Interpreter Dina Levine sworn.)

18              THE COURT:  Thank you.

19              Sir, I'm going to have you take the oath again too.

20    That's because I have, if you'll pardon me everybody, criminal

21    defendants take the oaths every time they get on the stand for

22    obvious reasons and I just do it for everybody now.

23              Go right ahead, Ms. White.

24              Can you hear the interpreter?

25              THE INTERPRETER:  Yes, he does.
```

1          PLAINTIFF WITNESS ARIEH D. SPITZEN SWORN

2          THE COURT:  Thank you, sir.

3       You may proceed when you're ready.

4          MR. TOLCHIN:  Thank you, Your Honor.

5       Your Honor, we prepared a list of nine spellings for

6  you.

7          THE COURT:  I appreciate that, more particularly the

8  Court Reporter will appreciate that.

9          MR. TOLCHIN:  Given how many letters there are in

10  each one I thought that would save us a little time.

11          THE COURT:  It's very helpful.  I even recognize

12  about half of the references, but not all of the spellings, so

13  go right ahead.

14               DIRECT EXAMINATION (CONTINUED)

15  BY MR. TOLCHIN:

16  Q.   Mr. Spitzen, are you aware of certain events involving an

17  individual named Naftali Fraenkel that took place between June

18  12th and June 30th, 2014?

19  A.   Yes, sir.

20  Q.   And very briefly, what was the event that you're referring

21  to or that you're aware of?

22  A.   The 12th of June, two young men or boys that were studying

23  in Alon Shvut, and an additional young man that was studying at

24  the Yeshiva in Hebron arrived at the junction of Alon Shvut and

25  took a lift or a vehicle from which they never returned.

1  Q.   It was a kidnapping and a murder?

2  A.   They were kidnapped and murdered.

3           THE COURT:  Please don't suggest answers to your

4  witnesses, okay.

5           MR. TOLCHIN:  Sure.

6           THE COURT:  Thank you.

7           MR. TOLCHIN:  I apologize.

8           THE COURT:  Thank you.  I understand what you're

9  doing, but we really need his testimony.

10 BY MR. TOLCHIN:

11 Q.   Sir, have you reviewed materials that provide information

12 about how the kidnapping happened?

13 A.   Yes, sir.

14 Q.   What materials did you review?

15 A.   I went over the police file that contains testimony by

16 passerbys and that contains forensic reports or testimony and a

17 report of the autopsy after the deaths, the words of one of the

18 people who were kidnapped that called the police and the report

19 of the ballistic laboratory of the Israeli police and of the

20 signals of the Israeli police.  And also the report of the head

21 of the unit that was caught and sentenced to three life terms

22 in prison.

23 Q.   What was that person's name?

24 A.   Hussam Qawasmeh.

25           MR. TOLCHIN:  That's number 1, Your Honor.

1             THE COURT:  Thank you.

2             THE WITNESS:  I also reviewed the file of the

3    military court of Hussam Qawasmeh.

4    BY MR. TOLCHIN:

5    Q.   The trial of Hussam Qawasmeh.

6        You referred to a transcript of a telephone call?

7    A.   I'm referring to the recording that was reported to the

8    police, but I also heard the conversation myself.

9    Q.   Were you in the courtroom yesterday when a police

10   emergency call recording was played in court?

11   A.   Yes, sir.

12   Q.   Was that the recording that was played that you are

13   referring to?

14   A.   Yes, this is the conversation and this is the words.

15   Q.   Just to be clear, was Qawasmeh convicted of a crime in

16   connection with the kidnapping of Naftali Fraenkel?

17   A.   Qawasmeh was the commander of the unit that kidnapped and

18   murdered Naftali Fraenkel, of the cell.

19            THE COURT:  Of the, what was the word?

20            THE WITNESS:  Cell.

21            MR. TOLCHIN:  The cell.

22            THE COURT:  Thank you.

23        Is that a cell of the Brigades?

24            THE WITNESS:  Yes, of the Hussam Qawasmeh Brigade.

25            THE COURT:  Thank you.

1          I have another question.  Was Qawasmeh immediately a

2    participant or just directing from afar of other people?

3          THE WITNESS:  Qawasmeh was not a participant in the

4    operation itself.  He planned it, he fund raised it or was

5    involved in fund raising it and he got after the operation from

6    the terrorists a kind of report what happened.

7          THE COURT:  Thank you.

8          MR. TOLCHIN:  At this point, Your Honor, before we

9    proceed with the examination, I would like to offer several

10   documents in evidence, putting them in order.

11         The documents I'm offering at this point are all

12   certified apostille copies of Israeli government documents.

13         Would you like me to hand them all up at once or do them

14   one at a time?

15         THE COURT:  You can identify them one at a time and

16   hand them all up at once.

17         MR. TOLCHIN:  Okay.  Exhibit 27 is the authentication

18   of the crime scene photos from the Israeli police file; 28 is

19   the ballistics report from that file; 29 is the forensic

20   laboratory report on the examination of the vehicle that the

21   kidnapping took place in.

22         Exhibit 30 is the forensic laboratories examination on

23   the clothing that was, that the victims were wearing; and

24   Exhibit 31 is the autopsy report of Naftali Fraenkel and

25   Exhibit 32 is the sentencing judgment of Hussam Qawasmeh from

1   the Israeli court.

2       All of these documents that I'm handing up now are

3   certified copies of the originals which are obviously in

4   Hebrew, but in the exhibit book that we provided the Court for

5   each of these documents, we've also provided a translation but

6   the purpose of my handing them up now is that these are the

7   certified copies that came from Israel.

8           THE COURT:  Thank you, sir.

9       The certified copies of Exhibits 27 through 32 will be

10  received into evidence.

11      (Plaintiff Exhibits Numbers 27 through 32 received in

12  evidence.)

13  BY MR. TOLCHIN:

14  Q.   Mr. Spitzen, the documents which I just referred to and

15  presented to the Judge, are those among the documents that you

16  reviewed?

17  A.   Yes, sir.

18  Q.   Based on the information that you reviewed, can you

19  describe for the Court the sequence of events that took place

20  on June 12th, 2014?

21  A.   I will describe it with your permission.

22  Q.   Please?

23  A.   The three young men that were kidnapped they arrived at

24  the junction of Alon Shvut between 10:30, 20 to 10 p.m. and

25  10:30.  They arrived there with the purpose of catching a

1    hitchhike to the area of Israel.  Actually, to the central

2    Israel.

3        They stood at the hitchhiking post for about two minutes

4    until they got the vehicle that gave them the lift until they

5    were murdered and they were murdered around 10:12, 10:14.

6        According to the testimony of one of the terrorists,

7    according to the report that he gave to the commander of the

8    cell and in accordance with the testimony of the head of cell,

9    commander of the cell.  Immediately after they got into the

10   vehicle, one of the terrorists took a gun, told the young men

11   that they were kidnapped and if they stayed cool and well

12   behaved, no harm will be done to them.  This is of course his

13   testimony.

14       Seven minutes after they were under the threat of the

15   pistol or the gun, maybe more than ten minutes, we don't have

16   the possibility to determine precisely, at about 10:33, the

17   emergency unit of the police received a phone call from Gilad

18   Shaer, one of the people who were kidnapped.  I can say that it

19   is him because I know his cell telephone number based on the

20   testimony of his mother and the police.

21       A phone conversation lasted a little bit over two minutes,

22   which describes the moments of the murder and what happened in

23   the vehicle.  Gilad who called whispers in the telephone to the

24   police I was kidnapped, and then you hear one of the terrorists

25   repeating the sentence put your head down, put your head down.

1      And then the ten shots were heard that obviously

2  liquidated, apparently liquidated or killed those young men.

3  And then there were voices of happiness or joy and then they

4  were talking to the head of the cell.

5      So they were talking about the hitchhiking that took place

6  a little bit after 10:12 to 10:15.  And at 10:33 the

7  combination of the murder of the three young men.

8      I want to add an additional detail here.  When Qawasmeh

9  asked why those people were murdered because the intention was

10 to kidnap them, he told him one of the young men started to

11 resist the kidnapping and then according to him, he had no

12 other alternative but to liquidate him.

13 Q.   Is it possible to determine from the recording which of

14 the three boys was shot first?

15 A.   There's no such possibility.  There is a possibility that

16 one of the them or the witness to the liquidation or the

17 murder.

18 Q.   Is it so -- withdrawn.

19     So it's possible that Naftali was not the first one who was

20 shot?

21 A.   It is possible but we're not sure because the only thing

22 we have is the phone conversation.

23 Q.   So it's also possible that Naftali was aware of the others

24 being shot before he was shot himself?

25 A.   There could be such a possibility, but I cannot know.

1  Q.   From reviewing the forensic reports can you say how many

2  guns were used to shoot the three victims?

3  A.   According to the police investigation, they used two guns

4  for this murder.  One was an FN gun, and the other one was a

5  Czech gun.  This verifies also the purchase of Hussam Qawasmeh

6  because we know that he purchased those two weapons.

7  Q.   Can you, from the documents you reviewed, can you say as

8  precisely as you can, how much time passed from the time the

9  boys knew they had been kidnapped until they were murdered?

10 A.   I give an estimate at the beginning between 10 to 20

11 minutes.  I base it also on the fact because the murder wasn't

12 committed on the main roads where the boys were hitchhiked.

13 And apparently could be that they moved towards the rural area

14 before they committed the murder.

15       THE COURT:  Could I ask a question?  Is the exact

16 location of the murder known or just where the car was burned?

17       THE WITNESS:  Just where the car was burned.  We

18 don't know the exact location of the murder.  If we would know,

19 I could be more precise.

20       THE COURT:  Right.

21       THE WITNESS:  For the time that shoot take from the

22 point they were, they catch the lift to the point that they

23 were murdered.  We don't know exactly.

24       THE COURT:  Okay, thank you, thank you.

25 BY MR. TOLCHIN:

1    Q.   After the kidnapping took place, can you describe the

2    efforts that were made to locate the victims?

3    A.   After they discovered that what was at stake was a

4    kidnapping, thousands of soldiers and volunteers, units of

5    volunteers, all kinds of air crafts, men air crafts, dogs and

6    other means tried to find the bodies.

7    Q.   What about the population in Israel in general, was there,

8    were they involved as well?

9    A.   I said yesterday as we heard from the family, the whole

10   country was involved because we weren't sure if it was

11   kidnapping or what was involved.

12       And it was apprehension about the fate of these young men.

13   And the great hope that they would be able to find them.

14   Q.   Would it be fair to say that this event became something

15   of a national event?

16   A.   Yes, indeed it became an event at the national level.  And

17   not to talk about the final results that led to an Israeli

18   operation against the Hamas in Gaza.

19   Q.   When were the victims' bodies ultimately found?

20   A.   The bodies were discovered on the 30th of June, 2014 in

21   the area of Hebron, that is to say 18 days after the

22   kidnapping.

23   Q.   Where were they found?

24   A.   They were located in the parcel of land called Aranb.

25               THE COURT:  How do you spell that, do you know?

1          THE INTERPRETER:  I have no idea, A-R-A-N-B.

2          MR. TOLCHIN:  Hirbet?

3          THE WITNESS:  Hirbet Aranbeh.

4          MR. TOLCHIN:  I'm going to take a stab, H-I-R-B-E-T

5    Aranbeh?

6          THE WITNESS:  Yeah.

7          MR. TOLCHIN:  A-R-A-N-B-E-H.

8          THE COURT:  Thank you.

9          MR. TOLCHIN:  Which is Arabic, not Hebrew.

10         THE COURT:  Okay.

11         MR. TOLCHIN:  I'm sorry.

12         THE WITNESS:  (Speaking to Mr. Tolchin.)

13         MR. TOLCHIN:  Oh, it means a rabbit.

14         THE COURT:  Thank you.

15         THE WITNESS:  The main significance is that parcel of

16   land belonged to Hussam Qawasmeh.  And he purchased this land

17   several months prior to the operation of this terrorist

18   activity.

19   BY MR. TOLCHIN:

20   Q.  I'm going to direct your attention to Exhibit 27.  I'll

21   put it up on the screen here.  Not for the faint of heart.

22     Were there photographs of the, where the bodies were

23   discovered in the police files that you reviewed?

24   A.   There was a file of the photos and also of the videos and

25   I'd watched both of these.

1  Q.    I'm going to show you three photographs that are

2  collectively marked as Exhibit 27 and ask are these the

3  photographs that you reviewed from the police file?  Yes?

4  A.    Yes.  Yes.  This is after they were found and they were

5  prepared to take away from the police so we can see the

6  numbers, one, two and three for the three bodies.  This is

7  after they are out of the graveyard.

8  Q.    Does this picture depict the way the bodies were placed

9  into the ground?

10  A.    The picture shows how they were found.  I don't know

11  exactly how they were put in the ground, but this where they

12  were found.

13  Q.    But they were not buried in any kind of proper grave?

14  A.    No, not at all.

15  Q.    How were they placed?

16  A.    According to the descriptions of Qawasmeh what was in the

17  area, there was a hole in the ground of this parcel of land.

18  And they put the bodies in this hole in the ground and on top

19  of it they dropped sand, dust and also stones.  And on top of

20  this layer of stones and dust and sand, they put plants.

21  Plants of, that have, with sharp --

22  Q.    Thrones.

23  A.    Thrones that are in the area that are indigenous to the

24  area in order to camouflage the place.

25  Q.    Mr. Spitzen, how were the perpetrators of this crime

1  identified?

2  A.    I'm not sure that I'm familiar with all of the details

3  because some of it could be connected to intelligence work that

4  I'm not familiar with that I was not exposed to.

5      But a few days after the kidnapping, they started to search

6  for one Qawasmeh and other operation who were the murderers of

7  the young men.  And there was sayings that families told about

8  the missings of the two terrorists.

9  Q.    You mean the terrorist families?

10  A.    Yes, the terrorists families.  That is one possibility

11  I've seen in some of the testimony.

12          THE COURT:  I didn't understand that testimony.

13          MR. TOLCHIN:  Neither did I, but I think I know.

14  BY MR. TOLCHIN:

15  Q.    The terrorists families --

16          THE COURT:  No, ask questions.  You can't testify.

17          MR. TOLCHIN:  Sure.

18  BY MR. TOLCHIN:

19  Q.    Please explain what you were referring to with respect to

20  the families?

21  A.    The families of the terrorists approached the Palestinian

22  police, and informed them of the absence of these two people,

23  these two terrorists.

24          THE COURT:  Their family members?

25          THE WITNESS:  Yes.

1             THE COURT:  They informed.

2             THE WITNESS:  Yeah, they were, they didn't know where

3 they went to or they informed the Palestinian police that they

4 were missing.

5             THE COURT:  Right, I understand.

6 BY MR. TOLCHIN:

7 Q.   Are you saying that they reported their family members as

8 being terrorists or they reported their family members as being

9 missing?

10 A.   No.  Of course, they didn't inform that they were

11 terrorists.  They said that they were missing, that they were

12 missing.

13 Q.   Okay.  Who were the perpetrators, just run through the

14 different characters?

15 A.   Qawasmeh, Hussam Ali.  As I said, the first one was the

16 commander of the cell.  Hussam Ali Qawasmeh.  Hussam Ali

17 al-Qawasmeh.

18 Q.   It's just a name.  Hussam Ali al-Qawasmeh.

19             THE COURT:  Is that number 1 on this list?

20             MR. TOLCHIN:  Yes, it's number 1 and number 2

21 apparently.

22             THE WITNESS:  Okay, yes.

23             THE COURT:  Number 2 is the same person, correct?

24             THE WITNESS:  No.

25             MR. TOLCHIN:  Hussam Qawasmeh and Hussam Ali Hasan

1    al-Qawasmeh is that the same person?

2            THE WITNESS:  The same person.

3            THE COURT:  Okay, thank you.  That was really my

4    question.

5            THE WITNESS:  He was the commander of the cell, he

6    was born in 1973.  And when he planned and was a participant in

7    the carrying out of the murder, he was already a veteran Hamas

8    activist.

9        He was sentenced to prison from 1995 to 2002.  He was

10   sentenced for seven years for his participation in a Hamas

11   cell, a cell that carried out terrorist activities.  And his

12   arrest from 1995 until 2002, the fact is that even then in

13   1995, he planned to kidnap in Gush Etzion.

14   Q.   To kidnap a Jew.

15   A.   In order to carry out bargaining, to carry out kidnapping

16   for the purpose of bargaining, to exchange of prisoners.

17   Q.   Why didn't he carry out that attack in 1995, if you know?

18   A.   He tells in his investigation.

19   Q.   Interrogation?

20   A.   Interrogation.  When they planned this kidnapping it

21   became apparent to them that it is a very complex operation

22   from a logistical point of view.  And that requires a lot of

23   money.  Because they had to purchase weapons, and they had to

24   purchase vehicles, they had to purchase a hide out apartment,

25   and they didn't have the funding, they didn't have the money,

```
 1   they didn't have the funding.

 2            THE COURT:  Is this in 1995?

 3            THE WITNESS:  Yes, this in 1995.

 4            THE COURT:  Thank you.

 5            THE WITNESS:  And that's why they were not able to

 6   carry it out.

 7   BY MR. TOLCHIN:

 8   Q.   In 1995?

 9   A.   In 1995.  Just as a side comment, the inability or ability

10   to fund it or to find financing is the one that contributes to

11   the ability to carry out such an operation.

12   Q.   So in your opinion, sir, is the availability of funding,

13   financing, something that enabled Qawasmeh and the others to

14   carry out this attack in 2014?

15   A.   Yes, it did.  The financing, the funding is very crucial

16   in order to carry out such an operation.

17   Q.   Moving on to the next person.  Was there an individual

18   involved named Marwan Sa'di Abd al-Afu al-Qawasmeh?

19   A.   Marwan Sa'di Abd al-Afu al-Qawasmeh.

20            THE INTERPRETER:  This person, can you repeat his

21   name?

22            MR. TOLCHIN:  Marwan Sa'di Abd al-Afu al-Qawasmeh.

23            THE WITNESS:  He was a partner of Hussam Qawasmeh for

24   planning the attack.  He's a cell like Qawasmeh, was a veteran

25   Hamas activist when he planned together with Hussam the action.
```

1  He was released from prison only in 2012 from a prison sentence

2  of several years for his participation in the Hamas and

3  according to the testimony of Hussam, he was the one who pushed

4  to carry out the attack in the characteristics of exchanging

5  prisoners for kidnapping.

6  Q    (By Mr. Tolchin) Who else was involved in this attack?

7  A.    Marwan Qawasmeh in the instruction of Qawasmeh recruited

8  an additional terrorist named Amer Abu Aisha.

9  Q.    That's Amer Omar Abd al-Qadar Abu Aisha.

10 A.    Amer Omar Abd al-Qadar Abu Aisha.

11 Q.    What was Abu Aisha's role?

12 A.    Abu Aisha was together with one was in the same vehicle

13 that kidnapped the young men in which they were murdered.

14 According to the testimony of Hussam Qawasmeh, Abu Aisha was

15 the driver in the vehicle.

16     According to the findings that we found in which the young

17 men were shot by two guns, and according to the ballistic tests

18 of the vehicle, the two terrorists number one Amer, shot from a

19 gun that was at their disposal, from a gun that was at one's

20 disposal at the young men from a short range in the vehicle.

21 Q.    What was Abu Aisha's background?

22 A.    Abu Asia is also a Hamas activist, and also he sat in

23 prison and also in preventive arrests and that is to say that

24 he was also a member of Hamas when he committed the murder.

25          THE COURT:  Can I ask a question?  Do I take from

1  this testimony then that number 3, Marwan Sa'di Abd al-Afu

2  al-Qawasmeh.  And number four, I don't dare say that, Abu Aisha

3  those are the two men who actively participated in the

4  kidnapping and the murders?

5         THE WITNESS:  Yes.

6         THE COURT:  Thank you.

7         THE WITNESS:  These are the murderers.  The ones who

8  carried out the operation.

9         THE COURT:  Thank you.

10        Now I have one more question.  Does al-Qawasmeh refer to

11  a location or a tribe or something since there are four people

12  on this list whose name end with al-Qawasmeh?

13        THE WITNESS:  Yes, Your Honor, you're right.  Al-

14  Qawasmeh is one of the biggest families or more tribe as you

15  described.

16        MR. TOLCHIN:  Klan.

17        THE WITNESS:  In Hebron.  There are four or five big,

18  big families and Qawasmeh is one of them.

19        THE COURT:  Thank you.

20  BY MR. TOLCHIN:

21  Q.   Sir, did these perpetrators receive assistance from

22  anybody in Gaza?

23  A.   Yes.  The one who enabled the execution of this operation

24  from a funding point of view is Mahmoud Qawasmeh.  The brother

25  of Hussam al-Qawasmeh.  And the dangerous terrorist by himself.

1        In 2004 he was a partner to a suicide bombing of two

2   persons in Beersheba in which 16 people were murdered.   Mahmoud

3   Qawasmeh was suppose to sit in jail.   He was sentenced to 20

4   years in prison, but in the Schalit deal in 2011, he was

5   released and exiled to Gaza.

6            THE COURT:   To where, Gaza?

7            THE WITNESS:   To Gaza.

8   BY MR. TOLCHIN:

9   Q.   Can you briefly explain what you are referring to when you

10  mentioned the Shalit deal?   S-H-A-L-I-T.

11  A.   On the 25th of June, 2006 from the border of the Gaza

12  Strip the soldier by name of Gilad Schalit was kidnapped and in

13  October 2011, the government of Israel released a thousand

14  Hamas activists that served in prison for long periods of time.

15  Part of those who were released, the more dangerous of them

16  were exiled to Gaza and the most dangerous ones were exiled

17  overseas.

18            THE COURT:   And was the soldier released?

19            THE WITNESS:   Yes, the soldier was released and

20  alive.

21  BY MR. TOLCHIN:

22  Q.   After five years?

23  A.   After five and a half years.

24  Q.   In your opinion was Qawasmeh and the other perpetrators

25  trying to achieve something like the Schalit prisoner exchange?

1  A.   Yes, sir.  One of the objectives of the Hamas organization

2  is the release of prisoners, it's own prisoners who sit in

3  prison and a vehicle to achieve it since the Schalit Deal is

4  the kidnapping of the Jew, a civilian or a soldier in order to

5  negotiate a similar deal to the one with Schalit which they

6  consider a great victory, a great achievement.

7           THE COURT:  So in this case why did they kill the

8  boys?

9           THE WITNESS:  They kill the boys because they got

10  into pressure when one of them or two of them -- first of all,

11  the original plan was to kidnap one, but while they stood in

12  the station in this, in order to take relief, the one who

13  opened the door called the two others to enter.  So instead of

14  having one man that they can control, they had three people

15  that did not off them at least, obey to them.  So they get into

16  pressure and they decided on the ground to kill them.

17           MR. TOLCHIN:  They lost their cool.

18           THE COURT:  I'm sorry?

19           MR. TOLCHIN:  They lost their cool.

20           THE COURT:  You don't need to testify.  I understood

21  what he said.  Thank you.

22  BY MR. TOLCHIN:

23  Q.   From the perspective of Hamas, was the kidnapping of these

24  three teenagers a successful operation?

25  A.   Yes.  Was from the standpoint of Hamas externally they see

1  in this action an act of terrorism, a very important act.  From

2  their standpoint any killing of a Jew, especially of settlers

3  is considered a positive event.  And they see it as heroic

4  action.

5  Q.   What assistance did Mahmoud al-Qawasmeh from Gaza provide

6  to this operation?

7  A.   Mahmoud al-Qawasmeh when he arrived in Gaza found a place

8  of employment in the charitable organization Al-Nur that we

9  talked about yesterday and he transferred from this charity

10 organization about $40,000, at least $40,000 they say.

11        THE COURT:  He obtained it from them openly or he

12 stole it?

13        THE WITNESS:  No.  As we understand it, he

14 transferred the money with the authority and the permission

15 because up until now he continues to serve in this charitable

16 organization at the senior level, and according to what we hear

17 he is continuing to try to raise money to continue this

18 activities in Judea Samaria and in Israel proper.

19        The money was transferred by messengers.  Each time it

20 was a sum of around $5,000.  This money was transferred to the

21 Imam, the mother of Hussam al-Qawasmeh and Marwan al-Qawasmeh.

22 The mother's name is Subhiya Qawasmeh.  Hussam took the money

23 from his mother, she transferred to him the money.

24        In his interrogation Hussam is telling, he asks for the

25 money for the prisoners and the families of the prisoners which

1  is the objective of this organization.  And he asks for Mahmoud

2  and Mahmoud transferred it to him.  And this story is

3  unreasonable and doesn't make sense because these organizations

4  that support this civilian infrastructure of the Hamas, they

5  are very orderly.  They don't transfer money to simple

6  addresses for their Schalits and the prisoners.  They transfer

7  money according to exile or precise lists and names, of names.

8          I know the charitable organization, I know they check

9  very well.  The entitlement of those who receive the funding

10  it is clear or it is reasonable.  This organization knew that

11  the funds were for the purpose of terror and not for the

12  prisoners and their families.

13  Q.   Sir, the next individual where were the weapons purchased

14  from?  From where were the weapons purchased?

15  A.   They purchased the weapons from a Hamas person, but name

16  is Zaru.

17  Q.   That's Adnar Muhammad Eid Izzat Zaru?

18  A.   He was sentenced in the past for the sell of weaponry and

19  assistance in terror activities.

20      And this time also he sold the two M-16 guns.  That in the

21  end they did not use.  The two pistols or guns that they used.

22  Q.   Magazines?

23  A.   Magazines.

24          THE COURT:  I'm sorry, I didn't catch that.  They did

25  not use the two M 16s but they used something else?

```
 1                    MR. TOLCHIN:  Two pistols.

 2                    THE COURT:  Two pistols.  Thank you.

 3                    THE WITNESS:  Two pistols that we mentioned before.

 4                    THE COURT:  Right, right.  I just didn't catch what

 5     was being said just then.

 6                    MR. TOLCHIN:  The last two words of the translation.

 7                    THE WITNESS:  Ammunition.

 8                    MR. TOLCHIN:  Magazines and ammunition.

 9                    THE COURT:  Thank you.

10     BY MR. TOLCHIN:

11     Q.   After the murder happened during the time that the

12     murderers were missing, do we know where they were hiding?

13     A.   Immediately after the murder Hussam Qawasmeh entered

14     prison on the 11th July in 2014 when he tried to escape or run

15     away from the area.  Says during his interrogation that Marwan

16     and Qawasmeh arrived at his place around 1 or 2 a.m. in the

17     morning and told him about the murder of the three young men.

18     And asked for assistance in the burial of the body that we

19     talked already about.  And they asked if they would assist him

20     and Amer Abu Aisha to hide.  Hussam Qawasmeh and the other

21     person's name is --

22                    THE COURT:  Marwan.

23                    THE WITNESS:  Marwan.  They did it, but a third

24     person which I forgot the name.  Amer Abu Aisha did not arrive

25     because there were army blockades and he was afraid to get near
```

1  those blockades.

2          THE COURT:  Wait, wait, back up.  I have lost tract.

3          MR. TOLCHIN:  Do you want me to ask the question

4  again?

5          THE COURT:  No, I can ask questions since I think I

6  know what I know, but I'm not sure.

7      So he used two pistols, magazines and ammunition.  Where

8  did the murderers hide and then I get lost.  Immediately after

9  Hussam Qawasmeh entered prison.  During interrogation, he said

10 the murderers arrived at 1 or 2 a.m. at his place where he was.

11 They told him about the murders and asked him for help.  And

12 then I get totally lost.  I don't know what happened next.

13 BY MR. TOLCHIN:

14 Q.  From that point, sir, what happened next?

15 A.  Okay.  He asked for assistance to bury the bodies.

16         THE COURT:  Oh, to bury, got it.

17     So he tells them to take it to his land?

18         THE WITNESS:  Yes.  And then Hussam and Marwan loaded

19 the bodies into another vehicle of Hussam and took it to the

20 burial site.  Afterwards Marwan and Amer Abu Aisha left the

21 place and hid in a, hid in an apartment where they could hide.

22         THE COURT:  In what community?

23         THE WITNESS:  In Hebron.

24         THE COURT:  Thank you.

25

```
 1  BY MR. TOLCHIN:

 2  Q.   Who's apartment was that?

 3  A.   It depends on which stage because they --

 4  Q.   They moved?

 5  A.   They changed places.  It was also in the mountains and in

 6  places like this.

 7  Q.   Who is Arafat Ibrahim Muhamad al-Qawasmeh?

 8  A.   Arafat is the owner of one of the apartments.  Part of the

 9  time that Hussam Qawasmeh and Amer Aisha hid.

10     Also the Arafat al-Qawasmeh is a veteran Hamas activist

11  that sat in jail or in prison for activities in the framework

12  of a Hussam cells.

13  Q.   Did the Hamas organization to your knowledge take

14  responsibility or take credit for the attack?

15  A.   Yes, they did.  The official response or announcement by

16  the Hamas was made by Saleh al-Arouri, a member of the bureau,

17  the political bureau of the Hamas on the 20th of August.  And

18  at the press conference that was held in Istanbul.

19  Q.   So the individual who took credit you said is Saleh

20  Muhamed Suleiman al-Arouri?

21  A.   Yes.

22  Q.   And what is his function in Hamas?

23  A.   He's a very senior person in the leadership of the Hamas

24  overseas.  He started his path or his work in the Hamas since

25  the beginning of the establishment of the organization in the
```

```
 1  late 1980s.  He was one of the founders of the first in Judea

 2  and Samaria.

 3             THE COURT:  Say that again, one of the founders.

 4             THE WITNESS:  The first is the cell in Judea and

 5  Samaria.

 6       He sat in prison in Israel since 1992 until 2007.

 7  Because he carried out terrorist activities from within the

 8  jail, his prison sentence was extended to 2010 and in 2010 he

 9  was expelled from the area, he was expelled from Israel.

10       He found his place in the leadership of the Hamas first

11  in Syria and then in Turkey.  In 2015 the U.S. Government

12  declared him as a terrorist.  But also in 2003 his name came up

13  in one of the tribes, that his name was connected for terrorist

14  activity.

15  BY MR. TOLCHIN:

16  Q.   So you said there was a press conference?

17  A.   Yes.

18  Q.   So I'm going to refer you to Exhibit 23 which is a video

19  that's not in the book.  It's a video.  And I'm going to ask

20  you if the individual speaking in the video is Mr. al-Arouri

21  and if the video depicts the press conference that you're

22  referring to?

23  A.   Okay.

24             MR. TOLCHIN:  It will just take me a moment, Your

25  Honor.
```

1          (Video played.)

2     BY MR. TOLCHIN:

3     Q.    There were two people speaking in that video.  The second

4     individual, is that al-Arouri?

5     A.    Yes, sir, yes, this is Saleh al-Arouri.

6     Q.    When that speaker referred to kidnapping of three

7     settlers, do you understand in context what he's referring to?

8     A.    Yes, indeed.

9     Q.    What is he referring to?

10    A.    He is referring to the kidnapping of the three young men

11    in which Fraenkel was also murdered and he was very clear

12    according to what he says there is no doubt.

13          MR. TOLCHIN:  Your Honor, I ask that Exhibit 23, the

14    video be received in evidence.

15          THE COURT:  It will be.  Thank you.

16          (Plaintiff's Exhibit Number 23 received in evidence.)

17    BY MR. TOLCHIN:

18    Q.    Sir, just to wrap it all up.  In your expert opinion, who

19    planned and financed and funded the terror attack in which

20    Naftali Fraenkel was kidnapped and murdered?

21    A.    Behind this attack the planning, the execution is from the

22    Hamas organization.

23    Q.    Without the funding from the Hamas organization, would

24    this attack have been able to be carried out?

25    A.    Apparently not.

1   Q.    And your basis for saying that?

2   A.    Again?

3   Q.    What is your basis for saying that?

4   A.    The long experience that I have that you cannot carry out

5   a complex and complicated terrorist activity that requires

6   large scale logistics without an appropriate funding and we see

7   that Hussam Qawasmeh already planned it in 1995 and it took

8   almost 20 years until he was able to execute it, until he found

9   the source of the funding.  And this speaks for itself.

10          MR. TOLCHIN:  Your Honor, may I have one moment?

11          THE COURT:  Yes.

12          (Pause.)

13          MR. TOLCHIN:  Your Honor, I have no further questions

14   for this witness and I'm ready to call the next witness unless

15   you want to take a break.

16          THE COURT:  Thank you, sir.  We appreciate your

17   coming here.

18          THE WITNESS:  Thank you, Your Honor.

19          (Witness excused.)

20          THE COURT:  Yes, why don't we take a break.  I said

21   no break because we have to stop at noon.  Why don't we just

22   take a short break.

23          MR. TOLCHIN:  Five minutes.

24          THE COURT:  Let's say five minutes, until 11:30.

25          MR. TOLCHIN:  Thank you.

1           THE COURT:  Everybody can catch their breath.

2           MR. TOLCHIN:  The next witness is in English.  All

3   the witnesses are in English.

4           THE COURT:  All the witnesses are in English.

5       Ms. Levine, I just want to say thank you, ma'am.

6            MS. LEVINE:  Thank you, ma'am.

7           (Recess at 11:26 a.m.)

8           (Proceedings resumed at 11:35 a.m.)

9           THE COURT:  You can call your next witness when

10  you're ready.

11          MR. TOLCHIN:  Thank you, Your Honor.  My next witness

12  is Dr. Rael Strous.

13              PLAINTIFF WITNESS RAEL D. STROUS SWORN

14                      DIRECT EXAMINATION

15  BY MR. TOLCHIN:

16  Q.   Good morning still Dr. Strous.  Could you briefly

17  summarize your educational background?

18          THE COURT:  Why don't you give us your name.

19          THE WITNESS:  My name is Rael, R-A-E-L, David Strous,

20  S-T-R-O-U-S.

21          THE COURT:  Thank you.

22      Now you can summarize.

23          THE WITNESS:  I'm a psychiatrist.  I completed my

24  medical studies at the University of Witwatersrand in

25  Johannesburg, South Africa.

1           I then proceeded to spend a year working in emergency

2    rooms in trauma medicine as well as spend some time in Ethiopia

3    setting up a medical clinic in managing disorders, tropical

4    medical disorders.

5           I then moved to the United States where I did my

6    residency in psychiatry for a period of four years at the

7    Albert Einstein Medical School in the Bronx, New York.

8           I then completed a research fellowship in

9    psychopharmacology at Harvard Medical School in Boston based at

10   the Massachusetts Mental Health Center.

11          Following the six years in the United States, I moved to

12   Israel where I have been working as a psychiatrist for the past

13   18 years.

14   BY MR. TOLCHIN:

15   Q.   Could you briefly summarize your career or professional

16   background?

17   A.   Well, most of the time I spend in clinical medicine,

18   clinical psychiatry.  I also --

19              THE COURT:  I'm sorry, what was that word?

20              THE WITNESS:  Clinical.

21              THE COURT:  Clinical.  Forgive me, I'm sorry.

22              THE WITNESS:  Clinical Psychiatry.

23          I also am very involved in academia.  As of well, until a

24   month ago I was the deputy director of the largest psychiatry

25   hospital or academic psychiatry hospital in the country where I

1   managed also the ambulatory service which was just, which

2   consists of 16 clinics all over the mid to south of Israel.

3          Prior to that I spent ten years as the director of the

4   inpatient department.

5          I'm also full professor of psychiatry at Tel Aviv

6   University Sackler Medical School.  For the past month I've now

7   functioning as the director of the inpatient department in a

8   new psychiatry hospital which I'm helping to set up.

9          MR. TOLCHIN:  May I approach to show?

10         THE COURT:  Yes.

11  BY MR. TOLCHIN:

12  Q.   Dr. Strous, could you please examine this document which

13  was marked as Exhibit 14 and identify the document?

14  A.   This is my curriculum vitae.  This is my curriculum vitae.

15  Q.   Does that Exhibit 14 provide the full detail of your

16  education and professional background?

17  A.   Yes.  I see that there are a 135 original papers.  It

18  could be another few that have been added in the past few

19  months.  But that's the nature of academia that you constantly

20  writing and attributing to the literature.

21         MR. TOLCHIN:  Your Honor, I ask that Exhibit 14, the

22  CV of Dr. Strous be admitted into evidence.

23         THE COURT:  All right, it will be admitted.

24         (Plaintiff's Exhibit Number 14 received into evidence.)

25         MR. TOLCHIN:  And I ask that Dr. Strous be qualified

1    as an expert in psychiatry.

2            THE COURT:  In all of psychiatry or specialist

3    psychiatry?  Clinical psychiatry.

4            MR. TOLCHIN:  Clinical psychiatry.  We don't need --

5            THE COURT:  I mean, there's a lot of psychiatry.

6        Are you an expert in all of psychiatry or would you say

7    clinical psychiatry?  How would you describe your own

8    expertise?

9            THE WITNESS:  Psychiatry is a specialty of medicine.

10   When you complete board certification it provides you assurance

11   of excellence and knowledge in the field.  You can decide to do

12   extra work in a particular sub-field of psychiatry.

13           For example, the United States there are fellowships in

14   geriatric psychiatry, in forensic psychiatry, in child

15   psychiatry.  But once you have completed your four years, board

16   certification in psychiatry from the United States, allows you

17   to be considered proficient or gives you some assurance of

18   proficiency in the field in general.

19           THE COURT:  Okay, and I understand that and perhaps

20   I'm looking at this from a U.S. prospective.

21           But my question really goes to in your own practice and

22   teaching, do you identify yourself as having an expertise in an

23   aspect of psychiatry or are you more, and I hate to use this

24   term, because psychiatry is not at all general medicine, but

25   and I know that, but more of a general psychiatrist, forgive

1    the term?

2          THE WITNESS:  Based on what the way it works is based

3    on your interests in academic involvement and research, one

4    takes a particular interest in certain aspects of the field and

5    then you're considered more of an expert in the field based on

6    your writings and your research.

7          So based on my writings and research which you can see

8    from my CV, I'm considered to have a particular expertise in

9    the field of PTSD, Post Traumatic Stress Disorder.  I have

10    written several papers in the field.

11          Schizophrenia, on the schizophrenia psycho pharmacology

12    on the use of medication as well as various areas of psychiatry

13    genetics and neuro imaging.

14          Most recently based on my writings in the field of

15    ethics I'm considered to have some particular expertise in

16    that.  I'm currently the chairman of the ethics, national

17    ethics committee for psychiatry in Israel as well as the editor

18    of the Israel Journal of Psychiatry.

19          THE COURT:  And you have nine children?

20          THE WITNESS:  Six.

21          THE COURT:  I was really making, I'm sorry.  I didn't

22    mean to be so rude, forgive me, sir.  I don't know when you

23    have time to breath.  Okay.

24          I will obviously accept Dr. Strous as an expert in the

25    psychiatry most especially in PTSD, schizophrenia, psychiatric

1   pharmacology, genetics and ethics.

2        How does that sound?

3            THE WITNESS:  Thank you.

4            THE COURT:  You're most welcome.

5        Go ahead, sir.

6   BY MR. TOLCHIN:

7   Q.  And Dr. Strous, did you prepare -- just one moment.

8       Did you prepare reports or declarations in connection with

9   this case?

10  A.  I did.

11           MR. TOLCHIN:  Those, Your Honor, are Exhibits 15

12  through 19.  And I'd ask that those be received in evidence.

13           THE COURT:  Let's figure out which is which so that

14  we can make sure that the record is very clear.

15           Exhibit 15 reflects a psychiatric evaluation of Rachel

16  Devora Fraenkel; is that correct?

17           Do you have these in front of you?

18           THE WITNESS:  I do.

19           THE COURT:  I need you to identify them so I'll say

20  is that correct?

21           THE WITNESS:  Yes, Rachel Devora Fraenkel, that is

22  correct.

23           THE COURT:  Okay.  And then Exhibit -- that's

24  actually 15.  Exhibit 16 reflects an evaluation of Abraham

25  Fraenkel; is that correct?

1                THE WITNESS:  That's correct.

2                THE COURT:  And Exhibit 17 reflects an evaluation of

3    I still don't how quite to say this, Tchev?

4                MR. TOLCHIN:  Tzvi.

5                THE COURT:  Tzvi Fraenkel; is that correct?

6                THE WITNESS:  That's correct.

7                THE COURT:  And Exhibit 18 reflects an evaluation of

8    A. H. Fraenkel, correct?

9                THE WITNESS:  Is that A.S.?

10               MR. TOLCHIN:  18 is A.S.

11               THE COURT:  Sorry, it says A. H. on the paper.

12               MR. TOLCHIN:  When we filed it on the ECF.

13               THE COURT:  Those are the ones you meant, right?

14               MR. TOLCHIN:  And Exhibit 19.

15               THE COURT:  And Exhibit 19 is?

16               MR. TOLCHIN:  Concerns the four younger Fraenkel

17   children.

18               THE COURT:  Concerns the four younger Fraenkel

19   children; is that correct?

20               THE WITNESS:  Yes, sir.

21               THE COURT:  All right, thank you.

22          Just needed identification.

23               MR. TOLCHIN:  So those are received?

24               THE COURT:  Yes, they are.

25               (Plaintiff's Exhibit Numbers 15 through 19 received into

1    evidence.)

2    BY MR. TOLCHIN:

3    Q.    Dr. Strous, did you have occasion to conduct a psychiatric

4    examination of Rachel Fraenkel?

5    A.    Yes, I did.

6    Q.    And can you describe the examination you conducted?

7    A.    Examination consists of meeting with the individual and

8    carrying out a structured and objective psychiatric clinical

9    examination along with the use of rating scales which are

10   selected according to clinical features which come out during

11   the psychiatric examination of the individual.

12   Q.    What did you observe during your examination of Rachel

13   Fraenkel?

14   A.    So Rachel Fraenkel described to me the nature of what

15   happened and the experience when her son was, Naftali was

16   kidnapped and then later murdered, 18 days later.

17        She described to me her emotional response at the time when

18   the, when her son was kidnapped which consisted of intense

19   anxiety which never abated for 18 days.  She described profound

20   pain related to the fact that her special son to whom she was

21   very close to was kidnapped.

22        Much of her emotional pain was expressed in what we call

23   sematic symptoms, pain in her body.  This pain was so intense

24   that she could not sleep and she tried to take medications for

25   sleep, but she suffered from side effects, so she didn't

1  continue with that.

2      She fought extreme stress during this time due to the

3  unknown.  But she at the same time had to function because she

4  had six other children to care for.

5      When, she described when the bodies were found that her

6  response was nothing short of catastrophic which is the word

7  she used.  Based on her physical symptomatology once again

8  which is a very characteristic manner for her in expressing her

9  emotional pain as well as the fact that she became hysterical

10  at times, but she had to keep that away from her children

11  because she still needed to care for them.

12      She found the pain and stress to be overwhelming and she

13  described this pain as like contractions of child birth.  She

14  for example, would put her makeup on in the car on the way to

15  work because when she arrived at her work where she functions

16  as a very high level teacher in academia because she would cry

17  the whole journey to work which was about 45 minutes while she

18  was alone.

19      She described becoming a celebrity due to the fact that

20  this became a story of national proportions was a double edge

21  sword.  On one hand she received the support of the country,

22  but on the other hand she still had to function with this deep

23  pain and was never allowed times to be alone even though she

24  insisted on having it.

25      So on one hand she received the support, but she was the

1  celebrity which I gathered some sense of control in that area

2  but not in the area, not at times when she was alone.

3      She tried to be focused on the task of looking after her

4  family as well as carrying for them and at the same time to be

5  spokesman for the family.  However, that was in the short term.

6      Then in the long term once the bodies were found, the

7  funeral took place, and she had to deal with her loss and her

8  grief, her behavior became significantly effected as she

9  described it over time.  And this was expressed in chronic

10  physical pain.

11      The loss of her happy disposition which she was always

12  proud of as being a positive person.  She tries very much still

13  to show the facade as she described it to the outside world,

14  putting on this mask, but when she's alone, she falls apart and

15  has become much less happy go lucky and is controlled in the

16  way that she comes across.

17      She also reports based on the interview that her family

18  dynamics are being changed 180 degrees both her relationship

19  with her husband as well as having to deal with her children

20  which has become a focus of all of her involvement up until now

21  with the children since this happened.  The whole world was up

22  turned.

23      She, based on this she decided to have an extra child as a

24  kind of corrective experience, corrective manner to deal with

25  her pain because she searched for anything and she thought that

1    maybe this would help.  At least on her personal level but this

2    was not successful and she described endeavor as very painful

3    both on a physical and emotional level.

4        In terms of symptomatology of post traumatic stress

5    disorder, she reports that she had dreams, nightmares of her

6    son and the dream was, that was recurring was of her son dying

7    in her hands after a motor vehicle accident.  She describes

8    this dream where she's, she arrives at the scene of a car

9    accident and she pulls out her son and her son dies in her

10   arms.

11       And this continued for approximately six months after the

12   event and at the time when I met with her and examined her and

13   these dreams were not continued.  She still however reports

14   many triggers based on what went on and avoidance of early

15   (sic) settings remind her of Naftali.

16            THE COURT:  I'm sorry, the last statement you made

17   you said many triggers and then avoidance?

18            THE WITNESS:  So what happens is there are certain

19   experiences and exposures that remind her of what happened and

20   remind her of Naftali and she avoids those because of the pain

21   that these triggers invoke in her.

22            THE COURT:  And so I'm not sure what my, I'm not sure

23   how to frame my question.

24       The testimony from the children was consistent across

25   the entire family that one of the most intense periods at which

1  they feel the loss of their brother is on the Sabbath because

2  then there is a place set for him but he's not there.

3      Now is that a tradition that therefore the family will

4  continue or is that something that might be changed, so that

5  the children, mother, father don't have that immediacy?  I

6  mean, I'm just feeling terrible about it.

7      MR. TOLCHIN:  I don't think that they said they set

8  the place for him.  I think that they said that his customary

9  spot, the chair that he sat in, the place at the table that

10  they know it's obvious to everybody he's not there.  I don't

11  think they meant they actually put a fork and a knife and a

12  plate.

13      THE COURT:  It sounded to me, and you know more than

14  I of course, but it sounded to me as if there were a specific

15  location, area set aside to indicate his absence.

16      I'm sorry, I can't take testimony from you.

17      THE WITNESS:  Let me say this.  When you ask Rachel

18  Fraenkel how many children she has, she always says she has

19  seven children.

20      THE COURT:  She does.

21      THE WITNESS:  She does.

22      THE COURT:  I mean, I would have said seven too.

23      THE WITNESS:  Many actually try to move on and say my

24  child is now dead, is deceased and now I need to respond to

25  this reality and move on and I now have six children.

1        She very much wants to say that it's, now it's a realty,

2   it's part of the identity, it's not something that can be

3   denied and it's not just what happened to us but how we deal

4   with it.  So she's trying very hard to deal with this in a

5   manner that doesn't say my child doesn't exist, out of sight

6   out of mind.

7        I also don't recall her ever telling me that to set a

8   place.  And my understanding is that to feel his absence

9   because it is a very close knit family and the loss of such a

10  member destroyed the unit.

11       While they are struggling very hard to return to some

12  kind of functioning, the loss is so profound to them that even

13  though they're trying to deal with it, the dynamics have

14  completely changed and they're still very much caught up with

15  this preoccupation, with this loss and that's in keeping with

16  how I have diagnosed her which perhaps will come to soon.

17  BY MR. TOLCHIN:

18  Q.   Besides your examination, doctor, did you review the

19  report of a clinical social worker, Dr. Davidovitch?

20  A.   I did.  Rachel has been in treatment on three different

21  levels.  One is family therapy.  One is drama therapy and one

22  is group therapy, all with professionals.

23       One of them was a family therapy which is a clinical

24  social worker, Dr. Eric Davidovitch, who reports that Rachel

25  and her husband came to see her very soon after the murder of

1  their son and for help when the loss was still very acute,

2  fresh, and the mourning process had just begun.

3      And she reports that they sought to treat themselves so

4  they would be in a better place and that it was to treat

5  themselves to deal with the loss so that they would be in a

6  better place to help the children.  As well as seeking help how

7  do we deal with our children in such a situation.

8      They've done anything they can, fully realizing the way she

9  described to me how, realizing the profound impact on their

10 family, she thought she needed help in order to help the

11 children.  Dr. Davidovitch reported that the overwhelming and

12 sudden tragedy into their lives without any prior warning for

13 obvious reasons and that the intentional painful grief hit them

14 and broke the balance of their life.

15     She reports that they even though being involved in all of

16 these national activities in front of the media helped her to

17 some extent, it gave, in terms of having some sense of control,

18 it exacerbated the pain because she constantly needed to be out

19 there describing what she felt and that was very painful for

20 her.

21     However, as I mentioned, it's a double edge sword because

22 it gave her a sense of balance which is a similar finding to

23 what I had gleaned from my meeting with her.

24     She felt that, she reported that she needed to return the

25 balance which was severely loss from the family life due to the

1  major disaster that had fallen upon them with the terrible

2  price suffered by each of them.  She reported to Dr.

3  Davidovitch that they were forced to work and rebuild the

4  strength with constant intense pain.

5  Q.   Did you perform any tests or protocols as part of your

6  examination?

7  A.   Based on the symptoms that were present during my clinical

8  examination, it is customary both for clinical and research

9  purposes when indicated I use standardized rating scales to

10 evaluate aspects of the interview which were suggestive of

11 certain diagnoses.  In particular I used the Hamilton Scale for

12 Depression.  The Hamilton Scale for Anxiety.

13            THE COURT:  What was that word?

14            THE WITNESS:  Hamilton.

15            THE COURT:  Hamilton Scale for Depression?

16            THE WITNESS:  And Hamilton Scale for Anxiety.

17            THE COURT:  Anxiety.  Thank you.

18            THE WITNESS:  As well as the Post Traumatic Stress

19 Disorder scale shortened to the PTS.  As well as for the

20 Interview Guide for Complicated Grief and the Grief

21 Questioning.

22            MR. TOLCHIN:  Understanding that we have four minutes

23 to the lunch break.

24            THE COURT:  No, no, you now have one.  So you might

25 just stop there.

1          MR. TOLCHIN:  Okay.

2          THE WITNESS:  I could just say that these are four

3    scales that are well accepted in clinical and research

4    psychiatry for the, to assist any diagnosis and indication of a

5    severity of illnesses associated with, mental disorders

6    associated with the scales that they are investigating.

7          THE COURT:  Thank you, sir.  That's perfect.

8          Sorry to interrupt you, but we absolutely have to stop

9    at 12 today because of other appointments.

10         So I apologize to you, sir, for the interruption, I

11   apologize everybody but I got to go.

12         We'll be back at quarter to two.  Okay.

13          MR. TOLCHIN:  We will be here.

14          THE COURT:  Thank you, sir.

15         (Witness excused.)

16         (Luncheon recess at 12 o'clock noon.)

17                           -oOo-
                        Afternoon Session
18                         (1:53 p.m.)

19          THE COURT:  Gentleman, lady, a few housekeeping

20   matters.  The question has been raised as to what our schedule

21   might be, both by us and I gather by you.

22         I cannot stay beyond 4:30.  I apologize, the day is all

23   very carefully orchestrated and things happen around trial.  So

24   4:30 is when we have to stop.

25         But we can resume tomorrow as early as 9:30.  I usually

1    have an 8:30 meeting, it had to be moved to 11:15.

2           Shawnie, did we get somebody in the afternoon or not?

3           (Pause.)

4           So we can go, she has personal matters and must needs to

5    be out of the Court tomorrow afternoon.  So we can start at

6    9:30 and go to 11:15 and if we're not done, we may be able to

7    resume in the afternoon.  It depends on whether I have a

8    courtroom deputy; otherwise, we'll have to stop at 11:15.

9           MR. TOLCHIN:  It is my intent, desire to finish

10   today, if at all possible.

11          THE COURT:  Okay.

12          MR. TOLCHIN:  And I'm going to try to do so as much

13   as possible.

14          THE COURT:  Okay, I have no objection to doing that,

15   but I also think that you need to decide how you present your

16   evidence and I don't want to prevent that, effect that,

17   interrupt that, whatever, so you decide how you want to go.

18          MR. TOLCHIN:  Understood, and appreciated.  If we can

19   defer the ultimate decision until we see what's left when 4:30

20   comes.

21          THE COURT:  We can defer all sorts of things.  We are

22   really good at deferring.  We're human.

23          MR. TOLCHIN:  May I resume?

24          THE COURT:  Please, whenever you're ready.

25          Thank you very much.

1                (Witness resumes the stand.)

2                     DIRECT EXAMINATION (continued.)

3    BY MR. TOLCHIN:

4    Q.   Doctor, just before the lunch break you told us you had

5    performed the Hamilton depression rating scale and PTSD

6    diagnostic scale and Sheer Interview Guide for complicated

7    grief.

8        As a result of those tests, what were the results that you

9    observed?

10   A.   The results of my examination indicated that Rachel

11   Fraenkel suffers from moderate PTSD post traumatic stress

12   disorder and presence of pathological complicated grief.

13   Q.   Is that the diagnosis that you arrived at?  What is the

14   diagnoses you arrived at?

15   A.   My diagnosis of her is persistent complex bereavement

16   disorder.

17              THE COURT:  I'm sorry, I can't quite hear you.

18              THE WITNESS:  Persistent complex bereavement

19   disorder.

20              THE COURT:  Thank you.

21              THE WITNESS:  Persistent complex bereavement

22   disorder, which is known as complicated or pathological grief.

23   Also post traumatic stress disorder of partial disorder.

24   BY MR. TOLCHIN:

25   Q.   Can you describe what is partial PTSD?

1  A.    PTSD is a disorder where there is exposure to actual or

2  threatened death, serious injury or sexual violence where the

3  person feels that their life is in danger and that they

4  themselves are involved or they witnessed someone else in such

5  a situation or very close family member has their life

6  threatened or actually dies.

7      Or rescue workers, it's a very well known complex disorder

8  of four cluster groups of symptoms including arousal where the

9  body gets aroused on certain memories, physiological physical

10 symptoms.  Avoidance of certain things of reminding, negative

11 cognitions in terms of they look at themselves in a negative

12 way, they blame themselves, they can't enjoy things as much as

13 well, and they take part in this activities and then there's

14 the issue of where things, they have flashbacks or nightmares

15 or et cetera.  So those are the four classic symptoms of PTSD.

16     She has only two of them; mainly the dreams as well as the

17 triggers relating to her avoidance, that's why I call it

18 partial.  Which in no way takes away from the suffering which

19 she experiences but officially according to the DSM which is

20 our Bible of diagnosis, she doesn't meet all the four criteria.

21 Q.    In her case, what is the prognosis, what is her prognosis

22 with respect to the PTSD or the partial PTSD?

23 A.    Because the symptoms where PTSD are related to her complex

24 bereavement with the complicated grief, it's expected that it

25 will last for a long time.  It's well known that complex grief

1  disorder is associated with PTSD in various situations.

2     When a child gets killed and particularly violent or sudden

3  in an unexpected manner, the incidents, the frequency of

4  complicated grief is very high up until 72 percent and

5  associated with PTSD and people suffer with this for many, many

6  years.  And in many cases never, never come out of it.

7  Q.   What are the factors that go into making the diagnosis of

8  persistent complex bereavement disorder?

9  A.   This is a disorder where often tense grief related to

10  someone close to you dieing which is of long loss in nature.

11  Loss longer than expected and the cut off is 12 months for an

12  adult and six months for a child.  And it interferes with ones

13  occupation or social function or causes a significant distress.

14     It's related to persistent yearning or longing for the

15  deceased, preoccupation with the deceased himself.

16  Preoccupation with how they died, an intense sorrow and

17  emotional pain.

18     Often people with the condition they have difficulty

19  accepting the loss.  They have disbelief or emotional numbing,

20  they feel alone or alienated, they fail to find meaning in life

21  after the loss and it effects the functioning for a long period

22  of time.

23     Often there can be a situation where they want, they have a

24  desire to die, to be, to be together with them and then it

25  effects their relationship.  They can't trust individuals.

1  They can't enjoy situations that they're not going out and it

2  effects their function in general in terms of the interaction

3  with the world complete to what they were before.

4  Q.    In your report about Rachel Fraenkel you described her

5  bereavement disorder as being severe.  What makes it severe?

6  A.    Based on the scales that I used to evaluate them which is

7  on objective manner of evaluating.

8      In addition to my subject of depression from the clinical

9  interview, she scored very high on the presence of pathological

10  grief on the scaling.  That's in addition to my clinical

11  impression.  The scales are only a guide, but my clinical

12  impression is that she suffers from a severe form of the

13  condition.

14  Q.    In what ways do the partial PTSD and the persistent

15  complex bereavement disorder effect Rachel Fraenkel's day to

16  day life?

17  A.    As I mentioned earlier, she takes less interest in

18  activities that she would engage in before in terms of social

19  occupational.  She doesn't enjoy the work in what she's doing

20  in terms of her day to day job as much as she did.  It effects

21  her relationships.  She has an intense, she suffers from

22  intense grief and sorrow even two years down the line.  At this

23  stage it was a year and a half when I met her, close to two

24  years.

25      If effected her sense of alienation even though she's in

1    crowds with lots of people, she feels alone.  This

2    preoccupation with the fact that he's always on her mind even

3    though she is dealing with her other children, it's just

4    something missing, she's just not where she was before.

5    Q.    Do you have an opinion with a reasonable degree of medical

6    certainty as to the, or psychiatric certainty, as to the likely

7    future progression of her partial PTSD and persistent complex

8    bereavement disorder?

9    A.    Based on my examination of the clinical ratings as well as

10   my reading of the literature of Mrs. Fraenkel putting into

11   context what she went through with the sudden, unexpected and

12   violent nature of the death of her son, it is my professional

13   opinion that this is something that's going to last for a long

14   time and may even be permanent.

15   Q.    When you say long time you mean years, decades, rest of

16   her life?

17   A.    For her background in terms of when I say background, I

18   mean in terms of being a parent of someone who died in a sudden

19   kind of way, this kind of scar most likely is going to be with

20   her and effect her for a long period of time if not

21   permanently.

22   Q.    We'll move along to Abraham Fraenkel.  Did you have

23   occasion to conduct a psychiatric examination of Abraham

24   Fraenkel?

25   A.    I did.  Clinical interview with writing skills.

1  Q.    Similar examination to the examination you conducted for

2  Rachel?

3  A.    That's correct.

4  Q.    What did you observe during your examination?

5  A.    Once again, Mr. Fraenkel described the initial acute

6  response with his worry, frustration, despair, guilt and pain.

7  Along with his fear and the roller coaster of emotions from day

8  to day during the first 18 days.

9      Then how he got through that time with once again, effected

10  his sleep which he believes to this day is still not resolved.

11  He described intense pressure, and tension and the burden of

12  not knowing what was going on and having to sit there and wait.

13      Then afterwards when the bodies were found, when he got the

14  news that his son was dead, he found it very very difficult.

15  He found it especially difficult and traumatic, the way he

16  described it, giving the news to his other children.

17      Then he made a conscious decision to live with this pain

18  and function at least on the outside.

19      He engaged in pretty much very soon after the event in

20  psycho therapy to deal with this and it took him some time to

21  return to work because he just was not able to function.  He

22  thought he needed to close off the world due to feeling

23  overwhelmed with the pain of the loss of Naftali with whom he

24  was particularly close.

25      He described Naftali as being someone who he particularly

1  identified with in many different ways.  This has effected him

2  in a long term and various manners.

3  Q.    Did you also review letters from a clinical psychologist

4  Dr. Barnea?

5  A.    Yes.  He saw a clinical psychologist weekly who described

6  that Mr. Fraenkel had to deal with internal process of his

7  grief and dealing with his personal as well as his family and

8  that he had to deal with emotional trauma and that he slowly

9  opened up over time.  But he felt that he needed to continue

10 with ongoing psycho therapy due to the affects on his function

11 which began immediately after and continued for a long period

12 of time.

13 Q.    Did you administer the same tests as you administered to

14 Rachel?

15 A.    I did.

16 Q.    What was the outcome you noted?

17 A.    Based on the depression scales he scored mild depression,

18 moderate post traumatic stress disorder and the presence of

19 significant pathological or complicated grief.

20 Q.    What diagnosis did you arrive at for Abraham Fraenkel?

21 A.    I diagnosed him as persistent complex bereavement disorder

22 of moderate to severe level.  Post traumatic stress disorder,

23 once again partial and persistent depressive disorder.

24 Q.    I'm not going to ask you again to describe PTSD and

25 bereavement disorder but persistent depressive disorder, what

1   is that?

2   A.   Persistent depressive disorder in contrast to major

3   depressive disorder is a low mood for a consistent period of

4   time which effects function.  The cut off is usually around two

5   years, one year for a child.  But once again, these are

6   approximate ball marks where it's depression on the low flame.

7   It effects the enjoyment of life, effects the relationship.

8      Then you have to have a certain number of features that go

9   with it, usually it affects a sleep, more sleep or less sleep,

10  increased appetite, less appetite.  In his case, low

11  self-esteem, low energy, effects concentration and ability to

12  make decisions, and as well as hopelessness, but he didn't have

13  hopelessness.  But it effected his concentration and ability to

14  make decisions which he described effected his work as well and

15  low self-esteem and low energy.

16  Q.   Your report you use the words pure dysthymic syndrome.

17  You use that as a feature of persistent depressive disorder?

18  A.   It's a technicality in terms of how the diagnosis is made

19  according to the test indication.  Pure dysthymic syndrome

20  means basically doesn't meet the criteria for food, love, major

21  depressive disorder.

22  Q.   What is the prognosis that you see for Abraham Fraenkel?

23  A.   His prognosis as a father of a child who died of sudden

24  and unexpected manner in such a violent and traumatic manner,

25  my expectation based on how it's effected his life, is that

1  this is going to be a chronic condition as he describes he

2  enjoys things much less already.

3      He goes out much less, he engages in much less

4  extracurricular activities.  His religious commitment has been

5  dramatically effected and he feels the sense of resignation and

6  it appears that this is something that is going to last for a

7  long period of time.

8      Once again, I'm not able to say whether this is going to be

9  permanent but based on the features, these kind of features

10 usually last for a very long period of time and continue to

11 effect his life for a very long time.

12 Q.  Let's turn to Tzvi Fraenkel?

13         THE COURT:  I have a question because we've just

14 discussed the two adults in the family.  At least they were

15 adults at the time.  The two adults.

16     And my question is are there any psychotropic or other

17 drugs that would be, might of assistance?

18         THE WITNESS:  You ask an interesting question.  So up

19 until recently one was not able to give a diagnosis of

20 complicated grief of it was underlying depression.  That has

21 changed in the last two, three years.

22     The thought is that if a person suffers from complicated

23 grief, maybe this is just major depression and let's just treat

24 them with antidepressant medication.

25     But the research shows that doesn't work.  If you give

1  someone an antidepressant for someone who is suffering from

2  complicated grief with a well known described stressor that has

3  caused the syndrome it doesn't work.

4      Generally what is indicated is long term psycho therapy.

5  If in addition they develop on top of complicated grief

6  depression, then you can give antidepressants, psychotropic as

7  you call it.  But psychotropics doesn't cure a person once

8  their child has been killed in such a violent and sudden

9  unexpected manner.  That just doesn't work because --

10     THE COURT:  Well, I wasn't anticipating cure, but I

11  was thinking that it might ease.  I mean, it doesn't actually

12  cure depression either.  But it might ease it.

13     THE WITNESS:  In some situations when the person

14  suffers from additional depression, then in those situations,

15  it could be indicated as an option, but for complicated grief

16  it's not generally a first line of treatment.  Psycho therapy

17  helping the person put it into context and learn to live with

18  it in some kind of manner from the perspective of it's not what

19  happens to you but how you deal with it that counts.

20     But in complicated grief it's a very pervasive condition

21  and it is conditions as I mentioned up to 72 percent of people

22  suffer from complicated grief whereas generally in a very close

23  relationship when someone close to you dies only about 10 to 20

24  percent of people suffer.  It's 7 times, the incidents when

25  it's a child dying under violent manner.

1          THE COURT:  Thank you.

2   BY MR. TOLCHIN:

3   Q.    Let me turn to Tzvi Fraenkel.  Did you have an occasion to

4   conduct a psychological evaluation of Tzvi?

5   A.    Yes, I met with Tzvi.  I conducted a clinical psychiatric

6   examination with rating scales.  Tzvi indicated his acute

7   response, his immediate response to feeling overwhelmed.

8         He engaged in some kind of what many would call magical

9   thinking.  If I would pray or learn harder perhaps my brother

10  will be safe and come back.  And he felt a lot of inner

11  agitation and anxiety surrounding feeling helpless and not

12  knowing what to do.  The sense of no control and resignation.

13        He's a very private individual and the fact that he was

14  suddenly thrown into the lime light with his brother being the

15  focus of attention for the entire country was very difficult

16  for him.

17        So the combination of a very reserved individual with this

18  high tension was particularly traumatic for him.  He found the

19  way he described it as devastating.  He became more pessimistic

20  and this is related to his guilt.  Because he, one of the

21  features that's very prominent when I evaluated was he has this

22  chronic guilt which is straight from the book in terms of the

23  diagnosis of complicated grief.

24        He blames himself but from a magical thinking perspective

25  he felt he didn't do enough, he didn't pray enough.  He didn't

1    learn enough.   The guilt is related to maybe he didn't spend

2    enough time with Naftali when he was alive because they were

3    the two oldest brothers.

4       And then he had these long term effects after the funeral

5    in terms of having to deal with it.  His studies were effected.

6    He had this chronic guilt to this day continues to as he

7    describes it disable him in many ways.  He gets anxious when he

8    calls his family and there's no one around.

9       He has a chronic low mood particularly when he's reminded

10   of the kidnapping.  He's changed, he says his whole character

11   has changed.  He use to be more happy go lucky, now he's this

12   quiet, reserved individual.

13      He feels the one of the most important things which is very

14   indicating was that he feels he's lost his identity.  That is

15   also straight from the book of complicated grief.  He feels

16   he's always known as the brother of rather than him as Tzvi.

17   Wherever he goes he's known as the brother of.

18      Much of his worrying and anxiety now is about his other

19   siblings.  He feels as the oldest he needs to protect his

20   children and protect his parents.  He has become almost a

21   parental child that he has to deal with the pain of his parents

22   as well as caring for his younger siblings.  He cares a lot

23   about A.S. particularly who feels the suffering a great deal.

24   He feels that losing his brother has been a defining moment in

25   his life.

1  Q.   Did you reach a diagnosis for him?

2  A.   I did.

3  Q.   What was that?

4  A.   I placed the diagnosis as persistent complex bereavement

5  disorder, moderate, based on my clinical examination and rating

6  scales as well as persistent depressive disorder.

7  Q.   Partial PTSD too?

8  A.   No.

9  Q.   How would you, what would you anticipate would be the

10  likely prognosis or progress of that diagnosis in the case of

11  Tzvi Fraenkel?

12  A.   The loss took a heavy toll of emotional and dramatically

13  affected many aspects of his life including behavior and

14  general mood status.

15     Due to the fact that he's not achieved much of his

16  potential in the learning and social sphere, it seems that what

17  he went through is going to effect, is going to effect his

18  trajectory of life in a significant manner.

19     It's difficult to know and predict because it happened to

20  someone young how he's going to be in the next decade or two.

21  But the fact that his trajectory of life has been effected

22  indicates that what he experienced is going to make a big

23  difference in his later years.  Whether to say that many of his

24  clinical features are going to continue to effect him is

25  difficult to know.  But it definitely has played a role in the

1    building of his character and personality at least to this

2    date.

3            THE COURT:  Can I ask you a question?  Do you know

4    what career goals he might have?

5            THE WITNESS:  You're asking an interesting question.

6    I'm not sure if I mentioned it but that's part of what is

7    bothering him.  He feels like he's a lost soul.  He feels like

8    he has a confusion to extend to what he wants to do and what

9    his identity is.

10        He mentioned as I said, he feels he's always the brother

11    of.  Part of it is now what do I want to be because I'm not

12    sure what my role, my path is going to be because everything is

13    determined and by where, you know, the fact that I'm always the

14    brother of.

15        He was on this trajectory to study and perhaps to go

16    into biblical studies and right now he doesn't know.  He has no

17    idea of what his direction is.

18            THE COURT:  Thank you.

19    BY MR. TOLCHIN:

20    Q.   Turn to A.S. Fraenkel?

21            THE COURT:  Can you hold off one second.  I just need

22    to take some notes.  Excuse me.  I try as hard as I can.

23        Okay, thank you.  I'm sorry, who was it you are turning

24    to?

25            MR. TOLCHIN:  A.S.

1  BY MR. TOLCHIN:

2  Q.    Did you have an opportunity to conduct a physiological

3  evaluation of A.S. Fraenkel?

4  A.    I did a clinical psychiatric interview as well as rating

5  scales.

6  Q.    What did you observe?

7  A.    She described the immediate response to hearing her

8  brother was kidnapped.  She recalls being in total shock.  She

9  froze, she thought she was going to faint.  She is someone that

10  responds in a very anxious manner at the acute stage and stages

11  that occurred subsequent to the kidnapping and murder of her

12  brother.  She felt she had no strength.

13     For the first few days she experienced nightmares, she was

14  constantly on edge without any energy.  She recalls being

15  extremely anxious.  And particularly when people are around her

16  to give her support.

17     She remembers that before her brother's body was found, she

18  suffered intense crying every day, asking whenever she could at

19  any opportunity to anyone who would listen when will this all

20  end.

21     And then once the body was found, she remembered her

22  initial reaction once again was shivering, shaking, feeling she

23  was going to faint.  She described having a particular close

24  and intense relationship with her brother.  And as siblings she

25  said they always paid off, always did things together, they're

1  common friends, they did sport together and had a very strong

2  bond and that the loss of her brother was absolutely

3  devastating for her.

4     Subsequently she reported her life has been traumatically

5  changed for the worse and that she's a different person.  Most

6  profoundly she describes she just become a complete anxious

7  person.  She becomes very easily hysterical about things.  She

8  worries constantly.  She needs to know always where her parents

9  are.

10     She can never be alone in the house.  When her parents are

11  out or mother is out, she has to go stay with a friend until

12  her mother returns.  Any mild or moderate stress causes her to

13  freeze and with inability to function.

14     She doesn't, she is someone to bring this out.  In fact, in

15  general I would say many of the family members smile a lot

16  which is something I think that they have learned from the

17  parents.  And I saw that with the mother as well, that it's

18  almost a facade that they try to even prove to themselves that

19  they're okay, but they have this intense emotion going on.  The

20  emotions which A.S. described to me which is it is expressed as

21  anxiety.

22     She feels that to this day at the time, at least at the

23  time of my examination she's not able to fall asleep unless

24  every one is at home.  She lost a great deal of weight due to

25  anxiety which some of this has returned and even though her

1    mood was affected, she feels for herself the main issue is

2    anxiety, not so much low mood.  Then her social life has also

3    been affected.  She felt that people couldn't understand her;

4    therefore, she has a restricted range of friendships as well

5    now.

6       She thought the loss of Naftali is always present with her.

7    She has difficulty accepting that Naftali would never come back

8    and even she has thoughts at times when she wants to die to be

9    with him.  The way she described is also straight from the book

10   of the symptoms of complicated bereavement disorder.

11      Even though she use to be a happy person, she felt she had

12   to grow up too quickly and she has a great deal of

13   responsibility now here dealing with the family in order to

14   help to manage.

15      She sees life in a very fatalistic manner now.  She sees

16   life as being unpredictable and she thought that was a major

17   change from what she had experienced before.

18   Q.   Did you arrive at a diagnosis for A.S.?

19   A.   I did.

20   Q.   What was that?

21   A.   A diagnosis of persistent complex bereavement disorder,

22   moderate to manner.  Post traumatic stress disorder partial and

23   other specified anxiety disorder.

24      Just may I add that she was in treatment for intense

25   anxiety.  She saw both a clinical social worker, Dr.

1  Davidovitch as well as a psychologist Tzvika Goldsmit,

2  Goldsmith.  And for the management of her anxiety which at

3  times she was seeing because this was disabling for her so she

4  was seen on both those tracks.

5  Q.   You mean she was being treated following the death of

6  Naftali, not that she was being treated before?

7  A.   That's true.  That began afterwards.

8    Why I mention that now because the diagnosis that I have it

9  seems was independently diagnosed as well by the psychologist

10 see Tzvika Goldsmith who also diagnosed A. suffering from post

11 trauma and anxiety disturbances.

12       THE COURT:  I hate to interrupt.  In your diagnosis

13 you gave three diagnoses.  One was moderate, constant

14 bereavement.  I'm not using the right term.  I wrote it down

15 the first time.  I'm writing fast.

16       The second was partial PTSD and I didn't hear the third.

17 Was that depression or anxiety or what?

18       THE WITNESS:  Officially we call it other specified

19 anxiety disorder which is generalized anxiety.  Generalized

20 anxiety is a condition that's like a low flame of anxiety

21 that's there almost all the day.  But you have to have a

22 certain number of cross symptoms.  You have to have three of

23 the six and most days they're not.

24       So she doesn't fit the precise criteria because I

25 couldn't, I can't say for example that this anxiety is three of

1  those six symptoms on most days of the week.  I just can't give

2  that information out to say definitively.

3       So officially to go by the book, I call it other

4  specified anxiety disorder which means that it meets some of

5  the criteria for generalized anxiety which in no way takes away

6  from her suffering and effects on her functioning.

7            THE COURT:  No, no.

8            THE WITNESS:  But to be straight from the book and --

9            MR. TOLCHIN:  Precise.

10           THE WITNESS:  -- precise one has to go according to

11 those criteria.

12           THE COURT:  Thank you.

13 BY MR. TOLCHIN:

14 Q.   How do you foresee these diagnoses playing out in the long

15 term for A.S.?

16 A.   For A.S. the loss of her brother has defined her in terms

17 of her relationships with her friends.  In terms of now, right

18 now she's coping with stress.  She's at a critical academic

19 stage in her schooling and she feels that she's not able to

20 achieve to the extent that she could have to fit her social

21 relationships.

22      And she believes that her life is not being, will never be

23 the same again.  And therefore, I would presume that it's

24 expected that her deep feelings of grief and anxiety affecting

25 many areas of her personal and interpersonal functioning will

1    not resolve in the short term and will continue to effect her

2    for a long period of time.

3           THE COURT:  But unlike her parents, partly because of

4    her age and partly because of the impact, you would anticipate

5    that over a period of years, which may be many, she might be

6    able to get beyond the constant grief anyway?

7           THE WITNESS:  That is true for two reasons.  First of

8    all, it's a brother to sibling and not a child.

9           Second of all, from the perspective of it is hope that

10   over time she would integrate this loss, she will become part

11   of a personality to become part of almost even her identity,

12   but she will find some kind of manner to continue to function

13   to the best of her abilities.  That is not something that is

14   necessarily going to hold her back in everything she does

15   forever.

16          THE COURT:  Got it.  Thank you, sir.

17   BY MR. TOLCHIN:

18   Q.   Did you conduct examinations of the Fraenkel smaller

19   children?

20   A.   No, I did not.

21   Q.   Can you tell me why?

22   A.   I asked the parents if I could do that.  I thought it

23   would, it would contribute, I could get some kind of level of

24   understanding where they were at.

25        The parents thought about it and they felt that, remember

1  I'm looking at them a year and a half, this is a year and a

2  half after the event.  Almost a year and a half after the

3  event.  They thought that the children were very traumatized.

4  It took a long time for them to settle down.

5      They're all in treatment at the time and they thought it

6  wouldn't be responsible for them to allow some outsider to

7  suddenly come in and almost in an evasive manner evaluate the

8  children for the purpose of a trial which is not obviously for

9  the purpose of treatment.  And therefore, they were dealing the

10 anxieties and the issues with the professional and they didn't

11 want me to reignite that as a stranger of getting into their

12 lives and asking them very personal questions.

13 Q.   Do you concur with the parents' feeling in that regard?

14            THE COURT:  Yes and no?

15            THE WITNESS:  Yeah, that's exactly my answer.  On the

16 perspective for my purpose of my examination, it was

17 unfortunate that I were not able to do that.  But as a parent,

18 fellow parent, who am I to tell other parents what's best for

19 the children and I felt strongly about it, that it wasn't

20 indicated and I respected that.

21 BY MR. TOLCHIN:

22 Q.   Despite lacking an examination of your own, did you have

23 any sources of information regarding the psychiatric states of

24 the remaining children?

25 A.   So what the parents did agree is to discuss each in

1  particular the father, to discuss each of the children and the

2  behavioral responses as well as provide the reports from the

3  treatment mental health providers who the children were being

4  managed at the time by.

5  Q.   Based on those sources which were available to you, did

6  you form any conclusions regarding the psychiatric state of

7  each of the children?

8  A.   I did.

9  Q.   If you don't mind --

10       THE COURT:  Why don't you identify them one by one.

11  They're very individual people.

12       MR. TOLCHIN:  Absolutely.

13  BY MR. TOLCHIN:

14  Q.   What information did you gather and what conclusions did

15  you draw regarding A.L. Fraenkel?

16  A.   At the outset let me say that each of them, based on the

17  fact that they're different personalities, the children are at

18  a young age, they all dealt with it in a different manner.  The

19  reports were different both by the parents and the treatment.

20  The treating therapist on each of them.

21     A.L. of all the children felt that, Mr. Fraenkel felt has

22  been the most closed since the loss of the brother.  She

23  changed from this happy go lucky child to being a closed book,

24  those were his words, regarding her feelings.  She does not

25  speak about the event at all.  She did not express after any

1  ongoing stress, but this was along side and parallel with

2  becoming very distant.

3    He thought that she shut off her emotional life in this

4  manner in order to deal with the pain, the defense against the

5  pain.  And that caused significant behavioral problems in terms

6  of conflicts with her parents which is very much changed from

7  what it was before the kidnapping murder.

8    He felt that she was keeping these things very inside and

9  was markedly distressed but would not talk about it and would

10  absolutely refuse to talk to him about it, even though from the

11  reports of the treating therapist it appeared that she was more

12  open with the therapist.  She expressed feelings of

13  frustration, pain, shock and anger as was described in the

14  report by the treating therapist.

15    But the treating therapist felt that she was becoming able

16  to internalize the loss and reorganize the reality of her life

17  in terms of the new situation.

18          THE COURT:  I missed, excuse me, I missed an

19  adjective.  You said frustration.

20          THE WITNESS:  Pain, shock and anger.

21          THE COURT:  Thank you.

22  BY MR. TOLCHIN:

23  Q.   Did you reach a potential diagnosis for A.L. Fraenkel?

24  A.   It appeared that she was suffering, she is, was suffering

25  at the time of my evaluation based upon this report and the

1  third pieces of unspecified anxiety disorder, as well as

2  elements of complicated grief.  This persistent complex

3  bereavement disorder, remember in adults you need a year and

4  children need six months.  This is a year and a half later and

5  she's still exhibiting features of that.

6  Q.    How would you foresee this diagnosis playing out in the

7  future or progressing in the future for her?

8  A.    Based on the fact that it was a trauma that happened in

9  her life, in her early teens, it is expected that this is

10  something that is going to contribute to the development of a

11  personality, character and even trajectory of life.

12      However, over time which is expected that she'll integrate

13  some of those issues and she'll achieve some level of function

14  close to maybe what she could have ever achieved.  But that is

15  one thing that one can never for sure know.  But it's clear

16  that after time in these critical years of early teenager she

17  is suffering from anxiety and complicated grief which is a

18  significant stress in her life.

19  Q.    Turning to N.E. Fraenkel.  What sources of information did

20  you employ?

21  A.    N.E. Fraenkel I interviewed the parents, particular the

22  mother -- the father, who gave me information as well as

23  reviewing a report from the treating therapist Ms. Vered

24  Malachi.

25

1  Q.   V-E-R-E-D  M-A-L-A-C-H-I.

2      What information did you glean from Vered Malachi's report?

3  A.   It appears that N.E. dealt with the trauma of losing her

4  brother by closing up.  She keeps to herself and has become a

5  sensitive soul.

6          THE COURT:  Become a what?

7          THE WITNESS:  A very sensitive soul.

8      Mr. Fraenkel believe that of all of the children, N.E.

9  took the worse of her brother, the worse of all of the children

10 since she was close to Naftali, closest to Naftali of all of

11 the younger siblings.  While on the outside she tried to show

12 that everything was okay, it was very clear and evident that

13 she suffered and changed a lot since the event.

14     They describe that she become restless, impatient and

15 argumentative and that her academic achievement suffered a lot.

16 And it was a marked change in her achievement in school.  There

17 was a change in academic achievement even though it wasn't

18 marked.  Socially she kept the same few friends but would not

19 expand it to others.

20     I just felt that she was very overwhelmed with what

21 happened and this was accompanied by very child like

22 understanding of the situation.  But they did not want to

23 challenge that because that is what enabled her to function.

24 And they feel that this is something that's going to come out

25 at a very later stage because she didn't really integrate.

1  She's someone who doesn't talk much about it.

2      Ms. Malachi in her report felt that the therapeutic

3  sessions N.E. helped by means of meditation, relaxation helped

4  to deal with her emotions and bodily sensations and she

5  reported that the issue of grief and loss came up again and

6  again during the treatment time.

7      However, they were working very strongly in developing

8  the defense mechanism in order to deal with the loss in both

9  coping skills to help her understand it because of her very

10  charred like understanding of the loss of her brother and the

11  circumstances that surrounded it.

12  Q.   Did you arrive at a diagnosis for her?

13  A.   Based on her responses, based on the parents' responses

14  and her behavioral disruption, once again it appears that she's

15  suffering from anxiety with anxiety disorder as well as

16  evidence of complicated grief.  Based on the fact that it's

17  still a year and a half later she was still preoccupied with

18  issues of grief and loss and how this is affecting her social

19  and academic function.

20  Q.   And in a child of her age do you have an opinion with a

21  reasonable degree of psychiatric certainty as to the likely

22  future progression of her anxiety and bereavement disorder?

23  A.   It's clear in the short term that these issues of anxiety

24  and grief are affecting her function, as I mentioned social and

25  academic.

1        Whether this will effect her long term in terms of the next

2   10, 20, 30 years is difficult to predict.  But the scar will

3   always be there and there are elements, aspect of what she's

4   going through now that will most definitely contribute to

5   certain decisions or aspects of a trajectory of life.

6   Q.    Turn now to N.S. Fraenkel.  What sources of information

7   did you employ to evaluate N.S. Fraenkel?

8   A.    N.S. Fraenkel, I spoke to her parents.  Most of the

9   information I received from her father and from her treating

10  therapist, Ms. Vered Malachi.  It was described that N.S.

11  suffered from severe anxiety afterwards with constant sorts of

12  terror attacks which manifested as an extreme fear of all

13  Arabs.  She dealt with the trauma by non-stop talking about

14  what happened.  And constantly talking about Naftali which is

15  very different to some of her immediate older siblings.

16      Her parents, her father believed in particular that anxiety

17  effected her social and academic potential and that she become

18  a significant underachiever at school.  Much of this is related

19  to her impatience which was never a problem before the

20  kidnapping and murder.

21      She constantly talks about her brother.  She cannot move

22  forward.  She even after the fact that she was told her brother

23  was dead, she constantly kept on asking when is he returning,

24  when is he returning.  She could never integrate the fact that

25  she was, that he was dead for a long period of time.

1    While he believes, the father, that this was good for her

2  that she's open in talking, he knows that this is her way of

3  dealing with unresolved anxiety.  She's also become very

4  clinging and dependent on her parents with the constant need

5  for attention.  She also needs to know where her parents are at

6  all times.

7    She has a need to control situations.  As a young child she

8  almost rules the roost at home.  Unfortunately, as the father

9  described much of this is expressed in oppositional behavior

10  which effects also her behavior to a significant extent.

11    Ms. Malachi the treating therapist described N.S. as a

12  lively and charismatic girl but very preoccupied with questions

13  regarding substantial contents of loss and death and

14  relationship of war and peace which is a very rare

15  preoccupation for a child at such a young age.

16    But for her because she enjoys or is good at expressing she

17  will do a lot of expressing around pictures and writing letters

18  and that was her manner of dealing with the grief.  The manner

19  of dealing with the underlying anxiety related to the grief.

20  Q.   Did you reach a diagnosis for N.E.?

21  A.   N.S. appears suffers from a form of anxiety disorder which

22  is expressed in a child in the manner of behavioral disturbance

23  as I described as well as elements of complicated grief or

24  persistent complex bereavement disorder.

25  Q.   Can you anticipate a future progression or prognosis for

1  her?

2  A.    It is clear based on what I have described that her social

3  and occupational function is effected by this anxiety and

4  grief.  In particular her academic function and her

5  oppositional behavior and therefore it's going to define a lot

6  of her schooling and social function in the next few years one

7  can say.

8      One may not predict, but one would expect that over time

9  with the caring parents that she has and the treatment that

10  they are, that they are giving her that she will, much of this

11  will resolve in some way in terms of the function, but once

12  again, that's not something that I feel would be able to

13  predict in a long term basis.

14  Q.    Lastly, we turn to S.R. Fraenkel?

15      What information did you obtain about S.R. Fraenkel?

16  A.    S.R. was very young at the time of the kidnapping and

17  murder, he was four years old.  However, S.R. was someone known

18  to particularly idealize his big brother Naftali, and whenever

19  Naftali was around the house, his parents described as S.R.

20  would always gravitate to him and would be with him as much as

21  he could.  And therefore, the parents thought that this was

22  even at the young age of 4 stressful for him.

23      And therefore, they decided to send him as well for ongoing

24  treatment.  Ms. Malachi worked with him for four months.  She

25  described S.R. as being a smart, smiling child.  And encouraged

1  S.R. to talk about the loss of Naftali in details of the murder

2  to the extent that he understood it.

3      She described how she would light a candle or he would

4  light a candle at the sessions and tell stories about his

5  understanding of what happened and his memories of Naftali and

6  the connection that they had together.

7      One cannot know whether this effects his function, will

8  effect his function long term but it's something that the

9  parents are being responsible enough to nip in the bud if I may

10  say and perhaps in a way encourage him to grow up a little

11  quicker than he needs to, but at least in some way acknowledge

12  that maybe there's a potential for certain anxiety effects

13  which they've noted very prominently in the other children and

14  don't want to happen in S.R. and dealing with his treatment at

15  an early stage.

16  Q.   So is he at risk for certain diagnoses?

17  A.   It's difficult to say.  Based on the fact that his other

18  siblings have suffered from significant anxiety, his memories

19  of Naftali are not there.  But once again, I would expect based

20  on the celebrity nature of the event, that he will also come to

21  be known as the brother of and but I would hope that with the

22  intense intervention that the parents are doing at a young

23  stage, he will come to integrate that in a more positive

24  manner.

25  Q.   Even if he doesn't have much memories of Naftali or of

1  the, those 18 days or the kidnapping or the murder as it played

2  out, does that mean that these events are absent from his

3  personality, from his being?

4  A.    The fact that he's growing up in a damaged family, in a

5  traumatized family and a family that has experienced this

6  extreme trauma and which all of them have been significantly

7  effected, that no doubt it is something I can say for certainty

8  it's going to effect the nature of the surroundings that he's

9  going to grow up in.  And already that is going to make a

10 difference.

11    Whether he will suffer from any, with any disturbance in

12 the mental health manner, I cannot say for any certainty.  But

13 I can say for certainty his family malou where he's going to be

14 growing up in, is going to be irreversibly or significantly

15 checked different from what it could have been if his brother

16 hadn't been kidnapped and murdered.

17 Q.    Thank you, doctor.

18         THE COURT:  I have a question for you.  I don't mean

19 to be impertinent by asking it.

20     The younger children particularly from your description

21 and testimony might often have been expected to begin to

22 recover more rapidly than these younger children have done

23 which could be attributed of course to the suddenness and

24 violence associated with their brother's death.

25         But I wonder if the degree to which their parents' own

1  struggles and this is not, this is only a statement of fact.

2  There's no judgment, it's just a statement of fact.  That their

3  parents continue to have very serious difficult struggles with

4  this and quite remarkably so from their testimony.

5       So do you think that part of the impact for the rest of

6  the family is, emanates from their own parents' inability to

7  overcome the effects of Naftali's death?

8       It all rises from his death, so to a certain extent for

9  my purposes it's irrelevant, but I cannot help but see these

10 witnesses and identify or at least understand some of what

11 they're saying.

12      THE WITNESS:  Well, Your Honor, let me answer by

13 giving it some thought.  I think there are two important things

14 to take into context.

15      First of all, the cultural background are we talking

16 about a family that was extremely close knit.  This was an

17 external trauma that just threw everything off.  The whole

18 balance was thrown off.  No matter how the parents respond that

19 family will never be the same again, at least on a culture

20 level.  That's one thing.

21      And the second thing is the nature of the violence, if

22 it would have been that he would have died in a tsunami or a

23 earthquake or even a car accident, the fact that it was sudden

24 and unexpected but a very violent manner by a human entity, and

25 that's also described in the literature.  That the incidents of

1    PTSD is markedly different when it comes in the context of

2    that.  And people don't respond in a, in a resilient manner to

3    the extent that maybe they would have if the person who have

4    died in some other context.

5         So when you take together the cultural background

6    together with the nature of the event itself, I don't even want

7    to answer here the fact that this became a national event.

8              THE COURT:  Right.

9              THE WITNESS:  But the combination of the two, I think

10   that any family would have gone through this.  While the

11   parents themselves are obviously suffering as you mentioned to

12   a significant extent, I think that any family would have gone

13   through such a trauma and suffered with the children

14   experiencing this in such a way as well.

15        I don't think it's anything particularly relevant to the

16   nature of the parents themself.  Even though it is clear that

17   the fact that they suffer to the extent has, is influencing

18   their way of dealing with it.  I would say in fact they are

19   dealing with it in a very positive way because on the outside

20   they come across very smiling but the inner pain and stress is

21   remarkable and devastating.  I think they try to put on a more

22   positive face to what they're really suffering.

23             THE COURT:  Oh, no, I understand that as well.

24        Thank you, sir.  I appreciate your testimony.

25             MR. TOLCHIN:  You're done.

1           THE COURT:  You're done.  You're excused.  I'm sorry,

2   I didn't say that.

3        You are excused and thank you for coming.

4        (Witness excused.)

5           MR. TOLCHIN:  Your Honor, for the next witness I call

6   Marius Deeb.

7              PLAINTIFF WITNESS MARIUS DEEB SWORN

8                      DIRECT EXAMINATION

9   BY MR. TOLCHIN:

10  Q.   Could you tell us your name and spell it?

11  A.   Marius Deeb, M-A-R-I-U-S  D-E-E-B.

12  Q.   Could you briefly summarize your educational background?

13  A.   I have Ph.D. in politics in Arab and Islamic studies from

14  Oxford University in England.  Prior to that I have a BA and MA

15  from the American University of Beirut in Lebanon.

16  Q.   Could you briefly summarize your career and professional

17  background?

18  A.   I have taught for the last 40 years, I have just retired

19  four years ago.  I taught at the last, the last 16 years I

20  taught at the School of Advanced International Studies of John

21  Hopkins University here in Washington D.C. and before that I

22  taught at Georgetown University and American University of

23  Beirut.

24     And I taught in other institutions but these are the major

25  institutions I taught over the years.

1  Q.   Sir, I'm going to show you what was marked as Exhibit 35

2  and ask if you can identify the document?

3  A.   Yes.  This is my CV, my curriculum vitae.

4  Q.   Does this list your complete academic and professional

5  background?

6  A.   Yes, it does.

7        MR. TOLCHIN:  Your Honor, I offer the CV Exhibit 35

8  into evidence.

9        THE COURT:  Which the Court quietly notes is 26 pages

10 long.

11      It's accepted into evidence, thank you.

12      (Plaintiff's Exhibit Number 35 received into evidence.)

13        THE WITNESS:  Thank you.

14        MR. TOLCHIN:  When you have a long and distinguished

15 career.

16        THE COURT:  It's quite obvious.

17 BY MR. TOLCHIN:

18 Q.   Could you summarize your educational and professional

19 qualifications relating to Syria and it's support for Hamas?

20 A.   Yes.  I've studied of course Islamic history and politics

21 matter but I concentrated very much in my research and teaching

22 on Islam and politics, militant Islam as well as terrorism

23 which is sponsored by states like Syria, like Iran and Libya.

24   In particular my publications among others have focused on

25 Syria's role in this process using various organizations to

1  achieve it's objectives and also in particular in this case

2  using Hamas as a, one of its favorite terrorist organizations.

3  Q.    Sir, have you previously been qualified to testify as an

4  expert witness?

5  A.    Yes.  I've been several times listed at least four times

6  with respect to state sponsored terrorism twice by Syria, once

7  by Iran and another time by Libya.

8  Q.    Do you recall the names of any of those cases?

9  A.    Not --

10  Q.    Not by name?

11  A.    I think the latest I recall was Gates which I think it was

12  here.

13  Q.    It was here before Judge Collyer?

14  A.    Yes, the same Judge.

15         THE COURT:  I remember it.

16  BY MR. TOLCHIN:

17  Q.    Did you testify in a case called Wyatt, sir?

18  A.    Yes, I did.

19  Q.    Wyatt versus Syrian Arab Republic?

20  A.    That's right.

21  Q.    That was before Judge Lamberth?

22  A.    Yes, that's correct?

23  Q.    Did you testify in a case called Wultz versus Islamic

24  Republic of Iran?

25  A.    Yes, I did.

1  Q.    Also before Judge Lamberth?

2  A.    Yes, that's true.

3  Q.    And did you testify in a case called Baker versus

4  Socialist People's Libyan Arab Jamahiriya?

5  A.    That's right.

6  Q.    Also in this court before Magistrate Judge Facciola?

7  A.    Yes, I did.

8  Q.    Do you recall in what areas of expertise those courts

9  qualified you?

10 A.    Yeah, I mean, because of my research and what I taught

11 over the years my knowledge of what's happening in that part of

12 the world with respect to state sponsored terrorism, I think

13 that why it qualifies me as an expert on serious terrorism and

14 serious use of terrorist organizations as well as the

15 federation seeking Syria as a protector and working together to

16 achieve the common objectives.

17        MR. TOLCHIN:  Your Honor, I ask that Dr. Deeb be

18 qualified as an expert on the issue of Syria support for

19 terrorism in general and of Hamas specifically and how such

20 support effect impacted the kidnapping of plaintiff's decedent

21 Naftali Fraenkel.

22        THE COURT:  I suppose he can because of his expertise

23 on the first two give an opinion about the last one, so I will

24 accept Dr. Deeb as an expert as you described.

25        MR. TOLCHIN:  Thank you.

```
 1  BY MR. TOLCHIN:

 2  Q.  Dr. Deeb, did you prepare a declaration in connection with

 3  this case?  Or did you sign a declaration?

 4  A.  Yes, I prepared and signed a declaration.

 5  Q.  That's Exhibit 36.  Just quickly show it to you.

 6     Is this the declaration that you signed?

 7  A.  Yes.

 8  Q.  Dated May 21st, 2016?

 9  A.  That's correct.

10         MR. TOLCHIN:  Your Honor, I ask that Exhibit 36 be

11  received in evidence.

12         THE COURT:  And Exhibit 36 will be received in

13  evidence.

14      Can I ask who prepared it?

15         MR. TOLCHIN:  The actual ascribing?

16         THE COURT:  Right.

17         MR. TOLCHIN:  It was a combination effort between the

18  attorneys and Dr. Deeb.

19         THE COURT:  Okay.  I, just because he was so distinct

20  in making that distinction between signing it and preparing it,

21  I wanted to get on the record what it is.

22      Thank you.

23         MR. TOLCHIN:  I didn't mean to raise any alarm there.

24      (Plaintiff's Exhibit Number 36 received into evidence.)

25      Our intention, Your Honor, just to let you know how
```

1  we're going to use this, is really most of what we want to

2  elicit from Dr. Deeb is in the declaration, but I intend to ask

3  Dr. Deeb to present the highlights or overviews and answer any

4  questions that the Court may have and clarify anything that may

5  be open from the declaration.

6              THE COURT:  Okay.

7  BY MR. TOLCHIN:

8  Q.   Dr. Deeb, historically what has been the relationship

9  between the Syrian regime, with relationship of the Syrian

10 regime to supporting terrorist groups in general and Hamas

11 specifically?

12 A.   Yes.  The Syrian regime has been the foremost regime in

13 the whole region supporting terrorism and supporting terrorist

14 organizations.  If I want to rank them definitely Syria has

15 been number one.

16     Historically why it's supported Hamas in particular, the

17 Hamas with the support of Syria is because of the role of Syria

18 in disrupting and undermining the Arab Israeli peace process

19 from the mid '70s onwards, but with respect to Hamas it's

20 actually from early '90s up to 2012 when they parted company.

21 Q.   What motivates the Syrian regime to support terror groups

22 such as Hamas?  How does that, in other words, how does the

23 Syrian regime feel that it benefits them?

24 A.   It benefits them for example if they can manage to

25 undermine their rivals, the people who, especially countries

1   and other leaders who seek to reach an agreement with Israel.

2       And they could have thought, have tried quite successfully

3   to disrupt this process using terrorism in a consistent manner.

4   And that's how they benefit from the use of terrorism and using

5   various terrorist organization such as the Hamas for that

6   purpose.

7   Q.   What forms of support has the Syrian regime given

8   historically to Hamas?

9   A.   Tremendous support.  From early on when Hamas leadership

10  was in Jordan very quickly were kicked out in 1990s. They

11  sought refuge in Syria and Syria supported them on all levels,

12  military, economic, training, providing land, you know, both

13  Syria and Lebanon because Lebanon had been under control of

14  Syria then to recruit Palestinians for Hamas and to train them

15  and to send them on missions.

16  Q.   Did Syria provide, did Syria provide Hamas with a place to

17  locate its headquarters?

18  A.   Yes, and also to provide them with funds of course coming

19  from Syria and coming from other countries from Syria.

20  Q.   Funding?

21  A.   Yes.

22  Q.   And what about, did the Syrian military intelligence

23  provide any assistance to?

24  A.   Yes, military intelligence in particular in Syria this

25  apparatus has been a terrorist apparatus using terrorism on a

1  large scale and therefore with Hamas have worked very closely

2  on that.  Making the strategy, planning, what Hamas should do

3  Syria of course as a state had the upper hand in this

4  relationship but Hamas complied and worked with Syria very

5  closely.

6  Q.  Looking from the other perspective what is the importance

7  to Hamas of having the support of a state sponsor such as

8  Syria?

9  A.  Well, the ideology of Hamas means believing in Jihad,

10  believe in using violence to achieve its ends and particularly

11  its end very clear is to take over the historical Palestine

12  under the mandate, British mandate including Israel, West Bank

13  and Gaza and making the Islamic state.  That's the goal of

14  Hamas.  Anything which could help that, achieving that goal of

15  Hamas is offered.

16     The agreement came very closely when the peace process in

17  the '90s, especially the Oslo I and Oslo II of 1993 and 1995

18  that were signed between the Palestinian authority, between the

19   PLO and Israel.  Then Syria and Hamas have complete

20  conversions of interest and conversions of goals using

21  terrorism to stop this peace process.

22  Q.  Did the Syria support for Hamas and allowing Hamas to

23  operate within Syria give Hamas a sense of impunity that they

24  could not be --

25            THE COURT:  Wait, you're really putting words in his

```
 1   mouth.  Make sure you don't ask a leading question.  It's hard

 2   enough, you don't have an opponent.

 3        Reform your question.

 4   BY MR. TOLCHIN:

 5   Q.   What benefits did Hamas, does Hamas receive by being

 6   allowed to operate within Syria?

 7   A.   Lots of benefits.  Of course it's immunity from being

 8   pursued especially at that time Syria was a different state

 9   than it is now.  It was a police state.

10      And also benefits from funds coming from Syria, arms coming

11   from Syria and also arms and funds coming from others like Iran

12   and other countries which of course supplied Hamas with money.

13   And this all went through Syria because by the '90s and

14   definitely by 2003, the leader of Hamas Khalid Mashal.

15   Q.   Khalid Mash'Al?

16   A.   Khalid Mash'Al.

17   Q.   Can you spell it?

18   A.   K-H-A-L-I-D, M-A-S-H, there's a kind of comma or

19   something, A-L.

20   Q.   Apostrophe?

21   A.   Mash'Al, yes.

22   Q.   Who is Khalid Mash'Al?

23   A.   He's the top leader of Hamas.  He's really the commander

24   of, chief of everything.

25             THE COURT:  Is he still?
```

1          THE WITNESS:  I beg your pardon?

2          THE COURT:  Is he still alive?

3          THE WITNESS:  Yes, he's still alive.  He's not in

4   Syria now, but that's different.  But we're talking about 2012.

5          THE COURT:  Right.

6          THE WITNESS:  He was there.

7          THE COURT:  Right, thank you.

8   BY MR. TOLCHIN:

9   Q.   For a period of time he was in Syria?

10  A.   Absolutely.

11         THE COURT:  Since 2003?

12  BY MR. TOLCHIN:

13  Q.   From 2003.

14  A.   To 2012.

15  Q.   What happened in 2012 that made him not be there any more?

16  A.   Hamas is really a sue name from the fundamentalist

17  movement based on the Muslim brothers like the one of Egypt,

18  like other Muslim brothers all over the Islamic world.

19     So it became Hamas in 1987 but before that originally the

20  Palestinian Muslim Brothers.  So in 2011 there was a rebellion

21  in Syria which is still going on against the SSL dynasty Bashar

22  in particular and people around him.

23     The major opposition were also fundamentalist close in

24  ideology to Hamas.  So Hamas couldn't support Syria against

25  them as they were fighting a war against the regime.  So it

1  decided not to be in Syria, not to support Syria.

2  Q.   Just stepping back still before 2012?

3  A.   Sure.

4  Q.   The Syrian support for Hamas up until that falling out,

5  can you describe the impact that it had or not on Hamas'

6  ability to grow?

7  A.   Very much so because it determined, Syria had tremendous

8  influence in determining what Hamas should do.  For example,

9  kidnapping Israeli soldiers, you know, starting wars as they

10  did later, but also in June 2007 with Syria's really planning

11  it in Damascus, Hamas kicked out the PLO security apparatus of

12  Palestine authority from Gaza Strip and became the complete

13  master of Gaza Strip which gave them total freedom to act as

14  they were alone in that strip, Gaza Strip.

15  Q.   What impact did Syrian support for Hamas have on Hamas'

16  ability to effect Israel?

17  A.   Very much so because without Syria's support, Hamas would

18  not be needed part from the terrorist organization, because of

19  the funding, because of strategy what to do, to plan what to

20  do.  And the training of course of its personnel and having a

21  vision how to fight Israel, Syria had a tremendous input into

22  that.

23  Q.   What impact did Syrian support have on Hamas' ability to

24  disrupt the, what you call the Arab Israeli peace process?

25  A.   A lot because of course we know that the process has not

1  really gone very far after 1995.  So I think it was very

2  successful, Syria and Hamas, with others too coming to the

3  picture particularly Hamas to stop the process and that's what

4  they, Hamas is interested in.  Doesn't want at all the peace

5  process to go on.  And of course it doesn't want the Palestine

6  authority to proceed in the peace process with Israel.  So

7  Syria and Hamas were totally in agreement then.

8  Q.    Now you told us there was a falling out in 2012 or

9  separation?

10  A.    Yes.  That's, the reason is that the rebellion against

11  the Assad regime in Syria is a Sunni fundamentalist and after

12  all, you know, the region is religious as you know, divided by

13  religions and sectarian things like Sunni being Sunnis or

14  ischia (sic) or in the case of Bashad Alawi.

15  Q.    Alawi.

16  A.    Al Alawi is a totally --

17  Q.    Just spell it.  A-L-A-W --

18  A.    Alawi, A-L-A-W-I regime.  Is of course called after Alawi,

19  the fourth calif of Islam.  And the Alawi of Syria as well as

20  the numerous, millions and millions of Alawis of Turkey do not

21  really belong to Islam.  The religion is not Muslim although

22  they claim so, but it's not true because they don't fast.  They

23  don't go Pilgrimage.  They don't have mosques actually and they

24  celebrate everything.  So they have nothing to do with Islam.

25        So the fact that this was uncovered all of a sudden it is a

1  divide between Sunni fundamentalist like Hamas and the

2  opposition of the position in Syria and Assad regime which is

3  Alawi in character.

4  Q.   So since 2012 has the Syrian regime provided support to

5  Hamas?

6  A.   Not really.  It doesn't have much resources to support

7  anyone.  They're fighting for their life to stay in power and

8  to keep the regime as much as possible keeping as much

9  territory under control.

10  Q.   Nonetheless, despite the falling out in 2012 did Hamas in

11  2014 still continue to enjoy the benefits of the previous many

12  years of support for Hamas by the Syrian regime?

13  A.   Totally because it was able to build a whole independent

14  mini state of its own.  It's not officially a state, but they

15  control Gaza Strip, they, they learned the strategy of how to

16  fight Israel and what methods to use.  And we can see

17  throughout the '90s and the first decade, the first decade of

18  the twenty-first century where they used tremendous terrorist

19  methods to fight Israel and all these were learned from Syria.

20  Syria has always been the master of terrorism in the region in

21  terms of the form of terror state.

22  Q.   Does Hamas even today continue to enjoy the benefits of

23  the pre 2012 support that Syria gave to Hamas?

24  A.   Yes, very much so.  I mean, they're known in relationship

25  in Syria Hamas now.  But what Hamas is all about now is because

1   of the support given by Syria over a decade.  Actually, it's

2   more than a decade, but we can at least speak for at least ten

3   years.  So I would say from the mid '90s, so I give it almost a

4   decade and a half of Syrian support; military, strategic,

5   economic, the way they operate on the ground and the way they

6   use terrorism against Israel all learned from Syria.

7   Q.   Can you describe the impact on Hamas' stature as a

8   terrorist organization of the safe haven and support that Syria

9   gave to Hamas from the mid 1990s to 2012?

10  A.   It's a very major terrorist organization in the region.  I

11  would say it is the most important terrorist organization

12  among the Palestinians.  When you compare it even with others

13  it ranks very high up really among all the terrorist

14  organizations in the region as a whole.

15  Q.   Did the safe haven and support that Syria gave to Hamas

16  from the mid 1990s through 2012 allow Hamas to solidify it's

17  organizational structure?

18  A.   Very much so.  It allowed Hamas to boast about this.  I

19  mean, publicly the leader of Hamas in 2010, two years before he

20  left Syria when the relations were good, he said about a war

21  which Hamas actually provoked in 2009 and 2010, in the Gaza war

22  with Israel, he said it was only possible because of Syria

23  support.  We want this war because of Syria, publicly he said

24  that and he thanked Syria for that in a forum in January 2010

25  which was held in Beirut, Lebanon.

1          THE COURT:  Can I ask a question?

2          MR. TOLCHIN:  Absolutely.

3          THE COURT:  For the record, let me put on the record

4    what is the major religion in Syria if there is one?

5          THE WITNESS:  The major religion in Syria if you take

6    the whole of Syrian population but now of course --

7          THE COURT:  Well, let's go back to before the

8    present.

9          THE WITNESS:  Yeah, I suppose the major religion is

10   Sunni Islam.  The Sunni Muslims are probably were at that time

11   around 70 percent.  But there is another divide among the

12   Sunnis.  There are Kurds in Syria who do not, mostly are Sunnis

13   it's true, but some of course are Shiites and some Alawis and

14   some are Christians.  But the Kurds have a different view of

15   the world. They want their own state.

16        Now the rest of them were, the Alawis constitute a large

17   minority.  There are over two million people in Syria.  And

18   they constituted the backbone of the military intelligence and

19   the commanders.  For example, if you have a unit of the army,

20   the top commander might be Sunni Muslim.  But the real

21   operator, the one who makes the decision is the Alawi.

22        So you have here a system where the Alawis really

23   control the military and the military intelligence all over the

24   country.  Despite the fact that there were probably around 12,

25   14 percent of the total population.  So you have here a, and

1  the rest of course were Christians, some of course are the

2  famous Jews, a community which existed in Syria, Lebanon and

3  Israel who are not Muslims strictly speaking.

4          So that was the break down of the, there are some

5  smaller minorities, a very small minority of Shiites, but

6  basically these are the religious composition of Syria before

7  2011.

8          THE COURT:  Thank you.

9          And the Muslim Brotherhood, are the members of the

10 Muslim Brotherhood Shiite or Sunni?

11         THE WITNESS:  All Sunni.  Muslim Brothers is a Sunni

12 movement which started -- actually, I've written on that

13 extensively because I wrote in Egypt, in Egypt in 1928 was

14 founded by a guy who was a school teacher but he had a vision

15 and he decided to form the Muslim Brothers.

16         The reaction to various regions in Egypt and what

17 happened in the region against Sectarianism.  That Egyptian

18 Muslim Brotherhood was the mother of all of the Muslim

19 Brotherhoods in the region.  There is the Muslim Brotherhood in

20 Syria, a Muslim Brotherhood in Jordan, one in Tunisia which is

21 empowered with others and there's one in Libya and Algeria and

22 one in Turkey, they are all related.  And their vision is

23 completely Sunni and fundamentalist.

24         They appear to be less extremist than what we have now

25 on the scene, but their vision is similar.  It's exclusive.

1    It's not inclusive of others.  And therefore, they cannot

2    accept to share with others a system as such and if they do

3    and then they take it over as they have done in Egypt and then

4    kicked out by the commander of the army and the same thing in

5    Tunisia, they're trying to moderate but they cannot possibly

6    moderate.  The ideology is not inclusive, let we put it this

7    way, of others and Hamas belongs to this ideology very much so.

8            THE COURT:  Thank you.  I very much appreciate having

9    that all.

10        Sorry.

11   BY MR. TOLCHIN:

12   Q.   Dr. Deeb, in the absence of the support given by the

13   Syrian regime to Hamas from the mid 1990s until 2012, would

14   Hamas have been able to grow to the size and power that it had

15   in 2014?

16   A.   Not at all because it was the support, the wars that

17   support the war.  Of course, taking over Gaza Strip which was a

18   serious structure change.  You see, the Syrians in answer to

19   the Judge's question also Syria supported Sunni fundamentalist

20   before 1912.  They send them to Iraq to disrupt.

21   Q.   2012?

22   A.   They sent to Jordan.  But with the rebellion in Syria this

23   has changed.  So before that, they were working together and so

24   they worked harmoniously with Hamas and Hamas is a powerful and

25   formidable terrorist organization.

1  Q.   Last question, in 2014 did Hamas continue to use the same

2  weapons, the same training, the same strategies as it had

3  obtained from the Syrian regime before 2012?

4  A.   The same strategies.  What happened in the terrorist

5  operation we're talking about of 2014 is very much like the

6  terrorist operations before.  The terrorist operations which

7  excelled in the second and between September 2000 and February

8  2005.

9      I mean, this is all the same thing.  They have just learned

10  all of that on the Syrian, let's say Syrian sort of master,

11  under the Syrian master and they became master of their own and

12  they have continued to do the same things which they had

13  learned previously when they were on the same denomination.

14  Q.   Thank you very much, doctor.

15  A.   My pleasure.

16          THE COURT:  Thank you very much, doctor.  Very good

17  to see you.

18          THE WITNESS:  My pleasure.  Thank you, Your Honor.

19          THE COURT:  I am going to change my morning if I can

20  tomorrow so that we have the morning free.  Do we need it?

21  It's 20 after three.  We have three or four more witnesses,

22  right?

23          MR. TOLCHIN:  Three quickies I hope.

24          THE COURT:  You think you'll be done today?

25          MR. TOLCHIN:  I'm trying.

1          THE COURT:  Well, I appreciate that.  But if I need

2  to change this meeting, I need to change it now so that the

3  people who are going to be here at 11:00 o'clock to 11:15

4  tomorrow don't come because once they're here, I got to go.

5          MS. WEISER:  They're coming at 11?

6          THE COURT:  11:15.

7          MS. WEISER:  I think even if we have to go tomorrow

8  morning and start at 9:30 we could still be done before 11.

9          THE COURT:  Okay.  Then I won't send this email and

10  I'll hold you to it.

11          MR. TOLCHIN:  Who is next?

12          MS. WEISER:  Dr. Levitt.

13          THE COURT:  Dr. Levitt, if you would, please.

14          PLAINTIFF WITNESS MATTHEW LEVITT SWORN

15                    DIRECT EXAMINATION

16  BY MR. TOLCHIN:

17  Q.   The gentleman seated in the witness stand, can you tell us

18  your name?

19  A.   Dr. Matthew Levitt.

20  Q.   Could you spell your name, please?

21  A.   M-A-T-T-H-E-W.  L-E-V as in Victor I-T-T.

22  Q.   Dr. Levitt, could you please briefly summarize your

23  educational background?

24  A.   I have a BA in political science from Yeshiva University

25  in New York.  Masters of Law and Diplomacy and a Ph.D. in

1    International Relations both from the Fletcher School of Law

2    and Diplomacy at Tufts University.

3    Q.    And could you summarize your career and professional

4    background, please?

5    A.    After a Ph.D. fellowship at Harvard, the law school, I

6    worked at the Washington Institute for Near East Policy as a

7    Soref, S-O-R-E-F, fellow.  And then was hired at the FBI to be

8    a counter terrorism intelligence analyst.  That was in 1998.

9        I was there through and including 911 where I focused on

10   Middle Eastern terrorist groups and their activities either in

11   the United States or targeting U.S. persons or interest abroad

12   and concluded my last assignment was leading the analytical

13   team for Flight 175 in PENTTBOM after 911.

14           THE COURT:  Wait, wait.  Hold on, you are only up to

15   2001.

16           THE WITNESS:  I then went back to the Washington

17   Institute where I was hired as a senior fellow and director of

18   the new program on counter terrorism.  I was there for four

19   years and was hired away to be the deputy assistant secretary

20   for intelligence and analysis at the Department of Treasury in

21   what was then in post 911, new office at the Treasury, the

22   Office of Intelligence and Analysis.

23           That made me part of the senior executive service within

24   the Treasury Department and a senior intelligence official, the

25   deputy chief of one of the 16 U.S. intelligence agencies under

1   the office of the Director of National Intelligence.

2          I've now returned in 2007, I returned to the Washington

3   Institute again as a senior fellow.  And as the director of the

4   counter terrorism program.  And while there I have also done a

5   temporary government employee stint as counter terrorism

6   adviser at the State Department for General Jones when he was

7   one of the U.S. middle east envoys.

8   BY MR. TOLCHIN:

9   Q.    Dr. Levitt, I'm going to show you a document that was

10  marked as Exhibit 33 and ask if you can identify this document?

11  A.    This is my CV.

12  Q.    Does that Exhibit identify your or set forth your

13  professional and educational background in full?

14  A.    It does.

15  Q.    It does.

16          MR. TOLCHIN:  Your Honor, may the Exhibit 33 be

17  received --

18          THE COURT:  It will be.

19          MR. TOLCHIN:  -- in evidence.

20      (Plaintiff's Exhibit Number 33 received into evidence.)

21  BY MR. TOLCHIN:

22  Q.    Can you summarize your educational and professional

23  qualifications relating to Iranian support for Hamas?

24  A.    My Ph.D. at the Fletcher School was on the ways that

25  terrorist attacks undermine an ongoing negotiation process.  My

1   case study was the 1994, 1996 Oslo Peace Process where I

2   studied acts of militancy both by Jewish extremist terrorist

3   groups and Islamic extremist terrorist groups especially Hamas.

4       To do that research I did extensive field research in

5   Israel in the West Bank and the Gaza Strip.  Later I published

6   a book through Yale University Press.  Obviously an academic

7   press with peer review on Hamas, entitled Hamas:  Politics,

8   Charity and Terrorism in the Service of Jihad.

9       And again for that, I did a whole lot more primary field

10  research in Israel, the West Bank, Jordan and elsewhere

11  including interviewing some convicted Hamas terrorists involved

12  in Hamas operations.

13      I've spent a lot of time focusing on Iranian sponsorship of

14  terrorism in general, not limited to but very much including

15  Hamas and continue to research and write on the topic

16  regularly.

17      I was last in Israel and in the West Bank in September.  I

18  travel throughout the Middle East regularly most recently in

19  Saudi Arabia last week where Hamas came up in conversation as

20  well.

21      I have testified not only in court but before congress many

22  times both on Iranian sponsorship of terrorism and on Hamas and

23  the interconnection between the two.

24  Q.   So you have been qualified as an expert witness in court

25  proceedings before?

1   A.    Many times.

2   Q.    Have you been qualified in the past as an expert with

3   respect to Hamas and Iranian sponsorship of Hamas?

4   A.    Yes.

5   Q.    You've said you testified in congress.  Again, does that

6   deal, did any of that testimony in congress deal with Hamas or

7   Iranian sponsorship of Hamas?

8   A.    Yes.

9          MR. TOLCHIN:  Your Honor, I move to qualify Dr.

10  Levitt as an expert on Hamas, Hamas terrorism, Iran support for

11  terrorism in general and Hamas specifically and by extension as

12  such support impacted the kidnapping and murder and Naftali

13  Fraenkel.

14         THE COURT:  I am sure that Dr. Levitt can testify

15  with great expertise as to the first ones and as an expert he

16  can offer an opinion as to the latter one.

17         MR. TOLCHIN:  Thank you.

18         THE COURT:  So you're accepted.

19         THE WITNESS:  Thank you.

20         THE COURT:  Would you like me to dub you knight?

21         THE WITNESS:  That would be fantastic, something to

22  tell my children when I get home.

23         THE COURT:  It's sorry, it's getting late in the

24  afternoon.

25         MR. TOLCHIN:  That would be unconstitutional.

1   There's no titles of nobility in this country.

2          THE COURT:  There are no potentates, I know that.

3   You have to adjure all potentates when you take the oaths to

4   become an American Citizen.

5          Did you know that?

6          MR. TOLCHIN:  I did.  I got stuck wondering what a

7   potentate is.

8          THE COURT:  It's the adjure part people get hung up

9   on, not potentate.

10         Sorry.

11  BY MR. TOLCHIN:

12  Q.  Doctor, did you execute a declaration in connection with

13  this case?

14  A.  I did.

15  Q.  And just quickly show it to you.  This is the declaration,

16  this is Exhibit 34?

17         THE COURT:  34, yes.

18  BY MR. TOLCHIN:

19  Q.  Is this the declaration you executed dated June 3rd, 2016?

20  A.  This is it.

21  Q.  And are the contents of this declaration true?

22  A.  Yes.

23         MR. TOLCHIN:  Your Honor, I ask that the declaration

24  be received in evidence as well.

25         THE COURT:  Yes, it will be.

1          (Plaintiff's Exhibit Number 34 received into evidence.)

2          MR. TOLCHIN:  Again, we will rely on the declaration

3    as well as the testimony that is presented live.

4          THE COURT:  Right.  I assume that's why you made it

5    an Exhibit?

6          MR. TOLCHIN:  I did.

7    BY MR. TOLCHIN:

8    Q.    Dr. Levitt, briefly what is the origin of Hamas and it's

9    goals?

10   A.    Hamas is the Palestinian branch of the Muslim Brotherhood.

11   It was formally founded as Hamas in December 1987.

12        The name Hamas is an acronym and a play on words.  In

13   Arabic it means zeal.  It's an acronym for Harakat al-Muqawama

14   which means Islamic Resistance Movement.

15   Q.    What are the goals of Hamas?

16   A.    There are some Palestinian organizations, some militant,

17   some not, who seek a two state solution and there are others

18   who don't.  Hamas falls into the latter category.  Hamas seeks

19   the destruction of the State of Israel and all of what was once

20   British mandate Palestine and now includes all of Israel, West

21   Bank and the Gaza Strip.

22        To that affect it engages in political activities, in

23   social welfare, educational activities, in the dower or

24   proselytizing activities and of course, militant activity.

25   Because not only does it seek to destroy the State of Israel,

1    it also seeks to create specifically an Islamic state, not a

2    secular state.

3        So to that end it is as much a foe of the Palestinian

4    authority and other secular Palestinian groups as it is of the

5    State of Israel.

6    Q.    Does Hamas use military or violent means to achieve its

7    goals?

8    A.    Very much so.  Hamas does political activity and social

9    activity but Hamas also has a military or terrorist wing called

10   Qassam, Q-A-S-S-A-M Brigades which has carried out enumerable

11   suicide bombings, rocket attacks, stabbings, shootings, car

12   ramming attacks, kidnappings, et cetera.

13   Q.    Are those attacks directed army to army?  The Hamas

14   against the Israeli army for example or are they directed

15   elsewhere?

16   A.    There are Hamas attacks that have targeted the Israel

17   defense forces, but most Hamas attacks target the civilian

18   population and do so in an intentional and discriminate

19   fashion.

20       So while it's true to say that Hamas does not pro actively

21   or intentionally target western civilians, Americans have been

22   killed in Hamas attacks along with citizens of a great many

23   other countries because when you put a suicide bomber on a bus

24   or you fire a rocket at a community or you kidnap hitchhiking

25   teens, you are carrying out an indiscriminate attack.

1  Q.   Do kidnappings have a special cachet for Hamas, a special

2  significance?

3  A.   They do.  Kidnappings have a cachet within Palestinian

4  society at large because for many Palestinians the idea that

5  there are Palestinians in Israeli jails is unfair whether they

6  are in jail because they carried out acts of militancy or not

7  Israel has administrative detention law.  So some of these

8  people have not been tried.

9      Some of them have been tried in military court, even those

10  that have been tried and convicted in civilian court, from a

11  Palestinian prospective, especially once there was a peace

12  process, they believe that these people should be freed and

13  that the Palestinian authority in its efforts to negotiate

14  peace has not done enough to secure the release of prisoners.

15      When Hamas carries out a kidnapping therefore, it has more

16  legitimacy in the eyes of the population.  It's not that they

17  are kidnapping people and saying we're not going to release

18  these kidnapped persons unless you end the peace process.

19  They're saying we're not going to release these people unless

20  you release many more prisoners.

21      So that is perceived by some Palestinian society as being

22  somewhat less militant and more legitimate.  It's also useful

23  to Hamas because it's a great way to attack Israelis and also

24  undermine the Palestinian authority demonstrating that they,

25  Hamas, engage in risks, they execute operations, they put

1  themselves out there to do things for the release of

2  Palestinian prisoners while Palestinian authority leaders sit

3  in fancy hotels and conferences and accomplish not very much.

4      And there are many quotes some of which I have included in

5  the books I've mentioned where Hamas leaders specifically say

6  in the wake of kidnappings I'm thinking of one after the

7  kidnapping in 1994 of Nachshon Wachsman who was a dual

8  American.

9  Q.    Nachshon, N-A-C-H-S-H-O-N Wachsman, W-A-C-H-S-M-A-N.

10 A.    Yes.  A dual U.S. Israeli citizen who was ultimately

11 killed in the attempt to free him where the Hamas leaders said

12 this is not the end.  This is a means.  And it's a means to

13 secure the release of prisoners.

14     Finally, because Israel has a history of agreeing to

15 prisoner releases both with Hamas and other militant

16 organizations, Lebanese Hezbollah, a popular front of Palestine

17 general command or others.  Historically Hamas believes that

18 this is something that can be useful to them, that it will

19 work.

20 Q.    In fact, it worked well with the Schalit Deal; is that

21 correct?

22 A.    Yes, in 2011.

23 Q.    Do you know how many, how many Hamas militants were

24 released from Israeli prisons in exchange for Gilad Schalit?

25 A.    No, I don't have the number, it was a large number, three

1  digits.

2  Q.   High hundreds?

3  A.   Yes.

4         THE COURT:  Can we interrupt?

5         MR. TOLCHIN:  Yes.

6         THE COURT:  We're going to take no more than ten

7  minutes, I promise.  Ten minutes.

8      Please don't talk about your testimony while you're

9  taking a break.  People have been here all day need a break and

10 we will be right back.

11         (Witness excused.)

12         (Recess at 3:36 p.m.)

13         (Proceedings resumed at 3:45 p.m.)

14         (Witness resumes the stand.)

15         THE COURT:  You may proceed when you're ready.

16 BY MR. TOLCHIN:

17 Q.   Dr. Levitt, are there accepted or estimates of the annual

18 budget of Hamas?

19 A.   Estimates, yes.  The only thing that's known for sure is

20 that as most budgets do it fluctuates over time.  In the early

21 '90s there were estimates as low, as low tens of millions to as

22 much as ninety or a hundred million.  The upper end of that is

23 probably more accurate today and it probably goes above that

24 sometimes too.

25     The reason is that as we discussed earlier Hamas is not

1  just a terrorist or military organization.  Attacks are fairly

2  inexpensive.  Running the Gaza Strip as it does now since 2007

3  or so, running hospitals and kindergartens and food programs

4  and medical clinics which it does to proselytize and Islamisize

5  society, that's very expensive.

6      And that type of infrastructure costs later pays dividends

7  for the militancy.  For example, if you need to hold a

8  clandestine meeting you maybe can do it at a clinic or a

9  hospital or a school.

10  Q.   What are the sources of Hamas' revenue?

11  A.   Hamas' revenue sources come down to state sponsorship.

12  Primarily historically from Iran and Syria and it's own robust

13  international quote unquote charity organizations around the

14  world, many of which have been shut down over the past few

15  years in North America and the United States and Canada and in

16  Germany and in a series of court cases several of which I've

17  testified in, but they remain a great number of different types

18  of charities and social service organizations on the ground in

19  the West Bank in the Gaza Strip run by and affiliated with

20  Hamas through which Hamas gets money either from the

21  international charities that raise monies for it around the

22  world, quote unquote charities or sometimes through Iran.

23      So Iran will use these as a means of laundering and

24  processing the money to the beneficiaries within Hamas,

25  sometimes the political or social wing and sometimes the

1  militant terrorist wing on the ground in the West Bank, in the

2  Gaza Strip.

3          THE COURT:  In other words, Iran appears to give

4  money to a charity in the Gaza Strip but actually the money

5  goes to something else?

6          THE WITNESS:  In many cases, yes.  Not always the way

7  it's done.

8          THE COURT:  No, no.

9          THE WITNESS:  At some points Hamas has literally

10  smuggled suitcases of money from the Sinai into the Gaza Strip.

11  BY MR. TOLCHIN:

12  Q.   Through a tunnel.

13  A.   Through tunnels, yes.  The government of Qatar and the

14  government of Turkey have each provided funds to the Hamas

15  government in Gaza to run that but we're talking that kind of

16  large infrastructure cost versus the cost of running operations

17  and funding at the terrorist wing the Qassam Brigades,

18  Q-A-S-S-A-M Brigades.

19  Q.   So am I correct I can't just send a wire transfer to Hamas

20  not easily at least?

21  A.   Not easily at all in large part because there are

22  designated terrorist organizations designated by the United

23  States parts or all of which designated by others including the

24  European union, so it becomes very difficult to do that.

25          THE COURT:  The Department of Treasury would frown on

1    that.

2    BY MR. TOLCHIN:

3    Q.    So how does funding get into the hands of Hamas, just

4    what's the process?

5    A.    Well, as I said, there are multiple processes.    One of

6    which is that they will send money through charity as a

7    donation and that charity will either be in total a Hamas front

8    or an entity that is largely controlled by, meaning it will

9    have a Hamas standing member who is either the head of it or in

10   key positions that will funnel the money onwards to the

11   different parts of Hamas.

12      Money being fungible of course, you could theoretically

13   make a true donation to say a Hamas hospital and a small or

14   large portion of it could end up going to something less

15   altruistic.

16   Q.    Are you familiar with something called the Alnor Society

17   or Alnor Prison Society?

18   A.    Yes, the Alnor Prisoner Society.

19   Q.    What is that?

20   A.    The Alnor Prisoner Society is a Hamas run charity.    Part

21   of its Dawa, D-A-W-A or proselytizing activities which has been

22   publicly tied to Hamas in academic studies and in court cases

23   both here in the United States and in Israel.

24   Q.    Has Iran historically provided support to Hamas?

25   A.    Yes.

1  Q.    Has that support remained constant or varied over the

2  years?

3  A.    It's varied for several reasons.  One is that Hamas --

4  Iran -- excuse me -- tends to have a pay for performance kind

5  of a system so the more you perform, the more willing they'll

6  be to fund.

7      The second is that sometimes their interests in funding is

8  dictated by events so when there appears to be some likelihood

9  of success of some type of element of a peace process Iran has

10  greater interest, an interest shared by Hamas to undermine that

11  process.

12      And then finally, there are other outside factors that can

13  contribute to their ability or willingness to move those funds

14  in terms of actions the international communities or the

15  Israelis or sometimes the Palestinian authority take to make it

16  difficult for them to do it or because like all parties in a

17  relationship sometimes their relationship is stronger and

18  sometimes not.

19      Such as when Hamas decided to close its headquarters office

20  in Syria in 2012 and because it was not supporting the Assad

21  regime in the civil war Hamas as a Sunni organization felt

22  pretty uncomfortable with the fact that the Assad regime was

23  butchering fellow Sunnis, that had an unselling effect on

24  Hamas' relationship with Iran because Iran was the primary

25  backer and remains along with Russia, the primary backer of the

1  Assad regime.

2  Q.    What form has the Iranian support of Hamas taken?

3  A.    Iranian support for Hamas has primarily taken in the form

4  of actual cash, weapons.  But also training, intelligence

5  support, taking people to Iran or to Lebanon for training and

6  also political cover.  But the weapons, the money, the training

7  and the intelligence support are the most important.

8  Q.    What do you mean by political cover?

9  A.    Well for example, Hamas has for many years had a

10  representative in Tehran and Iran supports Hamas in the region.

11  Iran is very vocal about it's belief that Hamas is in the right

12  and because it is in its terminology fighting occupation, all

13  means of fighting said occupation are legitimate and tries to

14  build up support for the group within the region and within

15  Muslim countries and to protect it from opposition of political

16  circles.

17  Q.    Can you quantify in money the order of magnitude of

18  support that Iran has historically contributed to Hamas each

19  year?

20  A.    Year by year, no.  I don't know anybody who could do that.

21  But over time we are talking hundreds of millions of dollars.

22  I've seen others say billions of dollars.

23      As I said, it fluctuates and it would include both the

24  support for the organization overall and also support for its,

25  specifically Qassam Brigades.

1          Sometimes that's hard to break out and sometimes we have

2    instances that we can point to that give us some indication.

3    For example, in 2015 the Treasury Department designated as a

4    specially designated global terrorist an individual named Mahir

5    Salah who was at the time the head of the Hamas financial

6    committee based in Saudi Arabia.  According to intelligence the

7    Treasury Department declassified in its open press release Mr.

8    Salah since at least 2013 had been funneling tens of millions

9    of dollars from Iran through Saudia Arabia specifically not

10   just to Hamas, but to the Qassam brigades.

11   Q.    You heard, were you in the room when Dr. Deeb testified

12   earlier?

13   A.    Only part of it.

14   Q.    Was there a rift in the relationship between Hamas and

15   Iran in or about 2012?

16   A.    Yes.

17   Q.    What was the nature of that rift?

18   A.    As I touched on moments ago, the nature of it was the fact

19   that Hamas was breaking with Iran on the issue of supporting

20   the Assad regime in Syria since the Hamas leadership had been

21   kicked out of Amman, Jordan in the late 1990s.  Hamas had

22   maintained its external headquarters quite openly in Damascus

23   where it had fund raising events, held political meetings and

24   operated quite openly and the Israeli government had tied some

25   of the leadership to actual attacks that were going on in

1    Israel, the West Bank and the Gaza Strip.

2    So it's no small matter that Hamas decided to shut down

3    it's office there, move first to Egypt which at the time was

4    under the Muslim Brotherhood rule and then later elsewhere

5    Qatar and Turkey in particular.  And that was a matter of

6    tension with Iran because again, Iran is the primary backer of

7    the Assad regime.

8    Q.    Notwithstanding that rift, did the support of the Iranian

9    regime for Hamas ever completely stop?

10   A.    Never.  There's lots of evidence that it wasn't as

11   generous as it had previously been especially for the political

12   and social activity.  There's also a lot of evidence that it

13   never really dried up for the militant activity.

14   So it was the kind of overt civilian political social wing

15   of Hamas that suffered more.  But at no point did that support

16   stop and there's plenty of statements from Hamas and Iranian

17   officials both to that effect and more to the point, it resumed

18   not all that much later, maybe a couple years later.

19   Q.    In fact, in your declaration do you refer to statements

20   made in March of 2014 by Iranian officials regarding their

21   support to Hamas?

22   A.    I do.  As indicated from the case I mentioned a moment

23   earlier, we know that since at least 2013, Iran was sending

24   tens of millions of dollars to Hamas specifically for the

25   Qassam Brigades.

1   Q.    Are you familiar with a U.S. State Department report

2   regarding Iran's funding of Hamas in 2013 and 2014?

3   A.    In the report I referenced two different State Department

4   reports.   One is the country reports, the annual counter

5   terrorism report which specifically addresses Iranian support

6   for terrorism in general and Hamas in particular but also the

7   annual State Department report for money laundering and elicit

8   finance which also addresses Iranian support for Hamas.

9   Q.    In 2013 and 2014?

10  A.    Both those years, yes.

11  Q.    Are you familiar with a ship that's called the Klos-C,

12  K-L-O-S- C?

13  A.    Klos-C.

14  Q.    What was the Klos-C?

15  A.    Klos-C was a weapon smuggling ship that was seized by the

16  Israeli Navy off the coast of Atria and the Red Sea in March of

17  2014.   The weapons were loaded on the ship by the Iranians,

18  they were concealed by the Iranians.   The seals including

19  Iranian postal seals were all clearly Iranian and according to

20  senior Israeli officials at the time, the weapons were not

21  intended just for militants and the Gaza Strip in general but

22  specifically for Hamas.

23  Q.    Do you believe that the existence of the Klos-C and the

24  Iranian weapons aboard demonstrates that in March of 2014 Iran

25  was supporting Hamas?

1  A.    I think it does so very clearly.

2  Q.    Thank you very much, doctor.

3  A.    Thank you.

4          THE COURT:  Thank you very much, doctor.

5          THE WITNESS:  Thank you, ma'am.

6      (Witness excused.)

7          MR. TOLCHIN:  For the next witness, Your Honor, I

8  call Patrick Clawson.

9          PLAINTIFF WITNESS PATRICK Y. CLAWSON SWORN

10                 DIRECT EXAMINATION

11  BY MR. TOLCHIN:

12  Q.    Could you state your name and spell it for the record?

13  A.    My name is Patrick Yell Clawson.  Middle name Y-E-L-L.

14  Q.    Can you briefly summarize your educational background?

15  A.    I have a BA from Oberland College and I have a Ph.D. from

16  the New School for Social Research in New York City both in

17  economics.

18  Q.    Can you briefly summarize your career and professional

19  background?

20  A.    I worked at the International Monetary Fund and the World

21  Bank and I joined the Foreign Policy Research Institute in

22  Philadelphia.

23      I worked at the U.S. Government's National Defense

24  University here in Washington D.C. and I have worked at the

25  Washington Institute for Near East Policy as the deputy

1  director and then director of research for now 19 years.

2  Q.   I'm going to show you what is, what's been marked as

3  Exhibit 39.  And ask if you can identify it?

4  A.   This is a curriculum vitae of myself.

5  Q.   That's yours?

6  A.   Yes.

7  Q.   Does this CV set forth your full academic and professional

8  background?

9  A.   Except for the two books I published since I submitted it.

10 Q.   Except for those two books.

11    Anything interesting?

12       THE COURT:  I'm sorry, it's just impossible not to

13 chuckle.

14       THE WITNESS:  That's okay.

15       MR. TOLCHIN:  Your Honor, I ask that the CV be

16 received in evidence.

17       THE COURT:  It will be received Exhibit 39.

18    (Plaintiff's Exhibit Number 39 received into evidence.)

19 BY MR. TOLCHIN:

20 Q.   Sir, can you please summarize your educational,

21 professional qualifications relating to Iranian support for

22 Hamas?

23 A.   I've published more than 15 books about Iran and a few

24 that I wrote or co-wrote or edited for which I've received some

25 prizes.  And that's based on research in the Persian language

1    sources as well as English language sources.

2        These books have been about the economy and politics in

3    foreign policy in Iran and U.S. Iranian relations.

4    Q.    Have you been previously qualified as an expert witness in

5    court proceedings?

6    A.    Yes, on more than 30 federal court cases.

7    Q.    Did those cases concern Iran or Hamas or?

8    A.    Iran and Iran support for terrorism and Iran's economy.

9    Q.    In the interest of time, are the cases where you've

10   testified before listed at paragraph 6 of your declaration?

11   A.    Yes, sir.  Again, excluding a couple of cases since then.

12   Q.    A couple of cases since then.

13       What area did your testimony concern, with what subject did

14   your testimony concern?

15   A.    About Iran support for terrorism and --

16   Q.    Have you also had occasion to testify in congress?

17   A.    Yes, I've testified before, in congress more than a dozen

18   times.

19   Q.    On what subjects?

20   A.    About Iran.  Also about the Middle East in general and

21   U.S. policy regarding Middle East.

22           MR. TOLCHIN:  Your Honor, I move to qualify doctor,

23   I'm sorry.  I move to qualify Dr. Clawson as an expert on the

24   Iranian sponsorship of terrorism and sponsorship of Hamas

25   terrorism more specifically and to opine on whether the support

 1  provided by Iran facilitated the attacks in 2014 that's the

 2  issue of this case.

 3          THE COURT:  All right, as described the Court

 4  recognizes Dr. Clawson as an expert.

 5  BY MR. TOLCHIN:

 6  Q.  Dr. Clawson, did you prepare or did you execute a

 7  declaration 25 pages in length on, dated May 23rd, 2016?

 8  A.  Yes, sir.

 9  Q.  Is this your declaration, this is Exhibit 40?

10  A.  Yes, sir.

11  Q.  Are the statements contained in your declaration true?

12  A.  Yes, sir.

13          MR. TOLCHIN:  Your Honor, I ask that the declaration

14  be received as Exhibit 40.

15          THE COURT:  And the declaration will be received.

16      (Plaintiff's Exhibit Number 40 received into evidence.)

17  BY MR. TOLCHIN:

18  Q.  Dr. Clawson, can you describe the nature of the Iranian

19  regime?

20  A.  The regime has been in place since 1979.  It calls itself

21  The Islam Republic of Iran and describes itself as an Islamic

22  Revolutionary Regime.  Under the constitution and the practice

23  of Iran, there is a supreme leader who is the religious figure,

24  who has the authority under the constitution to overrule the

25  president, to overrule the parliament, to overrule the courts

1   and that reflects the general character of Islamic Republic

2   which is that they are revolutionary institutions which

3   parallel the normal government institutions and that is true in

4   the military, it's true in the courts and it's true in the

5   economy.

6       And of the two sets of institutions the revolutionary

7   institutions are the more powerful ones and do not feel bound

8   by ordinary rules.

9       The revolutionary institutions are often described, their

10  often describe their objectives as promoting Islamic revolution

11  worldwide and doing that by various means including support for

12  what they describe as resistance.

13  Q.   What are the goals of the revolution?

14  A.   This Islamic revolution worldwide to which they say that

15  they're dedicated would be to establish an Islamic government

16  in every country.

17  Q.   Does the Iranian regime support terrorism?

18  A.   The Iranian regime loudly proclaims its right to support

19  what they describe as resistance acts and what the governments

20  in the region and government's in Europe and the U.S.

21  government describe as terrorism because it involve attacks on

22  unarmed civilians.

23  Q.   From the perspective of the Iranian regime, how are the

24  goals of Iranian government served by sponsorship of terrorism

25  in their eyes?

1  A.    In their eyes they want to create circumstances under

2  which westerners want to leave the Middle East.  That includes

3  not only Americans but what they regard as the western

4  immigrants to what is now Israel who they frequently say any of

5  the people who have arrived since 1917 that their descendants

6  should leave.

7  Q.    And their?

8  A.    And their descendants should leave.

9  Q.    What kind of support has Hamas historically given for

10  terrorist organizations?

11  A.    Iran has been described in the U.S. Government for more

12  than 20 years as the principal state sponsor of terrorism

13  globally and Iran has provided generous financial assistance

14  and is providing training and provided a lot of different types

15  of weapons.

16  Q.    Can you describe the, turning to Hamas specifically, the

17  relationship between Iran and Hamas?  Can you describe the

18  history of the relationship between Iran and Hamas from the

19  inception through 2014?

20  A.    Originally Iran's most active support was for Shia groups

21  and Iran was quite interested in the possibility of being able

22  to provide support for Hamas as a Sunni group coming out of

23  Egypt and Muslim Brotherhood which is very much a Sunni

24  movement.

25       Since Hamas was founded in no small part in order to carry

1  out terror attacks on Israelis, Iran was eager to provide

2  support.  Hamas was initially not sure it wanted to take

3  support from this Shiite power but relationships improved.

4  There have been ups and downs in the relationship especially

5  during the last five years of any tumultuous developments in

6  the Middle East.

7  Q.   Can you point to any concrete large scale examples of

8  Iranian support for Hamas terrorism in early 2014?  I mean

9  before June of 2014?

10 A.   The Iran Hamas relationships which had been quite poor in

11 2011 and 2012 improved dramatically in 2013 and 2014.  And the

12 two sides spoke a great deal about this improvement of

13 relationships.

14     So for instance, in December 2014 the, one of the chief

15 leaders of the military wing of Hamas thanked Iran profusely

16 for its extensive supply of arms and weapons -- arms and

17 funding, excuse me.

18     And that was not surprising given the developments in March

19 of 2014 about the Klos-C, the K-L-O-S hyphen C ship which the,

20 after the Israelis seized the ship in the Red Sea, the UN

21 sanctions committee which investigated the ship said that the

22 arms of the ship came from Iran.  The sanctions committee would

23 not discuss where they were going because that was not part of

24 its mandate.  They were just certifying that Iran had violated

25 the UN sanctions by exporting arms.  But Israelis provided a

1  great deal of evidence that the ship was heading towards Hamas.

2     What we also saw was that Hamas was engaging in terrorist

3  attacks and particularly the attack on the Fraenkel's which led

4  to them an armed conflict between Israel and Hamas which went

5  on in July and August of 2014.  And during that conflict,

6  Iranian officials frequently spoke about their support for

7  Hamas and how they were generous providing assistance for Hamas

8  including arms and money.

9  Q.   Have you formed any opinion as to whether the support

10 provided by Iran to Hamas facilitated or enabled Hamas to carry

11 out terrorist attacks in 2014?

12 A.   Hamas officials and Iranian officials described the

13 organization as having been in difficult circumstances in 2012,

14 2013 and that the resumption of the Iranian assistance was key

15 to its ability to step up its activities against Israel.  And

16 this terrorist attack against the Fraenkels is the front and

17 center cited as an example of this.

18 Q.   That's what Iranian and Hamas officials say and does Dr.

19 Clawson concur?

20 A.   I concur.

21 Q.   Thank you very much.  I have no further questions.

22        THE COURT:  I have a question.

23     Hamas needed stronger Iranian support in 2013 and 2014

24 because of its break with Syria?

25        THE WITNESS:  And also actually because of what had

1  happened in Egypt.  That is to say the Egyptian government had

2  been overthrown in January 2011.  And the, Egypt went through a

3  very tumultuous period.

4      At first the Muslim Brotherhood looked like it was doing

5  relatively well.  There was a Brotherhood member who was

6  elected President in Egypt in 2012.  But he quickly developed

7  poor relationships with the military and then he was overthrown

8  in 2013, July 3rd, 2013.  And when that Muslim Bother at

9  present was developing poor relationships with the military,

10  the military was blaming Hamas for terrorist attacks that were

11  being done in Egypt and painting Hamas as the biggest enemy in

12  Egypt.

13      Making lots of propaganda against Hamas because they

14  couldn't make propaganda directly against the president, they

15  were blaming Hamas.  So Hamas was in a very difficult

16  situation.  Its border with Egypt is the only border it has

17  other than its border with Israel.

18      So here suddenly was the Egyptian government painting it

19  as the source of many of the troubles in Egypt.  Then this

20  Muslim Brotherhood president is overthrown, the military comes

21  into power and they take draconian steps to shut down the

22  smuggling, which had been the life blood of Hamas.  I mean, the

23  Egyptian government did things which the Israelis had not been

24  willing to do in order to close down the smuggling tunnels,

25  created a zone to knock down all of the houses.  It was farther

1  meters wide.

2       So Hamas was in really quite difficult circumstances,

3  quite difficult circumstances in 2012 and 2013.  And they spoke

4  openly about this when they were describing why it is that they

5  had been willing to reconcile with Iran.

6            THE COURT:  Thank you, sir.  You make it sound so

7  straightforward.  Oh, yes, I remember all of those things.  But

8  you just pulled them all together.  Thank you.

9            THE WITNESS:  Thank you.

10           MR. TOLCHIN:  Thank you, doctor.

11        (Witness excused.)

12      Your Honor, my last witness is Dr. Benedetta Berti.

13           THE COURT:  Your last witness of all witnesses?

14           MR. TOLCHIN:  Last witness.

15           THE COURT:  Oh geez, this is so painful and I really,

16  really have to go at 4:30.  This is really, I'm sorry, doctor.

17  I apologize that we can't get this all done today.

18           MR. TOLCHIN:  I think we can.

19           THE COURT:  You think so?

20           MR. TOLCHIN:  My outline is only this much.

21           THE COURT:  Okay.  Go to it.

22         PLAINTIFF WITNESS BENEDETTA BERTI SWORN

23                    DIRECT EXAMINATION

24  BY MR. TOLCHIN:

25  Q.   What is your name?

1   A.    Benedetta Berti.

2   Q.    Can you spell that?

3   A.    B-E-N-E-D-E-T-T-A, that's Benedetta and the last name

4   Berti.  B-E-R-T-I.

5   Q.    Can you briefly summarize your educational background, Dr.

6   Berti?

7   A.    Absolutely.  I have a BA in Mid Eastern Studies from the

8   University of Bologna in Bologna, Italy.  An MA and Ph.D. in

9   international affairs with specialization on Middle Eastern

10  studies and international security from the Fletcher School at

11  Tufts University and two post doctorate degrees from --

12          THE COURT:  I appreciate your effort to hurry, but we

13  do have to get a record.  And you're probably overtaking the

14  Court Reporter.

15          THE WITNESS:  All right, I will slow it down.

16          THE COURT:  That's all right.  We have your

17  declaration and CV.  So I will provide a copy of that to the

18  Court Reporter so she can fill in.  Keep going.

19  BY MR. TOLCHIN:

20  Q.    Can you briefly summarize your career and professional

21  background?

22  A.    Yes.  Very briefly, I have been working on Middle Eastern

23  politics in general with a specific focus on the Lebanon and

24  Syrian and Palestine territories.  My specific focus of

25  research is on non-state armed groups.  For example, Hamas and

1  Hezbollah, I've been working this through several different

2  institutions.

3       I am faculty at Tel Aviv University.  I have a fellow at

4  the Institute for National Security Studies in Tel Aviv and a

5  resident fellow at the Center for Modern War at West Point and

6  a senior fellow at the Foreign Policy Research Institute in the

7  United States.

8       In all of these institutions I follow Middle Eastern

9  politics and specifically dynamics of conflict and non-state

10  army.

11  Q.   Is the document up on the viewer your CV?

12  A.   That is my summarized CV.

13  Q.   Two sides.  Summarized CV.  Does it fully detail your

14  professional and educational background?

15  A.   It does.  It is a comprehensive summary of some of my most

16  important publications.

17            MR. TOLCHIN:  Your Honor, I ask that the CV be

18  received in evidence as Exhibit 37.

19            THE COURT:  It will be received.

20       (Plaintiff's Exhibit Number 37 received into evidence.)

21  BY MR. TOLCHIN:

22  Q.   Can you summarize your education and professional

23  qualifications regarding Syrian support of Hamas?

24  A.   Yes.  I've been studying Syria and Hamas separately and

25  intertwined for the past decade.  I have been published

1    extensively on this topic.  I have written two books on Hamas

2    and comparative perspective as long as a series of academic

3    journal articles mostly on Hamas and it's governing sanction in

4    the Gaza Strip.

5        And then for that past decade I have been working as a

6    consultant and adviser for a number of stake holders in that

7    are active in these Israeli Palestinian conflict.  So the

8    Israeli government to the European union to other foreign

9    countries that are involved in politics in Israel and

10   Palestinian territories.

11           MR. TOLCHIN:  Your Honor, I move at this time to

12   qualify Dr. Berti as an expert on the issue of whether support

13   provided, of Syrian support for Hamas and by extension as we've

14   discussed before whether if that support facilitated and

15   enabled Hamas to carry out the terrorist attack that's at issue

16   in this case?

17           THE COURT:  All right.  I'll accept Dr. Berti as an

18   expert.

19           MR. TOLCHIN:  Thank you, Your Honor.

20   BY MR. TOLCHIN:

21   Q.    Dr. Berti, did you execute a declaration in this case?

22   A.    I did.

23   Q.    I'll show it to you quickly, it's Exhibit 38?

24   A.    Sure.

25   Q.    Can you just identify it?

1  A.    Yes.  This is the declaration I wrote for this case.

2  Q.    And you executed it on June 15th, 2016?

3  A.    That is correct.

4  Q.    Are the statements contained in your declaration true?

5  A.    Yes.

6          MR. TOLCHIN:  Your Honor, I ask that the declaration

7  be received in evidence as Exhibit 38.

8          THE COURT:  Exhibit 38 will be received.

9          (Plaintiff's Exhibit Number 38 received into evidence.)

10  BY MR. TOLCHIN:

11  Q.    Dr. Berti, can you explain the history of the relationship

12  between Syria and Hamas before 2014?

13  A.    Yes.  I will do that in the utmost, in a concise but

14  comprehensive way because it fortunately includes a few steps.

15      So I would say formally speaking you have a working

16  relationship between Hamas and Syria and the Syrian government

17  from the mid '90s when Syria decides to become the hub for all

18  the Palestinian factions that oppose the Oslo accords and among

19  these factions it starts to have a stronger relationship

20  specifically with Hamas.  So the relationship politically goes

21  back to the early '90s.

22      However, if you want to talk about the peek of the

23  relationship and the support, we want to go to the 2000 to 2012

24  time period which is when Hamas moved it's political bureau

25  which is the second most important organ within the

1    organization.   It's executive and decision making organ and

2    they moved to Damascus in a process that took place between the

3    mid '90s to the early 2000.  From 2000 to 2012 you can refer to

4    the relationship between Hamas and the Syrian government as one

5    of sponsorship and very strategic operation.

6    Q.   How did support in Hamas serve the interest of Syria from

7    Syria's perspective, before 2014?

8    A.   Right.  So from Syria's perspective, it's very important

9    to start with the basic consideration to Syria and Israel are

10   in a late sense yet never officially end the state of war.

11   After the '67 war Israel and Syria had a contention of the

12   Golden Heights which is currently under Israeli control is

13   claimed by Syria as Syrian.  And there is therefore an active

14   conflict between the two countries.

15       In this context, Syria has always thought that it was one

16   of its strategic interest to be involved in Israeli and

17   Palestinian conflict.  It has always done so.

18       Now how it has chosen to be involved in the Israeli

19   Palestinian conflict is important.  In a sense Syria has been

20   the main supporter of the antagonist factions which means

21   before Hamas it was already supporting break a way

22   disenfranchise smaller factions of Fatah that were against the

23   leadership of Yasser Arafat.  So there's always been support in

24   the more revolutionary extreme factions within the Palestine

25   national movement.

1    With the rise of Hamas, Syria had a important chance to

2 have a direct partner in the context of the Israeli Palestinian

3 conflict and to have an actor which shared its political

4 understanding of the Israeli Palestinian conflict.

5    So Hamas and Syria have been aligned on issues such as the

6 support or the opposition to the Oslo accords and later on

7 Syria and Hamas have been aligned or the use of armed violence

8 and terrorism as means, legitimate means in their eyes to carry

9 out Israeli Palestinian conflict.

10 Q.   What has been the nature or the form of Syria's support

11 for Hamas?

12 A.   Again, very briefly but comprehensively because I think

13 it's very important.  One would think for example of Iranian

14 support it's quite visible and a lot of it has to do with cash

15 support.

16    Syrian support is less available but no less important or

17 less prominent because Syria has been many things for Hamas.

18 From the 2000 it has been the center, the hub, the safe haven

19 where the groups' leadership has been able to have a shelter,

20 to regroup, to strategize, to plan and to coordinate.  So Syria

21 has been that safe haven.

22    Syria has been a political platform.  It has allowed Hamas

23 to have international visibility.  To have visibility

24 legitimacy within the region, within the Arab world.  Syria has

25 been a hub for fundraising and political context.  Through the

1  Syrian government Hamas has been introduced and met with

2  several important officials within the Arab world.  For

3  example, the first time the Iranian President in 1999, Khatami

4  visit Syria, the Syrian government makes sure that he has a one

5  on one meeting with the Hamas delegation and that's the modus

6  operandi.

7      Syria offers that visibility.  Through that visibility

8  Hamas is able to have political relationships and to fund

9  raise.  So these are very important elements of the relations.

10      On top of that Syria has been where many military

11  operations have been planned.  That is because of who from

12  Hamas has been residing in Damascus.  For example, Imad

13  al-Alami which has been in charge of relationship with Iran as

14  well as planning military terrorism in the West Bank.

15      Over the years Israel has many times pointed to Damascus

16  was the place where the attacks later carried on in the West

17  Bank were plotted and strategized sometimes with cooperation

18  between Hamas and the Palestinian Islamic jihad.

19      Just to give one example and there's many, but I'm just

20  giving one to show the link.  In 2004 in late August, 2004

21  there's a double suicide attack in the City of, in the Israeli

22  City of Beersheba south of Israel and the culprit.  The mind

23  behind the attack is al-Sheikh Khalil resided in Damascus.  And

24  Israel decides to strike back by assassinating a targeted

25  operation.  So the link it's not just political, but it's also

1  about military planning.

2  Q.  Have you formed an opinion as to whether the support

3  provided by Syria to Hamas before 2012 facilitated or enabled

4  Hamas to carry out terrorist attacks in 2014 including the

5  terrorist attack at issue in this case?

6  A.  Yes, I have.  I believe that Syria's support throughout

7  the 2000 has been instrumental for the organization to grow, to

8  gain political support, to fund raise, to carry out, to plan

9  its operation, to coordinate with other groups and at times

10  also to gain funding and weapon and training.  Because of all

11  of these reasons, I would say that Syria support has been

12  instrumental in shaping Hamas for what it is today.

13  Q.  Does the fact that Syria and Hamas had a falling out in

14  2012 effect your opinion as to whether the support provided by

15  Syria to Hamas before 2012 facilitated and enabled Hamas to

16  carry out terrorist attacks in 2014?

17  A.  Well, the short answer is no and the longer answer which

18  will be short anyway is that the evolution of an organization

19  is incredibly important.  So if, if we take away that decade of

20  support, political, military, economic, if we take it away then

21  Hamas would not be as competent as it is today, as military

22  sophisticated.  As legitimate in the region Palestinian

23  territories.  I would say no.

24      So this has been a force multiplier even though today Syria

25  as we, Syria, Hamas have parted ways over, over the Syrian

1    civil war.

2            MR. TOLCHIN:  At 4:29, Your Honor, I have no further

3    questions.

4            THE COURT:  Holy tamoly.  I should have done this at

5    the beginning.  Just think, we would have been done by noon

6    yesterday.

7            MR. TOLCHIN:  The only other item I would like to

8    offer in evidence is a sort of a quasi Exhibit.  We have

9    Exhibit 41 is a legal expert affidavit of Dr. Boaz Shnoor,

10   B-O-A-Z S-H-N-O-O-R and this is on the issue of Israeli law

11   which is relevant to the claim of Abraham Fraenkel.

12           THE COURT:  Right.

13           MR. TOLCHIN:  And it's a legal, it's a declaration on

14   Israeli law, it's perhaps not exactly an Exhibit but we have it

15   in the Exhibit book.

16           THE COURT:  I know that it's there and I will receive

17   it.

18       (Plaintiff's Exhibit Number 41 received into evidence.)

19           MR. TOLCHIN:  Thank you, Your Honor.

20           THE COURT:  And I may ask you questions at another

21   date but I won't ask you questions today.  How is that?

22           MR. TOLCHIN:  Thank you, Your Honor.

23           THE COURT:  Is that a deal?

24           MR. TOLCHIN:  That's a great deal.

25           THE COURT:  Thank you for coming and being so quick.

1  Thank you.  I'm sorry you came all of this distance.

2       Yes, ma'am.

3          THE WITNESS:  My pleasure.  We can speak for five

4  hours or ten minutes.  It's part of the training, so.

5          THE COURT:  Okay, good.  Yes, ma'am?

6          MS. WEISER:  I just wanted to add one last thing on

7  the record, Your Honor, truly one minute.

8       On behalf of the estate of Naftali Fraenkel, we haven't

9  done a lot of discussion about that and I just want to make

10 sure that it's clear.  That the evidence that was presented by

11 Arieh Spitzen regarding the time frame between the time that

12 the boys knew that they had been kidnapped until the time that

13 they had been murdered was presented to you specifically as

14 evidence regarding the estate and of Naftali Fraenkel suffering

15 prior to his death.  So.

16         THE COURT:  Do you think I didn't know that?

17         MS. WEISER:  I imagined that you did, Judge.

18         THE COURT:  I mean really.  I heard that and I knew

19 exactly why you were eliciting that testimony.

20         MS. WEISER:  I imagined that you did, Your Honor, but

21 I thought that it would be appropriate on behalf of Naftali

22 Fraenkel himself to at least mention that as part of this

23 hearing.

24         THE COURT:  I have to say that's totally appropriate,

25 but I promise you, I did appreciate it.

1              MS. WEISER:  Thank you, Your Honor, and I expected

2    you had.

3              THE COURT:  Thank you everybody.  These are very hard

4    cases to pull together, to do and for the family members to

5    survive.

6              MR. TOLCHIN:  Your Honor, I have a housekeeping

7    question.

8              THE COURT:  Yes, hold on.  My law clerk isn't sure

9    that I'm going to use names, Rachel or Tzvi's declarations were

10   actually admitted.  I can't remember their numbers, but they'll

11   be admitted.

12             MR. TOLCHIN:  They were all together.

13             THE COURT:  Yes, what else did you want to add?

14             MR. TOLCHIN:  It's 11 and 13.

15             THE COURT:  What else did you want to add?

16             MR. TOLCHIN:  Just the exhibits.  Your Honor, has a

17   bunch of the apostille exhibits.

18             THE COURT:  I do.

19             MR. TOLCHIN:  Ms. White is telling me that I need to

20   leave the exhibits with her.

21             THE COURT:  And she will return them to you.

22             MR. TOLCHIN:  Which is fine, but the question is what

23   do you, Your Honor, Your Honor has a complete set including the

24   original apostilles.

25             THE COURT:  I do.

1          MR. TOLCHIN:  What would you like me to leave with

2    Ms. White?  What would you like me to leave with you?

3          THE COURT:  You should leave with Ms. White

4    everything that's been admitted today and I will give her the

5    originals of these, Ms. White.

6          THE DEPUTY CLERK:  Yes, ma'am.

7          THE COURT:  So that you can preserve those carefully

8    and return those to counsel when we issue a decision.

9          THE DEPUTY CLERK:  Yes, Your Honor.

10          THE COURT:  We will also make this listing of persons

11    a court Exhibit just in case somebody appeals because these

12    cases do get appealed.

13        Thank you everybody.  Thank you for coming whomever

14    everybody is and wish the family good health.  Thank you.

15          MR. TOLCHIN:  Thank you very much, Your Honor.

16          MS. WEISER:  Thank you.

17          (Proceedings adjourned at 4:33 p.m.)

18                          -oOo-

19

20

21

22

23

24

25

CERTIFICATE

I certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages, of the stenographic notes provided to me by the United States District Court, of the proceedings taken on the date and time previously stated in the above matter.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that I am not financially nor otherwise interested in the outcome of the action.

_____          _____

/s/Crystal M. Pilgrim, RPR, FCRR          Date: February 12, 2017

**$** Case 1:15-cv-01080-RMC

$40,000 [2]   24/10 24/10
$5,000 [1]   24/20
'

'67 [1]   133/11
'70s [1]   87/19
'90s [9]   87/20 89/17
  90/13 94/17 95/3 110/21
  132/17 132/21 133/3

–

-------------------------
 1/9
-ooo [2]   47/17 140/18
/
/s/Crystal [1]   141/12

**1**

10 [5]   1/19 9/24 12/10
 58/23 75/2
100 [1]   2/11
102 [1]   3/5
106 [1]   3/6
1080 [2]   1/4 4/2
10:10 [1]   1/6
10:12 [2]   10/5 11/6
10:14 [1]   10/5
10:15 [1]   11/6
10:30 [2]   9/24 9/25
10:33 [2]   10/16 11/6
11 [3]   100/5 100/8 139/14
111 [1]   1/16
11201 [1]   1/17
119 [1]   2/13
11:00 [1]   100/3
11:15 [5]   48/1 48/6 48/8
 100/3 100/6
11:26 [1]   32/7
11:30 [1]   31/24
11:35 [1]   32/8
11th [1]   26/14
12 [5]   47/9 47/16 51/11
 96/24 141/12
120 [1]   3/7
122 [1]   3/8
128 [1]   2/15
12th [3]   5/18 5/22 9/20
13 [1]   139/14
130 [1]   3/9
132 [1]   3/10
135 [1]   34/17
137 [1]   3/11
14 [6]   2/22 34/13 34/15
 34/21 34/24 96/25
15 [6]   2/23 37/11 37/15
 37/24 38/25 120/23
15-1080 [2]   1/4 4/2
15th [1]   132/2
16 [6]   22/2 25/20 34/2
 37/24 82/19 101/25
16s [1]   25/25
17 [1]   38/2
175 [1]   101/13
18 [8]   13/21 33/13 38/7
 38/10 39/16 39/19 54/8
 79/1
180 [1]   41/18
19 [6]   2/23 37/12 38/14
 38/15 38/25 120/1

1932 [1]   124/5
1917 [1]   124/5
1928 [2]   1/16 97/13
1973 [1]   18/6
1979 [1]   122/20
1980s [1]   29/1
1987 [2]   91/19 106/11
1990s [5]   88/10 95/9
 95/16 98/13 116/21
1992 [1]   29/6
1993 [1]   89/17
1994 [2]   103/1 109/7
1995 [11]   18/9 18/12
 18/13 18/17 19/2 19/3
 19/8 19/9 31/7 89/17 93/1
1996 [1]   103/1
1998 [1]   101/8
1999 [1]   135/3
1:53 [1]   47/18

**2**

20 [8]   9/24 12/10 22/3
 31/8 58/23 75/2 99/21
 124/12
2000 [6]   99/7 132/23
 133/3 133/3 134/18 136/7
20001 [1]   1/23
2001 [1]   101/15
2002 [2]   18/9 18/12
2003 [4]   29/12 90/14
 91/11 91/13
2004 [3]   22/1 135/20
 135/20
2005 [1]   99/8
2006 [1]   22/11
2007 [4]   29/6 92/10 102/2
 111/2
2009 [1]   95/21
2010 [5]   29/8 29/8 95/19
 95/21 95/24
2011 [7]   22/4 22/13 91/20
 97/7 109/22 125/11 127/2
2012 [26]   20/1 87/20 91/4
 91/14 91/15 92/2 93/8
 94/4 94/10 94/23 95/9
 95/16 98/13 98/21 99/3
 114/20 116/15 125/11
 126/13 127/6 128/3 132/23
 133/3 136/3 136/14 136/15
2013 [10]   116/8 117/23
 118/2 118/9 125/11 126/14
 126/23 127/8 127/8 128/3
2014 [28]   5/18 9/20 13/20
 19/14 26/14 94/11 98/15
 99/1 99/5 117/20 118/2
 118/9 118/17 118/24 122/1
 124/19 125/8 125/9 125/11
 125/14 125/19 126/5
 126/11 126/23 132/12
 133/7 136/4 136/16
2015 [2]   29/11 116/3
2016 [5]   1/6 86/8 105/19
 122/7 132/2
2017 [1]   141/12
20th [1]   28/17
21st [1]   86/8
23 [4]   2/21 29/18 30/13
 30/16
23rd [1]   122/7
25 [1]   122/7
25th [1]   22/11

26 [3]   9/24 9/25
27 [6]   2/20 8/17 9/9 9/11
 14/20 15/2
28 [1]   8/18
29 [1]   8/19

**3**

30 [4]   2/21 8/22 75/2
 121/6
30th [2]   5/18 13/20
31 [1]   8/24
32 [4]   2/20 8/25 9/9 9/11
33 [5]   2/7 3/5 102/10
 102/16 102/20
333 [1]   1/23
34 [5]   2/22 3/6 105/16
 105/17 106/1
35 [4]   2/24 83/1 83/7
 83/12
36 [5]   2/25 86/5 86/10
 86/12 86/24
37 [3]   3/9 130/18 130/20
38 [6]   2/23 3/10 131/23
 132/7 132/8 132/9
39 [4]   3/7 120/3 120/17
 120/18
3:36 [1]   110/12
3:45 [1]   110/13
3rd [2]   105/19 127/8

**4**

40 [5]   3/8 82/18 122/9
 122/14 122/16
41 [3]   3/11 137/9 137/18
45 [1]   40/17
4:29 [1]   137/2
4:30 [4]   47/22 47/24
 48/19 128/16
4:33 [1]   140/17

**5**

52512 [1]   1/20

**7**

70 [1]   96/11
72 [2]   51/4 58/21

**8**

82 [1]   2/9
83 [1]   2/24
86 [1]   2/25
8:30 [1]   48/1

**9**

911 [3]   101/9 101/13
 101/21
9:30 [3]   47/25 48/6 100/8

**A**

a totally [1]   93/16
A-L [1]   90/19
A-L-A-W [1]   93/17
A-L-A-W-I [1]   93/18
A-R-A-N-B [1]   14/1
A-R-A-N-B-E-H [1]   14/7
A.L [3]   70/15 70/21 71/23
a.m [5]   1/6 26/16 27/10
 32/7 32/8
A.S [10]   38/9 38/10 60/23
 62/20 62/25 63/3 64/20
 65/18 67/15 67/16
abated [1]   39/19

A Case 1:15-cv-01080-RMC   Document 42   Filed 02/06/17   Page 143 of 174

**A**
Abd [6]   19/18 19/19 19/22
   20/9 20/10 21/1
abilities [1]   68/13
ability [10]   19/9 19/11
   56/11 56/13 92/6 92/16
   92/23 114/13 126/15 141/3
able [19]   13/13 19/5
   30/24 31/8 48/6 54/21
   57/8 57/19 64/23 67/19
   68/6 69/17 71/15 77/12
   94/13 98/14 124/21 134/19
   135/8
aboard [1]   118/24
about [56]   5/12 6/12 10/3
   10/16 11/5 13/7 13/12
   13/17 16/7 24/9 24/10
   26/17 26/19 27/11 40/17
   43/6 52/4 58/23 60/18
   60/23 64/7 68/25 69/19
   70/25 71/9 71/10 74/1
   75/13 75/14 75/21 77/15
   78/1 78/4 80/16 85/23
   88/22 91/4 94/25 95/18
   95/20 99/5 110/8 115/11
   116/15 120/23 121/2
   121/15 121/20 121/20
   125/12 125/19 126/6 128/4
   132/22 136/1 138/9
above [3]   110/23 141/3
   141/6
Abraham [6]   37/24 53/22
   53/23 55/20 56/22 137/11
abroad [1]   101/11
absence [4]   16/22 43/15
   44/8 98/12
absent [1]   79/2
absolutely [7]   47/8 64/2
   70/12 71/10 91/10 96/2
   129/7
Abu [12]   20/8 20/9 20/10
   20/11 20/12 20/14 20/21
   20/22 21/2 26/20 26/24
   27/20
academia [3]   33/23 34/19
   40/16
academic [14]   33/25 36/3
   67/18 73/15 73/17 74/19
   74/25 75/17 77/4 83/4
   103/6 113/22 120/7 131/2
accept [4]   36/24 85/24
   98/2 131/17
accepted [4]   47/3 83/11
   104/18 110/17
accepting [2]   51/19 65/7
accident [3]   42/7 42/9
   80/23
accompanied [1]   73/21
accomplish [1]   109/3
accordance [1]   10/8
according [18]   10/6 10/7
   11/11 12/3 15/16 20/3
   20/14 20/16 20/17 24/16
   25/7 30/12 39/10 50/19
   56/19 67/10 116/6 118/19
accords [2]   132/18 134/6
accurate [1]   110/23
achieve [8]   22/25 23/3
   67/20 72/13 84/1 85/16
   89/10 107/6

achieved [2]   61/15 120/17
achievement [4]   23/6
   73/15 73/16 73/17
achieving [1]   89/14
acknowledge [1]   78/11
acronym [2]   106/12 106/13
across [3]   41/16 42/24
   81/20
act [3]   24/1 24/1 92/13
action [6]   4/2 19/25 24/1
   24/4 141/8 141/10
actions [1]   114/14
active [3]   124/20 131/7
   133/13
actively [2]   21/3 107/20
activist [4]   18/8 19/25
   20/22 28/10
activists [1]   22/14
activities [15]   18/11
   24/18 25/19 28/11 29/7
   45/16 50/13 52/18 57/4
   101/10 106/22 106/23
   106/24 113/21 126/15
activity [8]   14/18 29/14
   31/5 106/24 107/8 107/9
   117/12 117/13
actor [1]   134/3
acts [3]   103/2 108/6
   123/19
actual [4]   50/1 86/15
   115/4 116/25
actually [14]   10/1 37/24
   43/11 43/23 50/6 58/11
   87/20 93/23 95/1 95/21
   97/12 112/4 126/25 139/10
acute [4]   45/1 54/5 59/6
   63/10
add [5]   11/8 65/24 138/6
   139/13 139/15
added [1]   34/18
addition [3]   52/8 52/10
   58/5
additional [4]   5/23 11/8
   20/8 58/14
addresses [3]   25/6 118/5
   118/8
adjective [1]   71/19
adjourned [1]   140/17
adjure [2]   105/3 105/8
administer [1]   55/13
administered [1]   55/13
administrative [1]   108/7
admitted [5]   34/22 34/23
   139/10 139/11 140/4
Adnar [1]   25/17
adult [1]   51/12
adults [4]   57/14 57/15
   57/15 72/3
Advanced [1]   82/20
adviser [2]   102/6 131/6
afar [1]   8/2
affairs [1]   129/9
affect [1]   106/22
affected [3]   61/13 65/1
   65/3
affecting [3]   67/24 74/18
   74/24
affects [2]   55/10 56/9
affidavit [1]   137/9
affiliated [1]   111/19
afraid [1]   26/25

Afriqa [1]   32/21
after [38]   6/17 8/5 10/9
   10/14 11/6 13/1 13/3
   13/21 15/4 15/7 16/5
   22/22 22/23 26/11 26/13
   27/8 41/3 42/7 42/11
   44/25 51/21 54/19 55/11
   60/4 69/2 69/2 70/25
   72/16 75/22 93/1 93/11
   93/18 99/21 101/5 101/13
   109/6 125/20 133/11
afternoon [5]   47/17 48/2
   48/5 48/7 104/24
afterwards [4]   27/20
   54/13 66/7 75/11
Afu [4]   19/18 19/19 19/22
   21/1
again [26]   4/19 27/4 29/3
   31/2 40/7 54/5 54/9 55/23
   55/24 56/5 57/8 63/22
   67/23 74/5 74/6 74/14
   77/12 78/19 80/19 102/3
   103/9 104/5 106/2 117/6
   121/11 134/12
against [14]   13/18 71/4
   91/21 91/24 91/25 93/10
   95/6 97/17 107/14 126/15
   126/16 127/13 127/14
   133/22
age [2]   68/4 70/18 74/20
   76/15 77/22
agencies [1]   101/25
agitation [1]   59/11
ago [3]   33/24 82/19
   116/18
agree [1]   69/25
agreeing [1]   109/14
agreement [3]   88/1 89/16
   93/7
ahead [3]   4/23 5/13 37/5
air [2]   13/5 13/5
Aisha [10]   20/8 20/9
   20/10 20/12 20/14 21/2
   26/20 26/24 27/20 28/9
Aisha's [2]   20/11 20/21
al [36]   1/3 1/7 4/4 17/17
   17/18 18/1 19/18 19/18
   19/19 19/19 19/22 19/22
   20/9 20/10 21/1 21/2
   21/10 21/12 21/13 21/25
   24/5 24/7 24/8 24/21
   24/21 28/7 28/10 28/16
   28/20 29/20 30/4 30/5
   93/16 106/13 135/13
   135/23
al-Afu [4]   19/18 19/19
   19/22 21/1
al-Alami [1]   135/13
al-Arouri [4]   28/16 28/20
   30/4 30/5
al-Muqawama [1]   106/13
Al-Nur [1]   24/8
al-Qadar [2]   20/9 20/10
al-Qawasmeh [16]   17/17
   17/18 18/1 19/18 19/19
   19/22 21/2 21/10 21/12
   21/25 24/5 24/7 24/21
   24/21 28/7 28/10
al-Sheikh [1]   135/23
Alami [1]   135/13
alarm [1]   86/23

| | | |
|---|---|---|
| **A** | 126/25 135/25 136/10 | anyone [2] 63/19 94/7 |
| Alawi [8]   93/14 93/15 | 140/10 | anything [6]   41/25 45/8 |
| 93/16 93/18 93/18 93/19 | alternative [1]   11/12 | 81/15 87/4 89/14 120/11 |
| 94/3 96/21 | although [1]   93/21 | anyway [2]   68/6 136/18 |
| Alawis [4]   93/20 96/13 | altruistic [1]   113/15 | apart [1]   41/14 |
| 96/16 96/22 | always [19]   4/12 4/13 | apartment [3]   18/24 27/21 |
| Albert [1]   33/7 | 41/11 43/18 53/2 60/16 | 28/2 |
| Algeria [1]   97/21 | 62/10 62/13 63/25 63/25 | apartments [1]   28/8 |
| Ali [5]   17/15 17/16 17/16 | 64/8 65/6 75/3 77/20 | apologize [5]   6/7 47/10 |
| 17/18 17/25 | 94/20 112/6 133/15 133/17 | 47/11 47/22 128/17 |
| alienated [1]   51/20 | 133/23 | apostille [2]   8/12 139/17 |
| alienation [1]   52/25 | am [8]   33/23 69/18 99/19 | apostilles [1]   139/24 |
| aligned [2]   134/5 134/7 | 104/14 112/19 130/3 141/7 | Apostrophe [1]   90/20 |
| alive [4]   22/20 60/2 91/2 | 141/9 | apparatus [3]   88/25 88/25 |
| 91/3 | ambulatory [1]   34/1 | 92/11 |
| all [83]   5/12 8/11 8/13 | Amer [8]   20/8 20/9 20/10 | apparent [1]   18/21 |
| 8/16 9/2 13/5 15/14 16/2 | 20/18 26/20 26/24 27/20 | apparently [4]   11/2 12/13 |
| 23/10 30/18 32/2 32/4 | 28/9 | 17/21 30/25 |
| 34/2 34/23 35/2 35/6 | America [1]   111/15 | appealed [1]   140/12 |
| 35/24 38/21 41/20 44/22 | American [4]   82/15 82/22 | appeals [1]   140/11 |
| 45/15 47/22 48/10 48/21 | 105/4 109/8 | appear [2]   4/7 97/24 |
| 50/20 63/19 66/21 68/8 | Americans [2]   107/21 | APPEARANCES [1]   1/14 |
| 68/9 69/5 70/18 70/21 | 124/3 | appeared [2]   71/11 71/24 |
| 70/25 73/8 73/9 73/10 | Amman [1]   116/21 | appears [6]   57/6 73/3 |
| 75/12 76/6 79/6 80/8 | ammunition [3]   26/7 26/8 | 74/14 76/21 112/3 114/8 |
| 80/15 88/11 90/13 91/18 | 27/7 | appetite [2]   56/10 56/10 |
| 93/4 93/12 93/25 94/19 | among [6]   9/15 83/24 | appointments [1]   47/9 |
| 94/25 95/6 95/13 96/23 | 95/12 95/13 96/11 132/18 | appreciate [8]   5/7 5/8 |
| 97/11 97/18 97/22 98/9 | analysis [2]   101/20 | 31/16 81/24 98/8 100/1 |
| 98/16 99/9 99/10 105/3 | 101/22 | 129/12 138/25 |
| 106/19 106/20 110/9 | analyst [1]   101/8 | appreciated [1]   48/18 |
| 112/21 112/23 114/16 | analytical [1]   101/12 | apprehension [1]   13/12 |
| 115/12 117/18 118/19 | anger [2]   71/13 71/20 | approach [1]   34/9 |
| 122/3 127/25 128/7 128/8 | announcement [1]   28/15 | approached [1]   16/21 |
| 128/13 128/17 129/15 | annual [3]   110/17 118/4 | appropriate [3]   31/6 |
| 129/16 130/8 131/17 | 118/7 | 138/21 138/24 |
| 132/17 136/10 138/1 | another [6]   8/1 27/19 | approximate [1]   56/6 |
| 139/12 | 34/18 84/7 96/11 137/20 | approximately [1]   42/11 |
| allow [2]   69/6 95/16 | answer [7]   69/15 80/12 | Arab [7]   82/13 84/19 85/4 |
| allowed [4]   40/23 90/6 | 81/7 87/3 98/18 136/17 | 87/18 92/24 134/24 135/2 |
| 95/18 134/22 | 136/17 | Arabia [3]   103/19 116/6 |
| allowing [1]   89/22 | answers [1]   6/3 | 116/9 |
| allows [1]   35/16 | antagonist [1]   133/20 | Arabic [2]   14/9 106/13 |
| almost [9]   31/8 60/20 | anticipate [3]   61/9 68/4 | Arabs [1]   75/13 |
| 64/18 66/21 68/11 69/2 | 76/25 | Arafat [4]   28/7 28/8 |
| 69/7 76/8 95/3 | anticipating [1]   58/10 | 28/10 133/23 |
| Alnor [4]   113/16 113/17 | antidepressant [2]   57/24 | Aranb [1]   13/24 |
| 113/18 113/20 | 58/1 | Aranbeh [2]   14/3 14/5 |
| Alon [3]   5/23 5/24 9/24 | antidepressants [1]   58/6 | are [119]   4/6 5/9 5/16 |
| alone [8]   40/18 40/23 | anxieties [1]   69/10 | 7/12 8/11 9/2 9/3 9/6 |
| 41/2 41/14 51/20 53/1 | anxiety [36]   39/19 46/12 | 9/15 15/1 15/2 15/7 15/23 |
| 64/10 92/14 | 46/16 46/17 59/11 60/18 | 15/23 17/7 21/3 21/7 |
| along [6]   39/9 53/22 54/7 | 64/21 64/25 65/2 65/23 | 21/11 21/17 22/9 25/5 |
| 71/1 107/22 114/25 | 65/25 66/2 66/11 66/17 | 32/3 32/4 34/17 35/6 |
| already [6]   18/7 26/19 | 66/19 66/19 66/20 66/20 | 35/13 35/23 37/11 38/13 |
| 31/7 57/2 79/9 133/21 | 66/25 67/4 67/5 67/24 | 38/23 38/24 39/9 41/18 |
| also [63]   6/20 7/2 7/8 | 72/1 72/17 74/15 74/15 | 42/18 44/11 47/2 47/3 |
| 9/5 11/23 12/5 12/11 | 74/22 74/23 75/11 75/16 | 47/6 48/21 50/4 50/15 |
| 14/24 15/19 20/22 20/22 | 76/3 76/19 76/21 77/3 | 50/23 51/7 52/11 56/5 |
| 20/23 20/24 25/20 28/5 | 78/12 78/18 | 57/16 61/24 62/23 63/15 |
| 28/10 29/12 30/11 33/18 | anxious [4]   60/7 63/10 | 64/9 64/10 70/17 74/24 |
| 33/23 34/1 34/5 41/17 | 63/15 64/6 | 75/3 76/5 77/10 77/10 |
| 44/7 48/15 49/23 55/3 | any [29]   4/14 15/13 24/2 | 78/9 78/19 78/22 79/2 |
| 60/15 65/2 65/9 66/10 | 45/12 46/5 47/4 57/16 | 80/13 80/15 81/11 81/18 |
| 76/3 76/5 76/10 78/20 | 63/14 63/19 64/12 69/23 | 82/3 82/24 96/10 96/12 |
| 80/25 84/1 85/1 85/6 | 70/6 70/25 79/11 79/11 | 96/12 96/13 96/14 96/17 |
| 88/18 90/10 90/11 91/23 | 79/12 81/10 81/12 84/8 | 97/1 97/3 97/4 97/6 97/9 |
| 92/10 98/19 102/4 107/1 | 86/23 87/3 88/23 91/15 | 97/22 100/3 101/14 105/2 |
| 107/9 108/22 108/23 115/4 | 104/6 124/4 125/5 125/7 | 105/21 106/15 106/16 |
| 115/6 115/24 117/12 118/6 | 126/9 141/8 | 106/17 107/13 107/14 |

**A**

are... [31]  107/16 107/25
  108/5 108/6 108/17 109/4
  110/17 111/1 111/10
  112/21 113/5 113/16
  114/12 115/7 115/13
  115/21 118/1 118/11 121/9
  122/11 123/2 123/7 123/9
  123/13 123/23 131/7 131/9
  132/4 133/9 135/9 139/3
area [12]  10/1 12/13
  13/21 15/17 15/23 15/24
  26/15 29/9 41/1 41/2
  43/15 121/13
areas [3]  36/12 67/25
  85/8
argumentative [1]  73/15
Arieh [3]  2/4 5/1 138/11
armed [3]  126/4 129/25
  134/7
arms [8]  42/10 90/10
  90/11 125/16 125/16
  125/22 125/25 126/8
army [7]  26/25 96/19 98/4
  107/13 107/13 107/14
  130/10
around [14]  10/5 24/20
  26/16 47/23 56/4 60/8
  63/15 76/17 77/19 91/22
  96/11 96/24 111/13 111/21
Arouri [5]  28/16 28/20
  29/20 30/4 30/5
arousal [1]  50/8
aroused [1]  50/9
arrest [1]  18/12
arrests [2]  20/23
arrive [4]  26/24 55/20
  65/18 74/12
arrived [10]  5/24 9/23
  9/25 24/7 26/16 27/10
  40/15 49/13 49/14 124/5
arrives [1]  42/8
articles [1]  131/3
as [251]
ascribing [1]  86/15
Asia [1]  20/22
aside [1]  43/15
ask [31]  12/15 15/2 16/16
  20/25 27/3 27/5 29/19
  30/13 34/21 34/25 37/12
  43/17 55/24 57/18 62/3
  83/2 85/17 86/10 86/14
  87/2 90/1 96/1 102/10
  105/23 120/3 120/15
  122/13 130/17 132/6
  137/20 137/21
asked [6]  11/9 26/18
  26/19 27/11 27/15 68/22
asking [5]  62/5 63/18
  69/12 75/23 79/19
asks [2]  24/24 25/1
asleep [1]  64/23
aspect [2]  35/23 75/3
aspects [4]  36/4 46/10
  61/13 75/5
Assad [7]  93/11 94/2
  114/20 114/22 115/1
  116/20 117/7
assassinating [1]  135/24
assignment [1]  101/12

assist... [2]  43/26/19 47/4
assistance [10]  21/21
  24/5 25/19 26/18 27/15
  57/17 88/23 124/13 126/7
  126/14
assistant [1]  101/19
associated [5]  47/5 47/6
  51/1 51/5 79/24
assume [1]  106/4
assurance [2]  35/10 35/17
Atria [1]  118/16
attack [17]  18/17 19/14
  19/24 20/4 20/6 28/14
  30/19 30/21 30/24 107/25
  108/23 126/3 126/16
  131/15 135/21 135/23
  136/5
attacks [19]  75/12 102/25
  107/11 107/12 107/13
  107/16 107/17 107/22
  111/1 116/25 122/1 123/21
  125/1 126/3 126/11 127/10
  135/16 136/4 136/16
attempt [1]  109/11
attention [3]  14/20 59/15
  76/5
attorneys [1]  86/18
attributed [1]  79/23
attributing [1]  34/20
August [3]  28/17 126/5
  135/20
authentication [1]  8/17
authority [10]  24/14
  89/18 92/12 93/6 107/4
  108/13 108/24 109/2
  114/15 122/24
autopsy [2]  6/17 8/24
availability [1]  19/12
available [2]  70/5 134/16
Avenue [1]  1/23
Aviv [3]  34/5 130/3 130/4
avoidance [4]  42/14 42/17
  50/10 50/17
avoids [1]  42/20
aware [3]  5/16 5/21 11/23
away [8]  15/5 26/15 40/10
  50/18 67/5 101/19 136/19
  136/20

**B**

B-E-N-E-D-E-T-T-A [1]
  129/3
B-E-R-T-I [1]  129/4
B-O-A-Z [1]  137/10
BA [4]  82/14 100/24
  119/15 129/7
back [11]  27/2 47/12
  59/10 65/7 68/14 92/2
  96/7 101/16 110/10 132/21
  135/24
backbone [1]  96/18
backer [3]  114/25 114/25
  117/6
background [20]  20/21
  32/17 33/16 34/16 53/17
  53/17 80/15 81/5 82/12
  82/17 83/5 100/23 101/4
  102/13 119/14 119/19
  120/8 129/5 129/21 130/14
Baker [1]  85/3
balance [4]  45/14 45/22

ball [1]  56/6
ballistic [2]  6/19 20/17
ballistics [1]  8/19
Bank [11]  89/12 103/5
  103/10 103/17 106/21
  111/19 112/1 117/1 119/21
  135/14 135/17
bargaining [2]  18/15
  18/16
Barnea [1]  55/4
base [1]  12/11
based [32]  9/18 10/19
  33/9 36/2 36/2 36/5 36/7
  36/14 40/7 41/17 41/23
  42/14 46/7 52/6 53/9
  55/17 56/25 57/9 61/5
  70/5 70/16 71/25 72/8
  74/13 74/13 74/16 77/2
  78/17 78/19 91/17 116/6
  120/25
Bashad [1]  93/14
Bashar [1]  91/21
basic [1]  133/9
basically [2]  56/20 97/6
basis [3]  31/1 31/3 77/13
be [108]  7/15 9/9 10/12
  11/25 12/13 12/19 13/13
  13/14 16/3 30/14 30/15
  30/24 34/18 34/22 34/23
  34/25 35/17 36/22 37/12
  40/12 40/23 41/3 41/4
  43/4 44/2 45/4 45/5 45/18
  47/12 47/13 47/21 48/1
  48/5 48/6 51/23 51/24
  51/24 53/14 53/19 57/1
  57/8 57/17 58/15 59/10
  60/11 61/9 61/20 62/11
  62/12 64/10 65/8 65/11
  67/8 67/22 68/5 68/5 69/6
  75/3 77/12 77/20 78/21
  79/13 79/14 79/19 79/23
  80/19 85/17 86/10 86/12
  87/5 89/24 91/15 92/1
  92/18 96/20 97/24 99/24
  100/3 100/8 101/7 101/19
  102/16 102/18 104/21
  104/25 105/24 105/25
  108/12 109/18 110/10
  113/7 114/6 114/8 120/15
  120/17 122/14 122/15
  123/15 130/17 130/19
  132/7 132/8 133/16 133/18
  136/18 136/21 138/21
  139/11
became [11]  13/14 13/16
  18/21 40/9 40/20 41/8
  59/19 81/7 91/19 92/12
  99/11
because [90]  4/13 4/20
  10/19 11/9 11/21 12/6
  12/11 13/10 16/3 18/23
  23/9 24/15 25/3 26/25
  28/3 29/7 31/21 35/24
  40/3 40/11 40/15 40/16
  41/25 42/20 43/1 44/9
  45/18 45/21 47/9 50/23
  54/21 57/13 58/9 59/20
  60/2 61/19 62/11 62/12
  66/3 66/8 66/24 68/3 68/4
  73/23 73/25 74/9 76/16

**because...** [43]  81/19
  85/10 85/22 86/19 87/17
  88/13 90/13 92/7 92/17
  92/18 92/19 92/25 93/22
  94/13 94/25 95/22 95/23
  97/13 98/16 100/4 106/25
  107/23 108/4 108/6 108/23
  109/14 112/21 114/16
  114/20 114/24 115/12
  117/6 123/21 125/23
  126/24 126/25 127/13
  132/14 134/12 134/17
  135/11 136/10 140/11
**become** [13]  41/15 41/20
  60/20 64/6 68/10 68/11
  73/4 73/6 73/14 75/17
  76/3 105/4 132/17
**becomes** [2]  64/7 112/24
**becoming** [3]  40/19 71/2
  71/15
**been** [79]  12/9 30/24
  33/12 34/18 44/20 47/20
  57/4 58/8 60/24 61/21
  64/4 65/3 70/22 79/6
  79/15 79/16 79/21 80/22
  84/3 84/5 87/8 87/12
  87/15 88/13 88/25 94/20
  98/14 103/24 104/2 107/21
  108/8 108/9 108/10 110/9
  111/14 113/21 116/8
  116/20 117/11 120/2 121/2
  121/4 122/20 124/11 125/4
  125/10 126/13 127/2
  127/22 127/23 128/5
  129/22 130/1 130/24
  130/25 131/5 133/19
  133/23 134/5 134/7 134/10
  134/17 134/18 134/19
  134/21 134/22 134/25
  135/1 135/10 135/11
  135/12 135/13 136/7
  136/11 136/24 137/5
  138/12 138/13 140/4
**Beersheba** [2]  22/2 135/22
**before** [40]  1/11 8/8
  11/24 12/14 26/3 49/4
  52/3 52/18 53/4 63/17
  65/17 66/6 71/7 75/19
  82/21 84/13 84/21 85/1
  85/6 91/19 92/2 95/19
  96/7 97/6 98/20 98/23
  99/3 99/6 100/8 103/21
  103/25 121/10 121/17
  125/9 131/14 132/12 133/7
  133/21 136/3 136/15
**beg** [1]  91/1
**began** [2]  55/11 66/7
**begin** [1]  79/21
**beginning** [3]  12/10 28/25
  137/5
**begun** [1]  45/2
**behalf** [5]  2/3 2/19 3/4
  138/8 138/21
**behaved** [1]  10/12
**behavior** [5]  41/8 61/13
  76/9 76/10 77/5
**behavioral** [4]  70/2 71/5
  74/14 76/22
**behind** [2]  30/21 135/23

**being** [30]  11/24 17/10
  17/8 26/5 41/12 41/18
  45/15 52/5 53/18 54/25
  59/14 63/8 63/14 65/16
  66/5 66/6 67/22 70/3
  70/23 77/25 78/9 79/3
  90/5 90/7 93/13 108/21
  113/12 124/21 127/11
  137/25
**Beirut** [3]  82/15 82/23
  95/25
**Beit** [1]  1/19
**belief** [1]  115/11
**believe** [5]  73/8 89/10
  108/12 118/23 136/6
**believed** [1]  75/16
**believes** [4]  54/10 67/22
  76/1 109/17
**believing** [1]  89/9
**belong** [1]  93/21
**belonged** [1]  14/16
**belongs** [1]  98/7
**Benedetta** [5]  2/14 128/12
  128/22 129/1 129/3
**beneficiaries** [1]  111/24
**benefit** [1]  88/4
**benefits** [7]  87/23 87/24
  90/5 90/7 90/10 94/11
  94/22
**bereavement** [17]  49/15
  49/18 49/21 50/24 51/8
  52/5 52/15 53/8 55/21
  55/25 61/4 65/10 65/21
  66/14 72/3 74/22 76/24
**Berkman** [1]  1/15
**Berti** [10]  2/14 128/12
  128/22 129/1 129/4 129/6
  131/12 131/17 131/21
  132/11
**Besides** [1]  44/18
**best** [3]  68/13 69/18
  141/3
**better** [2]  45/4 45/6
**between** [22]  5/17 9/24
  12/10 86/17 86/20 87/9
  89/18 89/18 94/1 99/7
  103/23 116/14 124/17
  124/18 126/4 132/12
  132/16 133/2 133/4 133/14
  135/18 138/11
**beyond** [2]  47/22 68/6
**Bible** [1]  50/20
**biblical** [1]  62/16
**big** [4]  21/17 21/18 61/22
  77/18
**biggest** [2]  21/14 127/11
**billions** [1]  115/22
**birth** [1]  40/13
**bit** [2]  10/21 11/6
**blame** [1]  50/12
**blames** [1]  59/24
**blaming** [2]  127/10 127/15
**blockades** [2]  26/25 27/1
**blood** [1]  127/22
**board** [2]  35/10 35/15
**boast** [1]  95/18
**Boaz** [1]  137/9
**bodies** [12]  13/6 13/19
  13/20 14/22 15/6 15/8
  15/18 27/15 27/19 40/5
  41/6 54/13

**body** [5]  26/18 39/23 50/9
  63/17 63/21
**Bologna** [2]  129/8 129/8
**bomber** [1]  107/23
**bombing** [1]  22/1
**bombings** [1]  107/11
**bond** [1]  64/2
**book** [10]  9/4 29/19 59/22
  60/15 65/9 67/3 67/8
  70/23 103/6 137/15
**books** [6]  109/5 120/9
  120/10 120/23 121/2 131/1
**border** [4]  22/11 127/16
  127/16 127/17
**born** [1]  18/6
**Boston** [1]  33/9
**both** [19]  14/25 41/18
  42/3 46/8 47/21 65/25
  66/4 70/19 74/8 88/12
  101/1 103/2 103/22 109/15
  113/23 115/23 117/17
  118/10 119/16
**Bother** [1]  127/8
**bothering** [1]  62/7
**bound** [1]  123/7
**boys** [7]  5/22 11/14 12/9
  12/12 23/8 23/9 138/12
**branch** [1]  106/10
**break** [12]  31/15 31/20
  31/21 31/22 46/23 49/4
  97/4 110/9 110/9 116/1
  126/24 133/21
**breaking** [1]  116/19
**breath** [2]  32/1 36/23
**briefly** [14]  5/20 22/9
  32/16 33/15 82/12 82/16
  100/22 106/8 119/14
  119/18 129/5 129/20
  129/22 134/12
**Brigade** [1]  7/24
**brigades** [7]  7/23 107/10
  112/17 112/18 115/25
  116/10 117/25
**bring** [1]  64/14
**British** [2]  89/12 106/20
**broke** [1]  45/14
**Bronx** [1]  33/7
**Brooklyn** [1]  1/17
**brother** [24]  21/24 43/1
  59/9 59/14 60/16 60/17
  60/24 62/10 62/14 63/8
  63/12 63/24 64/2 67/16
  68/8 70/22 73/4 73/9
  74/10 75/21 75/22 77/18
  78/21 79/15
**brother's** [2]  63/17 79/24
**Brotherhood** [11]  97/9
  97/10 97/18 97/19 97/20
  106/10 117/4 124/23 127/4
  127/5 127/20
**Brotherhoods** [1]  97/19
**brothers** [6]  60/3 91/17
  91/18 91/20 97/11 97/15
**bud** [1]  78/9
**budget** [1]  110/18
**budgets** [1]  110/20
**build** [2]  94/13 115/14
**building** [1]  62/1
**bunch** [1]  139/17
**burden** [1]  54/11

**B** Case 1:15-cv-01080-RMC    Document 43    Filed 04/05/17    Page 147 of 174

bureau [3]   28/16 28/17
 132/24
burial [2]   26/18 27/20
buried [1]   15/13
burned [2]   12/16 12/17
bury [2]   27/15 27/16
bus [1]   107/23
butchering [1]   114/23

**C**

CA [1]   1/4
cachet [2]   108/1 108/3
calif [1]   93/19
call [14]   7/6 7/10 10/17
 31/14 32/9 39/22 50/17
 58/7 59/8 66/18 67/3 82/5
 92/24 119/8
called [11]   6/18 10/23
 13/24 23/13 84/17 84/23
 85/3 93/18 107/9 113/16
 118/11
calls [2]   60/8 122/20
came [8]   9/7 29/12 44/25
 74/5 89/16 103/19 125/22
 138/1
camouflage [1]   15/24
can [85]   4/8 4/11 4/24
 8/15 9/18 10/18 12/1 12/7
 12/7 12/8 13/1 15/5 19/20
 20/25 22/9 23/14 27/5
 32/1 32/9 32/22 35/11
 36/7 37/14 39/6 44/2 45/8
 47/25 48/4 48/5 48/18
 48/21 49/25 51/23 58/6
 62/3 62/21 62/22 64/10
 68/21 72/15 76/25 77/7
 79/7 79/13 83/2 85/22
 86/14 87/24 90/17 92/5
 94/16 95/2 95/7 96/1
 99/19 100/17 102/10
 102/22 104/14 104/16
 109/18 110/4 111/8 114/12
 115/17 116/2 119/14
 119/18 120/3 120/20
 122/18 124/16 124/17
 125/7 128/18 129/2 129/5
 129/18 129/20 130/22
 131/25 132/11 133/3 138/3
 140/7
can't [11]   16/16 43/16
 49/17 50/12 51/25 52/1
 66/25 67/1 112/19 128/17
 139/10
Canada [1]   111/15
candle [2]   78/3 78/4
cannot [9]   11/25 31/4
 47/22 75/21 78/7 79/12
 80/9 98/1 98/5
car [6]   12/16 12/17 40/14
 42/8 80/23 107/11
care [2]   40/4 40/11
career [7]   33/15 62/4
 82/16 83/15 101/3 119/18
 129/20
carefully [2]   47/23 140/7
cares [1]   60/22
caring [2]   60/22 77/9
carried [7]   18/11 21/8
 29/7 30/24 107/10 108/6

carries [1]   108/15
carry [16]   18/15 18/15
 18/17 19/6 19/11 19/14
 19/16 20/4 31/4 124/25
 126/10 131/15 134/8 136/4
 136/8 136/16
carrying [4]   18/7 39/8
 41/4 107/25
case [20]   23/7 37/9 50/21
 56/10 61/10 84/1 84/17
 84/23 85/3 86/3 93/14
 103/1 105/13 117/22 122/2
 131/16 131/21 132/1 136/5
 140/11
cases [12]   51/6 84/8
 111/16 112/6 113/22 121/6
 121/7 121/9 121/11 121/12
 139/4 140/12
cash [2]   115/4 134/14
catastrophic [1]   40/6
catch [4]   12/22 25/24
 26/4 32/1
catching [1]   9/25
category [1]   106/18
caught [2]   6/21 44/14
caused [2]   58/3 71/5
causes [2]   51/13 64/12
celebrate [1]   93/24
celebrity [3]   40/19 41/1
 78/20
cell [15]   7/18 7/20 7/21
 7/23 10/8 10/8 10/9 10/19
 11/4 17/16 18/5 18/11
 18/11 19/24 29/4
cells [1]   28/12
center [4]   33/10 126/17
 130/5 134/18
central [1]   10/1
century [1]   94/18
certain [12]   5/16 36/4
 42/18 46/11 50/9 50/10
 56/8 66/22 75/5 78/12
 78/16 80/8
certainty [6]   53/6 53/6
 74/21 79/7 79/12 79/13
CERTIFICATE [1]   141/1
certification [2]   35/10
 35/16
certified [4]   8/12 9/3
 9/7 9/9
certify [2]   141/2 141/7
certifying [1]   125/24
cetera [2]   50/15 107/12
chair [1]   43/9
chairman [1]   36/16
challenge [1]   73/23
chance [1]   134/1
change [7]   65/17 73/16
 73/17 98/18 99/19 100/2
 100/2
changed [12]   28/5 41/18
 43/4 44/14 57/21 60/10
 60/11 64/5 70/23 71/6
 73/13 98/23
character [5]   60/10 62/1
 72/11 94/3 123/1
characteristic [1]   40/8
characteristics [1]   20/4
characters [1]   17/14
charge [1]   135/13

charismatic [1]   76/12
charitable [3]   24/8 24/15
 25/8
charities [3]   111/18
 111/21 111/22
charity [7]   24/9 103/8
 111/13 112/4 113/6 113/7
 113/20
charred [1]   74/10
check [1]   25/8
checked [1]   79/15
chief [3]   90/24 101/25
 125/14
child [20]   35/14 40/13
 41/23 43/24 44/5 51/2
 51/12 56/5 56/23 58/8
 58/25 60/21 68/8 70/23
 73/21 74/20 76/7 76/15
 76/22 77/25
children [36]   36/19 38/17
 38/19 40/4 40/10 41/19
 41/21 42/24 43/5 43/18
 43/19 43/25 45/6 45/7
 45/11 53/3 54/16 60/20
 68/19 69/3 69/8 69/19
 69/24 70/1 70/3 70/7
 70/17 70/21 72/4 73/8
 73/9 78/13 79/20 79/22
 81/13 104/22
chosen [2]   4/7 133/18
Christians [2]   96/14 97/1
chronic [5]   41/9 57/1
 59/22 60/6 60/9
chuckle [1]   120/13
circles [1]   115/16
circumstances [5]   74/11
 124/1 126/13 128/2 128/3
cited [1]   126/17
citizen [2]   105/4 109/10
citizens [1]   107/22
City [3]   119/16 135/21
 135/22
civil [3]   4/2 114/21
 137/1
civilian [5]   23/4 25/4
 107/17 108/10 117/14
civilians [2]   107/21
 123/22
claim [2]   93/22 137/11
claimed [1]   133/13
clandestine [1]   111/8
clarify [1]   87/4
classic [1]   50/15
Clawson [9]   2/12 119/8
 119/9 119/13 121/23 122/4
 122/6 122/18 126/19
clear [11]   7/15 25/10
 30/11 37/14 72/15 73/12
 74/23 77/2 81/16 89/11
 138/10
clearly [2]   118/19 119/1
clerk [1]   139/8
clinging [1]   76/4
clinic [2]   33/3 111/8
clinical [27]   33/17 33/18
 33/20 33/21 33/22 35/3
 35/4 35/7 39/8 39/10
 44/19 44/23 46/7 46/8
 47/3 52/8 52/10 52/11
 53/9 53/25 55/3 55/5 59/5
 61/5 61/24 63/4 65/25

Case 1:15-cv-01080-RMC   Document 58-2   Filed 04/05/17

clinics [2]   34/2 111/4
close [16]   39/21 44/9
  50/5 51/10 52/23 54/22
  54/24 58/22 58/23 63/23
  72/14 73/10 80/16 91/23
  114/19 127/24
closed [2]   70/22 70/23
closely [3]   89/1 89/5
  89/16
closest [1]   73/10
closing [1]   73/4
clothing [1]   8/23
cluster [1]   50/8
co [1]   120/24
co-wrote [1]   120/24
coast [1]   118/16
coaster [1]   54/7
cognitions [1]   50/11
collectively [1]   15/2
College [1]   119/15
COLLYER [2]   1/11 84/13
COLUMBIA [2]   1/1 1/22
combination [4]   11/7
  59/17 81/9 86/17
come [13]   4/11 39/10
  44/16 51/6 59/10 65/7
  69/7 73/24 78/20 78/23
  81/20 100/4 111/11
comes [4]   41/16 48/20
  81/1 127/20
coming [12]   31/17 82/3
  88/18 88/19 90/10 90/10
  90/11 93/2 100/5 124/22
  137/25 140/13
comma [1]   90/18
command [1]   109/17
commander [8]   7/17 10/7
  10/9 17/16 18/5 90/23
  96/20 98/4
commanders [1]   96/19
comment [1]   19/9
commitment [1]   57/4
committed [3]   12/12 12/14
  20/24
committee [4]   36/17 116/6
  125/21 125/22
common [2]   64/1 85/16
communities [1]   114/14
community [3]   27/22 97/2
  107/24
company [1]   87/20
comparative [1]   131/2
compare [1]   95/12
competent [1]   136/21
complete [7]   35/10 52/3
  64/6 83/4 89/19 92/12
  139/23
completed [3]   32/23 33/8
  35/15
completely [3]   44/14
  97/23 117/9
complex [16]   18/21 31/5
  49/15 49/18 49/21 50/7
  50/23 50/25 51/8 52/15
  53/7 55/21 61/4 65/21
  72/2 76/24
complicated [22]   31/5
  46/20 49/6 49/12 49/22
  50/24 51/4 55/19 57/20

D [7]   1/7 58/23 58/5 58/16
  58/20 58/22 59/23 60/15
  65/10 72/2 72/17 74/16
  76/23
complied [1]   89/4
composition [1]   97/6
comprehensive [2]   130/15
  132/14
comprehensively [1]
  134/12
concealed [1]   118/18
concentrated [1]   83/21
concentration [2]   56/11
  56/13
concern [3]   121/7 121/13
  121/14
Concerns [2]   38/16 38/18
concise [1]   132/13
concluded [1]   101/12
conclusions [2]   70/6
  70/14
concrete [1]   125/7
concur [3]   69/13 126/19
  126/20
condition [5]   51/18 52/13
  57/1 58/20 66/20
conditions [1]   58/21
conduct [5]   39/3 53/23
  59/4 63/2 68/18
conducted [3]   39/6 54/1
  59/5
conference [3]   28/18
  29/16 29/21
conferences [1]   109/3
conflict [10]   126/4 126/5
  130/9 131/7 133/14 133/17
  133/19 134/3 134/4 134/9
conflicts [1]   71/6
confusion [1]   62/8
congress [5]   103/21 104/5
  104/6 121/16 121/17
connected [2]   16/3 29/13
connection [5]   7/16 37/8
  78/6 86/2 105/12
conscious [1]   54/17
consider [1]   23/6
consideration [1]   133/9
considered [5]   24/3 35/17
  36/5 36/8 36/15
consisted [1]   39/18
consistent [3]   42/24 56/3
  88/3
consists [2]   34/2 39/7
constant [6]   46/4 66/13
  68/6 75/11 76/4 114/1
constantly [7]   34/19
  45/18 63/14 64/8 75/14
  75/21 75/23
constitute [1]   96/16
constituted [1]   96/18
constitution [3]   1/23
  122/22 122/24
consultant [1]   131/6
CONT'D [1]   3/1
contained [2]   122/11
  132/4
contains [2]   6/15 6/16
contention [1]   133/11
contents [4]   2/1 3/1
  76/13 105/21
context [9]   30/7 53/11

D [7]   58/17 80/14 81/1 81/4
  133/15 134/2 134/25
continue [13]   24/17 40/1
  43/4 55/9 57/10 61/24
  68/1 68/12 80/3 94/11
  94/22 99/1 103/15
continued [6]   5/14 42/11
  42/13 49/2 55/11 99/12
continues [2]   24/15 60/6
continuing [1]   24/17
contractions [1]   40/13
contrast [1]   56/2
contribute [4]   68/23
  72/10 75/4 114/13
contributed [1]   115/18
contributes [1]   19/10
control [10]   23/14 41/1
  45/17 59/12 76/7 88/13
  94/9 94/15 96/23 133/12
controlled [2]   41/15
  113/8
conversation [5]   7/8 7/14
  10/21 11/22 103/19
conversions [2]   89/20
  89/20
convicted [3]   7/15 103/11
  108/10
cool [3]   10/11 23/17
  23/19
cooperation [1]   135/17
coordinate [2]   134/20
  136/9
copies [4]   8/12 9/3 9/7
  9/9
coping [2]   67/18 74/9
copy [1]   129/17
correct [19]   4/9 4/10
  17/23 37/16 37/20 37/22
  37/25 38/1 38/5 38/6 38/8
  38/19 54/3 84/22 86/9
  109/21 112/19 132/3 141/2
corrective [2]   41/24
  41/24
cost [2]   112/16 112/16
costs [1]   111/6
could [37]   11/25 12/13
  12/15 12/19 16/3 27/21
  32/16 33/15 34/12 34/18
  39/24 47/2 58/15 63/18
  67/20 68/22 68/23 72/14
  75/24 77/21 79/15 79/23
  82/10 82/12 82/16 83/18
  88/2 89/14 89/24 100/8
  100/20 100/22 101/3
  113/12 113/14 115/20
  119/12
couldn't [4]   65/3 66/25
  91/24 127/14
counsel [2]   140/8 141/7
counter [5]   101/8 101/18
  102/4 102/5 118/4
countries [7]   87/25 88/19
  90/12 107/23 115/15 131/9
  133/14
country [8]   13/10 33/25
  40/21 59/15 96/24 105/1
  118/4 123/16
counts [1]   58/19
couple [3]   117/18 121/11
  121/12
course [20]   10/12 17/10

## C

course... [18]  43/14
  79/23 83/20 88/18 89/3
  90/7 92/12 92/20 92/25
  93/5 93/18 96/6 96/13
  97/1 97/1 98/17 106/24
  113/12
court [28]  1/1 1/21 1/21
  1/22 5/8 7/3 7/10 9/1 9/4
  9/19 32/4 48/5 83/9 85/6
  87/4 103/21 103/24 108/9
  108/10 111/16 113/22
  121/5 121/6 122/3 129/14
  129/18 140/1 141/5
courtroom [3]  4/12 7/9
  48/8
courts [3]  85/8 122/25
  123/4
cover [2]  115/6 115/8
crafts [2]  13/5 13/5
create [2]  107/1 124/1
created [1]  127/25
credit [2]  28/14 28/19
crime [3]  7/15 8/18 15/25
criminal [1]  4/20
criteria [5]  50/20 56/20
  66/24 67/5 67/11
critical [2]  67/18 72/16
cross [2]  2/2 66/22
crowds [1]  53/1
crucial [1]  19/15
cry [1]  40/16
crying [1]  63/18
CRYSTAL [2]  1/21 141/12
culprit [1]  135/22
cultural [2]  80/15 81/5
culture [1]  80/19
cure [3]  58/7 58/10 58/12
currently [2]  36/16
  133/12
curriculum [4]  34/14
  34/14 83/3 120/4
customary [2]  43/8 46/8
cut [2]  51/11 56/4
CV [12]  34/22 36/8 83/3
  83/7 102/11 120/7 120/15
  129/17 130/11 130/12
  130/13 130/17
Czech [1]  12/5

## D

D-A-W-A [1]  113/21
D-E-E-B [1]  82/11
D.C [3]  1/5 82/21 119/24
damaged [1]  79/4
Damascus [6]  92/11 116/22
  133/2 135/12 135/15
  135/23
danger [1]  50/3
dangerous [3]  21/25 22/15
  22/16
dare [1]  21/2
date [4]  62/2 137/21
  141/5 141/12
dated [3]  86/8 105/19
  122/7
David [1]  32/19
Davidovitch [5]  44/19
  44/24 45/11 46/3 66/1
Dawa [1]  113/21

day [14]  47/13 47/22 52/15
  52/16 52/20 52/20 54/7
  54/8 54/10 60/6 63/18
  64/22 66/21 110/9
days [9]  13/21 16/5 39/16
  39/19 54/8 63/13 66/23
  67/1 79/1
DC [1]  1/23
dead [4]  43/24 54/14
  75/23 75/25
deal [31]  22/4 22/10 23/3
  23/5 41/7 41/19 41/24
  44/3 44/4 44/13 45/5 45/7
  54/20 55/6 55/8 58/19
  60/5 60/21 60/23 64/24
  65/12 71/4 74/4 74/8
  104/6 104/6 109/20 125/12
  126/1 137/23 137/24
dealing [10]  53/3 55/7
  65/13 69/9 76/3 76/18
  76/19 78/14 81/18 81/19
dealt [3]  70/18 73/3
  75/13
death [8]  50/2 53/12 66/5
  76/13 79/24 80/7 80/8
  138/15
deaths [1]  6/17
decade [9]  61/20 94/17
  94/17 95/1 95/2 95/4
  130/25 131/5 136/19
decades [1]  53/15
deceased [3]  43/24 51/15
  51/15
decedent [1]  85/20
December [3]  1/6 106/11
  125/14
decide [3]  35/11 48/15
  48/17
decided [7]  23/16 41/23
  77/23 92/1 97/15 114/19
  117/2
decides [2]  132/17 135/24
decision [5]  48/19 54/17
  96/21 133/1 140/8
decisions [3]  56/12 56/14
  75/5
declaration [25]  86/2
  86/3 86/4 86/6 87/2 87/5
  105/12 105/15 105/19
  105/21 105/23 106/2
  117/19 121/10 122/7 122/9
  122/11 122/13 122/15
  129/17 131/21 132/1 132/4
  132/6 137/13
declarations [2]  37/8
  139/9
declared [1]  29/12
declassified [1]  116/7
dedicated [1]  123/15
Deeb [13]  2/8 82/6 82/7
  82/11 85/17 85/24 86/2
  86/18 87/2 87/3 87/8
  98/12 116/11
deep [2]  40/22 67/24
default [1]  4/6
defendants [3]  1/8 4/6
  4/21
defense [4]  71/4 74/8
  107/17 119/23
defer [2]  48/19 48/21
deferring [1]  48/22

define [1]  67/16
defined [1]  67/16
defining [1]  60/24
definitely [4]  61/25 75/4
  87/14 90/14
definitively [1]  67/2
degree [3]  53/5 74/21
  79/25
degrees [2]  41/18 129/11
delegation [1]  135/5
demonstrates [1]  118/24
demonstrating [1]  108/24
denied [1]  44/3
denomination [1]  99/13
Denter [1]  1/19
department [11]  34/4 34/7
  101/20 101/24 102/6
  112/25 116/3 116/7 118/1
  118/3 118/7
dependent [1]  76/4
depends [2]  28/3 48/7
depict [1]  15/8
depicts [1]  29/21
depression [13]  46/12
  46/15 49/5 52/8 55/17
  55/17 56/6 57/20 57/23
  58/6 58/12 58/14 66/17
depressive [7]  55/23
  55/25 56/2 56/3 56/17
  56/21 61/6
deputy [6]  4/12 33/24
  48/8 101/19 101/25 119/25
descendants [2]  124/5
  124/8
describe [17]  9/19 9/21
  13/1 35/7 39/6 49/25
  55/24 73/14 92/5 95/7
  122/18 123/10 123/12
  123/19 123/21 124/16
  124/17
described [39]  21/15
  39/14 39/17 39/19 40/5
  40/13 40/19 41/9 41/13
  42/2 45/9 52/4 54/5 54/11
  54/16 54/25 55/5 56/14
  58/2 59/19 63/7 63/23
  64/20 65/9 71/13 75/10
  76/9 76/11 76/23 77/2
  77/19 77/25 78/3 80/25
  85/24 122/3 123/9 124/11
  126/12
describes [6]  10/22 42/7
  57/1 60/7 64/6 122/21
describing [2]  45/19
  128/4
description [1]  79/20
descriptions [1]  15/16
designated [5]  112/22
  112/22 112/23 116/3 116/4
desire [2]  48/9 51/24
despair [1]  54/6
despite [3]  69/22 94/10
  96/24
destroy [1]  106/25
destroyed [1]  44/10
destruction [1]  106/19
detail [3]  11/8 34/15
  130/13
details [2]  16/2 78/1
detention [1]  108/7
determine [2]  10/16 11/13

determined [2]   62/13 92/7
determining [1]   92/8
devastating [3]   59/19
 64/3 81/21
develop [1]   58/5
developed [1]   127/6
developing [2]   74/7 127/9
development [1]   72/10
developments [2]   125/5
 125/18
DEVORA [4]   1/3 4/3 37/16
 37/21
diagnosed [4]   44/16 55/21
 66/9 66/10
diagnoses [5]   46/11 49/14
 66/13 67/14 78/16
diagnosis [20]   47/4 49/13
 49/15 50/20 51/7 55/20
 56/18 57/19 59/23 61/1
 61/4 61/10 65/18 65/21
 66/8 66/12 71/23 72/6
 74/12 76/20
diagnostic [1]   49/6
dictated [1]   114/8
did [103]   6/14 16/13
 19/15 21/21 23/7 23/15
 24/5 25/21 25/24 26/23
 26/24 27/8 28/13 28/15
 33/5 37/7 37/8 37/10 39/3
 39/5 39/12 44/18 44/20
 46/5 48/2 52/20 53/22
 53/25 54/4 55/3 55/13
 55/15 55/20 59/3 61/1
 61/2 63/2 63/4 63/6 63/25
 64/1 65/18 65/19 68/18
 68/20 69/22 69/25 70/5
 70/8 70/14 70/14 70/25
 71/23 72/19 73/2 73/22
 74/12 75/7 76/20 77/15
 84/17 84/18 84/23 84/25
 85/3 85/7 86/2 86/3 88/16
 88/16 88/22 89/22 90/5
 92/10 92/15 92/23 94/10
 95/15 99/1 103/4 103/9
 104/6 105/5 105/6 105/12
 105/14 106/6 117/8 117/15
 121/7 121/13 121/13 122/6
 122/6 127/23 131/21
 131/22 133/6 138/17
 138/20 138/25 139/13
 139/15
didn't [22]   16/12 17/2
 17/10 18/17 18/25 18/25
 19/1 25/24 26/4 36/21
 39/25 56/12 59/25 59/25
 59/25 60/1 66/16 69/10
 73/25 82/2 86/23 138/16
die [2]   51/24 65/8
died [5]   51/16 53/18
 56/23 80/22 81/4
dieing [1]   51/10
dies [3]   42/9 50/6 58/23
difference [2]   61/23
 79/10
different [18]   17/14
 44/20 55/1 64/5 70/17
 70/18 70/19 75/15 79/15
 81/1 90/8 91/4 96/14
 111/17 113/11 118/3

difficult [14]   54/14
 54/15 59/15 61/19 61/25
 75/2 78/17 80/3 112/24
 114/16 126/13 127/15
 128/2 128/3
difficulty [2]   51/18 65/7
digits [1]   110/1
Dina [1]   4/17
Diplomacy [2]   100/25
 101/2
direct [10]   2/2 5/14
 14/20 32/14 49/2 82/8
 100/15 119/10 128/23
 134/2
directed [2]   107/13
 107/14
directing [1]   8/2
direction [1]   62/17
directly [1]   127/14
director [8]   33/24 34/3
 34/7 101/17 102/1 102/3
 120/1 120/1
disable [1]   60/7
disabling [1]   66/3
disaster [1]   46/1
disbelief [1]   51/19
discovered [3]   13/3 13/20
 14/23
discriminate [1]   107/18
discuss [3]   69/25 70/1
 125/23
discussed [3]   57/14
 110/25 131/14
discussion [1]   138/9
disenfranchise [1]   133/22
disorder [41]   36/9 42/5
 46/19 49/12 49/16 49/19
 49/22 49/23 49/23 50/1
 50/7 51/1 51/8 51/9 52/5
 52/15 53/8 55/18 55/21
 55/22 55/23 55/25 55/25
 56/2 56/3 56/17 56/21
 61/5 61/6 65/10 65/21
 65/22 65/23 66/19 67/4
 72/1 72/3 74/15 74/22
 76/21 76/24
disorders [3]   33/3 33/4
 47/5
disposal [2]   20/19 20/20
disposition [1]   41/11
disrupt [3]   88/3 92/24
 98/20
disrupting [1]   87/18
disruption [1]   74/14
distance [1]   138/1
distant [1]   71/2
distinct [1]   86/19
distinction [1]   86/20
distinguished [1]   83/14
distress [1]   51/13
distressed [1]   77/24
DISTRICT [6]   1/1 1/1 1/12
 1/22 1/22 141/5
disturbance [2]   76/22
 79/11
disturbances [1]   66/11
divide [2]   94/1 96/11
divided [1]   93/12
dividends [1]   111/6
do [66]   4/22 8/13 13/25

 13/25 20/25 26/12 27/3
 30/7 35/11 35/22 37/17
 37/18 45/7 48/12 52/14
 53/5 59/12 59/25 62/3
 62/8 62/11 67/14 68/22
 69/13 69/17 74/20 76/17
 80/5 84/8 85/8 89/2 92/8
 92/19 92/20 93/20 93/24
 96/12 98/2 99/12 99/20
 103/4 107/18 108/1 108/3
 109/1 109/23 110/20 111/8
 112/24 114/16 115/8
 115/20 117/19 117/22
 118/23 123/7 127/24
 129/13 132/13 134/14
 138/16 139/4 139/18
 139/23 139/25 140/12
Docket [1]   1/4
doctor [11]   44/18 49/4
 79/17 99/14 99/16 105/12
 119/2 119/4 121/22 128/10
 128/16
doctorate [1]   129/11
document [6]   34/12 34/13
 83/2 102/9 102/10 130/11
documents [8]   8/10 8/11
 8/12 9/2 9/5 9/14 9/15
 12/7
does [34]   4/25 15/8 21/10
 34/15 37/2 43/20 43/21
 68/14 70/24 79/2 83/4
 83/6 87/22 87/22 90/5
 94/22 102/12 102/14
 102/15 104/5 106/25 107/6
 107/8 107/20 111/2 111/4
 113/3 119/1 120/7 123/17
 126/18 130/13 130/15
 136/13
doesn't [19]   25/3 44/5
 44/5 50/20 52/19 56/20
 57/25 58/3 58/7 58/9
 58/11 62/16 64/14 66/24
 74/1 78/25 93/4 93/5 94/6
dogs [1]   13/5
doing [6]   6/9 48/14 52/19
 78/22 123/11 127/4
dollars [4]   115/21 115/22
 116/9 117/24
don't [38]   4/14 6/3 10/15
 12/18 12/23 15/10 21/2
 23/20 25/5 27/12 31/20
 31/21 32/18 35/4 36/22
 38/3 43/5 43/7 43/10 44/7
 48/16 70/9 70/10 78/14
 79/18 81/2 81/6 81/15
 90/1 90/2 93/22 93/23
 93/23 100/4 106/18 109/25
 110/8 115/20
donation [2]   113/7 113/13
done [18]   10/12 45/8 48/6
 79/22 81/25 82/1 98/3
 99/24 100/8 102/4 108/14
 112/7 127/11 128/17
 133/17 137/4 137/5 138/9
door [1]   23/13
double [3]   40/20 45/21
 135/21
doubt [2]   30/12 79/7
dower [1]   106/23
down [13]   10/25 10/25
 52/22 66/14 69/4 97/4

Case 1:15-cv-01080-RMC   Document 43   Filed 09/05/17   Page 160 of 172   151

**D**

down... [7]  111/11 111/14
  117/2 127/21 127/24
  127/25 129/15
downs [1]  125/4
dozen [1]  121/17
Dr [44]  32/12 32/16 34/12
  34/22 34/25 36/24 37/7
  39/3 44/19 44/24 45/11
  46/2 55/4 65/25 85/17
  85/24 86/2 86/18 87/2
  87/3 87/8 98/12 100/12
  100/13 100/19 100/22
  102/9 104/9 104/14 106/8
  110/17 116/11 121/23
  122/4 122/6 122/18 126/18
  128/12 129/5 131/12
  131/17 131/21 132/11
  137/9
draconian [1]  127/21
drama [1]  44/21
dramatically [3]  57/5
  61/12 125/11
draw [1]  70/15
dream [2]  42/6 42/8
dreams [3]  42/5 42/13
  50/16
dried [1]  117/13
driver [2]  20/15
dropped [1]  15/19
drugs [1]  57/17
DSM [1]  50/19
dual [2]  109/7 109/10
dub [1]  104/20
due [7]  40/2 40/19 45/25
  54/22 55/10 61/15 64/24
during [12]  26/11 26/15
  27/9 39/10 39/12 40/2
  46/7 54/4 54/8 74/6 125/5
  126/5
dust [2]  15/19 15/20
dying [2]  42/6 58/25
dynamics [3]  41/18 44/13
  130/9
dynasty [1]  91/21
dysthymic [2]  56/16 56/19

**E**

E-X-H-I-B-I-T-S [2]  2/17
  3/2
each [11]  5/10 9/5 24/19
  46/2 69/25 70/1 70/7
  70/16 70/20 112/14 115/18
eager [1]  125/1
earlier [4]  52/17 110/25
  116/12 117/23
early [11]  42/14 47/25
  72/9 72/16 78/15 87/20
  88/9 110/20 125/8 132/21
  133/3
earthquake [1]  80/23
ease [2]  58/11 58/12
easily [3]  64/7 112/20
  112/21
east [8]  101/6 102/7
  103/18 119/25 121/20
  121/21 124/2 125/6
Eastern [5]  101/10 129/7
  129/9 129/22 130/8
ECF [1]  38/12

economic [2]  88/13 95/5
  136/20
economics [1]  119/17
economy [3]  121/2 121/8
  123/5
edge [3]  40/20 45/21
  63/14
edited [1]  120/24
editor [1]  36/17
education [2]  34/16
  130/22
educational [11]  32/17
  82/12 83/18 100/23 102/13
  102/22 106/23 119/14
  120/20 129/5 130/14
effect [16]  48/16 52/15
  53/20 57/11 61/17 61/17
  61/24 68/1 75/1 78/8 79/8
  85/20 92/16 114/23 117/17
  136/14
effected [13]  41/8 52/25
  54/9 55/1 56/13 56/14
  56/25 57/5 60/5 61/21
  75/17 77/3 79/7
effects [15]  39/25 51/21
  51/25 52/2 52/20 56/4
  56/7 56/7 56/11 60/4 67/6
  76/10 78/7 78/12 80/7
effort [2]  86/17 129/12
efforts [2]  13/2 108/13
Egypt [14]  91/17 97/13
  97/13 97/16 98/3 117/3
  124/23 127/1 127/2 127/6
  127/11 127/12 127/16
  127/19
Egyptian [4]  97/17 127/1
  127/18 127/23
Eid [1]  25/17
Einstein [1]  33/7
either [5]  58/12 101/10
  111/20 113/7 113/9
elected [1]  127/6
element [1]  114/9
elements [4]  72/2 75/3
  76/23 135/9
elicit [2]  87/2 118/7
eliciting [1]  138/19
else [6]  20/6 25/25 50/4
  112/5 139/13 139/15
elsewhere [3]  103/10
  107/15 117/4
email [1]  100/9
emanates [1]  80/6
emergency [3]  7/10 10/17
  33/1
emotion [1]  64/19
emotional [9]  39/17 39/22
  40/9 42/3 51/17 51/19
  55/8 61/12 71/3
emotions [3]  54/7 64/20
  74/4
employ [2]  72/20 75/7
employed [1]  141/8
employee [1]  102/5
employment [1]  24/8
empowered [1]  97/21
enabled [7]  19/13 21/23
  73/23 126/10 131/15 136/3
  136/15
encourage [1]  78/10
encouraged [1]  77/25

end [10]  15/1 21/12 25/21
  63/20 89/11 107/3 108/18
  109/12 110/22 113/14
  133/10
endeavor [1]  42/2
ends [1]  89/10
enemy [1]  127/11
energy [3]  56/11 56/15
  63/14
engage [2]  52/18 108/25
engaged [2]  54/19 59/8
engages [2]  57/3 106/22
engaging [1]  126/2
England [1]  82/14
English [4]  32/2 32/3
  32/4 121/1
enjoy [5]  50/12 52/1
  52/19 94/11 94/22
enjoyment [1]  56/7
enjoys [2]  57/2 76/16
enough [7]  59/25 59/25
  60/1 60/2 78/9 90/2
  108/14
enter [1]  23/13
entered [2]  26/13 27/9
entire [2]  42/25 59/15
entitled [1]  103/7
entitlement [1]  25/9
entity [2]  80/24 113/8
enumerable [1]  107/10
envoys [1]  102/7
Eric [1]  44/24
escape [1]  26/14
especially [10]  24/2
  36/25 54/15 87/25 89/17
  90/8 103/3 108/11 117/11
  125/4
Esquire [2]  1/15 1/18
establish [1]  123/15
establishment [1]  28/25
estate [2]  138/8 138/14
esteem [2]  56/11 56/15
estimate [1]  12/10
estimates [3]  110/17
  110/19 110/21
et [5]  1/3 1/7 4/3 50/15
  107/12
ethics [4]  36/15 36/16
  36/17 37/1
Ethiopia [1]  33/2
Etzion [1]  18/13
Europe [1]  123/20
European [2]  112/24 131/8
evaluate [4]  46/10 52/6
  69/7 75/7
evaluated [1]  59/21
evaluating [1]  52/7
evaluation [7]  37/15
  37/24 38/2 38/7 59/4 63/3
  71/25
evasive [1]  69/7
even [28]  5/11 18/12
  40/23 44/12 45/15 52/22
  52/25 53/2 53/14 64/18
  64/25 65/8 65/11 68/11
  71/10 72/11 73/17 75/22
  77/22 78/25 80/23 81/6
  81/16 94/22 95/12 100/7
  108/9 136/24
event [14]  5/20 13/14
  13/15 13/16 24/3 42/12

event... [8]   54/19 69/2
 69/3 70/25 73/13 78/20
 81/6 81/7
events [5]   5/16 9/19 79/2
 114/8 116/23
ever [3]   44/7 72/14 117/9
every [5]   4/13 4/21 63/18
 64/24 123/16
everybody [8]   4/20 4/22
 32/1 43/10 47/11 139/3
 140/13 140/14
everyday [1]   4/14
everything [7]   62/12
 68/14 73/12 80/17 90/24
 93/24 140/4
evidence [35]   8/10 9/10
 9/12 30/14 30/16 34/22
 34/24 37/12 39/1 48/16
 74/16 83/8 83/11 83/12
 86/11 86/13 86/24 102/19
 102/20 105/24 106/1
 117/10 117/12 120/16
 120/18 122/16 126/1
 130/18 130/20 132/7 132/9
 137/8 137/18 138/10
 138/14
evident [1]   73/12
EVIDENTIARY [1]   1/11
evolution [1]   136/18
exacerbated [1]   45/18
exact [2]   12/15 12/18
exactly [5]   12/23 15/11
 69/15 137/14 138/19
examination [30]   5/14 8/9
 8/20 8/22 32/14 39/4 39/6
 39/7 39/9 39/11 39/12
 44/18 46/6 46/8 49/2
 49/10 53/9 53/23 54/1
 54/1 54/4 59/6 61/5 64/23
 69/16 69/22 82/8 100/15
 119/10 128/23
examinations [1]   68/18
examine [1]   34/12
examined [1]   42/12
example [16]   35/13 40/14
 66/25 87/24 92/8 96/19
 107/14 111/7 115/9 116/3
 126/17 129/25 134/13
 135/3 135/12 135/19
examples [1]   125/7
excelled [1]   99/7
excellence [1]   35/11
Except [2]   120/9 120/10
exchange [3]   18/16 22/25
 109/24
exchanging [1]   20/4
excluding [1]   121/11
exclusive [1]   97/25
excuse [4]   62/22 71/18
 114/4 125/17
excused [8]   31/19 47/15
 82/1 82/3 82/4 110/11
 119/6 128/11
execute [5]   31/8 105/12
 108/25 122/6 131/21
executed [2]   105/19 132/2
execution [2]   21/23 30/21
executive [2]   101/23
 133/1

exhibit [67]   2/20 2/21
 2/22 2/23 2/24 2/25 3/5
 3/6 3/7 3/8 3/9 3/10 3/11
 8/17 8/22 8/24 8/25 9/4
 14/20 15/2 29/18 30/13
 30/16 34/13 34/15 34/21
 34/24 37/15 37/23 37/24
 38/2 38/7 38/14 38/15
 38/25 83/1 83/7 83/12
 86/5 86/10 86/12 86/24
 102/10 102/12 102/16
 102/20 105/16 106/1 106/5
 120/3 120/17 120/18 122/9
 122/14 122/16 130/18
 130/20 131/23 132/7 132/8
 132/9 137/8 137/9 137/14
 137/15 137/18 140/11
exhibiting [1]   72/5
exhibits [6]   9/9 9/11
 37/11 139/16 139/17
 139/20
exile [1]   25/7
exiled [3]   22/5 22/16
 22/16
exist [1]   44/5
existed [1]   97/2
existence [1]   118/23
expand [1]   73/19
expect [2]   77/8 78/19
expectation [1]   56/25
expected [7]   50/24 51/11
 67/24 72/9 72/12 79/21
 139/1
expelled [2]   29/9 29/9
expensive [1]   111/5
experience [3]   31/4 39/15
 41/24
experienced [4]   61/22
 63/13 65/17 79/5
experiences [2]   42/19
 50/19
experiencing [1]   81/14
expert [19]   30/18 35/1
 35/6 36/5 36/24 84/4
 85/13 85/18 85/24 103/24
 104/2 104/10 104/15 121/4
 121/23 122/4 131/12
 131/18 137/9
expertise [7]   35/8 35/22
 36/8 36/15 85/8 85/22
 104/15
explain [3]   16/19 22/9
 132/11
exporting [1]   125/25
exposed [1]   16/4
exposure [1]   50/1
exposures [1]   42/19
express [1]   70/25
expressed [6]   39/22 41/9
 64/20 71/12 76/9 76/22
expressing [3]   40/8 76/16
 76/17
extend [1]   62/8
extended [1]   29/8
extension [2]   104/11
 131/13
extensive [2]   103/4
 125/16
extensively [2]   97/13
 131/1
extent [8]   45/17 67/20

76/10 76/12 80/18 81/3
 81/12 81/17
external [2]   80/17 116/22
externally [1]   23/25
extra [2]   35/12 41/23
extracurricular [1]   57/4
extreme [4]   40/2 75/12
 79/6 133/24
extremely [2]   63/15 80/16
extremist [3]   97/24 103/2
 103/3
eyes [4]   108/16 123/25
 124/1 134/8

F

facade [2]   41/13 64/18
Facciola [1]   85/6
face [1]   81/22
facilitated [5]   122/1
 126/10 131/14 136/3
 136/15
fact [31]   12/11 18/12
 39/20 40/9 40/19 53/2
 59/13 61/15 61/21 62/13
 64/14 70/17 72/8 74/16
 75/22 75/24 78/17 79/4
 80/1 80/2 80/23 81/7
 81/17 81/18 93/25 96/24
 109/20 114/22 116/18
 117/19 136/13
factions [5]   132/18
 132/19 133/20 133/22
 133/24
factors [2]   51/7 114/12
faculty [1]   130/3
fail [1]   51/20
faint [3]   14/21 63/9
 63/23
fair [1]   13/14
fairly [1]   111/1
fall [1]   64/23
fallen [1]   46/1
falling [4]   92/4 93/8
 94/10 136/13
falls [2]   41/14 106/18
familiar [5]   16/2 16/4
 113/16 118/1 118/11
families [10]   16/7 16/9
 16/10 16/15 16/20 16/21
 21/14 21/18 24/25 25/12
family [31]   13/9 16/24
 17/7 17/8 41/4 41/5 41/17
 42/25 43/3 44/9 44/21
 44/23 45/10 45/25 50/5
 55/7 57/14 60/8 64/15
 65/13 79/4 79/5 79/5
 79/13 80/6 80/16 80/19
 81/10 81/12 139/4 140/14
famous [1]   97/2
fancy [1]   109/3
fantastic [1]   104/21
far [1]   93/1
farther [1]   127/25
fashion [1]   107/19
fast [2]   66/15 93/22
Fatah [1]   133/22
fatalistic [1]   65/15
fate [1]   13/12
father [8]   43/5 56/23
 70/1 72/22 75/9 75/16
 76/1 76/8

F Case 1:15-cv-01080-RMC   Document 66-24   Filed 04/05/17   Page

favorite [1]   84/2
FBI [1]   101/7
FCRR [2]   1/21 141/12
fear [2]   54/7 75/12
feature [1]   56/17
features [7]   39/10 56/8
  57/9 57/9 59/21 61/24
  72/5
February [2]   99/7 141/12
federal [1]   121/6
federation [1]   85/15
feel [7]   43/1 44/8 51/20
  73/24 77/12 87/23 123/7
feeling [6]   43/6 54/22
  59/7 59/11 63/22 69/13
feelings [3]   67/24 70/24
  71/12
feels [15]   50/3 53/1 57/5
  60/13 60/14 60/15 60/19
  60/23 60/24 62/7 62/7
  62/10 64/22 65/1 67/19
fellow [8]   69/18 101/7
  101/17 102/3 114/23 130/3
  130/5 130/6
fellowship [2]   33/8 101/5
fellowships [1]   35/13
felt [17]   45/19 45/24
  55/9 59/10 59/25 63/12
  65/3 65/11 68/25 69/19
  70/21 70/21 71/8 71/15
  73/20 74/2 114/21
few [10]   16/5 34/18 34/18
  47/19 63/13 73/18 77/6
  111/14 120/23 132/14
field [10]   35/11 35/12
  35/18 36/4 36/5 36/9
  36/10 36/14 103/4 103/9
fight [3]   92/21 94/16
  94/19
fighting [4]   91/25 94/7
  115/12 115/13
figure [2]   37/13 122/23
file [6]   6/15 7/2 8/18
  8/19 14/24 15/3
filed [1]   38/12
files [1]   14/23
fill [1]   129/18
final [1]   13/17
finally [2]   109/14 114/12
finance [1]   118/8
financed [1]   30/19
financial [2]   116/5
  124/13
financially [1]   141/9
financing [3]   19/10 19/13
  19/15
find [5]   13/6 13/13 19/10
  51/20 68/12
finding [1]   45/22
findings [1]   20/16
fine [1]   139/22
finish [1]   48/9
fire [1]   107/24
first [21]   11/14 11/19
  17/15 23/10 29/1 29/4
  29/10 54/8 58/16 63/13
  66/15 68/7 80/15 85/23
  94/17 94/17 94/18 104/15
  117/3 127/4 135/3

five [7]   21/17 22/22
  22/23 31/23 31/24 125/5
  138/3
flame [2]   56/6 66/20
flashbacks [1]   50/14
Fletcher [3]   101/1 102/24
  129/10
Flight [1]   101/13
fluctuates [2]   110/20
  115/23
FN [1]   12/4
focus [4]   41/20 59/15
  129/23 129/24
focused [3]   41/3 83/24
  101/9
focusing [1]   103/13
foe [1]   107/3
follow [1]   130/8
following [2]   33/11 66/5
food [2]   56/20 111/3
force [1]   136/24
forced [1]   46/3
forces [1]   107/17
foregoing [1]   141/2
foreign [4]   119/21 121/3
  130/6 131/8
foremost [1]   87/12
forensic [5]   6/16 8/19
  8/22 12/1 35/14
foresee [2]   67/14 72/6
forever [1]   68/15
forgive [3]   33/21 35/25
  36/22
forgot [1]   26/24
fork [1]   43/11
form [8]   52/12 70/6 76/21
  94/21 97/15 115/2 115/3
  134/10
formally [2]   106/11
  132/15
formed [2]   126/9 136/2
formidable [1]   98/25
forms [1]   88/7
forth [2]   102/12 120/7
fortunately [1]   132/14
forum [1]   95/24
forward [2]   4/11 75/22
fought [1]   40/2
found [18]   13/19 13/23
  15/4 15/10 15/12 20/16
  24/7 29/10 31/8 40/5
  40/12 41/6 54/13 54/14
  54/15 59/18 63/17 63/21
founded [3]   97/14 106/11
  124/25
founders [2]   29/1 29/3
four [18]   21/2 21/11
  21/17 33/6 35/15 38/16
  38/18 46/22 47/2 50/15
  50/15 50/20 77/17 77/24
  82/19 84/5 99/21 101/18
fourth [1]   93/19
FRAENKEL [51]   1/3 4/3
  5/17 7/16 7/18 8/24 30/11
  30/20 37/16 37/21 37/25
  38/5 38/8 38/16 38/18
  39/4 39/13 39/14 43/18
  49/11 52/4 53/10 53/22
  53/24 54/5 55/6 55/20
  56/22 57/12 59/3 61/11

62/20 63/3 68/18 70/15
  70/21 71/23 72/19 72/21
  73/8 75/6 75/7 75/8 77/14
  77/15 85/21 104/13 137/11
  138/8 138/14 138/22
Fraenkel's [2]   52/15
  126/3
Fraenkels [1]   126/16
frame [2]   42/23 138/11
framework [1]   28/11
free [2]   99/20 109/11
freed [1]   108/12
freedom [1]   92/13
freeze [1]   64/13
frequency [1]   51/3
frequently [2]   124/4
  126/6
fresh [1]   45/2
friend [1]   64/11
friends [3]   64/1 67/17
  73/18
friendships [1]   65/4
front [5]   37/17 45/16
  109/16 113/7 126/16
frown [1]   112/25
froze [1]   63/9
frustration [3]   54/6
  71/13 71/19
full [4]   34/5 34/15
  102/13 120/7
fully [2]   45/8 130/13
function [21]   28/22 40/3
  40/22 51/13 52/2 54/18
  54/21 55/10 56/4 64/13
  68/12 72/13 73/23 74/19
  74/24 77/3 77/4 77/6
  77/11 78/7 78/8
functioning [5]   34/7
  44/12 51/21 67/6 67/25
functions [1]   40/15
fund [8]   8/4 8/5 19/10
  114/6 116/23 119/20 135/8
  136/8
fundamentalist [6]   91/16
  91/23 93/11 94/1 97/23
  98/19
funded [1]   30/19
funding [17]   18/25 19/1
  19/12 19/15 21/24 25/9
  30/23 31/6 31/9 88/20
  92/19 112/17 113/3 114/7
  118/2 125/17 136/10
fundraising [1]   134/25
funds [6]   25/11 88/18
  90/10 90/11 112/14 114/13
funeral [2]   41/7 60/4
fungible [1]   113/12
funnel [1]   113/10
funneling [1]   116/8
further [5]   31/13 126/21
  137/2 141/7 141/9
future [5]   53/7 72/7 72/7
  74/22 76/25

G

gain [2]   136/8 136/10
Gan [1]   1/20
Gates [1]   84/11
gather [2]   47/21 70/14
gathered [1]   41/1
gave [10]   10/4 10/7 45/17

Case 1:15-cv-01080-RMC   Document 53-1   Filed 03/05/17   Page 1 of 174

G

gave... [7]   45/22 66/13
 72/22 92/13 94/23 95/9
 95/15
Gaza [27]   13/18 21/22
 22/5 22/6 22/7 22/11
 22/16 24/5 24/7 89/13
 92/12 92/13 92/14 94/15
 95/21 98/17 103/5 106/21
 111/2 111/19 112/2 112/4
 112/10 112/15 117/1
 118/21 131/4
geez [1]   128/15
general [18]   13/7 35/18
 35/24 35/25 52/2 61/14
 64/15 85/19 87/10 102/6
 103/14 104/11 109/17
 118/6 118/21 121/20 123/1
 129/23
generalized [3]   66/19
 66/19 67/5
generally [3]   58/4 58/16
 58/22
generous [3]   117/11
 124/13 126/7
genetics [2]   36/13 37/1
gentleman [2]   47/19
 100/17
Georgetown [1]   82/22
geriatric [1]   35/14
Germany [1]   111/16
get [15]   4/21 23/15 26/25
 27/8 27/12 48/2 68/6
 68/23 86/21 104/22 105/8
 113/3 128/17 129/13
 140/12
gets [4]   50/9 51/2 60/7
 111/20
getting [2]   69/11 104/23
Gilad [4]   10/17 10/23
 22/12 109/24
girl [1]   76/12
give [14]   12/10 32/18
 57/19 57/25 58/6 63/16
 67/1 85/23 89/23 95/3
 112/3 116/2 135/19 140/4
given [6]   5/9 88/7 95/1
 98/12 124/9 125/18
gives [1]   35/17
giving [4]   54/16 77/10
 80/13 135/20
glean [1]   73/2
gleaned [1]   45/23
global [1]   116/4
globally [1]   124/13
go [24]   4/23 5/13 37/5
 41/15 47/11 48/4 48/6
 48/17 51/7 56/8 60/11
 62/15 64/11 67/3 67/10
 70/23 93/5 93/23 96/7
 100/4 100/7 128/16 128/21
 132/23
goal [2]   89/13 89/14
goals [7]   62/4 89/20
 106/9 106/15 107/7 123/13
 123/24
goes [6]   35/21 57/3 60/17
 110/23 112/5 132/20
going [49]   4/19 14/4
 14/20 15/1 29/18 29/19

gave... [7]   45/22 66/13
54/12 55/24 57/1 57/6
57/8 61/17 61/17 61/20
61/22 61/24 62/12 63/9
63/23 64/19 68/14 72/10
73/24 75/4 77/5 79/8 79/9
79/9 79/13 79/14 83/1
87/1 91/23 99/19 100/3
102/9 108/17 108/19 110/6
113/14 116/25 120/2
125/23 129/18 139/9
Golden [1]   133/12
Goldsmit [1]   66/1
Goldsmith [2]   66/2 66/10
gone [3]   81/10 81/12 93/1
good [8]   32/16 48/22 76/1
 76/16 95/20 99/16 138/5
 140/14
got [11]   8/5 10/4 10/9
 23/9 27/16 47/11 54/9
 54/13 68/16 100/4 105/6
governing [1]   131/3
government [2]   8/12
 22/13 29/11 102/5 112/13
 112/14 112/15 116/24
 123/3 123/15 123/21
 123/24 124/11 127/1
 127/18 127/23 131/8
 132/16 133/4 135/1 135/4
government's [2]   119/23
 123/20
governments [1]   123/19
grave [1]   15/13
graveyard [1]   15/7
gravitate [1]   77/20
great [13]   13/13 23/6
 23/6 60/23 64/24 65/12
 104/15 107/22 108/23
 111/17 125/12 126/1
 137/24
greater [1]   114/10
grief [36]   41/8 45/13
 46/20 46/20 49/7 49/12
 49/22 52/24 50/25 51/4
 51/9 52/10 52/22 55/7
 55/19 57/20 57/23 58/2
 58/5 58/15 58/20 58/22
 59/23 60/15 67/24 68/6
 72/2 72/17 74/5 74/16
 74/18 74/24 76/18 76/19
 76/23 77/4
ground [8]   15/9 15/11
 15/17 15/18 23/16 95/5
 111/18 112/1
group [3]   44/22 115/14
 124/22
groups [10]   50/8 87/10
 87/21 101/10 103/3 103/3
 107/4 124/20 129/25 136/9
groups' [1]   134/19
grow [6]   65/12 78/10 79/9
 92/6 98/14 136/7
growing [2]   79/4 79/14
guide [3]   46/20 49/6
 52/11
guilt [5]   54/6 59/20
 59/22 60/1 60/6
gun [6]   10/10 10/15 12/4
 12/5 20/19 20/19
guns [5]   12/2 12/3 20/17
 25/20 25/21

Gush [1]   15/18
guy [1]   97/14

H

H-I-R-B-E-T [1]   14/4
had [57]   11/11 12/9 18/23
 18/23 18/24 23/14 40/3
 40/4 40/10 40/22 41/7
 42/5 45/2 45/23 46/1 48/1
 49/4 55/6 55/8 60/4 60/6
 63/12 64/1 65/11 65/17
 78/6 88/13 89/3 92/5 92/7
 92/21 97/14 98/14 99/2
 99/12 114/23 115/9 116/8
 116/20 116/21 116/23
 116/24 117/11 121/16
 125/10 125/24 126/25
 127/1 127/22 127/23 128/5
 133/11 134/1 136/13
 138/12 138/13 139/2
Hadin [1]   1/18
hadn't [1]   79/16
Hakeren [1]   1/19
half [9]   5/12 22/23 52/23
 69/1 69/2 69/2 72/4 74/17
 95/4
Hamas [231]
Hamas' [7]   92/5 92/15
 92/23 95/7 111/10 111/11
 114/24
Hamilton [6]   46/11 46/12
 46/14 46/15 46/16 49/5
hand [6]   8/13 8/16 40/21
 40/22 40/25 89/3
handing [2]   9/2 9/6
hands [2]   42/7 113/3
happen [2]   47/23 78/14
happened [19]   6/12 8/6
 10/22 26/11 27/12 27/14
 39/15 41/21 42/19 44/3
 61/19 72/8 73/21 75/14
 78/5 91/15 97/17 99/4
 127/1
happening [1]   85/11
happens [2]   42/18 58/19
happiness [1]   11/3
happy [5]   41/11 41/15
 60/11 65/11 70/23
Harakat [1]   106/13
hard [6]   44/4 44/11 62/22
 90/1 116/1 139/3
harder [1]   59/9
harm [1]   10/12
harmoniously [1]   98/24
Harvard [2]   33/9 101/5
has [95]   41/15 41/20
 43/18 43/18 44/20 47/20
 48/4 50/5 50/16 52/21
 55/1 57/4 57/20 58/2 58/8
 59/21 60/9 60/11 60/20
 60/21 60/24 61/21 61/25
 62/8 62/16 64/4 64/11
 64/25 65/2 65/4 65/7 65/8
 65/12 67/10 67/16 70/21
 73/4 76/7 77/9 79/5 81/17
 87/8 87/12 87/14 88/7
 88/25 92/25 94/4 94/20
 98/23 107/9 107/10 108/7
 108/14 108/15 109/14
 112/9 113/21 113/24 114/1
 114/9 115/2 115/3 115/9

has... [31]   115/18 122/20
 122/24 124/9 124/11
 124/13 127/16 133/15
 133/17 133/18 133/19
 134/10 134/14 134/17
 134/18 134/19 134/21
 134/22 134/22 134/24
 135/1 135/4 135/10 135/12
 135/13 135/15 136/7
 136/11 136/24 139/16
 139/23
Hasan [1]   17/25
Hata'as [1]   1/19
hate [2]   35/23 66/12
have [178]
haven [4]   95/8 95/15
 134/18 134/21
haven't [1]   138/8
having [12]   23/14 35/22
 40/24 41/19 45/17 54/12
 60/5 63/23 89/7 92/20
 98/8 126/13
he [171]
he's [24]   19/24 28/23
 30/7 43/2 43/10 53/2
 59/13 60/9 60/10 60/11
 60/14 60/16 60/17 61/15
 61/20 62/7 62/10 79/4
 79/8 79/13 90/23 90/23
 91/3 91/3
head [7]   6/20 10/8 10/25
 10/25 11/4 113/9 116/5
heading [1]   126/1
headquarters [3]   88/17
 114/19 116/22
health [4]   33/10 70/3
 79/12 140/14
hear [5]   4/24 10/24 24/16
 49/17 66/16
heard [5]   7/8 11/1 13/9
 116/11 138/18
hearing [4]   1/11 63/7
 138/23 141/9
heart [1]   14/21
heavy [1]   61/12
Hebrew [2]   9/4 14/9
Hebron [4]   5/24 13/21
 21/17 27/23
Heights [1]   133/12
held [3]   28/18 95/25
 116/23
help [11]   27/11 42/1 45/1
 45/6 45/6 45/10 45/10
 65/14 74/9 80/9 89/14
helped [3]   45/16 74/3
 74/3
helpful [1]   5/11
helping [2]   34/8 58/17
helpless [1]   59/11
her [151]
here [17]   11/8 14/21
 31/17 47/13 65/13 81/7
 82/21 84/12 84/13 96/22
 96/25 100/3 100/4 110/9
 113/23 119/24 127/18
heroic [1]   24/3
herself [2]   65/1 73/4
Hezbollah [2]   109/16
 130/1

hide [4]   18/24 26/20 27/8
 27/21
hiding [1]   26/12
high [6]   40/16 51/4 52/9
 59/18 95/13 110/2
highlights [1]   87/3
him [34]   10/19 11/10
 11/11 11/12 24/23 25/2
 26/17 26/19 27/11 27/11
 29/12 43/2 43/8 54/20
 55/1 55/21 59/16 59/18
 60/7 60/16 61/1 61/24
 62/7 65/9 71/10 77/20
 77/20 77/22 77/23 77/24
 78/10 91/15 91/22 109/11
himself [5]   11/24 21/25
 51/15 59/24 138/22
Hirbet [2]   14/2 14/3
hired [3]   101/7 101/17
 101/19
his [84]   6/9 10/12 10/19
 10/20 18/10 18/11 18/18
 19/20 20/2 24/23 24/24
 26/15 26/16 27/10 27/17
 28/22 28/24 28/24 29/8
 29/10 29/12 29/13 43/8
 43/15 44/8 54/6 54/7
 54/10 54/14 54/16 55/6
 55/7 55/7 55/10 56/10
 56/13 56/14 56/23 56/25
 57/4 57/11 59/6 59/7
 59/14 59/20 60/5 60/8
 60/10 60/14 60/18 60/18
 60/19 60/20 60/21 60/22
 60/24 60/25 61/13 61/15
 61/17 61/21 61/23 61/23
 62/1 62/9 62/17 70/24
 77/18 77/19 78/4 78/5
 78/7 78/8 78/14 78/17
 78/18 79/2 79/3 79/13
 79/15 80/8 85/22 89/25
 138/15
historical [1]   89/11
historically [8]   87/8
 87/16 88/8 109/17 111/12
 113/24 115/18 124/9
history [4]   83/20 109/14
 124/18 132/11
hit [1]   45/13
hitchhike [1]   10/1
hitchhiked [1]   12/12
hitchhiking [3]   10/3 11/5
 107/24
hold [7]   4/8 62/21 68/14
 100/10 101/14 111/7 139/8
holders [1]   131/6
hole [2]   15/17 15/18
Holy [1]   137/4
home [3]   64/24 76/8
 104/2
Honor [44]   5/4 5/5 6/25
 8/8 21/13 29/25 30/13
 31/10 31/13 31/18 32/11
 34/21 37/11 80/12 82/5
 83/7 85/17 86/10 86/25
 99/18 102/16 104/9 105/23
 119/7 120/15 121/22
 122/13 128/12 130/17
 131/11 131/19 132/6 137/2
 137/19 137/22 138/7

138/20 138/1 139/6 139/16
 139/23 139/23 140/9
 140/15
HONORABLE [1]   1/11
hope [4]   13/13 68/9 78/21
 99/23
hopelessness [2]   56/12
 56/13
Hopkins [1]   82/21
hospital [5]   33/25 33/25
 34/8 111/9 113/13
hospitals [1]   111/3
hotels [1]   109/3
hours [1]   138/4
house [2]   64/10 77/19
housekeeping [2]   47/19
 139/6
houses [1]   127/25
how [47]   5/9 6/12 12/1
 12/8 13/25 15/10 15/11
 15/15 15/25 35/7 37/2
 38/3 42/23 43/18 44/3
 44/16 45/6 45/9 48/15
 48/17 51/16 54/9 56/18
 56/25 58/19 61/9 61/20
 67/14 72/6 74/18 78/3
 80/18 85/19 86/25 87/22
 87/22 88/4 92/21 94/15
 109/23 109/23 113/3
 123/23 126/7 133/6 133/18
 137/21
however [7]   41/5 42/13
 45/21 72/12 74/7 77/17
 132/22
hub [3]   132/17 134/18
 134/25
human [2]   48/22 80/24
hundred [1]   110/22
hundreds [2]   110/2 115/21
hung [1]   105/8
hurry [1]   129/12
husband [2]   41/19 44/25
Hussam [29]   6/24 7/3 7/5
 7/24 8/25 12/5 14/16
 17/15 17/16 17/16 17/18
 17/25 17/25 19/23 19/25
 20/3 20/14 21/25 24/21
 24/22 24/24 26/13 26/20
 27/9 27/18 27/19 28/9
 28/12 31/7
hyphen [1]   125/19
hysterical [2]   40/9 64/7

I

I'd [2]   14/25 37/12
I'll [5]   14/20 37/19
 100/10 131/17 131/23
I'm [55]   4/19 7/7 8/11
 9/2 14/4 14/11 14/20 15/1
 16/2 16/2 16/4 23/18
 25/24 27/6 29/18 29/19
 31/14 32/23 33/19 33/21
 34/5 34/8 35/20 36/8
 36/15 36/16 36/21 42/16
 42/22 42/22 43/6 43/16
 48/12 49/17 55/24 57/8
 62/6 62/11 62/13 62/23
 66/14 66/15 69/1 82/1
 83/1 99/25 102/9 109/6
 120/2 120/12 121/23
 128/16 135/19 138/1 139/9

Case 1:15-cv-01080-RMC    Document 11    Filed 06/05/17

I've [15]  16/11 34/6
 83/20 84/5 97/12 102/2
 103/13 109/5 111/16
 115/22 120/23 120/24
 121/17 130/1 130/24
I-T-T [1]  100/21
Ibrahim [1]  28/7
idea [3]  14/1 62/17 108/4
idealize [1]  77/18
identification [1]  38/22
identified [2]  16/1 55/1
identify [11]  8/15 34/13
 35/22 37/19 70/10 80/10
 83/2 102/10 102/12 120/3
 131/25
identity [4]  44/2 60/14
 62/9 68/11
ideology [4]  89/9 91/24
 98/6 98/7
II [1]  89/17
illnesses [1]  47/5
Imad [1]  135/12
imagined [2]  138/17
 138/20
imaging [1]  36/13
Imam [1]  24/21
immediacy [1]  43/5
immediate [3]  59/7 63/7
 75/15
immediately [5]  8/1 10/9
 26/13 27/8 55/11
immigrants [1]  124/4
immunity [1]  90/7
impact [7]  45/9 68/4 80/5
 92/5 92/15 92/23 95/7
impacted [2]  85/20 104/12
impatience [1]  75/19
impatient [1]  73/14
impertinent [1]  79/19
importance [1]  89/6
important [15]  24/1 60/13
 80/13 95/11 115/7 130/16
 132/25 133/8 133/19 134/1
 134/13 134/16 135/2 135/9
 136/19
impossible [1]  120/12
impression [2]  52/11
 52/12
improved [2]  125/3 125/11
improvement [1]  125/12
impunity [1]  89/23
inability [3]  19/9 64/13
 80/6
inception [1]  124/19
incidents [3]  51/3 58/24
 80/25
include [1]  115/23
included [1]  109/4
includes [3]  106/20 124/2
 132/14
including [12]  50/8 61/13
 89/12 101/9 103/11 103/14
 112/23 118/18 123/11
 126/8 136/4 139/23
inclusive [2]  98/1 98/6
increased [1]  56/10
incredibly [1]  136/19
indeed [2]  13/16 30/8
independent [1]  94/13

independently [1]  66/5
indicate [1]  43/15
indicated [7]  46/9 49/10
 58/4 58/15 59/6 69/20
 117/22
indicates [1]  61/22
indicating [1]  60/14
indication [3]  47/4 56/19
 116/2
indigenous [1]  15/23
indiscriminate [1]  107/25
individual [13]  5/17
 19/17 25/13 28/19 29/20
 30/4 39/7 39/11 59/13
 59/17 60/12 70/11 116/4
individuals [1]  51/25
indulge [1]  4/16
inexpensive [1]  111/2
influence [1]  92/8
influencing [1]  81/17
inform [1]  17/10
information [11]  6/11
 9/18 67/2 69/23 70/14
 72/19 72/22 73/2 75/6
 75/9 77/15
informed [3]  16/22 17/1
 17/3
infrastructure [3]  25/4
 111/6 112/16
initial [2]  54/5 63/22
initially [1]  125/2
injury [1]  50/2
inner [2]  59/10 81/20
inpatient [2]  34/4 34/7
input [1]  92/21
inside [1]  71/8
insisted [1]  40/24
instance [1]  125/14
instances [1]  116/2
instead [1]  23/13
Institute [7]  101/6
 101/17 102/3 119/21
 119/25 130/4 130/6
institutions [9]  82/24
 82/25 123/2 123/3 123/6
 123/7 123/9 130/2 130/8
instruction [1]  20/7
instrumental [2]  136/7
 136/12
integrate [5]  68/10 72/12
 73/25 75/24 78/23
intelligence [14]  16/3
 88/22 88/24 96/18 96/23
 101/8 101/20 101/22
 101/24 101/25 102/1 115/4
 115/7 116/6
intend [1]  87/2
intended [1]  118/21
intense [13]  39/18 39/23
 42/25 46/4 51/16 52/21
 52/22 54/11 63/18 63/24
 64/19 65/24 78/22
intent [1]  48/9
intention [2]  11/9 86/25
intentional [2]  45/13
 107/18
intentionally [1]  107/25
interaction [1]  52/2
interconnection [1]
 103/23
interest [9]  36/4 52/17

89/20 106/11 114/10
 114/10 121/9 133/6 133/16
interested [3]  93/4
 124/21 141/10
interesting [3]  57/18
 62/5 120/11
interests [2]  36/3 114/7
interferes [1]  51/12
internal [1]  55/6
internalize [1]  71/16
international [9]  82/20
 101/1 111/13 111/21
 114/14 119/20 129/9
 129/10 134/23
interpersonal [1]  67/25
interpreter [5]  4/11 4/12
 4/17 4/24 19/20
interrogation [5]  18/19
 18/20 24/24 26/15 27/9
interrupt [4]  47/8 48/17
 66/12 110/4
interruption [1]  47/10
intertwined [1]  130/25
intervention [1]  78/22
interview [7]  41/17 46/10
 46/20 49/6 52/9 53/25
 63/4
interviewed [1]  72/21
interviewing [1]  103/11
introduced [1]  135/1
investigated [1]  125/21
investigating [1]  47/6
investigation [2]  12/3
 18/18
invoke [1]  42/21
involve [1]  123/21
involved [13]  8/5 13/8
 13/10 13/11 19/18 20/6
 33/23 45/15 50/4 103/11
 131/9 133/16 133/18
involvement [2]  36/3
 41/20
involving [1]  5/16
IRAN [50]  1/7 4/3 83/23
 84/7 84/24 90/11 104/10
 111/12 111/22 111/23
 112/3 113/24 114/4 114/9
 114/24 114/24 115/5
 115/10 115/11 115/18
 116/9 116/15 116/19 117/6
 117/6 117/23 118/24
 120/23 121/3 121/7 121/8
 121/8 121/15 121/20 122/1
 122/21 122/23 124/11
 124/13 124/17 124/18
 124/21 125/1 125/10
 125/15 125/22 125/24
 126/10 128/5 135/13
Iran's [3]  118/2 121/8
 124/20
Iranian [31]  102/23
 103/13 103/22 104/3 104/7
 115/2 115/3 117/8 117/16
 117/20 118/15 118/8 118/19
 118/19 118/24 120/21
 121/3 121/24 122/18
 123/17 123/18 123/23
 123/24 125/8 126/6 126/12
 126/14 126/18 126/23
 134/13 135/3
Iranians [2]  118/17

**I** Case 1:15-cv-01080-RMC   Document 36   Filed 05/17   K-L-Oops [3]   118/12 125/19
Iranians... [1]   118/18
Iraq [1]   98/20
irrelevant [1]   80/9
irreversibly [1]   79/14
is [356]
ischia [1]   93/14
Islam [7]   83/22 83/22
   93/19 93/21 93/24 96/10
   122/21
ISLAMIC [16]   1/7 4/3
   82/13 83/20 84/23 89/13
   91/18 103/3 106/14 107/1
   122/21 123/1 123/10
   123/14 123/15 135/18
Islamisize [1]   111/4
isn't [1]   139/8
Israel [47]   1/19 1/20 9/7
   10/1 10/2 13/7 22/13
   24/18 29/6 29/9 33/12
   34/2 36/17 36/18 88/1
   89/12 89/19 92/16 92/21
   93/6 94/16 94/19 95/6
   95/22 97/3 103/5 103/10
   103/17 106/19 106/20
   106/25 107/5 107/16 108/7
   109/14 113/23 117/1 124/4
   126/4 126/15 127/17 131/9
   133/9 133/11 135/15
   135/22 135/24
Israeli [27]   6/19 6/20
   8/12 8/18 9/1 13/17 87/18
   92/9 92/24 107/14 108/5
   109/10 109/24 116/24
   118/16 118/20 131/7 131/8
   133/12 133/16 133/18
   134/2 134/4 134/9 135/21
   137/10 137/14
Israelis [6]   108/23
   114/15 125/1 125/20
   125/25 127/23
issue [11]   50/14 65/1
   74/5 85/18 116/19 122/2
   131/12 131/15 136/5
   137/10 140/8
issues [5]   69/10 72/13
   74/18 74/23 134/5
Istanbul [1]   28/18
it [281]
it's [93]   5/11 11/19
   11/23 17/18 17/20 23/2
   29/19 43/10 44/1 44/1
   44/2 44/2 44/3 45/21 50/7
   50/24 50/25 51/14 53/3
   56/6 56/18 56/25 58/16
   58/18 58/20 58/24 58/25
   61/19 64/17 67/23 68/8
   72/15 74/16 74/23 77/5
   78/8 78/17 79/8 80/2 80/9
   81/15 83/11 83/16 83/19
   84/1 87/16 87/19 90/1
   90/7 93/22 94/14 95/1
   95/10 95/16 96/13 97/25
   98/1 99/21 104/23 104/23
   105/8 106/8 106/13 107/20
   108/16 108/22 108/23
   109/12 111/12 112/7 114/3
   115/11 117/2 117/3 120/12
   123/4 123/4 131/3 131/23
   132/24 133/1 133/8 134/13

Italy [1]   129/8
item [1]   137/7
its [25]   84/2 88/17 89/10
   89/11 92/20 94/14 107/6
   108/13 113/21 114/19
   115/12 115/24 116/7
   116/22 123/18 125/16
   125/24 126/15 126/15
   126/24 127/16 127/17
   133/16 134/3 136/9
itself [5]   8/4 31/9 81/6
   122/20 122/21
Izzat [1]   25/17

**J**

jail [4]   22/3 28/11 29/8
   108/6
jails [1]   108/5
Jamahiriya [1]   85/4
January [2]   95/24 127/2
Jew [3]   18/14 23/4 24/2
Jewish [1]   103/2
Jews [1]   97/2
jihad [3]   89/9 103/8
   135/18
job [1]   52/20
Johannesburg [1]   32/25
John [1]   82/20
joined [1]   119/21
Jones [1]   102/6
Jordan [5]   88/10 97/20
   98/22 103/10 116/21
journal [2]   36/18 131/3
journey [1]   40/17
joy [1]   11/3
Judea [3]   24/18 29/1 29/4
JUDGE [8]   1/12 9/15 84/13
   84/14 84/21 85/1 85/6
   138/17
Judge's [1]   98/19
judgment [2]   8/25 80/2
July [3]   26/14 126/5
   127/8
junction [2]   5/24 9/24
June [10]   5/17 5/18 5/22
   9/20 13/20 22/11 92/10
   105/19 125/9 132/2
jury [1]   4/14
just [63]   4/22 7/15 8/2
   9/14 12/16 12/17 17/13
   17/18 19/9 26/4 26/5
   29/24 30/18 31/21 32/5
   34/1 37/7 38/22 43/6 44/3
   45/2 46/25 47/2 49/4 53/3
   53/4 54/21 57/13 57/23
   57/23 58/9 62/21 64/6
   65/24 67/1 73/20 80/2
   80/17 82/18 86/5 86/19
   86/25 92/2 93/17 99/9
   105/15 111/1 112/19 113/3
   116/10 118/21 120/12
   125/24 128/8 131/25
   135/19 135/19 135/25
   137/5 138/6 138/9 139/16
   140/11

**K**

K-H-A-L-I-D [1]   90/18

134/14 136/25 185/25 05/17
137/13 137/13 137/14
137/16 138/4 138/10
139/14

K-L-Oops [3]   118/12 125/19
keep [3]   40/10 94/8
129/18
keeping [3]   44/15 71/8
   94/8
keeps [1]   73/4
kept [2]   73/18 75/23
key [2]   113/10 126/14
Khalid [4]   90/14 90/15
   90/16 90/22
Khalil [1]   135/23
Khatami [1]   135/3
kicked [4]   88/10 92/11
   98/4 116/21
kidnap [5]   11/10 18/13
   18/14 23/11 107/24
kidnapped [18]   6/2 6/18
   7/17 9/23 10/11 10/18
   10/24 12/9 20/13 22/12
   30/20 39/16 39/18 39/21
   63/8 79/16 108/18 138/12
kidnapping [30]   6/1 6/12
   7/16 8/21 11/11 13/1 13/4
   13/11 13/22 16/5 18/15
   18/20 20/5 21/4 23/4
   23/23 30/6 30/10 60/10
   63/11 71/7 75/20 77/16
   79/1 85/20 92/9 104/12
   108/15 108/17 109/7
kidnappings [4]   107/12
   108/1 108/3 109/6
kill [3]   23/7 23/9 23/16
killed [5]   11/2 51/2 58/8
   107/22 109/11
killing [1]   24/2
kind [16]   8/6 15/13 41/24
   44/12 53/19 53/19 57/9
   58/18 59/8 68/12 68/23
   90/18 112/15 114/4 117/14
   124/9
kindergartens [1]   111/3
kinds [1]   13/5
Klan [1]   21/16
Klos [6]   118/11 118/13
   118/14 118/15 118/23
   125/19
Klos-C [6]   118/11 118/13
   118/14 118/15 118/23
   125/19
knew [4]   12/9 25/10
   138/12 138/18
knife [1]   43/11
knight [1]   104/20
knit [2]   44/9 80/16
knock [1]   127/25
know [43]   10/19 11/25
   12/6 12/18 12/18 12/23
   13/25 15/10 16/13 17/2
   18/17 25/8 25/8 26/12
   27/6 27/6 27/12 35/25
   36/22 43/10 43/13 61/19
   61/25 62/3 62/13 62/16
   64/8 72/15 76/5 78/7
   86/25 88/12 92/9 92/25
   93/12 93/12 105/2 105/5
   109/23 115/20 117/23
   137/16 138/16
knowing [2]   54/12 59/12
knowledge [3]   28/13 35/11
   85/11
known [11]   12/16 49/22

**K**

known... [9]   50/7 50/25
 58/2 60/16 60/17 77/17
 78/21 94/24 110/19
knows [1]   76/2
Kurds [2]   96/12 96/14

**L**

L-E-V [1]   100/21
laboratories [1]   8/22
laboratory [2]   6/19 8/20
lacking [1]   69/22
lady [1]   47/19
Lamberth [2]   84/21 85/1
land [6]   13/24 14/16
 14/16 15/17 27/17 88/12
language [2]   120/25 121/1
large [9]   31/6 89/1 96/16
 108/4 109/25 112/16
 112/21 113/14 125/7
largely [1]   113/8
largest [1]   33/24
last [21]   26/6 42/16
 50/25 53/13 57/6 57/10
 57/21 82/18 82/19 82/19
 85/23 99/1 101/12 103/17
 103/19 125/5 128/12
 128/13 128/14 129/3 138/6
lasted [1]   10/21
Lastly [1]   77/14
late [5]   29/1 104/23
 116/21 133/10 135/20
later [14]   39/16 39/16
 61/23 72/4 73/25 74/17
 92/10 103/5 111/6 117/4
 117/18 117/18 134/6
 135/16
latest [1]   84/11
latter [2]   104/16 106/18
laundering [2]   111/23
 118/7
law [9]   1/15 1/19 100/25
 101/1 101/5 108/7 137/10
 137/14 139/8
layer [1]   15/20
leader [4]   90/14 90/23
 95/19 122/23
leaders [5]   88/1 109/2
 109/5 109/11 125/15
leadership [7]   28/23
 29/10 88/9 116/20 116/25
 133/23 134/19
leading [2]   90/1 101/12
learn [3]   58/17 59/9 60/1
learned [6]   64/16 94/15
 94/19 95/6 99/9 99/13
learning [1]   61/16
least [17]   23/15 24/10
 42/1 54/18 57/14 62/1
 64/22 78/11 80/10 80/19
 84/5 95/2 95/2 112/20
 116/8 117/23 138/22
leave [7]   124/2 124/6
 124/8 139/20 140/1 140/2
 140/3
Lebanese [1]   109/16
Lebanon [7]   82/15 88/13
 88/13 95/25 97/2 115/5
 129/23
led [2]   13/17 126/3

left [2]   23/20 48/19
legal [2]   137/9 137/13
legitimacy [2]   108/16
 134/24
legitimate [4]   108/22
 115/13 134/8 136/22
length [1]   122/7
less [13]   41/15 52/17
 56/9 56/10 57/2 57/3 57/3
 97/24 108/22 113/14
 134/16 134/16 134/17
let [7]   43/17 59/3 70/16
 80/12 86/25 96/3 98/6
let's [6]   31/24 37/13
 57/12 57/23 96/7 99/10
letters [3]   5/9 55/3
 76/17
level [9]   13/16 24/16
 40/16 42/1 42/3 55/22
 68/23 72/13 80/20
levels [2]   44/21 88/11
Levine [3]   4/17 32/5 32/6
Levitt [11]   2/10 100/12
 100/13 100/14 100/19
 100/22 102/9 104/10
 104/14 106/8 110/17
Libya [3]   83/23 84/7
 97/21
Libyan [1]   85/4
life [28]   6/21 45/14
 45/25 50/3 50/5 51/20
 52/16 53/16 56/7 56/25
 57/11 60/25 61/13 61/18
 61/21 64/4 65/2 65/15
 65/16 67/22 71/3 71/16
 72/9 72/11 72/18 75/5
 94/7 127/22
lift [3]   5/25 10/4 12/22
light [3]   59/14 78/3 78/4
like [25]   8/9 8/13 19/24
 22/25 28/6 40/13 62/7
 62/7 66/20 73/21 74/10
 83/23 83/23 90/11 91/17
 91/18 93/13 94/1 99/5
 104/20 114/16 127/4 137/7
 140/1 140/2
likelihood [1]   114/8
likely [4]   53/6 53/19
 61/10 74/21
lime [1]   59/14
limited [1]   103/14
line [2]   52/22 58/16
link [2]   135/20 135/25
liquidate [1]   11/12
liquidated [2]   11/2 11/2
liquidation [1]   11/16
list [4]   5/5 17/19 21/12
 83/4
listed [2]   84/5 121/10
listen [1]   63/19
listing [1]   140/10
lists [1]   25/7
literally [1]   112/9
literature [3]   34/20
 53/10 80/25
little [4]   5/10 10/21
 11/6 78/10
live [3]   54/17 58/17
 106/3
lively [1]   76/12

lives [2]   45/17
Livingston [1]   1/16
LLC [1]   1/15
loaded [2]   27/18 118/17
locate [2]   13/2 88/17
located [1]   13/24
location [4]   12/16 12/18
 21/11 43/15
logistical [1]   18/22
logistics [1]   31/6
long [26]   22/14 31/4 41/6
 50/25 51/10 51/21 53/13
 53/15 53/20 55/2 55/11
 57/7 57/10 57/11 58/4
 60/4 67/14 68/2 69/4 75/1
 75/25 77/13 78/8 83/10
 83/14 131/2
longer [2]   51/11 136/17
longing [1]   51/14
look [1]   50/11
looked [1]   127/4
looking [4]   35/20 41/3
 69/1 89/6
losing [2]   60/24 73/3
loss [27]   41/7 41/11 43/1
 44/9 44/12 44/15 45/1
 45/5 45/25 51/10 51/11
 51/19 51/21 54/23 61/12
 64/2 65/6 67/16 68/10
 70/22 71/16 74/5 74/8
 74/10 74/18 76/13 78/1
lost [8]   23/17 23/19 27/2
 27/8 27/12 60/14 62/7
 64/24
lot [16]   18/22 35/5 59/10
 60/22 64/15 73/13 73/15
 76/17 77/5 92/25 103/9
 103/13 117/12 124/14
 134/14 138/9
lots [4]   53/1 90/7 117/10
 127/13
loudly [1]   123/18
love [1]   56/20
low [11]   56/3 56/6 56/10
 56/11 56/15 56/15 60/9
 65/2 66/20 110/21 110/21
lucky [3]   41/15 60/11
 70/23
lunch [2]   46/23 49/4
Luncheon [1]   47/16

**M**

M-16 [1]   25/20
M-A-L-A-C-H-I [1]   73/1
M-A-R-I-U-S [1]   82/11
M-A-S-H [1]   90/18
M-A-T-T-H-E-W [1]   100/21
MA [2]   82/14 129/8
ma'am [6]   32/5 32/6 119/5
 138/2 138/5 140/6
made [9]   13/2 28/16 42/16
 54/17 56/18 91/15 101/23
 106/4 117/20
magazines [4]   25/22 25/23
 26/8 27/7
magical [2]   59/8 59/24
Magistrate [1]   85/6
magnitude [1]   115/17
Mahir [1]   116/4
Mahmoud [6]   21/24 22/2
 24/5 24/7 25/1 25/2

main [4] 12/12 14/15 65/1
 133/20
mainly [1] 50/16
maintained [1] 116/22
major [11] 46/1 56/2
 56/20 57/23 65/16 82/24
 91/23 95/10 96/4 96/5
 96/9
make [13] 25/3 37/14
 56/12 56/14 61/22 79/9
 90/1 113/13 114/15 127/14
 128/6 138/9 140/10
makes [3] 52/5 96/21
 135/4
makeup [1] 40/14
making [7] 36/21 51/7
 86/20 89/2 89/13 127/13
 133/1
Malachi [5] 72/24 74/2
 75/10 76/11 77/24
Malachi's [1] 73/2
malou [1] 79/13
man [2] 5/23 23/14
manage [2] 65/14 87/24
managed [2] 34/1 70/4
management [1] 66/2
managing [1] 33/3
mandate [4] 89/12 89/12
 106/20 125/24
manifested [1] 75/12
manner [26] 40/8 41/24
 44/5 51/3 52/7 56/24
 56/24 58/9 58/18 58/25
 61/18 63/10 65/15 65/22
 68/12 69/7 70/18 71/4
 76/18 76/18 76/22 78/24
 79/12 80/24 81/2 88/3
manners [1] 55/2
many [34] 5/9 12/1 42/14
 42/17 43/18 43/23 51/5
 51/5 51/6 55/1 59/8 60/7
 61/13 61/23 64/15 67/25
 68/5 94/11 103/21 104/1
 107/22 108/4 108/20 109/4
 109/23 109/23 111/14
 112/6 115/9 127/19 134/17
 135/10 135/15 135/19
March [4] 117/20 118/16
 118/24 125/18
Marius [4] 2/8 82/6 82/7
 82/11
marked [9] 2/18 3/3 15/2
 34/13 73/16 73/18 83/1
 102/10 120/2
markedly [2] 71/9 81/1
marks [1] 56/6
Marwan [11] 19/18 19/19
 19/22 20/7 21/1 24/21
 26/15 26/22 26/23 27/18
 27/20
Mash'Al [4] 90/15 90/16
 90/21 90/22
Mashal [1] 90/14
mask [1] 41/14
Massachusetts [1] 33/10
master [5] 92/13 94/20
 99/10 99/11 99/11
Masters [1] 100/25
materials [2] 6/11 6/14

matter [5] 80/18 83/20/5
 117/2 117/5 141/6
matters [2] 47/20 48/4
Matthew [3] 2/10 100/14
 100/19
may [18] 1/18 5/3 31/10
 34/9 48/6 48/23 53/14
 65/24 68/5 77/8 78/9 86/8
 87/4 87/4 102/16 110/15
 122/7 137/20
maybe [9] 10/15 42/1
 57/23 60/1 72/14 78/12
 81/3 111/8 117/18
me [33] 4/16 4/20 8/13
 27/3 29/24 33/21 36/22
 39/14 39/17 43/13 43/14
 43/17 44/7 45/9 59/3
 62/22 64/20 68/21 69/11
 70/16 71/18 72/22 80/12
 85/13 96/3 101/23 104/20
 114/4 125/17 139/19 140/1
 140/2 141/4
mean [20] 16/9 35/5 36/22
 43/6 43/22 53/15 53/18
 58/11 66/5 79/2 79/18
 85/10 86/23 94/24 95/19
 99/9 115/8 125/8 127/22
 138/18
meaning [2] 51/20 113/8
means [7] 13/6 14/13
 56/20 67/4 74/3 89/9
 106/13 106/14 107/6
 109/12 109/12 111/23
 115/13 123/11 133/20
 134/8 134/8
meant [2] 38/13 43/11
mechanism [1] 74/8
media [1] 45/16
medical [8] 32/24 33/3
 33/4 33/7 33/9 34/6 53/5
 111/4
medication [2] 36/12
 57/24
medications [1] 39/24
medicine [4] 33/2 33/17
 35/9 35/24
meditation [1] 74/3
meet [2] 50/20 56/20
meeting [6] 39/7 45/23
 48/1 100/2 111/8 135/5
meetings [1] 116/23
meets [1] 67/4
member [6] 20/24 28/16
 44/10 50/5 113/9 127/5
members [6] 16/24 17/7
 17/8 64/15 97/9 139/4
memories [4] 50/9 78/5
 78/18 78/25
men [15] 5/2 9/23 10/10
 11/2 11/7 11/10 13/5
 13/12 16/7 20/13 20/17
 20/20 21/3 26/17 30/10
mental [4] 33/10 47/5
 70/3 79/12
mention [2] 66/8 138/22
mentioned [11] 22/10 26/3
 45/21 52/17 58/21 62/6
 62/10 74/24 81/11 109/5
 117/22
messengers [1] 24/19
met [4] 42/12 52/23 59/5

meters [1] 128/1
methods [2] 94/16 94/19
mid [9] 34/2 87/19 95/3
 95/9 95/16 98/13 129/7
 132/17 133/3
middle [11] 101/10 102/7
 103/18 119/13 121/20
 121/21 124/2 125/6 129/9
 129/22 130/8
might [10] 43/4 46/24
 47/21 57/17 58/11 58/12
 62/4 68/5 79/21 96/20
mild [2] 55/17 64/12
militancy [3] 103/2 108/6
 111/7
militant [7] 83/22 106/16
 106/24 108/22 109/15
 112/1 117/13
militants [2] 109/23
 118/21
military [23] 7/3 88/12
 88/22 88/24 95/4 96/18
 96/23 96/23 107/6 107/9
 108/9 111/1 123/4 125/15
 127/7 127/9 127/10 127/20
 135/10 135/14 136/1
 136/20 136/21
million [2] 96/17 110/22
millions [6] 93/20 93/20
 110/21 115/21 116/8
 117/24
mind [4] 44/6 53/2 70/9
 135/22
mini [1] 94/14
minorities [1] 97/5
minority [2] 96/17 97/5
minute [1] 138/7
minutes [12] 10/3 10/14
 10/15 10/21 12/11 31/23
 31/24 40/17 46/22 110/7
 110/7 138/4
missed [2] 71/18 71/18
missing [6] 17/4 17/9
 17/11 17/12 26/12 53/4
missings [1] 16/8
missions [1] 88/15
moderate [9] 49/11 55/18
 55/22 61/5 64/12 65/22
 66/13 98/5 98/6
Modern [1] 130/5
modus [1] 135/5
moment [5] 29/24 31/10
 37/7 60/24 117/22
moments [2] 10/22 116/18
Monetary [1] 119/20
money [24] 18/23 18/25
 24/14 24/17 24/19 24/20
 24/22 24/23 24/25 25/5
 25/7 90/12 111/20 111/24
 112/4 112/4 112/10 113/6
 113/10 113/12 115/6
 115/17 118/7 126/8
monies [1] 111/21
month [2] 33/24 34/6
months [7] 14/17 34/19
 42/11 51/11 51/12 72/4
 77/24
mood [5] 56/3 60/9 61/14
 65/1 65/2
more [37] 5/7 10/15 12/19

M Case 1:15-cv-01080-RMC   Document 95/13   98/7 98/805/17   29/13e3260e32/19 82/10

| | | |
|---|---|---|
| more... [34]  21/10 21/14 | 99/5 99/14 99/16 103/14 | 84/10 91/16 100/18 100/20 |
| 22/15 35/23 35/25 36/5 | 107/3 107/8 109/3 110/22 | 106/12 119/12 119/13 |
| 43/13 56/9 59/19 60/11 | 117/18 119/2 119/4 124/23 | 119/13 128/25 129/3 |
| 71/11 78/23 79/22 81/21 | 126/21 128/20 140/15 | named [4]  5/17 19/18 20/8 |
| 91/15 95/2 99/21 103/9 | Muhamad [1]  28/7 | 116/4 |
| 108/15 108/20 108/22 | Muhamed [1]  28/20 | names [4]  25/7 25/7 84/8 |
| 110/6 110/23 114/5 114/5 | Muhammad [1]  25/17 | 139/9 |
| 117/15 117/17 120/23 | multiple [1]  113/5 | national [10]  13/15 13/16 |
| 121/6 121/17 121/25 123/7 | multiplier [1]  136/24 | 36/16 40/20 45/16 81/7 |
| 124/11 133/24 | Muqawama [1]  106/13 | 102/1 119/23 130/4 133/25 |
| morning [5]  26/17 32/16 | murder [22]  6/1 10/22 | nature [13]  34/19 39/14 |
| 99/19 99/20 100/8 | 11/7 11/17 12/4 12/11 | 51/10 53/12 78/20 79/8 |
| mosques [1]  93/23 | 12/14 12/16 12/18 18/7 | 80/21 81/6 81/16 116/17 |
| most [23]  22/16 33/17 | 20/24 26/11 26/13 26/17 | 116/18 122/18 134/10 |
| 36/14 36/25 37/4 42/25 | 44/25 63/11 71/7 75/20 | Navy [1]  118/16 |
| 53/19 60/13 64/5 66/23 | 77/17 78/1 79/1 104/12 | near [3]  26/25 101/6 |
| 67/1 70/22 75/4 75/8 87/1 | murdered [14]  6/2 7/18 | 119/25 |
| 95/11 103/18 107/17 | 10/5 10/5 11/9 12/9 12/23 | necessarily [1]  68/14 |
| 110/20 115/7 124/20 | 20/13 22/2 30/11 30/20 | need [17]  6/9 23/20 35/4 |
| 130/15 132/25 | 39/16 79/16 138/13 | 37/19 43/24 48/15 62/21 |
| mostly [2]  96/12 131/3 | murderers [5]  16/6 21/7 | 72/3 72/4 76/4 76/7 99/20 |
| mother [9]  10/20 24/21 | 26/12 27/8 27/10 | 100/1 100/2 110/9 111/7 |
| 24/23 43/5 64/11 64/12 | murders [2]  21/4 27/11 | 139/19 |
| 64/17 72/22 97/18 | Muslim [20]  91/17 91/18 | needed [9]  38/22 40/11 |
| mother's [1]  24/22 | 91/20 93/21 96/20 97/9 | 45/10 45/18 45/24 54/22 |
| motivates [1]  87/21 | 97/10 97/11 97/15 97/18 | 55/9 92/18 126/23 |
| motor [1]  42/7 | 97/18 97/19 97/20 106/10 | needs [5]  48/4 60/19 64/8 |
| mountains [1]  28/5 | 115/15 117/4 124/23 127/4 | 76/5 78/11 |
| mourning [1]  45/2 | 127/8 127/20 | negative [2]  50/10 50/11 |
| mouth [1]  90/1 | Muslims [2]  96/10 97/3 | negotiate [2]  23/5 108/13 |
| move [10]  43/23 43/25 | must [1]  48/4 | negotiation [1]  102/25 |
| 53/22 75/21 104/9 114/13 | my [64]  4/12 9/6 18/3 | neither [2]  16/13 141/7 |
| 117/3 121/22 121/23 | 32/11 32/19 32/23 33/5 | neuro [1]  36/13 |
| 131/11 | 34/14 34/14 35/21 36/7 | never [15]  5/25 39/19 |
| moved [7]  12/13 28/4 33/5 | 36/8 36/14 42/22 42/23 | 40/23 51/6 51/6 64/10 |
| 33/11 48/1 132/24 133/2 | 43/23 44/5 44/8 45/23 | 65/7 67/22 72/15 75/19 |
| movement [5]  91/17 97/12 | 46/7 48/9 49/10 49/15 | 75/24 80/19 117/10 117/13 |
| 106/14 124/24 133/25 | 52/8 52/10 52/11 53/9 | 133/10 |
| Moving [1]  19/17 | 53/10 53/12 56/25 57/16 | new [9]  1/17 33/7 34/8 |
| Mr [8]  2/5 2/7 2/9 2/11 | 59/9 61/5 62/12 62/12 | 71/17 100/25 101/18 |
| 2/13 2/15 14/12 116/7 | 64/23 69/15 69/16 69/16 | 101/21 119/16 119/16 |
| Mr. [9]  4/9 5/16 9/14 | 71/25 80/9 83/3 83/3 | news [2]  54/14 54/16 |
| 15/25 29/20 54/5 55/6 | 83/21 83/24 85/10 85/11 | next [14]  19/17 25/13 |
| 70/21 73/8 | 99/15 99/18 99/19 101/12 | 27/12 27/14 31/14 32/2 |
| Mr. al-Arouri [1]  29/20 | 102/11 102/24 102/25 | 32/9 32/11 61/20 75/1 |
| Mr. Fraenkel [4]  54/5 | 104/22 119/13 128/12 | 77/6 82/5 100/11 119/7 |
| 55/6 70/21 73/8 | 128/20 129/24 130/12 | nightmares [3]  42/5 50/14 |
| Mr. Spitzen [4]  4/9 5/16 | 130/15 138/3 139/8 141/3 | 63/13 |
| 9/14 15/25 | myself [2]  7/8 120/4 | nine [2]  5/5 36/19 |
| Mrs. [1]  53/10 | | ninety [1]  110/22 |
| Mrs. Fraenkel [1]  53/10 | **N** | nip [1]  78/9 |
| Ms [4]  4/23 32/5 32/6 | | no [60]  1/4 2/20 2/21 |
| 138/6 | N-A-C-H-S-H-O-N [1]  109/9 | 2/22 2/23 2/24 2/25 3/5 |
| Ms. [9]  72/23 74/2 75/10 | N.E [6]  72/19 72/21 73/3 | 3/6 3/7 3/8 3/9 3/10 3/11 |
| 76/11 77/24 139/19 140/2 | 73/8 74/3 76/20 | 10/12 11/11 11/15 14/1 |
| 140/3 140/5 | N.S [6]  75/6 75/7 75/8 | 15/14 16/16 17/10 17/24 |
| Ms. Malachi [3]  74/2 | 75/10 76/11 76/21 | 24/13 27/5 30/12 31/13 |
| 76/11 77/24 | Nachshon [2]  109/7 109/9 | 31/21 46/24 46/24 48/14 |
| Ms. Vered [2]  72/23 75/10 | Naftali [30]  5/17 7/16 | 50/18 59/12 60/8 61/8 |
| Ms. White [4]  139/19 | 7/18 8/24 11/19 11/23 | 62/16 63/12 67/5 67/7 |
| 140/2 140/3 140/5 | 30/20 39/15 42/15 42/20 | 67/7 68/20 69/14 79/7 |
| much [49]  12/8 39/22 | 54/23 54/25 60/2 65/6 | 80/2 80/18 81/23 105/1 |
| 41/12 41/15 44/1 44/14 | 65/7 66/6 73/10 73/10 | 105/2 109/25 110/6 112/8 |
| 48/12 48/25 50/12 52/20 | 75/14 77/18 77/19 78/1 | 112/8 115/20 117/2 117/15 |
| 54/19 57/2 57/3 57/3 | 78/5 78/19 78/25 85/21 | 124/25 126/21 134/16 |
| 60/18 61/15 65/2 71/6 | 104/12 138/8 138/14 | 136/17 136/23 137/2 |
| 74/1 75/18 76/9 77/10 | 138/21 | nobility [1]  105/1 |
| 77/20 78/25 83/21 92/7 | Naftali's [1]  80/7 | non [3]  75/13 129/25 |
| 92/17 94/6 94/8 94/8 | name [24]  6/23 17/18 | 130/9 |
| | 19/21 21/12 22/12 24/22 | non-state [2]  129/25 |
| | 25/15 26/21 26/24 29/12 | |

non-state... [1]   130/9
non-stop [1]   75/13
Nonetheless [1]   94/10
noon [3]   31/21 47/16
137/5
normal [1]   123/3
North [1]   111/15
not [129]   4/7 5/12 8/3
11/19 11/21 13/17 14/9
14/21 15/13 15/14 16/2
16/4 16/4 19/5 23/15
25/11 25/21 25/25 26/24
27/6 29/19 30/25 35/24
39/24 41/2 41/2 42/2
42/13 42/22 42/22 43/2
43/10 44/2 44/3 48/2 48/6
52/1 53/4 53/20 54/10
54/12 54/21 55/24 57/8
57/19 58/16 58/18 59/11
61/15 62/6 62/11 64/23
65/2 66/6 66/14 66/23
67/19 67/22 68/1 68/8
68/13 68/20 69/8 69/17
70/24 70/25 71/9 73/18
73/22 77/8 77/12 78/19
80/1 84/9 84/10 89/24
91/3 91/15 92/1 92/1 92/5
92/18 92/25 93/20 93/21
93/22 94/6 94/14 96/12
97/3 98/1 98/6 98/16
103/14 103/21 105/9
106/17 106/25 107/1
107/20 108/6 108/8 108/14
108/16 108/17 108/19
109/3 109/12 110/25 112/6
112/20 112/21 114/18
114/20 116/9 117/18
118/20 120/12 123/7 124/3
125/2 125/18 125/23
125/23 127/23 135/25
136/21 137/14 141/9
noted [2]   55/16 78/13
notes [3]   62/22 83/9
141/4
nothing [2]   40/6 93/24
Notwithstanding [1]   117/8
now [41]   4/22 9/2 9/6
21/10 24/15 32/22 34/6
41/20 43/3 43/24 43/24
43/25 44/1 46/24 60/11
60/18 62/11 62/16 65/5
65/13 65/15 66/8 67/17
67/18 75/4 75/6 90/9 91/4
93/8 94/25 94/25 96/6
96/16 97/24 100/2 102/2
106/20 111/2 120/1 124/4
133/18
number [27]   6/25 10/19
17/19 17/20 17/20 17/23
20/18 21/1 21/2 30/16
34/24 56/8 66/22 83/12
86/24 87/15 102/20 106/1
109/25 109/25 111/17
120/18 122/16 130/20
131/6 132/9 137/18
numbers [4]   9/11 15/6
38/25 139/10
numbing [1]   51/19
numerous [1]   93/20

O

o'clock [2]   47/16 100/3
oath [3]   4/13 4/14 4/19
oaths [2]   4/21 105/3
Oberland [1]   119/15
obey [1]   23/15
objection [1]   48/14
objective [3]   25/1 39/8
52/7
objectives [4]   23/1 84/1
85/16 123/10
observe [3]   39/12 54/4
63/6
observed [1]   49/9
obtain [1]   77/15
obtained [2]   24/11 99/3
obvious [4]   4/22 43/10
45/13 83/16
obviously [6]   9/3 11/1
36/24 69/8 81/11 103/6
occasion [4]   39/3 53/23
59/3 121/16
occupation [3]   51/13
115/12 115/13
occupational [2]   52/19
77/3
occurred [1]   63/11
October [1]   22/13
off [10]   23/15 51/11
54/22 56/4 62/21 63/25
71/3 80/17 80/18 118/16
offer [4]   8/9 83/7 104/16
137/8
offered [1]   89/15
offering [1]   8/11
offers [1]   135/7
office [6]   1/15 101/21
101/22 102/1 114/19 117/3
official [3]   1/21 28/15
101/24
officially [5]   50/19
66/18 67/3 94/14 133/10
officials [8]   117/17
117/20 118/20 126/6
126/12 126/12 126/18
135/2
often [6]   51/9 51/18
51/23 79/21 123/9 123/10
oh [5]   14/13 27/16 81/23
128/7 128/15
okay [25]   6/4 8/17 12/24
14/10 17/13 17/22 18/3
27/15 29/23 35/19 36/23
37/23 47/1 47/12 48/11
48/14 62/23 64/19 73/12
86/19 87/6 100/9 120/14
128/21 138/5
old [1]   77/17
older [1]   75/15
oldest [2]   60/3 60/19
Omar [2]   20/9 20/10
once [20]   8/13 8/16 35/15
40/7 41/6 54/5 54/9 55/23
56/5 57/8 58/7 63/21
63/22 74/14 77/11 78/19
84/6 100/4 106/19 108/11
one [90]   5/10 6/17 8/14
8/15 10/6 10/10 10/18

11/19
12/4 12/4 15/6 16/6 16/10
17/15 19/10 20/3 20/12
20/18 21/10 21/10 21/18
21/23 23/1 23/5 23/10
23/11 23/12 23/14 28/8
29/1 29/3 29/13 31/10
36/3 37/7 40/21 40/25
42/25 44/21 44/21 44/21
44/23 46/24 56/5 57/19
59/20 60/8 60/13 62/21
64/24 66/13 67/10 70/10
70/10 72/15 72/15 77/6
77/8 77/8 78/7 80/20 84/2
85/23 87/15 91/17 96/4
96/21 97/20 97/21 97/22
101/25 102/7 104/16 109/6
113/5 114/3 118/4 125/14
133/4 133/15 134/13 135/4
135/5 135/19 135/20 138/6
138/7
one's [1]   20/19
ones [6]   21/7 22/16 38/13
51/12 104/15 123/7
ongoing [4]   55/10 71/1
77/23 102/25
only [16]   11/21 20/1
50/16 52/11 58/23 80/1
95/22 101/14 103/21
106/25 110/19 116/13
124/3 127/16 128/20 137/7
onwards [2]   87/19 113/10
ooo [2]   47/17 140/18
open [4]   71/12 76/2 87/5
116/7
opened [2]   23/13 55/9
openly [4]   24/11 116/22
116/24 128/4
operandi [1]   135/6
operate [3]   89/23 90/6
95/5
operated [1]   116/24
operation [16]   8/4 8/5
13/18 14/17 16/6 18/21
19/11 19/16 21/8 21/23
23/24 24/6 99/5 133/5
135/25 136/9
operations [6]   99/6 99/6
103/12 108/25 112/16
135/11
operator [1]   96/21
opine [1]   121/25
opinion [11]   19/12 22/24
30/18 53/5 53/13 74/20
85/23 104/16 126/9 136/2
136/14
opponent [1]   90/2
opportunity [2]   63/2
63/19
oppose [1]   132/18
opposition [4]   91/23 94/2
115/15 134/6
oppositional [2]   76/9
77/5
option [1]   58/15
orchestrated [1]   47/23
order [13]   8/10 15/24
18/15 19/16 23/4 23/12
45/10 65/13 71/4 74/8
115/17 124/25 127/24
orderly [1]   25/5

O Case 1:15-cv-01080-RMC    Document 43    Filed 04/05/17    Page 162 of 174

ordinary [1]   123/8
organ [2]   132/25 133/1
organization [24]   23/1
  24/8 24/10 24/16 25/1
  25/8 25/10 28/13 28/25
  30/22 30/23 88/5 92/18
  95/8 95/10 95/11 98/25
  111/1 114/21 115/24
  126/13 133/1 136/7 136/18
organizational [1]   95/17
organizations [12]   25/3
  83/25 84/2 85/14 87/14
  95/14 106/16 109/16
  111/13 111/18 112/22
  124/10
origin [1]   106/8
original [3]   23/11 34/17
  139/24
originally [2]   91/19
  124/20
originals [2]   9/3 140/5
Oslo [5]   89/17 89/17
  103/1 132/18 134/6
other [37]   8/2 11/12 12/4
  13/6 16/6 22/24 26/20
  40/4 40/22 47/9 53/3
  54/16 57/16 60/18 65/23
  66/18 67/3 69/18 78/13
  78/17 81/4 82/24 87/22
  88/1 88/19 89/6 90/12
  91/18 107/4 107/23 109/15
  112/3 114/12 127/17 131/8
  136/9 137/7
others [16]   11/23 19/13
  23/13 73/19 83/24 90/11
  93/2 95/12 97/21 98/1
  98/2 98/7 106/17 109/17
  112/23 115/22
otherwise [2]   48/8 141/10
our [4]   45/7 47/20 50/20
  86/25
out [57]   15/7 18/7 18/11
  18/15 18/15 18/17 18/24
  19/6 19/11 19/14 19/16
  20/4 21/8 29/7 30/24 31/4
  37/13 39/8 39/10 42/9
  44/5 44/6 45/18 48/5 51/6
  52/1 57/3 64/11 64/11
  64/14 67/2 67/14 72/6
  73/24 79/2 88/10 92/4
  92/11 93/8 94/10 98/4
  107/10 107/25 108/6
  108/15 109/1 116/1 116/21
  124/22 125/1 126/11
  131/15 134/9 136/4 136/8
  136/13 136/16
outcome [2]   55/16 141/10
outline [1]   128/20
outset [1]   70/16
outside [5]   41/13 54/18
  73/11 81/19 114/12
outsider [1]   69/6
over [25]   6/15 10/21 34/2
  41/9 55/9 68/5 68/10
  72/12 77/8 82/25 85/11
  89/11 91/18 95/1 96/17
  96/23 98/3 98/17 110/20
  111/14 114/1 115/21
  135/15 136/25 136/25

overcome [1]   80/7
overrule [3]   122/24
  122/25 122/25
overseas [2]   22/17 28/24
overt [1]   117/14
overtaking [1]   129/13
overthrown [3]   127/2
  127/7 127/20
overviews [1]   87/3
overwhelmed [3]   54/23
  59/7 73/20
overwhelming [2]   40/12
  45/11
own [10]   23/2 35/7 35/21
  69/22 79/25 80/6 94/14
  96/15 99/11 111/12
owner [1]   28/8
Oxford [1]   82/14

P

P-R-O-C-E-E-D-I-N-G-S [1]
  4/1
p.m [5]   9/24 47/18 110/12
  110/13 140/17
pages [3]   83/9 122/7
  141/3
paid [1]   63/25
pain [23]   39/20 39/22
  39/23 39/23 40/9 40/12
  40/13 40/23 41/10 41/25
  42/20 45/18 46/4 51/17
  54/6 54/17 54/23 60/21
  71/4 71/5 71/13 71/20
  81/20
painful [4]   42/2 45/13
  45/19 128/15
painting [2]   127/11
  127/18
Palestine [7]   89/11 92/12
  93/5 106/20 109/16 129/24
  133/24
Palestinian [26]   16/21
  17/3 89/18 91/20 106/10
  106/16 107/3 107/4 108/3
  108/11 108/13 108/21
  108/24 109/2 109/2 114/15
  131/7 131/10 132/18
  133/17 133/19 134/2 134/4
  134/9 135/18 136/22
Palestinians [4]   88/14
  95/12 108/4 108/5
paper [1]   38/11
papers [2]   34/17 36/10
paragraph [1]   121/10
parallel [2]   71/1 123/3
parcel [3]   13/24 14/15
  15/17
pardon [2]   4/20 91/1
parent [3]   53/18 69/17
  69/18
parental [1]   60/21
parents [26]   60/20 60/21
  64/8 64/10 64/17 68/3
  68/22 68/25 69/18 69/25
  70/19 71/6 72/21 75/8
  75/16 76/4 76/5 77/9
  77/19 77/21 78/9 78/22
  80/3 80/18 81/11 81/16
parents' [4]   69/13 74/13
  79/25 80/6

parliament [1]   122/25
part [21]   22/15 28/8 44/2
  46/5 50/13 62/6 62/11
  68/10 68/11 80/5 85/11
  92/18 101/23 105/8 112/21
  113/20 116/13 124/25
  125/23 138/4 138/22
parted [2]   87/20 136/25
partial [10]   49/23 49/25
  50/18 50/22 52/14 53/7
  55/23 61/7 65/22 66/16
participant [3]   8/2 8/3
  18/6
participated [1]   21/3
participation [2]   18/10
  20/2
particular [17]   35/12
  36/4 36/8 36/15 46/11
  63/23 70/1 72/21 75/16
  77/4 83/24 84/1 87/16
  88/24 91/22 117/5 118/6
particularly [14]   5/7
  51/2 54/24 54/25 59/18
  60/9 60/23 63/15 77/18
  79/20 81/15 89/10 93/3
  126/3
parties [2]   114/16 141/8
partly [2]   68/3 68/4
partner [3]   19/23 22/1
  134/2
parts [2]   112/23 113/11
passed [1]   12/8
passerbys [1]   6/16
past [8]   25/18 33/12 34/6
  34/18 104/2 111/14 130/25
  131/5
path [2]   28/24 62/12
pathological [4]   49/12
  49/22 52/9 55/19
Patrick [4]   2/12 119/8
  119/9 119/13
Pause [2]   31/12 48/3
pay [1]   114/4
pays [1]   111/6
peace [12]   76/14 87/18
  89/16 89/21 92/24 93/4
  93/6 103/1 108/11 108/14
  108/18 114/9
peek [1]   132/22
peer [1]   103/7
PENTTBOM [1]   101/13
people [30]   6/18 8/2
  10/18 11/9 16/22 21/11
  22/2 23/14 30/3 51/5
  51/18 53/1 58/21 58/24
  63/15 65/3 70/1 81/2
  87/25 91/22 96/17 100/3
  105/8 108/8 108/12 108/17
  108/19 110/9 115/5 124/5
People's [1]   85/4
perceived [1]   108/21
percent [5]   51/4 58/21
  58/24 96/11 96/25
perfect [1]   47/7
perform [2]   46/5 114/5
performance [1]   114/4
performed [1]   49/5
perhaps [6]   35/19 44/16
  59/9 62/15 78/10 137/14
period [13]   33/6 51/21
  53/20 55/11 56/3 57/7

Case 1:15-cv-01080-RMC   Document 28-32   Filed 04/05/17   Page 163 of 174

period... [7]   57/10 68/2
 68/5 75/25 91/9 127/3
 132/24
periods [2]   22/14 42/25
permanent [2]   53/14 57/9
permanently [1]   53/21
permission [2]   9/21 24/14
perpetrators [4]   15/25
 17/13 21/21 22/24
Persian [1]   120/25
persistent [17]   49/15
 49/18 49/21 51/8 51/14
 52/14 53/7 55/21 55/23
 55/25 56/2 56/17 61/4
 61/6 65/21 72/2 76/24
person [18]   17/23 18/1
 18/2 19/17 19/20 25/15
 26/24 28/23 41/12 50/3
 57/22 58/7 58/13 58/17
 64/5 64/7 65/11 81/3
person's [2]   6/23 26/21
personal [5]   42/1 48/4
 55/7 67/25 69/12
personalities [1]   70/17
personality [4]   62/1
 68/11 72/11 79/3
personnel [1]   92/20
persons [4]   22/2 101/11
 108/18 140/10
perspective [10]   23/23
 58/18 59/24 68/9 69/16
 89/6 123/23 131/2 133/7
 133/8
pervasive [1]   58/20
pessimistic [1]   59/19
Ph.D [6]   82/13 100/25
 101/5 102/24 119/15 129/8
pharmacology [2]   36/11
 37/1
Philadelphia [1]   119/22
phone [3]   10/17 10/21
 11/22
photographs [3]   14/22
 15/1 15/3
photos [2]   8/18 14/24
physical [4]   40/7 41/10
 42/3 50/9
physiological [2]   50/9
 63/2
picture [3]   15/8 15/10
 93/3
pictures [1]   76/17
pieces [1]   72/1
PILGRIM [2]   1/21 141/12
Pilgrimage [1]   93/23
pistol [1]   10/15
pistols [5]   25/21 26/1
 26/2 26/3 27/7
place [22]   5/17 8/21 9/19
 11/5 13/1 15/24 24/7
 26/16 27/10 27/21 29/10
 41/7 43/2 43/8 43/9 44/8
 45/4 45/6 88/16 122/20
 133/2 135/16
placed [3]   15/8 15/15
 61/4
places [2]   28/5 28/6
plaintiff [8]   4/5 5/1
 9/11 32/13 82/7 100/14

plaintiff's [13]   30/16
 34/24 38/25 83/12 85/20
 86/24 102/20 106/1 120/18
 122/16 130/20 132/9
 137/18
Plaintiffs [5]   1/4 1/15
 2/3 2/19 3/4
plan [4]   23/11 92/19
 134/20 136/8
planned [8]   8/4 18/6
 18/13 18/20 19/25 30/19
 31/7 135/11
planning [6]   19/24 30/21
 89/2 92/10 135/14 136/1
plants [2]   15/20 15/21
plate [1]   43/12
platform [1]   134/22
play [1]   106/12
played [5]   7/10 7/12 30/1
 61/25 79/1
playing [2]   67/14 72/6
please [12]   4/16 6/3 9/22
 16/19 34/12 48/24 100/13
 100/20 100/22 101/4 110/8
 120/20
pleasure [3]   99/15 99/18
 138/3
plenty [1]   117/16
PLO [2]   89/19 92/11
plotted [1]   135/17
point [12]   8/8 8/11 12/22
 12/22 18/22 21/24 27/14
 116/2 117/15 117/17 125/7
 130/5
pointed [1]   135/15
points [1]   112/9
police [17]   6/15 6/18
 6/19 6/20 7/8 7/9 8/18
 10/17 10/20 10/24 12/3
 14/23 15/3 15/5 16/22
 17/3 90/9
policy [6]   101/6 119/21
 119/25 121/3 121/21 130/6
political [19]   28/17
 100/24 106/22 107/8
 111/25 115/6 115/8 115/15
 116/23 117/11 117/14
 132/24 134/3 134/22
 134/25 135/8 135/25 136/8
 136/20
politically [1]   132/20
politics [8]   82/13 83/20
 83/22 103/7 121/2 129/23
 130/9 131/9
poor [3]   125/10 127/7
 127/9
popular [1]   109/16
population [5]   13/7 96/6
 96/25 107/18 108/16
portion [1]   113/14
position [1]   94/2
positions [1]   113/10
positive [5]   24/3 41/12
 78/23 81/19 81/22
possibility [6]   10/16
 11/15 11/15 11/25 16/10
 124/21
possible [8]   11/13 11/19
 11/21 11/23 48/10 48/13
 94/8 95/22

possibly [6]   16/5 36/24
post [12]   10/3 36/9 42/4
 46/18 49/11 49/23 55/18
 55/22 65/22 66/10 101/21
 129/11
postal [1]   118/22
potentate [2]   105/7 105/9
potentates [2]   105/2
 105/3
potential [4]   61/16 71/23
 75/17 78/12
power [4]   94/7 98/14
 125/3 127/21
powerful [2]   98/24 123/7
practice [2]   35/21 122/22
pray [2]   59/9 59/25
pre [1]   94/23
precise [5]   12/19 25/7
 66/24 67/9 67/10
precisely [2]   10/16 12/8
predict [4]   61/19 75/2
 77/8 77/13
preoccupation [5]   44/15
 51/15 51/16 53/2 76/15
preoccupied [2]   74/17
 76/12
prepare [4]   37/7 37/8
 86/2 122/6
prepared [4]   5/5 15/5
 86/4 86/14
preparing [1]   86/20
presence [3]   49/12 52/9
 55/18
present [6]   46/7 48/15
 65/6 87/3 96/8 127/9
presented [4]   9/15 106/3
 138/10 138/13
preserve [1]   140/7
president [5]   122/25
 127/6 127/14 127/20 135/3
press [6]   28/18 29/16
 29/21 103/6 103/7 116/7
pressure [3]   23/10 23/16
 54/11
presume [1]   67/23
pretty [2]   54/19 114/22
prevent [1]   48/16
preventive [1]   20/23
previous [1]   94/11
previously [5]   84/3 99/13
 117/11 121/4 141/6
price [1]   46/2
primarily [2]   111/12
 115/3
primary [4]   103/9 114/24
 114/25 117/6
principal [1]   124/12
prior [5]   14/17 34/3
 45/12 82/14 138/15
prison [14]   6/22 18/9
 20/1 20/1 20/23 22/4
 22/14 23/3 26/14 27/9
 28/11 29/6 29/8 113/17
prisoner [4]   22/25 109/15
 113/18 113/20
prisoners [12]   18/16 20/5
 23/2 23/2 24/25 24/25
 25/6 25/12 108/14 108/20
 109/2 109/13
prisons [1]   109/24
private [1]   59/13

prizes [1]   120/25
pro [1]   107/20
probably [5]   96/10 96/24
 110/23 110/23 129/13
problem [1]   75/19
problems [1]   71/5
proceed [4]   5/3 8/9 93/6
 110/15
proceeded [1]   33/1
proceedings [6]   32/8
 103/25 110/13 121/5
 140/17 141/5
process [20]   45/2 55/6
 83/25 87/18 88/3 89/16
 89/21 92/24 92/25 93/3
 93/5 93/6 102/25 103/1
 108/12 108/18 113/4 114/9
 114/11 133/2
processes [1]   113/5
processing [1]   111/24
proclaims [1]   123/18
professional [16]   33/15
 34/16 53/12 69/10 82/16
 83/4 83/18 101/3 102/13
 102/22 119/18 120/7
 120/21 129/20 130/14
 130/22
professionals [1]   44/22
professor [1]   34/5
proficiency [1]   35/18
proficient [1]   35/17
profound [3]   39/19 44/12
 45/9
profoundly [1]   64/6
profusely [1]   125/15
prognosis [6]   50/21 50/21
 56/22 56/23 61/10 76/25
program [2]   101/18 102/4
programs [1]   111/3
progress [1]   61/10
progressing [1]   72/7
progression [3]   53/7
 74/22 76/25
prominent [2]   59/21
 134/17
prominently [1]   78/13
promise [2]   110/7 138/25
promoting [1]   123/10
propaganda [2]   127/13
 127/14
proper [2]   15/13 24/18
proportions [1]   40/20
proselytize [1]   111/4
proselytizing [2]   106/24
 113/21
prospective [1]   35/20
 108/11
protect [3]   60/19 60/20
 115/15
protector [1]   85/15
protocols [1]   46/5
proud [1]   41/12
prove [1]   64/18
provide [11]   6/11 24/5
 34/15 70/2 88/16 88/16
 88/18 88/23 124/22 125/1
 129/17
provided [14]   9/4 9/5
 94/4 112/14 113/24 122/1

D-124/13   124/14   125/24
 126/10 131/13 136/3
 136/14 141/4
providers [1]   70/3
provides [1]   35/10
providing [3]   88/12
 124/14 126/7
provoked [1]   95/21
psychiatric [12]   36/25
 37/15 39/3 39/8 39/11
 53/6 53/23 59/5 63/4
 69/23 70/6 74/21
psychiatrist [3]   32/23
 33/12 35/25
psychiatry [28]   33/6
 33/18 33/22 33/24 33/25
 34/5 34/8 35/1 35/2 35/3
 35/3 35/4 35/5 35/6 35/7
 35/9 35/12 35/14 35/14
 35/15 35/16 35/23 35/24
 36/12 36/17 36/18 36/25
 47/4
psycho [5]   36/11 54/20
 55/10 58/4 58/16
psychological [1]   59/4
psychologist [4]   55/3
 55/5 66/1 66/9
psychopharmacology [1]
 33/9
psychotropic [2]   57/16
 58/6
psychotropics [1]   58/7
PTS [1]   46/19
PTSD [18]   36/9 36/25 49/5
 49/11 49/25 50/1 50/15
 50/22 50/22 50/23 51/1
 51/5 52/14 53/7 55/24
 61/7 66/16 81/1
publications [2]   83/24
 130/16
publicly [3]   95/19 95/23
 113/22
published [4]   103/5 120/9
 120/23 130/25
pull [1]   139/4
pulled [1]   128/8
pulls [1]   42/9
purchase [4]   12/5 18/23
 18/24 18/24
purchased [5]   12/6 14/16
 25/13 25/14 25/15
pure [2]   56/16 56/19
purpose [8]   9/6 9/25
 18/16 25/11 69/8 69/9
 69/16 88/6
purposes [2]   46/9 80/9
pursued [1]   90/8
pushed [1]   20/3
put [14]   10/25 10/25
 14/21 15/11 15/18 15/20
 40/14 43/11 58/17 81/21
 96/3 98/6 107/23 108/25
putting [4]   8/10 41/14
 53/10 89/25

## Q

Q-A-S-S-A-M [2]   107/10
 112/18
Qadar [2]   20/9 20/10
Qassam [5]   107/10 112/17
 115/25 116/10 117/25

Qatar [2]   116/12 117/5
Qawasmeh [51]   6/24 7/3
 7/5 7/15 7/17 7/24 8/1
 8/3 8/25 11/8 12/5 14/16
 15/16 16/6 17/15 17/16
 17/17 17/18 17/25 18/1
 19/13 19/18 19/19 19/22
 19/23 19/24 20/7 20/7
 20/14 21/2 21/10 21/12
 21/14 21/18 21/24 21/25
 22/3 22/24 24/5 24/7
 24/21 24/21 24/22 26/13
 26/16 26/20 27/9 28/7
 28/9 28/10 31/7
qualifications [4]   83/19
 102/23 120/21 130/23
qualified [7]   34/25 84/3
 85/9 85/18 103/24 104/2
 121/4
qualifies [1]   85/13
qualify [4]   104/9 121/22
 121/23 131/12
quantify [1]   115/17
quarter [1]   47/12
quasi [1]   137/8
question [23]   8/1 12/15
 18/4 20/25 21/10 27/3
 35/21 42/23 47/20 57/13
 57/16 57/18 62/3 62/5
 79/18 90/1 90/3 96/1
 98/19 99/1 126/22 139/7
 139/22
Questioning [1]   46/21
questions [10]   16/16 27/5
 31/13 69/12 76/12 87/4
 126/21 137/3 137/20
 137/21
quick [1]   137/25
quicker [1]   78/11
quickies [1]   99/23
quickly [6]   65/12 86/5
 88/10 105/15 127/6 131/23
quiet [1]   60/12
quietly [1]   83/9
quite [12]   38/3 49/17
 80/4 83/16 88/2 116/22
 116/24 124/21 125/10
 128/2 128/3 134/14
quote [2]   111/13 111/22
quotes [1]   109/4

## R

R-A-E-L [1]   32/19
rabbit [1]   14/13
RACHEL [18]   1/3 1/18 4/2
 4/5 37/15 37/21 39/4
 39/12 39/14 43/17 44/20
 44/24 49/10 52/4 52/15
 54/2 55/14 139/9
Rael [4]   2/6 32/12 32/13
 32/19
raise [5]   24/17 86/23
 111/21 135/9 136/8
raised [2]   8/4 47/20
raising [2]   8/5 116/23
Ramat [1]   1/20
ramming [1]   107/12
range [2]   20/20 65/4
rank [1]   87/14
ranks [1]   95/13
rapidly [1]   79/22

rare [1]   76/14
rather [1]   60/16
rating [6]   39/9 46/9 49/5
59/6 61/5 63/4
ratings [1]   53/9
reach [4]   61/1 71/23
76/20 88/1
reaction [2]   63/22 97/16
reading [1]   53/10
ready [5]   5/3 31/14 32/10
48/24 110/15
real [1]   96/20
reality [2]   43/25 71/16
realizing [2]   45/8 45/9
really [23]   6/9 18/3
35/21 36/21 48/22 73/25
81/22 87/1 89/25 90/23
91/16 92/10 93/1 93/21
94/6 95/13 96/22 117/13
128/2 128/15 128/16
128/16 138/18
realty [1]   44/1
reason [2]   93/10 110/25
reasonable [3]   25/10 53/5
74/21
reasons [5]   4/22 45/13
68/7 114/3 136/11
rebellion [3]   91/20 93/10
98/22
rebuild [1]   46/3
recall [4]   44/7 84/8
84/11 85/8
recalls [2]   63/8 63/14
receive [4]   21/21 25/9
90/5 137/16
received [36]   2/18 3/3
9/10 9/11 10/17 30/14
30/16 34/24 37/12 38/23
38/25 40/21 40/25 75/9
83/12 86/11 86/12 86/24
102/7 102/20 105/24
106/1 120/16 120/17
120/18 120/24 122/14
122/15 122/16 130/18
130/19 130/20 132/7 132/8
132/9 137/18
recently [3]   36/14 57/19
103/18
recess [3]   32/7 47/16
110/12
recognize [1]   5/11
recognizes [1]   122/4
reconcile [1]   128/5
record [7]   37/14 86/21
96/3 96/3 119/12 129/13
138/7
recording [4]   7/7 7/10
7/12 11/13
recover [1]   79/22
recruit [1]   88/14
recruited [1]   20/7
recurring [1]   42/6
Red [2]   118/16 125/20
refer [4]   21/10 29/18
117/19 133/3
referenced [1]   118/3
references [1]   5/12
referred [3]   7/6 9/14
30/6

referring [9]   7/2
7/13 16/19 22/9 29/22
30/7 30/9 30/10
reflects [5]   37/15 37/24
38/2 38/7 123/1
Reform [1]   90/3
refuge [1]   88/11
refuse [1]   71/10
regard [2]   69/13 124/3
regarding [11]   69/23 70/6
70/15 70/24 76/13 117/20
118/2 121/21 130/23
138/11 138/14
regarding substantial [1]
76/13
regime [28]   87/9 87/10
87/12 87/12 87/21 87/23
88/7 91/25 93/11 93/18
94/2 94/4 94/8 94/12
98/13 99/3 114/21 114/22
115/1 116/20 117/7 117/9
122/19 122/20 122/22
123/17 123/18 123/23
region [12]   87/13 93/12
94/20 95/10 95/14 97/17
97/19 115/10 115/14
123/20 134/24 136/22
regions [1]   97/16
regroup [1]   134/20
regularly [2]   103/16
103/18
reignite [1]   69/11
related [10]   39/20 50/23
51/9 51/14 59/20 60/1
75/18 76/19 97/22 141/7
relating [4]   50/17 83/19
102/23 120/21
relations [4]   95/20 101/1
121/3 135/9
relationship [24]   41/18
51/25 56/7 58/23 63/24
76/14 87/8 87/9 89/4
94/24 114/17 114/17
114/24 116/14 124/17
124/18 125/4 132/11
132/16 132/19 132/20
132/23 133/4 135/13
relationships [9]   52/21
67/17 67/21 125/3 125/10
125/13 127/7 127/9 135/8
relatively [1]   127/5
relaxation [1]   74/3
release [8]   23/2 108/14
108/17 108/19 108/20
109/1 109/13 116/7
released [7]   20/1 22/5
22/13 22/15 22/18 22/19
109/24
releases [1]   109/15
relevant [2]   81/15 137/11
relief [1]   23/12
religion [4]   93/21 96/4
96/5 96/9
religions [1]   93/13
religious [4]   57/4 93/12
97/6 122/23
rely [1]   106/2
remain [1]   111/17
remained [1]   114/1
remaining [1]   69/24
remains [1]   114/25

remarkable[1] 81/21
remarkably [1]   80/4
remember [5]   68/25 72/3
84/15 128/7 139/10
remembered [1]   63/21
remembers [1]   63/17
remind [3]   42/15 42/19
42/20
reminded [1]   60/9
reminding [1]   50/10
reorganize [1]   71/16
repeat [1]   19/20
repeating [1]   10/25
report [20]   6/17 6/18
6/20 8/6 8/19 8/20 8/24
10/7 44/19 52/4 56/16
71/14 71/25 72/23 73/2
74/2 118/1 118/3 118/5
118/7
reported [8]   7/7 17/7
17/8 45/11 45/24 46/2
64/4 74/5
Reporter [5]   1/21 1/21
5/8 129/14 129/18
reports [14]   6/16 12/1
37/8 41/17 42/5 42/13
44/24 45/3 45/15 70/2
70/19 71/11 118/4 118/4
representative [1]   115/10
REPUBLIC [6]   1/7 4/3
84/19 84/24 122/21 123/1
requires [2]   18/22 31/5
rescue [1]   50/7
research [19]   33/8 36/3
36/6 36/7 46/8 47/3 57/25
83/21 85/10 103/4 103/4
103/10 103/15 119/16
119/21 120/1 120/25
129/25 130/6
reserved [2]   59/17 60/12
resided [1]   135/23
residency [1]   33/6
resident [1]   130/5
residing [1]   135/12
resignation [2]   57/5
59/12
resilient [1]   81/2
resist [1]   11/11
resistance [3]   106/14
123/12 123/19
resolve [2]   68/1 77/11
resolved [1]   54/10
resources [1]   94/6
respect [6]   16/19 50/22
84/6 85/12 87/19 104/3
respected [1]   69/20
respond [3]   43/24 80/18
81/2
responds [1]   63/10
response [7]   28/15 39/17
40/6 54/6 59/7 59/7 63/7
responses [3]   70/2 74/13
74/13
responsibility [2]   28/14
65/13
responsible [2]   69/6 78/9
rest [4]   53/15 80/5 96/16
97/1
restless [1]   73/14
restricted [1]   65/4
result [1]   49/8

Case 1:15-cv-01080-RMC   Document 136   Filed 04/05/17   Page 137 of 174

results [3]   13/17 49/8
 49/10
resume [4]   4/8 47/25 48/7
 48/23
resumed [3]   32/8 110/13
 117/17
resumes [2]   49/1 110/14
resumption [1]   126/14
retired [1]   82/18
return [5]   44/11 45/24
 54/21 139/21 140/8
returned [4]   5/25 64/25
 102/2 102/2
returning [2]   75/23 75/24
returns [1]   64/12
revenue [2]   111/10 111/11
review [4]   6/14 44/18
 55/3 103/7
reviewed [7]   6/11 7/2
 9/16 9/18 12/7 14/23 15/3
reviewing [2]   12/1 72/23
revolution [3]   123/10
 123/13 123/14
revolutionary [5]   122/22
 123/2 123/6 123/9 133/24
rift [3]   116/14 116/17
 117/8
right [30]   4/23 5/13
 12/20 17/5 21/13 26/4
 26/4 34/23 38/13 38/21
 62/16 66/14 67/17 81/8
 84/20 85/5 86/16 91/5
 91/7 99/22 106/4 110/10
 115/11 122/3 123/18
 129/15 129/16 131/17
 133/8 137/12
rise [1]   134/1
rises [1]   80/8
risk [1]   78/16
risks [1]   108/25
rivals [1]   87/25
roads [1]   12/12
ROBERT [2]   1/15 4/5
robust [1]   111/12
rocket [2]   107/11 107/24
role [5]   20/11 61/25
 62/12 83/25 87/17
roller [1]   54/7
room [1]   116/11
rooms [1]   33/2
roost [1]   76/8
ROSEMARY [1]   1/11
RPR [2]   1/21 141/12
rude [1]   36/22
rule [1]   117/4
rules [2]   76/8 123/8
run [5]   17/13 26/14
 111/19 112/15 113/20
running [3]   111/2 111/3
 112/16
rural [1]   12/13
Russia [1]   114/25

S

S-H-A-L-I-T [1]   22/10
S-H-N-O-O-R [1]   137/10
S-O-R-E-F [1]   101/7
S-T-R-O-U-S [1]   32/20
S.R [8]   77/14 77/15 77/16

sa'di [4]   19/18 19/19
 19/22 21/1
Sabbath [1]   43/1
Sackler [1]   34/6
safe [5]   59/10 95/8 95/15
 134/18 134/21
said [25]   13/9 17/11
 17/15 23/21 26/5 27/9
 28/19 29/16 31/20 42/17
 43/7 43/8 43/22 62/10
 63/25 71/19 95/20 95/22
 95/23 104/5 109/11 113/5
 115/13 115/23 125/21
Salah [2]   116/5 116/8
Saleh [3]   28/16 28/19
 30/5
Samaria [3]   24/18 29/2
 29/5
same [19]   17/23 18/1 18/2
 20/12 40/3 41/4 55/13
 67/23 73/18 80/19 84/14
 98/4 99/1 99/2 99/2 99/4
 99/9 99/12 99/13
sanction [1]   131/3
sanctions [3]   125/21
 125/22 125/25
sand [2]   15/19 15/20
sat [4]   20/22 28/11 29/6
 43/9
Saudi [2]   103/19 116/6
Saudia [1]   116/9
save [1]   5/10
saw [4]   55/5 64/17 65/25
 126/2
say [50]   10/18 12/1 12/7
 13/14 13/21 20/23 21/2
 24/10 29/3 31/24 32/5
 35/6 37/19 38/3 43/17
 43/23 44/1 44/5 47/2
 53/15 53/17 57/8 61/23
 64/15 66/25 67/2 70/16
 77/7 78/10 78/17 79/7
 79/12 79/13 81/18 82/2
 95/3 95/11 99/10 107/20
 109/5 113/13 115/22
 123/14 124/4 126/18 127/1
 132/15 136/11 136/23
 138/24
saying [6]   17/7 31/1 31/3
 80/11 108/17 108/19
sayings [1]   16/7
says [5]   26/15 30/12
 38/11 43/18 60/10
scale [10]   31/6 46/11
 46/12 46/15 46/16 46/19
 49/5 49/6 89/1 125/7
scales [10]   39/9 46/9
 47/3 47/6 52/6 52/11
 55/17 59/6 61/6 63/5
scaling [1]   52/10
scar [2]   53/19 75/2
scene [3]   8/18 42/8 97/25
Schalit [7]   22/4 22/12
 22/25 23/3 23/5 109/20
 109/24
Schalits [1]   25/6
schedule [1]   47/20
schizophrenia [3]   36/11
 36/11 36/25

school [13]   33/7 33/9
 34/6 73/16 75/18 82/20
 97/14 101/1 101/5 102/24
 111/9 119/16 129/10
schooling [2]   67/19 77/6
science [1]   100/24
scored [2]   52/9 55/17
screen [1]   14/21
Sea [2]   118/16 125/20
seals [2]   118/18 118/19
search [1]   16/5
searched [1]   41/25
seated [1]   100/17
second [8]   30/3 62/21
 66/16 68/9 80/21 99/7
 114/7 132/25
secretary [1]   101/19
sectarian [1]   93/13
Sectarianism [1]   97/17
secular [2]   107/2 107/4
secure [2]   108/14 109/13
security [3]   92/11 129/10
 130/4
see [14]   15/5 23/25 24/3
 31/6 34/17 36/7 44/25
 48/19 56/22 66/10 80/9
 94/16 98/18 99/17
seeing [1]   66/3
seek [3]   88/1 106/17
 106/25
seeking [2]   45/6 85/15
seeks [2]   106/18 107/1
seems [2]   61/16 66/9
seen [3]   16/11 66/4
 115/22
sees [2]   65/15 65/15
seized [2]   118/15 125/20
selected [1]   39/10
self [2]   56/11 56/15
self-esteem [2]   56/11
 56/15
sell [1]   25/18
sematic [1]   39/23
send [6]   77/23 88/15
 98/20 100/9 112/19 113/6
sending [1]   117/23
senior [8]   24/16 28/23
 101/17 101/23 101/24
 102/3 118/20 130/6
sensations [1]   74/4
sense [10]   25/3 41/1
 45/17 45/22 52/25 57/5
 59/12 89/23 133/10 133/19
sensitive [2]   73/5 73/7
sent [1]   98/22
sentence [3]   10/25 20/1
 29/8
sentenced [5]   6/21 18/9
 18/10 22/3 25/18
sentencing [1]   8/25
separately [1]   130/24
separation [1]   93/9
September [2]   99/7 103/17
sequence [1]   9/19
series [2]   111/16 131/2
serious [5]   50/2 80/3
 85/13 85/14 98/18
serve [2]   24/15 133/6
served [2]   22/14 123/24
service [4]   34/1 101/23
 103/8 111/18

Case 1:15-cv-01080-RMC    Document 143    Filed 04/05/17    Page 40 of 174

**Session [1]**   47/17
**sessions [2]**   74/3 78/4
**set [8]**   34/8 43/2 43/7
  43/15 44/7 102/12 120/7
  139/23
**sets [1]**   123/6
**setting [1]**   33/3
**settings [1]**   42/15
**settle [1]**   69/4
**settlers [2]**   24/2 30/7
**seven [4]**   10/14 18/10
  43/19 43/22
**several [9]**   8/9 14/17
  20/2 36/10 84/5 111/16
  114/3 130/1 135/2
**severe [5]**   52/5 52/5
  52/12 55/22 75/11
**severely [1]**   45/25
**severity [1]**   47/5
**sexual [1]**   50/2
**Shaer [1]**   10/18
**shaking [1]**   63/22
**Shalit [1]**   22/10
**shaping [1]**   136/12
**share [1]**   98/2
**shared [2]**   114/10 134/3
**sharp [1]**   15/21
**Shawnie [1]**   48/2
**she [188]**
**she'll [2]**   72/12 72/13
**she's [17]**   41/14 42/8
  44/4 52/19 52/25 53/4
  64/5 64/23 67/18 67/18
  67/19 72/5 74/1 74/14
  75/3 76/2 76/3
**Sheer [1]**   49/6
**Sheikh [1]**   135/23
**shelter [1]**   134/19
**Shia [1]**   124/20
**Shiite [2]**   97/10 125/3
**Shiites [2]**   96/13 97/5
**ship [8]**   118/11 118/15
  118/17 125/19 125/20
  125/21 125/22 126/1
**shivering [1]**   63/22
**Shnoor [1]**   137/9
**shock [3]**   63/8 71/13
  71/20
**shoot [2]**   12/2 12/21
**shootings [1]**   107/11
**short [8]**   20/20 31/22
  40/6 41/5 68/1 74/23
  136/17 136/18
**shortened [1]**   46/19
**shot [6]**   11/14 11/20
  11/24 11/24 20/17 20/18
**shots [1]**   11/1
**should [7]**   89/2 92/8
  108/12 124/6 124/8 137/4
  140/3
**show [11]**   15/1 34/9 41/13
  73/11 83/1 86/5 102/9
  105/15 120/2 131/23
  135/20
**shows [2]**   15/10 57/25
**Shurat [1]**   1/18
**shut [4]**   71/3 111/14
  117/2 127/21
**Shvut [3]**   5/23 5/24 9/24

**siblings [1]**   68/8
**siblings [6]**   60/19 60/22
  63/24 73/11 75/15 78/18
**sic [2]**   42/15 93/14
**side [3]**   19/9 39/25 71/1
**sides [2]**   125/12 130/13
**sight [1]**   44/5
**sign [1]**   86/3
**signals [1]**   86/3
**signed [3]**   86/4 86/6
  89/18
**significance [2]**   14/15
  108/2
**significant [9]**   51/13
  55/19 61/18 71/5 72/18
  75/18 76/10 78/18 81/12
**significantly [3]**   41/8
  79/6 79/14
**signing [1]**   86/20
**similar [4]**   23/5 45/22
  54/1 97/25
**simple [1]**   25/5
**Sinai [1]**   112/10
**since [21]**   21/11 23/3
  27/5 28/24 29/6 41/21
  70/22 73/10 73/13 91/11
  94/4 111/2 116/8 116/20
  117/23 120/9 121/11
  121/12 122/20 124/5
  124/25
**sir [33]**   4/19 5/2 5/19
  6/11 6/13 7/11 9/8 9/17
  19/12 21/21 23/1 25/13
  27/14 30/5 30/18 31/16
  36/22 37/5 38/20 47/7
  47/10 47/14 68/16 81/24
  83/1 84/3 84/17 120/20
  121/11 122/8 122/10
  122/12 128/6
**sit [4]**   22/3 23/2 54/12
  109/2
**site [1]**   27/20
**situation [6]**   45/7 50/5
  51/23 71/17 73/22 127/16
**situations [5]**   51/1 52/1
  58/13 58/14 76/7
**six [9]**   33/11 36/20 40/4
  42/11 43/25 51/12 66/23
  67/1 72/4
**size [1]**   98/14
**skills [2]**   53/25 74/9
**sleep [6]**   39/24 39/25
  54/10 56/9 56/9 56/9
**slow [1]**   129/15
**slowly [1]**   55/8
**small [4]**   97/5 113/13
  117/2 124/25
**smaller [3]**   68/18 97/5
  133/22
**smart [1]**   77/25
**smile [1]**   64/15
**smiling [2]**   77/25 81/20
**smuggled [1]**   112/10
**smuggling [3]**   118/15
  127/22 127/24
**so [121]**   4/16 5/12 11/5
  11/18 11/19 11/23 15/5
  19/12 23/7 23/13 23/15
  27/7 27/17 28/19 29/16
  29/18 36/7 36/22 37/13
  37/19 38/23 39/14 39/23

**39/25 40/6 42/7 42/18** 42/22
**43/4 44/4 44/4 44/12 45/3** 45/5
**46/24 47/10 47/23** 48/4
**48/5 48/12 48/17** 50/15
**57/18 59/17 65/2** 66/3
**66/24 67/3 69/25 78/16**
**80/4 80/5 80/8 81/5 85/23**
**86/19 91/19 91/20 91/24**
**91/25 92/7 92/17 93/1**
**93/6 93/22 93/24 93/25**
**94/4 94/24 95/3 95/3**
**95/18 96/22 96/25 97/4**
**98/7 98/23 98/23 99/20**
**100/2 103/24 104/18 107/3**
**107/8 107/18 107/20 108/7**
**108/21 111/3 111/23**
**112/19 112/24 113/3 114/5**
**114/8 117/2 117/14 119/1**
**125/14 127/15 127/18**
**128/2 128/6 128/15 128/19**
**129/17 129/18 131/7**
**132/15 132/20 133/8**
**133/17 133/23 134/5**
**134/20 135/9 135/25**
**136/19 136/24 137/25**
**138/4 138/15 140/7**
**social [20]**   44/19 44/24
  51/13 52/18 61/16 65/2
  65/25 67/20 74/18 74/24
  75/17 77/2 77/6 106/23
  107/8 111/18 111/25
  117/12 117/14 119/16
**Socialist [1]**   85/4
**Socially [1]**   73/18
**society [7]**   108/4 108/21
  111/5 113/16 113/17
  113/18 113/20
**sold [1]**   25/20
**soldier [4]**   22/12 22/18
  22/19 23/4
**soldiers [2]**   13/4 92/9
**solidify [1]**   95/16
**solution [1]**   106/17
**some [47]**   16/3 16/11 33/2
  35/17 36/15 41/1 44/11
  45/17 45/17 54/20 58/13
  58/18 59/8 62/22 64/25
  67/4 68/12 68/23 69/6
  72/13 72/13 75/15 77/11
  78/11 80/10 80/13 81/4
  96/13 96/13 96/14 97/1
  97/4 103/11 106/16 106/16
  106/17 108/7 108/9 108/21
  109/4 112/9 114/8 114/9
  116/2 116/24 120/24
  130/15
**somebody [2]**   48/2 140/11
**someone [12]**   50/4 51/10
  53/18 54/25 58/1 58/1
  58/23 61/20 63/9 64/14
  74/1 77/17
**something [23]**   13/14
  19/13 21/11 22/25 25/25
  43/4 44/2 53/4 53/13 57/6
  64/16 68/13 72/10 73/24
  77/12 78/8 79/7 90/19
  104/21 109/18 112/5
  113/14 113/16
**sometimes [11]**   110/24
  111/22 111/25 111/25
  114/7 114/15 114/17

sometimes... [4]  114/18
 116/1 116/1 135/17
somewhat [1]  108/22
son [10]  39/15 39/18
 39/20 42/6 42/6 42/9 42/9
 45/1 53/12 54/14
soon [3]  44/16 44/25
 54/19
sophisticated [1]  136/22
Soref [1]  101/7
sorrow [2]  51/16 52/22
sorry [20]  14/11 23/18
 25/24 33/19 33/21 36/21
 38/11 42/16 43/16 47/8
 49/17 62/23 82/1 98/10
 104/23 105/10 120/12
 121/23 128/16 138/1
sort [2]  99/10 137/8
sorts [2]  48/21 75/11
sought [2]  45/3 88/11
soul [3]  62/7 73/5 73/7
sound [2]  37/2 128/6
sounded [2]  43/13 43/14
source [2]  31/9 127/19
sources [8]  69/23 70/5
 72/19 75/6 111/10 111/11
 121/1 121/1
south [3]  32/25 34/2
 135/22
speak [3]  70/25 95/2
 138/3
speaker [1]  30/6
speaking [5]  14/12 29/20
 30/3 97/3 132/15
speaks [1]  31/9
special [3]  39/20 108/1
 108/1
specialist [1]  35/2
specialization [1]  129/9
specially [1]  116/4
specialty [1]  35/9
specific [3]  43/14 129/23
 129/24
specifically [15]  85/19
 87/11 104/11 107/1 109/5
 115/25 116/9 117/24 118/5
 118/22 121/25 124/16
 130/9 132/20 138/13
specified [3]  65/23 66/18
 67/4
spell [7]  13/25 82/10
 90/17 93/17 100/20 119/12
 129/2
spellings [2]  5/5 5/12
spend [4]  33/1 33/2 33/17
 60/1
spent [2]  34/3 103/13
sphere [1]  61/16
Spitzen [7]  2/4 4/9 5/1
 5/16 9/14 15/25 138/11
spoke [4]  75/8 125/12
 126/6 128/3
spokesman [1]  41/5
sponsor [2]  89/7 124/12
sponsored [3]  83/23 84/6
 85/12
sponsorship [9]  103/13
 103/22 104/3 104/7 111/11
 121/24 121/24 123/24

sport [1]  64/1
spot [1]  43/9
SPRECHER [2]  1/3 4/3
SSL [1]  91/21
stab [1]  14/4
stabbings [1]  107/11
stage [7]  28/3 52/23
 63/10 67/19 73/25 78/15
 78/23
stages [1]  63/10
stake [2]  13/3 131/6
stand [4]  4/21 49/1
 100/17 110/14
standardized [1]  46/9
standing [1]  113/9
standpoint [2]  23/25 24/2
start [3]  48/5 100/8
 133/9
started [4]  11/10 16/5
 28/24 97/12
starting [1]  92/9
starts [1]  132/19
state [28]  70/6 84/6
 85/12 89/3 89/7 89/13
 90/8 90/9 94/14 94/14
 94/21 96/15 102/6 106/17
 106/19 106/25 107/1 107/2
 107/5 111/11 118/1 118/3
 118/7 119/12 124/12
 129/25 130/9 133/10
stated [1]  141/6
statement [3]  42/16 80/1
 80/2
statements [4]  117/16
 117/19 122/11 132/4
states [15]  1/1 1/12 1/22
 33/5 33/11 35/13 35/16
 69/23 83/23 101/11 111/15
 112/23 113/23 130/7 141/4
station [1]  23/12
stature [1]  95/7
status [1]  61/14
stay [3]  47/22 64/11 94/7
stayed [1]  10/11
stenographic [1]  141/4
step [1]  126/15
stepping [1]  92/2
steps [2]  127/21 132/14
still [19]  32/16 38/3
 40/11 40/22 41/12 42/13
 44/14 45/1 54/10 72/5
 74/17 74/17 90/25 91/2
 91/3 91/21 92/2 94/11
 100/8
stint [1]  102/5
stole [1]  24/12
stones [2]  15/19 15/20
stood [2]  10/3 23/11
stop [10]  31/21 46/25
 47/8 47/24 48/8 75/13
 89/21 93/3 117/9 117/16
stories [1]  78/4
story [2]  25/2 40/20
straight [4]  59/22 60/15
 65/9 67/8
straightforward [1]  128/7
stranger [1]  69/11
strategic [3]  95/4 133/5
 133/16
strategies [2]  99/2 99/4

strategize [1]  134/20
strategized [1]  135/17
strategy [3]  89/2 92/19
 94/15
Street [2]  1/16 1/19
strength [2]  46/4 63/12
stress [15]  36/9 40/2
 40/12 42/4 46/18 49/11
 49/23 55/18 55/22 64/12
 65/22 67/18 71/1 72/18
 81/20
stressful [1]  77/22
stressor [1]  58/2
strictly [1]  97/3
strike [1]  135/24
strip [17]  22/12 92/12
 92/13 92/14 92/14 94/15
 98/17 103/5 106/21 111/2
 111/19 112/2 112/4 112/10
 117/1 118/21 131/4
strong [1]  64/1
stronger [3]  114/17
 126/23 132/19
strongly [2]  69/19 74/7
Strous [11]  2/6 32/12
 32/13 32/16 32/19 34/12
 34/22 34/25 36/24 37/7
 39/3
structure [2]  95/17 98/18
structured [1]  39/8
struggles [2]  80/1 80/3
struggling [1]  44/11
stuck [1]  105/6
studied [2]  83/20 103/2
studies [9]  32/24 60/5
 62/16 82/13 82/20 113/22
 129/7 129/10 130/4
study [2]  62/15 103/1
studying [3]  5/22 5/23
 130/24
sub [1]  35/12
sub-field [1]  35/12
Subhiya [1]  24/22
subject [2]  52/8 121/13
subjects [1]  121/19
submitted [1]  120/9
subsequent [1]  63/11
Subsequently [1]  64/4
substantial [1]  76/13
success [1]  114/9
successful [3]  23/24 42/2
 93/2
successfully [1]  88/2
such [20]  11/15 11/25
 19/11 19/16 44/9 45/7
 50/4 56/24 58/8 76/15
 81/13 81/14 85/19 87/22
 88/5 89/7 98/2 104/12
 114/19 134/5
sudden [8]  45/12 51/2
 53/11 53/18 56/23 58/8
 80/23 93/5
suddenly [3]  59/14 69/7
 127/18
suddenness [1]  79/23
sue [1]  91/16
suffer [5]  51/5 58/22
 58/24 79/11 81/17
suffered [9]  39/25 46/2
 63/18 73/13 73/15 75/11
 78/18 81/13 117/15

suffering [12]   50/18 58/1
 60/23 66/10 67/6 71/24
 71/24 72/17 74/15 81/11
 81/22 138/14
suffers [6]   49/11 52/12
 52/21 57/22 58/14 76/21
suggest [1]   6/3
suggestive [1]   46/10
suicide [4]   22/1 107/11
 107/23 135/21
suitcases [1]   112/10
Suite [1]   1/16
Suleiman [1]   28/20
sum [1]   24/20
summarize [15]   32/17
 32/22 33/15 82/12 82/16
 83/18 100/22 101/3 102/22
 119/14 119/18 120/20
 129/5 129/20 130/22
summarized [2]   130/12
 130/13
summary [1]   130/15
Sunni [14]   93/11 93/13
 94/1 96/10 96/10 96/20
 97/10 97/11 97/11 97/23
 98/19 114/21 124/22
 124/23
Sunnis [4]   93/13 96/12
 96/12 114/23
supplied [1]   90/12
supply [1]   125/16
support [83]   25/4 40/21
 40/25 63/16 83/19 85/18
 85/20 87/17 87/21 88/7
 88/9 89/7 89/22 91/24
 92/1 92/4 92/15 92/17
 92/23 94/4 94/6 94/12
 94/23 95/1 95/4 95/8
 95/15 95/23 98/12 98/16
 98/17 102/23 104/10
 104/12 113/24 114/1 115/2
 115/3 115/5 115/7 115/14
 115/18 115/24 115/24
 117/8 117/15 117/21 118/5
 118/8 120/21 121/8 121/15
 121/25 123/11 123/17
 123/18 124/9 124/20
 124/22 125/2 125/3 125/8
 126/6 126/9 126/23 130/23
 131/12 131/13 131/14
 132/23 133/6 133/23 134/6
 134/10 134/14 134/15
 134/16 136/2 136/6 136/8
 136/11 136/14 136/20
supported [3]   87/16 88/11
 98/19
supporter [1]   133/20
supporting [7]   87/10
 87/13 87/13 114/20 116/19
 118/25 133/21
supports [1]   115/10
suppose [3]   22/3 85/22
 96/9
supreme [1]   122/23
sure [21]   6/5 11/21 13/10
 16/2 16/17 27/6 37/14
 42/22 42/22 62/6 62/12
 72/15 90/1 92/3 104/14
 110/19 125/2 131/24 135/4

surprising [1]   125/18
surrounded [1]   74/11
surrounding [1]   59/11
surroundings [1]   79/8
survive [1]   139/5
suspicions [1]   4/15
sword [2]   40/21 45/21
sworn [7]   4/17 5/1 32/13
 82/7 100/14 119/9 128/22
symptomatology [2]   40/7
 42/4
symptoms [9]   39/23 46/7
 50/8 50/10 50/15 50/23
 65/10 66/22 67/1
syndrome [3]   56/16 56/19
 58/3
Syria [93]   29/11 83/19
 83/23 84/6 85/15 85/18
 87/14 87/17 87/17 88/11
 88/11 88/13 88/14 88/16
 88/16 88/19 88/19 88/24
 89/3 89/4 89/8 89/19
 89/22 89/23 90/6 90/8
 90/10 90/11 90/13 91/4
 91/9 91/21 91/24 92/1
 92/1 92/7 92/21 93/2 93/7
 93/11 93/19 94/2 94/19
 94/20 94/23 94/25 95/1
 95/6 95/8 95/15 95/20
 95/22 95/23 95/24 96/4
 96/5 96/12 96/17 97/2
 97/6 97/20 98/19 98/22
 111/12 114/20 116/20
 126/24 130/24 132/12
 132/16 132/17 133/6 133/9
 133/11 133/13 133/15
 133/19 134/1 134/5 134/7
 134/17 134/20 134/22
 134/24 135/4 135/7 135/10
 136/3 136/11 136/13
 136/15 136/24 136/25
Syria's [7]   83/25 92/10
 92/17 133/7 133/8 134/10
 136/6
Syrian [30]   84/19 87/9
 87/9 87/12 87/21 87/23
 88/7 88/22 92/4 92/15
 92/23 94/4 94/12 95/4
 96/6 98/13 99/3 99/10
 99/10 99/11 129/24 130/23
 131/13 132/16 133/4
 133/13 134/16 135/1 135/4
 136/25
Syrians [1]   98/18
system [3]   96/22 98/2
 114/5

# T

table [3]   2/1 3/1 43/9
take [32]   4/12 4/13 4/19
 4/21 12/21 14/4 15/5
 20/25 23/12 27/17 28/13
 28/14 29/24 31/15 31/20
 31/22 39/24 43/16 50/13
 62/22 80/14 81/5 89/11
 96/5 98/3 105/3 110/6
 114/15 125/2 127/21
 136/19 136/20
taken [4]   115/2 115/3
 141/5 141/9

takes [4] 16/2 16/7 52/18
 52/17 67/5
taking [3]   98/17 110/9
 115/5
talk [7]   13/17 71/9 71/10
 74/1 78/1 110/8 132/22
talked [2]   24/9 26/19
talking [10]   11/4 11/5
 75/13 75/14 76/2 80/15
 91/4 99/5 112/15 115/21
talks [1]   75/21
tamoly [1]   137/4
target [2]   107/17 107/21
targeted [2]   107/16
 135/24
targeting [1]   101/11
task [1]   41/3
taught [7]   82/18 82/19
 82/20 82/22 82/24 82/25
 85/10
Tchev [1]   38/3
teacher [2]   40/16 97/14
teaching [2]   35/22 83/21
team [1]   101/13
technicality [1]   56/18
teenager [1]   72/16
teenagers [1]   23/24
teens [2]   72/9 107/25
Tehran [1]   115/10
Tel [3]   34/5 130/3 130/4
telephone [3]   7/6 10/19
 10/23
tell [6]   68/21 69/18 78/4
 82/10 100/17 104/22
telling [3]   24/24 44/7
 139/19
tells [2]   18/18 27/17
temporary [1]   102/5
ten [7]   10/15 11/1 34/3
 95/2 110/6 110/7 138/4
tends [1]   114/4
tens [3]   110/21 116/8
 117/24
tense [1]   51/9
tension [3]   54/11 59/18
 117/6
term [14]   35/24 36/1 41/5
 41/6 55/2 58/4 60/4 66/14
 67/15 68/1 74/23 75/1
 77/13 78/8
terminology [1]   115/12
terms [20]   6/21 42/4
 45/17 50/11 52/2 52/18
 52/20 53/17 53/18 56/18
 59/22 60/5 67/16 67/17
 71/5 71/17 75/1 77/11
 94/21 114/14
terrible [2]   43/6 46/1
territories [3]   129/24
 131/10 136/23
territory [1]   94/9
terror [7]   25/11 25/19
 30/19 75/12 87/21 94/21
 125/1
terrorism [35]   24/1 83/22
 84/6 85/12 85/13 85/19
 87/13 88/3 88/4 88/25
 89/21 94/20 95/6 101/8
 101/18 102/4 102/5 103/8
 103/14 103/22 104/10
 104/11 118/5 118/6 121/8

Case 1:15-cv-01080-RMC   Document 203   Filed 09/14/15/17   Page 757 of 3678/19

**terrorism...** [10]  121/15
121/24 121/25 123/17
123/21 123/24 124/12
125/8 134/8 135/14
**terrorist** [44]  14/17 16/9
18/11 20/8 21/25 29/7
29/12 29/13 31/5 84/2
85/14 87/10 87/13 88/5
88/25 92/18 94/18 95/8
95/10 95/11 95/13 98/25
99/4 99/6 99/6 101/10
102/25 103/2 103/3 107/9
111/1 112/1 112/17 112/22
116/4 124/10 126/2 126/11
126/16 127/10 131/15
136/4 136/5 136/16
**terrorists** [13]  8/6 10/6
10/10 10/24 16/8 16/10
16/15 16/21 16/23 17/8
17/11 20/18 103/11
**test** [1]  56/19
**testified** [6]  103/21
104/5 111/17 116/11
121/10 121/17
**testify** [8]  16/16 23/20
84/3 84/17 84/23 85/3
104/14 121/16
**testimony** [23]  6/9 6/15
6/16 10/6 10/8 10/13
10/20 16/11 16/12 20/3
20/14 21/1 42/24 43/16
79/21 80/4 81/24 104/6
106/3 110/8 121/13 121/14
138/19
**tests** [4]  20/17 46/5 49/8
55/13
**than** [15]  10/15 43/13
51/11 60/16 78/11 79/22
90/9 95/2 97/24 110/6
120/23 121/6 121/17
124/12 127/17
**thank** [80]  4/18 5/2 5/4
6/6 6/8 7/1 7/22 7/25 8/7
9/8 12/22 12/24 14/8
14/14 18/3 19/4 21/6 21/9
21/19 23/21 26/2 26/9
27/24 30/15 31/16 31/18
31/25 32/5 32/6 32/11
32/21 37/3 38/21 46/17
47/7 47/14 48/25 49/20
59/1 62/18 62/23 67/12
68/16 71/21 79/17 81/24
82/3 83/11 83/13 85/25
86/22 91/7 97/8 98/8
99/14 99/16 99/18 104/17
104/19 119/2 119/3 119/4
119/5 126/21 128/6 128/8
128/9 128/10 131/19
137/19 137/22 137/25
138/1 139/1 139/3 140/13
140/13 140/14 140/15
140/16
**thanked** [2]  95/24 125/15
**that** [571]
**that's** [54]  4/20 6/25
19/5 20/9 25/17 29/19
34/19 37/23 38/1 38/6
44/15 47/7 50/17 52/10
53/13 54/3 59/21 62/6

66/7 66/20 66/21 69/4 69/25
73/24 77/12 80/20 80/25
84/20 84/22 85/2 85/5
86/5 86/9 88/4 89/13 91/4
93/3 93/10 106/4 110/19
111/5 116/1 118/11 120/5
120/14 120/25 122/1
126/18 129/3 129/16
131/15 135/5 137/24
138/24 140/4
**their** [48]  16/24 17/7
17/8 20/19 23/17 23/19
24/2 25/6 25/12 32/1 43/1
45/1 45/9 45/12 45/14
50/3 50/5 51/25 52/2 58/8
69/11 79/24 79/25 80/2
80/4 80/6 81/18 87/25
94/7 96/15 97/22 97/25
99/11 101/10 114/7 114/13
114/17 117/20 123/9
123/10 123/25 124/1 124/5
124/7 124/8 126/6 134/8
139/10
**them** [59]  8/10 8/13 8/13
8/15 8/16 9/6 10/4 10/12
11/10 11/16 13/13 16/22
18/21 21/18 22/15 23/10
23/10 23/15 23/15 23/16
24/11 27/17 37/19 40/11
41/4 44/12 44/23 45/13
46/1 46/2 50/16 51/24
52/6 57/24 69/1 69/4 69/6
69/12 70/10 70/16 70/20
79/6 87/14 87/23 87/24
88/11 88/14 88/15 88/18
91/25 92/13 96/16 98/20
108/9 109/18 114/16 126/4
128/8 139/21
**themself** [1]  81/16
**themselves** [8]  45/3 45/5
50/4 50/11 50/12 64/18
81/11 109/1
**then** [50]  10/24 11/1 11/3
11/3 11/11 18/12 21/1
26/5 27/8 27/12 27/18
29/11 33/1 33/5 33/8 36/5
37/23 39/16 41/6 42/17
43/2 50/13 51/24 54/9
54/13 54/17 56/8 58/6
58/14 60/4 63/21 65/2
88/14 89/19 93/7 98/3
98/3 100/9 101/7 101/16
101/21 114/12 117/4 120/1
121/11 121/12 127/7
127/19 131/5 136/20
**theoretically** [1]  113/12
**therapeutic** [1]  74/2
**therapist** [8]  70/20 71/11
71/12 71/14 71/15 72/23
75/10 76/11
**therapy** [8]  44/21 44/21
44/22 44/23 54/20 55/10
58/4 58/16
**there** [72]  9/9 9/25 11/3
11/15 11/25 13/7 14/22
14/24 15/17 16/7 19/17
21/11 21/17 26/25 29/16
30/3 30/12 34/17 35/13
42/18 43/2 43/2 43/10
43/14 45/19 46/25 50/1
51/23 54/12 57/16 66/21

73/16 75/9 75/13 78/19
80/13 86/23 91/6 91/15
91/20 93/8 96/4 96/11
96/12 96/17 96/24 97/4
97/19 101/9 101/18 102/4
105/2 106/16 106/17
107/16 108/5 108/11 109/1
109/4 110/17 110/21
112/21 113/5 114/8 114/12
116/14 117/3 122/23 125/4
127/5 133/13 137/16
**there's** [15]  11/15 35/5
50/13 60/6 78/12 80/2
90/18 97/21 105/1 117/10
117/12 117/16 133/23
135/19 135/21
**therefore** [11]  43/3 65/4
67/23 69/9 77/5 77/21
77/23 89/1 98/1 108/15
133/13
**these** [44]  9/2 9/5 9/6
13/12 14/25 15/2 16/22
16/23 21/7 21/21 23/23
25/3 37/17 42/13 42/21
45/16 47/2 56/5 57/9 60/4
67/14 71/8 72/16 74/23
79/2 79/22 80/9 82/24
94/19 97/6 108/7 108/12
108/18 108/19 111/23
121/2 130/8 131/7 132/19
135/9 136/11 139/3 140/5
140/11
**they** [228]
**they'll** [2]  114/5 139/10
**they're** [18]  44/13 44/14
52/1 63/25 64/19 66/23
69/5 70/11 70/17 80/11
81/22 94/7 94/24 98/5
100/4 100/5 108/19 123/15
**they've** [2]  45/8 78/13
**thing** [8]  11/21 72/15
80/20 80/21 98/4 99/9
110/19 138/6
**things** [17]  47/23 48/21
50/10 50/12 50/14 57/2
60/13 63/25 64/7 71/8
80/13 93/13 99/12 109/1
127/23 128/7 134/17
**think** [26]  16/13 27/5
43/7 43/8 43/11 48/15
64/16 80/5 80/13 81/9
81/12 81/15 81/21 84/11
84/11 85/12 93/1 99/24
100/7 119/1 128/18 128/19
134/12 134/13 137/5
138/16
**thinking** [4]  58/11 59/9
59/24 109/6
**third** [3]  26/23 66/16
72/1
**this** [198]
**those** [34]  9/15 11/2 11/9
12/6 21/3 22/15 25/9 27/1
37/11 37/12 38/13 38/23
42/20 49/8 50/15 58/14
66/4 67/1 67/11 70/5
70/24 72/13 79/1 84/8
85/8 107/13 108/9 114/13
118/10 120/10 121/7 128/7
140/7 140/8
**though** [11]  40/23 44/13

though... [9]  45/15 52/25
 53/3 64/25 65/11 71/10
 73/17 81/16 136/24
thought [18]  5/10 41/25
 45/10 54/22 57/22 63/9
 65/6 65/16 68/22 68/25
 69/3 69/5 71/3 77/21
 80/13 88/2 133/15 138/21
thoughts [1]  65/8
thousand [1]  22/13
thousands [1]  13/4
threat [1]  10/14
threatened [2]  50/2 50/6
three [22]  6/21 9/23 11/7
 11/14 12/2 15/1 15/6 15/6
 23/14 23/24 26/17 30/6
 30/10 44/20 57/21 66/13
 66/22 66/25 99/21 99/21
 99/23 109/25
threw [1]  80/17
Thrones [2]  15/22 15/23
through [26]  9/9 9/11
 17/13 37/12 38/25 53/11
 54/9 61/17 75/4 81/10
 81/13 90/13 95/16 101/9
 103/6 111/20 111/22
 112/12 112/13 113/6 116/9
 124/19 127/2 130/1 134/25
 135/7
throughout [3]  94/17
 103/18 136/6
thrown [2]  59/14 80/18
tied [2]  113/22 116/24
time [69]  4/21 5/10 8/14
 8/15 12/8 12/8 12/21
 22/14 24/19 25/20 26/11
 28/9 33/2 33/17 36/23
 39/17 40/2 40/3 41/4 41/9
 42/12 50/25 51/22 53/14
 53/15 53/20 54/9 54/20
 55/9 55/12 56/4 57/7
 57/10 57/11 57/15 60/2
 64/22 64/23 66/15 68/2
 68/10 69/4 69/5 70/4
 71/25 72/12 72/16 74/6
 75/25 77/8 77/16 84/7
 90/8 91/9 96/10 103/13
 110/20 115/21 116/5 117/3
 118/20 121/9 131/11
 132/24 135/3 138/11
 138/11 138/12 141/5
times [14]  40/10 40/23
 41/2 58/24 65/8 66/3 76/6
 84/5 84/5 103/22 104/1
 121/18 135/15 136/9
titles [1]  105/1
today [11]  47/9 48/10
 94/22 99/24 110/23 128/17
 136/12 136/21 136/24
 137/21 140/4
together [13]  19/25 20/12
 51/24 63/25 64/1 78/6
 81/5 81/6 85/15 98/23
 128/8 139/4 139/12
TOLCHIN [9]  1/15 2/5 2/7
 2/9 2/11 2/13 2/15 4/5
 14/12
told [8]  10/10 11/10 16/7
 26/17 27/11 49/4 75/22

toll [1]  61/12
tomorrow [5]  47/25 48/5
 99/20 100/4 100/7
too [6]  4/19 43/22 61/7
 65/12 93/2 110/24
took [17]  5/17 5/25 8/21
 9/19 10/10 11/5 13/1
 24/22 27/19 28/19 31/7
 41/7 54/20 61/12 69/4
 73/9 133/2
top [6]  15/18 15/19 58/5
 90/23 96/20 135/10
topic [2]  103/15 131/1
total [4]  63/8 92/13
 96/25 113/7
totally [5]  27/12 93/7
 93/16 94/13 138/24
touched [1]  116/18
towards [2]  12/13 126/1
tracks [1]  66/4
tract [1]  27/2
tradition [1]  43/3
tragedy [1]  45/12
train [1]  88/14
training [9]  88/12 92/20
 99/2 115/4 115/5 115/6
 124/14 136/10 138/4
trajectory [5]  61/18
 61/21 62/15 72/11 75/5
transcript [1]  1/11 7/6
 141/3
transfer [3]  25/5 25/6
 112/19
transferred [6]  24/9
 24/14 24/19 24/20 24/23
 25/2
translation [2]  9/5 26/6
trauma [9]  33/2 55/8
 66/11 72/8 73/3 75/13
 79/6 80/17 81/13
traumatic [11]  36/9 42/4
 46/18 49/11 49/23 54/15
 55/18 55/22 56/24 59/18
 65/22
traumatically [1]  64/4
traumatized [2]  69/3 79/5
travel [1]  103/18
Treasury [6]  101/20
 101/21 101/24 112/25
 116/3 116/7
treat [3]  45/3 45/4 57/23
treated [2]  66/5 66/6
treating [7]  70/20 71/11
 71/14 71/15 72/23 75/9
 76/11
treatment [1]  44/20
 58/16 65/24 69/5 69/9
 70/3 70/19 74/6 77/9
 77/24 78/14
tremendous [4]  88/9 92/7
 92/21 94/18
trial [3]  7/5 47/23 69/8
tribe [2]  21/11 21/14
tribes [1]  29/13
tried [9]  13/6 26/14
 39/24 41/3 73/11 88/2
 108/8 108/9 108/10
tries [2]  41/12 115/13
triggers [4]  42/14 42/17
 42/21 50/17

tropical [1]  11/13
troubles [1]  127/19
true [14]  66/7 68/7 85/2
 93/22 96/13 105/21 107/20
 113/13 122/11 123/3 123/4
 123/4 132/4 141/2
truly [1]  138/7
trust [1]  51/25
try [6]  24/17 43/23 48/12
 62/22 64/18 81/21
trying [5]  22/25 44/4
 44/13 98/5 99/25
tsunami [1]  80/22
Tufts [2]  101/2 129/11
tumultuous [2]  125/5
 127/3
Tunisia [2]  97/20 98/5
tunnel [1]  112/12
tunnels [2]  112/13 127/24
Turkey [5]  29/11 93/20
 97/22 112/14 117/5
turn [5]  57/12 59/3 62/20
 75/6 77/14
turned [1]  41/22
turning [3]  62/23 72/19
 124/16
twenty [1]  94/18
twenty-first [1]  94/18
twice [1]  84/6
two [51]  5/22 10/3 10/21
 12/3 12/6 15/6 16/8 16/22
 16/23 20/17 20/18 21/3
 22/1 23/10 23/13 25/20
 25/21 25/25 26/1 26/2
 26/3 26/6 27/7 30/3 47/12
 50/16 52/22 52/23 56/4
 57/14 57/15 57/21 60/3
 61/20 68/7 80/13 81/9
 85/23 95/19 96/17 103/23
 106/17 118/3 120/9 120/10
 123/6 125/12 129/11
 130/13 131/1 133/14
type [2]  111/6 114/9
types [2]  111/17 124/14
Tzvi [9]  38/4 38/5 57/12
 59/3 59/4 59/5 59/6 60/16
 61/11
Tzvi's [1]  139/9
Tzvika [2]  66/1 66/10

U

U.S [12]  29/11 35/20
 101/11 101/25 102/7
 109/10 118/1 119/23 121/3
 121/21 123/20 124/11
ultimate [1]  48/19
ultimately [2]  13/19
 109/10
UN [2]  125/20 125/25
unarmed [1]  123/22
uncomfortable [1]  114/22
unconstitutional [1]
 104/25
uncovered [1]  93/25
under [12]  10/14 58/25
 88/13 89/12 94/9 99/11
 101/25 117/4 122/22
 122/24 124/1 133/12
underachiever [1]  75/18
underlying [2]  57/20
 76/19

undermine [4]   87/25
  102/25 108/24 114/10
undermining [1]   87/18
understand [10]   6/8 16/12
  17/5 24/13 30/7 35/19
  65/3 74/9 80/10 81/23
understanding [7]   44/8
  46/22 68/24 73/22 74/10
  78/5 134/4
understood [3]   23/20
  48/18 78/2
unexpected [5]   51/3 53/11
  56/24 58/9 80/24
unfair [1]   108/5
unfortunate [1]   69/17
Unfortunately [1]   76/8
union [2]   112/24 131/8
unit [5]   6/21 7/17 10/17
  44/10 96/19
UNITED [13]   1/1 1/12 1/22
  33/5 33/11 35/13 35/16
  101/11 111/15 112/22
  113/23 130/7 141/4
units [1]   13/4
University [14]   32/24
  34/6 82/14 82/15 82/21
  82/22 82/22 100/24 101/2
  103/6 119/24 129/8 129/11
  130/3
unknown [1]   40/3
unless [4]   31/14 64/23
  108/18 108/19
unlike [1]   68/3
unpredictable [1]   65/16
unquote [2]   111/13 111/22
unreasonable [1]   25/3
unresolved [1]   76/3
unselling [1]   114/23
unspecified [1]   72/1
until [18]   10/4 10/4 12/9
  18/12 24/15 29/6 31/8
  31/8 31/24 33/23 41/20
  48/19 51/4 57/19 64/11
  92/4 98/13 138/12
up [36]   8/13 8/16 9/2 9/6
  14/21 24/15 27/2 29/12
  30/18 33/3 34/8 41/20
  41/21 44/14 51/4 55/9
  57/18 58/21 65/12 73/4
  74/5 78/10 79/4 79/9
  79/14 87/20 92/4 95/13
  101/14 103/19 105/8
  113/14 115/14 117/13
  126/15 130/11
upon [2]   46/1 71/25
upper [2]   89/3 110/22
ups [1]   125/4
us [9]   5/10 32/18 44/3
  47/21 49/4 82/10 93/8
  100/17 116/2
use [20]   25/21 25/25
  35/23 36/12 39/9 46/9
  56/16 56/17 60/11 65/11
  85/14 87/1 88/4 94/16
  95/6 99/1 107/6 111/23
  134/7 139/9
used [9]   12/2 12/3 25/21
  25/25 27/7 40/7 46/11
  52/6 94/18

useful [2]   108/22 109/8
using [8]   66/14 83/25
  84/2 88/3 88/4 88/5
  89/10 89/20
usually [4]   47/25 56/4
  56/9 57/10
utmost [1]   132/13

V

V-E-R-E-D [1]   73/1
varied [2]   114/1 114/3
various [7]   36/12 51/1
  55/2 83/25 88/5 97/16
  123/11
vehicle [12]   5/25 8/20
  10/4 10/10 10/23 20/12
  20/15 20/18 20/20 23/3
  27/19 42/7
vehicles [1]   18/24
Vered [3]   72/23 73/2
  75/10
verifies [1]   12/5
versus [5]   4/3 84/19
  84/23 85/3 112/16
very [111]   5/11 5/20
  18/21 19/15 24/1 25/5
  25/9 28/23 30/11 33/23
  37/14 39/21 40/8 40/16
  41/12 42/2 44/1 44/4 44/9
  44/11 44/14 44/25 45/1
  45/19 47/23 48/25 50/5
  50/7 51/4 52/9 54/14
  54/14 54/19 57/10 57/11
  58/20 58/22 59/13 59/15
  59/17 59/21 60/13 63/10
  64/1 64/7 65/15 69/3
  69/12 70/11 71/2 71/6
  71/8 73/7 73/12 73/20
  73/21 73/25 74/7 74/9
  75/15 76/3 76/12 76/14
  77/16 78/13 80/23 81/10
  81/19 81/20 83/21 88/10
  89/1 89/4 89/11 89/16
  92/7 92/17 93/1 93/1
  94/24 95/10 95/13 95/18
  97/5 98/7 98/8 99/5 99/14
  99/16 99/16 103/14 107/8
  109/3 111/5 112/24 115/11
  119/1 119/2 119/4 124/23
  126/21 127/3 127/15
  129/22 133/5 133/8 134/12
  134/13 135/9 139/3 140/15
veteran [3]   18/7 19/24
  28/10
victims [3]   8/23 12/2
  13/2
victims' [1]   13/19
victor [1]   100/21
victory [1]   23/6
video [7]   29/18 29/19
  29/20 29/21 30/1 30/3
  30/14
videos [1]   14/24
view [3]   18/22 21/24
  96/14
viewer [1]   130/11
violated [1]   125/24
violence [5]   50/2 79/24
  80/21 89/10 134/7
violent [7]   51/2 53/12
  56/24 58/8 58/25 80/24

visibility [4]   134/23
  134/23 135/7 135/7
visible [1]   134/14
vision [4]   92/21 97/14
  97/22 97/25
visit [1]   135/4
vitae [4]   34/14 34/14
  83/3 120/4
vocal [1]   115/11
voices [1]   11/3
volunteers [2]   13/4 13/5

W

W-A-C-H-S-M-A-N [1]   109/9
Wachsman [2]   109/7 109/9
wait [6]   27/2 27/2 54/12
  89/25 101/14 101/14
wake [1]   109/6
want [26]   4/14 11/8 27/3
  31/15 32/5 48/16 48/17
  51/23 62/11 69/11 73/22
  78/14 81/6 87/1 87/14
  93/4 93/5 95/23 96/15
  124/1 124/2 132/22 132/23
  138/9 139/13 139/15
wanted [3]   86/21 125/2
  138/6
wants [3]   44/1 62/8 65/8
war [11]   76/14 91/25
  95/20 95/21 95/23 98/17
  114/21 130/5 133/10
  133/11 137/1
warning [1]   45/12
wars [2]   92/9 98/16
was [290]
Washington [8]   1/5 1/23
  82/21 101/6 101/16 102/2
  119/24 119/25
wasn't [5]   12/11 58/10
  69/19 73/17 117/10
watched [1]   14/25
way [26]   15/8 36/2 40/14
  41/16 45/8 50/12 50/18
  53/19 54/15 59/19 65/9
  67/5 76/2 77/11 78/10
  78/11 81/14 81/18 81/19
  95/5 95/5 98/7 108/23
  112/6 132/14 133/21
ways [5]   52/14 55/1 60/7
  102/24 136/25
we [85]   4/8 4/8 5/5 6/9
  8/8 9/4 10/15 11/22 12/6
  12/17 12/18 12/23 13/9
  13/10 15/5 20/16 24/8
  24/13 24/16 26/3 26/12
  26/18 31/6 31/16 31/20
  31/21 31/21 35/4 37/14
  38/12 39/22 44/3 45/7
  46/22 47/8 47/13 47/24
  47/25 48/2 48/4 48/5 48/6
  48/18 48/19 48/21 48/21
  66/18 77/14 80/15 87/1
  92/25 94/16 95/2 95/23
  97/24 98/6 99/20 99/20
  99/21 100/7 100/8 106/2
  110/4 110/10 110/25
  115/21 116/1 116/2 117/23
  126/2 128/17 128/18
  129/12 129/16 132/23
  136/19 136/20 136/25

W Case 1:15-cv-01080-RMC   Document 256-23   Filed 04/05/17

we... [7]  137/5 137/8
137/14 138/3 138/8 140/8
140/10
we'll [3]  47/12 48/8
53/22
we're [10]  11/21 48/6
48/22 87/1 91/4 99/5
108/17 108/19 110/6
112/15
we've [3]  9/5 57/13
131/13
weapon [2]  118/15 136/10
weaponry [1]  25/18
weapons [13]  12/6 18/23
25/13 25/14 25/15 99/2
115/4 115/6 118/17 118/20
118/24 124/15 125/16
wearing [1]  8/23
Wednesday [1]  1/6
week [2]  67/1 103/19
weekly [1]  55/5
weight [1]  64/24
WEISER [3]  1/18 4/5 138/6
welcome [1]  37/4
welfare [1]  106/23
well [57]  10/11 13/8 25/9
33/2 33/17 33/23 36/12
36/17 40/9 41/4 41/19
45/6 46/18 46/19 47/3
50/7 50/13 50/16 50/25
53/9 55/7 56/12 56/14
58/2 58/10 60/22 61/6
63/4 64/17 65/4 66/1 66/9
70/2 72/1 72/22 74/15
76/23 77/23 80/12 81/14
81/23 83/22 85/14 89/9
93/19 96/7 100/1 103/20
105/24 106/3 109/20 113/5
115/9 121/1 127/5 135/14
136/17
went [9]  6/15 17/3 42/14
53/11 61/17 90/13 101/16
126/4 127/2
were [116]  4/8 5/22 6/2
6/18 7/9 8/23 9/23 10/5
10/5 10/11 10/14 10/18
11/1 11/3 11/4 11/5 11/9
12/2 12/9 12/12 12/22
12/23 13/2 13/8 13/19
13/20 13/23 13/24 14/22
14/22 15/4 15/4 15/8
15/10 15/11 15/12 15/13
15/15 15/25 16/6 16/19
17/2 17/4 17/10 17/11
17/11 17/13 19/5 20/13
20/17 22/2 22/15 22/16
22/16 25/11 25/13 25/14
26/12 26/12 26/25 30/3
40/5 41/6 42/13 43/14
46/3 46/7 46/10 49/8 52/3
54/13 57/14 60/2 60/5
68/24 69/3 69/9 69/17
70/3 70/5 70/19 70/24
74/7 88/10 89/18 91/23
91/25 92/14 93/7 94/19
95/20 96/10 96/16 96/24
97/1 98/23 99/13 109/23
110/21 116/11 116/25
118/17 118/18 118/19

118/20 125/23 125/24
126/7 127/10 127/15 128/4
133/22 135/17 138/19
139/9 139/12
weren't [1]  13/10
West [11]  89/12 103/5
103/10 103/17 106/20
111/19 112/1 117/1 130/5
135/14 135/16
western [2]  107/21 124/3
westerners [1]  124/2
what [156]
what's [5]  48/19 69/18
85/11 113/4 120/2
whatever [1]  48/17
when [73]  5/3 7/9 11/8
13/19 18/6 18/20 19/25
20/24 22/9 23/10 24/7
26/14 30/6 32/9 35/10
36/22 38/12 39/15 39/17
39/18 40/5 40/5 40/15
41/2 41/14 42/12 43/17
45/1 46/9 47/24 48/19
51/2 52/23 53/15 53/17
54/13 54/13 58/13 58/23
58/24 59/21 60/2 60/7
60/9 63/15 63/19 64/10
65/8 75/23 75/24 81/1
81/5 83/14 87/20 88/9
89/16 95/12 95/20 99/13
102/6 104/22 105/3 107/23
108/15 110/15 114/8
114/19 116/11 127/8 128/4
132/17 132/24 140/8
whenever [3]  48/24 63/18
77/18
where [48]  4/8 12/12
12/16 12/17 13/23 14/22
15/11 17/2 22/6 25/13
25/14 26/12 27/7 27/10
27/21 33/5 33/12 33/25
40/15 42/8 50/1 50/2 50/8
50/14 50/23 51/9 51/23
53/4 56/6 62/13 64/8
68/24 76/5 79/13 94/18
96/22 101/9 101/17 103/1
103/19 109/5 109/11
116/23 121/9 125/23
134/19 135/10 135/16
whereas [1]  58/22
Wherever [1]  60/17
whether [13]  48/7 57/8
61/23 75/1 78/7 79/11
108/5 125/21 126/9 131/12
131/14 136/2 136/14
which [127]  5/25 9/3 9/14
10/22 11/13 14/9 20/13
20/16 22/2 23/5 24/25
26/24 28/3 29/18 30/11
30/19 34/1 34/1 34/8
34/12 36/7 37/13 37/13
39/9 39/10 39/18 39/19
40/6 40/8 40/17 41/1
41/11 41/20 42/25 44/16
44/23 45/22 45/25 46/10
49/22 50/18 50/18 50/19
51/10 52/6 54/10 55/11
56/4 56/14 59/22 60/13
64/16 64/20 64/20 64/25
66/2 66/19 67/4 67/5 68/5
69/8 70/5 71/6 72/12

72/17 75/12 75/14 75/19
76/10 76/14 76/21 78/13
79/6 79/23 79/25 83/9
83/23 84/11 89/14 90/12
91/21 92/13 94/2 95/21
95/25 97/2 97/12 97/20
98/17 99/6 99/12 106/14
107/10 109/4 111/4 111/14
111/16 111/20 112/23
113/6 113/21 117/3 118/5
118/8 120/24 123/2 123/2
123/14 124/2 124/23
125/10 125/19 125/21
126/3 126/4 127/22 127/23
132/24 132/25 133/12
133/20 134/3 135/13
136/17 137/11 139/22
141/8
while [10]  23/11 40/17
44/11 73/11 76/1 81/10
102/4 107/20 109/2 110/8
whispers [1]  10/23
White [5]  4/23 139/19
140/2 140/3 140/5
who [56]  6/18 10/18 10/23
11/19 16/6 17/13 20/3
20/6 21/3 21/7 21/23
22/15 23/2 23/12 25/9
28/7 28/19 30/18 44/24
53/18 54/25 55/5 56/23
58/1 60/23 62/23 63/19
66/10 69/18 70/3 72/22
74/1 81/3 86/14 87/25
88/1 90/22 96/12 96/21
97/3 97/14 100/3 100/11
106/17 106/18 109/7
109/10 113/9 115/20 116/5
122/23 122/24 124/4 124/5
127/5 135/11
Who's [1]  28/2
whole [10]  13/9 40/17
41/21 60/10 80/17 87/13
94/13 95/14 96/6 103/9
whom [2]  39/20 54/23
whomever [1]  140/13
whose [1]  21/12
why [16]  11/9 18/17 19/5
23/7 31/20 31/21 32/18
50/17 66/8 68/21 70/10
85/13 87/16 106/4 128/4
138/19
wide [1]  128/1
will [54]  5/8 9/9 9/21
10/12 29/24 30/15 34/23
36/24 43/3 44/16 47/13
50/25 59/10 63/19 67/22
67/25 68/1 68/10 68/12
75/1 75/2 75/4 76/17
77/10 77/11 78/7 78/20
78/23 79/11 80/19 85/23
86/12 102/18 105/25 106/2
109/18 110/10 111/23
113/6 113/7 113/8 113/10
120/17 122/15 129/15
129/17 130/19 132/8
132/13 136/13 137/16
139/21 140/4 140/10
willing [3]  114/5 127/24
128/5
willingness [1]  114/13
wing [6]  107/9 111/25

wing... [4]  112/1 112/17
 117/14 125/15
wire [1]  112/19
wish [1]  140/14
withdrawn [1]  11/18
within [13]  29/7 89/23
 90/6 101/23 108/3 111/24
 115/14 115/14 132/25
 133/24 134/24 134/24
 135/2
without [5]  30/23 31/6
 45/12 63/14 92/17
witness [30]  5/1 11/16
 31/14 31/14 31/19 32/2
 32/9 32/11 32/13 47/15
 49/1 82/4 82/5 82/7 84/4
 100/14 100/17 103/24
 110/11 110/14 119/6 119/7
 119/9 121/4 128/11 128/12
 128/13 128/14 128/22
 129/15
witnessed [1]  50/4
witnesses [7]  4/13 6/4
 32/3 32/4 80/10 99/21
 128/13
Witwatersrand [1]  32/24
won't [2]  100/9 137/21
wonder [1]  79/25
wondering [1]  105/6
word [4]  7/19 33/19 40/6
 46/13
words [9]  6/17 7/14 26/6
 56/16 70/24 87/22 89/25
 106/12 112/3
work [14]  16/3 28/24
 35/12 40/15 40/15 40/17
 46/3 52/19 54/21 56/14
 57/25 58/3 58/9 109/19
worked [9]  77/24 89/1
 89/4 98/24 101/6 109/20
 119/20 119/23 119/24
worker [3]  44/19 44/24
 65/25
workers [1]  50/7
working [9]  33/1 33/12
 74/7 85/15 98/23 129/22
 130/1 131/5 132/15
works [1]  36/2
world [12]  41/13 41/21
 52/3 54/22 85/12 91/18
 96/15 111/14 111/22
 119/20 134/24 135/2
worldwide [2]  123/11
 123/14
worries [1]  64/8
worry [1]  54/6
worrying [1]  60/18
worse [3]  64/5 73/9 73/9
would [71]  5/10 8/9 8/13
 12/18 13/13 13/14 26/19
 30/23 35/6 35/7 40/14
 40/16 42/1 43/22 45/4
 45/5 52/18 57/17 59/8
 59/9 61/9 61/9 61/9 63/19
 64/15 65/7 67/23 68/4
 68/10 68/23 68/23 71/9
 71/9 72/6 73/18 77/8
 77/12 77/20 77/20 78/3
 78/3 78/19 78/21 80/22

80/22 81/23 81/10 81/4
 81/18 92/17 95/3 95/11
 98/13 100/13 104/20
 104/21 104/25 112/25
 115/23 123/15 125/22
 132/15 134/13 136/11
 136/21 136/23 137/5 137/7
 138/21 140/1 140/2
wouldn't [1]  69/6
wrap [1]  30/18
write [1]  103/15
writing [4]  34/20 53/25
 66/15 76/17
writings [3]  36/6 36/7
 36/14
written [3]  36/10 97/12
 131/1
wrote [5]  66/14 97/13
 120/24 120/24 132/1
Wultz [1]  84/23
Wyatt [2]  84/17 84/19

Y

Y-E-L-L [1]  119/13
Yale [1]  103/6
Yasser [1]  133/23
Yeah [5]  14/6 17/2 69/15
 85/10 96/9
year [12]  33/1 52/23 56/5
 69/1 69/1 69/2 72/3 72/4
 74/17 115/19 115/20
 115/20
yearning [1]  51/14
years [41]  18/10 20/2
 22/4 22/22 22/23 31/8
 33/6 33/11 33/13 34/3
 35/15 51/6 52/22 52/24
 53/15 56/5 57/21 61/23
 68/5 72/16 75/2 77/6
 77/17 82/18 82/19 82/19
 82/25 85/11 94/12 95/3
 95/19 101/19 111/15 114/2
 115/9 117/18 118/10 120/1
 124/12 125/5 135/15
Yell [1]  119/13
yes [97]  4/25 5/19 6/13
 7/11 7/14 7/24 9/17 13/16
 15/3 15/4 15/4 16/10
 16/25 17/20 17/22 19/3
 19/15 21/5 21/13 21/23
 22/19 23/1 23/25 27/18
 28/15 28/21 29/17 30/5
 30/5 30/8 31/11 31/20
 34/10 34/17 37/21 38/20
 38/24 39/5 55/5 59/5
 69/14 83/3 83/6 83/20
 84/5 84/14 84/18 84/22
 84/25 85/2 85/7 86/4 86/7
 87/12 88/18 88/21 88/24
 90/21 91/3 93/10 94/24
 104/4 104/8 105/17 105/22
 105/25 109/10 109/22
 110/3 110/5 110/19 112/6
 112/13 113/18 113/25
 116/16 118/10 120/6 121/6
 121/11 121/17 122/8
 122/10 122/12 128/7
 129/22 130/24 132/1 132/5
 132/13 136/6 138/2 138/5
 139/8 139/13 140/6 140/9
Yeshiva [2]  5/24 100/24

24/9 137/6
yet [1]  133/10
York [4]  1/17 33/7 100/25
 119/16
you [382]
you'll [3]  4/16 4/20
 99/24
you're [19]  5/3 5/20 5/21
 6/8 21/13 29/21 32/10
 36/5 37/4 48/24 62/5
 81/25 82/1 82/1 89/25
 104/18 110/8 110/15
 129/13
you've [2]  104/5 121/9
young [21]  5/22 5/23 9/23
 10/10 11/2 11/7 11/10
 13/12 16/7 20/13 20/16
 20/20 26/17 30/10 61/20
 70/18 76/7 76/15 77/16
 77/22 78/22
younger [6]  38/16 38/18
 60/22 73/11 79/20 79/22
your [115]  5/4 5/5 6/3
 6/25 8/8 9/21 10/25 10/25
 14/20 19/12 21/13 22/24
 28/13 29/24 30/13 30/18
 31/1 31/3 31/10 31/13
 31/16 31/18 32/9 32/11
 32/17 32/18 33/15 34/15
 34/21 35/7 35/15 35/21
 36/3 36/6 36/6 37/11
 39/12 44/18 46/5 48/15
 52/4 54/4 56/16 66/12
 69/22 79/20 80/12 81/24
 82/5 82/10 82/12 82/16
 83/4 83/7 83/18 85/17
 86/10 86/25 90/3 91/1
 99/18 100/18 100/20
 100/22 101/3 102/12
 102/12 102/16 102/22
 104/9 105/23 110/8 117/19
 119/7 119/12 119/14
 119/18 120/7 120/15
 120/20 121/10 121/13
 121/14 121/22 122/9
 122/11 122/13 128/12
 128/13 128/25 129/5
 129/12 129/16 129/20
 130/11 130/13 130/17
 130/22 131/11 131/19
 132/4 132/6 136/14 137/2
 137/19 137/22 138/7
 138/20 139/1 139/6 139/16
 139/23 139/23 140/9
 140/15
yours [1]  120/5
yourself [1]  35/22

Z

Zaru [2]  25/16 25/17
zeal [1]  106/13
zone [1]  127/25