UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABRAHAM RON FRAENKEL, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ISLAMIC REPUBLIC OF IRAN, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 15-1080 (RMC) |

ORDER ON REMAND

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that the following solatium damages are awarded to Plaintiffs:

Rachelle Fraenkel - $2,000,000;

Abraham Fraenkel - $2,000,000;

Tzvi Amitay Fraenkel - $750,000;

Ayala Chaya Hinda Fraenkel - $750,000;

A.L. Fraenkel - $750,000;

N.E. Fraenkel - $750,000;

N.S. Fraenkel - $750,000; and

S.R. Fraenkel - $750,000.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

Date: July 13, 2018

/s/
ROSEMARY M. COLLYER
United States District Judge